# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTIR SCOTT SHATSKY, et al.  :  <br>  :  <br>  Plaintiffs  :  <br>  :  <br>  v.  :  02 CV 2280(RJL)  <br>  :  <br>  SYRIAN ARAB REPUBLIC, et al.  :  <br>  :  <br>  Defendants  :  <br>_____ :  | |

## MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PLO AND PA MOTION TO DISMISS

Defendants PLO and PA, through undersigned counsel Maher H. Hanania, hereby moves this Court for an extension of time to file its Reply in the above captioned case. In support of this motion, counsel states as follows:

1. Defendants Reply is due on January 12, 2004.

2. Because of the complexity of the issues Counsel needs an extension time to Reply.

3. Counsel is respectfully requesting a 25-day extension to and including February 6, 2004.

Wherefore Defendant respectfully requests that the Motion be granted to and including February 6, 2004.

Respectfully submitted,

_____
Maher H. Hanania Bar # 464766
Hanania & Nawash
6066 Leesburg Pike
Suite 101

Falls Church, VA 22014
703-778-2400

Ramsey Clark
Lawrence W. Schilling
36 East 12th Street
New York, NY 10003
212-475-3232

Attorneys for Defendants