UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

02 CV 2280 (RJL)

v.

THE SYRIAN ARAB REPUBLIC, et al

**PLAINTIFFS' MOTION TO CLARIFY MINUTE ORDER
AND/OR ENTER SCHEDULING ORDER**

On February 15, 2005, plaintiffs notified the Court of their consent to denial without prejudice of their pending motion to enter default against the Syrian defendants, subject to entry of a scheduling order adopting the Rule 12(b) motion briefing schedule proposed by the Syrian defendants in the final paragraph of their opposition to the motion to enter default.

That same day, February 15, 2005, the Court entered a minute order which denied the motion to enter default against the Syrian defendants, but did not address the briefing schedule for the Syrian defendants' Rule 12(b) motion.

While plaintiffs respectfully assume that the Court entered its minute order of February 15, 2005, in response to plaintiffs' notice of consent filed earlier that day, and that the Court therefore agrees to the Rule 12(b) motion briefing schedule proposed by the Syrian defendants and agreed to by the plaintiffs, the minute order does not expressly endorse or mention the briefing schedule.

Plaintiffs are extremely concerned – in fact plaintiffs are certain – that in the absence of an explicit scheduling order, the Syrian defendants will not file any Rule 12(b) motion or otherwise respond to the complaint in this action.   The Syrian defendants have avoided answering the complaint or filing a motion to dismiss for nearly two years (!) with impunity and they will surely persist in their contumacious conduct unless the Court enters an explicit order adopting the Rule 12(b) motion briefing schedule.

Plaintiffs also respectfully note that the dismissal of plaintiffs' motion to enter default without entry of a scheduling order creates an odd and unjust situation wherein the Syrian defendants have been effectively relieved of any duty to answer or respond to the complaint in this action despite being several months in default (the Syrian defendants' time to respond to the complaint expired on November 29, 2004, after their previous default was set aside on September 29, 2004).

Wherefore, plaintiffs respectfully request that the Court enter an Order indicating that its minute order of February 15, 2005, constituted an endorsement of the Rule 12(b) briefing schedule proposed by the Syrian defendants and consented to by plaintiffs and/or enter a scheduling Order in the form attached hereto.

February 16, 2005                                    Plaintiffs, by their Attorneys,


                                                                  /S/
                                                     David J. Strachman
                                                     D.C. Bar No. D00210
                                                     McIntyre, Tate, Lynch & Holt
                                                     321 South Main Street, Suite 400
                                                     Providence, RI 02903
                                                     (401) 351-7700
                                                     (401) 331-6095 (fax)