IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SHABTAI SCOTT SHATSKY, *et al.*,　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　Plaintiffs,　）
v.　　　　　　　　　　　　　　　　　　）　Civil Action No. 1:02cv02280 (RJL)
　　　　　　　　　　　　　　　　　　　）
THE SYRIAN ARAB REPUBLIC, *et al.*,　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　Defendants.　 ）
　　　　　　　　　　　　　　　　　　　）

## SCHEDULING ORDER REGARDING PLAINTIFFS' PENDING MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

THIS MATTER, having come before the Court on the joint request of the Plaintiffs and defendants The Palestinian National Authority and The Palestine Liberation Organization (collectively, "Defendants"), by and through their respective counsel, for entry of a scheduling order regarding the Plaintiffs' "Motion for Entry of Judgment By Default Pursuant to Fed. R. Civ. P. 55(b)(2)" dated April 30, 2007 ("Motion for Default Judgment"), and

WHEREAS, it appearing to the Court that, in a Response to the Plaintiffs' Motion for Default Judgment filed on May 17, 2007, Defendants have requested a hearing on the Plaintiffs' Motion for Default Judgment and that the Plaintiffs, in their Motion for Default Judgment, prospectively consented to such a hearing, if requested by Defendants, and

WHEREAS, on May 30, 2007, Defendants timely filed an initial Opposition to Plaintiffs' Motion for Default Judgment, and

WHEREAS, subject to approval by the Court, the parties have agreed upon certain scheduling issues relating to the Plaintiffs' Motion for Default Judgment, as reflected below, and

769597 1

WHEREAS, it appearing to the Court that good cause exists for granting the parties' request for a scheduling order relating to the Plaintiffs' Motion for Default Judgment, it is now therefore

ORDERED as follows:

1. The Plaintiffs' Motion for Default Judgment is hereby continued, *sine die*.

2. Counsel for the Plaintiffs and counsel for Defendants shall confer, in accordance with Local Rule 16.3 and Fed. R. Civ. P. 26(f), regarding the nature and scope of discovery to be conducted prior to a hearing on the Plaintiffs' Motion for Default Judgment and, pursuant to Local Rule 16.3(d), shall, within 20 days of this Order, submit a joint report to the Court containing the parties' agreements or respective proposals regarding: (a) a proposed discovery plan and schedule; (b) the date following completion of discovery by which Defendants shall supplement their Opposition to the Plaintiffs' Motion for Default Judgment; (c) the date thereafter by which the Plaintiffs shall file their Reply to Defendants' original and supplemental Opposition; (d) a proposed date thereafter for commencement of an evidentiary hearing on damages with respect to the Plaintiffs' Motion for Default Judgment; and (e) such other matters that the parties believe are necessary for resolution of the Plaintiffs' Motion for Default Judgment.

3. Upon completion of the evidentiary hearing on damages with respect to the Plaintiffs' Motion for Default Judgment, the Court shall set a schedule for the submission of post-hearing briefs and filings by the parties.

SO ORDERED this 25th day of June, 2007.

_____
Hon. Richard J. Leon

769597 1

Copies to:

David J. Strachman
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI  02903
*Attorneys for Plaintiffs*

Richard A. Hibey
Mark J. Rochon
Charles F.B. McAleer, Jr.
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
*Attorneys for the Palestinian National Authority
and the Palestine Liberation Organization*