UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 02cv2280 (RJL) |
| THE SYRIAN ARAB REPUBLIC, *et al.*, | ) ) ) ) |
| Defendant. | ) |

**FILED**
JUL 06 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 30 day of June, 2011, it is hereby

**ORDERED** that defendants' Motion to Vacate Clerk's Entry of Default [#77] is **GRANTED**; and it is further

**ORDERED** that the clerk's April 12, 2005 Entry of Default shall be vacated.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge