**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:02cv02280 (RJL) |
| ) | |
| THE SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**SCHEDULING ORDER**

THIS MATTER, having come before the Court on the filing of the Joint Report of the parties pursuant to Local Rule 16.3, it is hereby

ORDERED that the following schedule shall govern this case, unless subsequently amended or modified by Order of this Court:

1.      Discovery directed to non-parties pursuant to Rule 45 may commence upon the beginning of the parties' Rule 26(f) conference on August 23, 2011.

2.      Discovery directed to overseas non-parties through any available and authorized means may commence upon entry of this Scheduling Order.

3.      Discovery directed to a party (including, without limitation, pursuant to Rules 30, 33, 34, 35 and 36 of the Federal Rules of Civil Procedure) may commence upon entry of this Scheduling Order.

4.      The parties shall serve their respective Rule 26(a)(1) Initial Disclosures within forty (40) days from entry of this Scheduling Order.

5.      Fact discovery shall be completed within twelve (12) months after entry of this Scheduling Order.

6.     Plaintiffs shall serve their Rule 26(a)(2) expert disclosures and reports within thirty (30) days after the deadline for completion of fact discovery.  Defendants shall serve their Rule 26(a)(2) expert disclosures and reports within thirty (30) days after service of plaintiffs' Rule 26(a)(2) expert disclosures and reports.  Plaintiffs shall serve their Rule 26(a)(2) rebuttal expert disclosures and reports within thirty (30) days after service of defendants' Rule 26(a)(2) expert disclosures and reports.  Expert discovery shall be completed within one hundred and twenty (120) days after the deadline for completion of fact discovery.

7.     The deadlines for filing and briefing motions for summary judgment shall be determined by the Court after the close of fact and expert discovery.  The Court shall determine the need for and date of any hearing of motions for summary judgment after completion of all briefing related thereto.

8.     The parties shall file their Local Rule 16.5 Pre-Trial Statements within thirty (30) days after the Court's ruling on all motions for summary judgment.

9.     The Court shall hold the Final Pre-Trial Conference thirty (30) days after the filing of the parties' respective Local Rule 16.5 Pre-Trial Statements.

10.    The Court will set the date for commencement of trial at the Final Pre-Trial Conference.

SO ORDERED this _____ day of September, 2011.

_____
Hon. Richard J. Leon
United States District Judge

Copies to All Counsel of Record