UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.,

        Plaintiffs,        Civ. No. 02-2280-RJL

   v.

THE SYRIAN ARAB REPUBLIC, et al.,

        Defendants.

**PLAINTIFFS' REQUEST FOR THE COURT TO DISCUSS THE SUBJECT IN THE ATTACHED LETTER AT THE CONFERENCE TO BE HELD DECEMBER 7, 2012**

      On December 6, 2012, the undersigned drafted the letter to the Court attached hereto as Exhibit "1" and attempted to hand-file the same with the Clerk of the Court. As indicated in Exhibit "1" at Page 6, n.3, the undersigned was aware that Local Rule 5.1(b) does not generally permit the filing or delivery of correspondence to the Court; however the undersigned was advised that the matter that is the subject of the attached letter previously was raised in correspondence to the Court and that this was the appropriate and authorized manner of proceeding with respect to the matter at issue, as an exception to the general rule.

      The letter was not accepted by the Clerk's Office as "Filed;" rather it was marked "Received" with the explanation that such a filing is not generally permitted. Having been advised, consistent with the Local Rules, that correspondence could not be accepted for filing, either by hand or by mail, in order to bring the matter addressed in the attached letter to the Court's attention in advance of the Conference scheduled for December 7, 2012, the only alternative was to file the same through the ECF system. Since the letter already was marked "Received" by the Clerk's Office and the original remains in the Clerk's Office, the undersigned did not think it appropriate to recast the document as a pleading which then would differ in

1

appearance from the "Received" document; accordingly, the attached letter and Exhibits to the letter are hereby being filed as Exhibit "1" and Exhibits "A," "B," and "C" to Exhibit "1."

Plaintiffs respectfully request that the matter reflected in the letter be taken up by the Court at the December 7, 2012 Conference, for the reasons set forth in Exhibit "1."

Exhibit "1" indicates that it was being copied to defense counsel by hand-delivery; however, since the letter and exhibits could not be filed by hand and had to be filed through the ECF system, opposing counsel's copy is being delivered through the ECF system as well.

        Plaintiffs, by their Attorneys,

        /s/ David I. Schoen
        David I. Schoen (DC Bar #391408)
        David I. Schoen, Attorney at Law
        2800 Zelda Road, Suite 100-6
        Montgomery, Alabama  36106
        (334) 395-6611
        DSchoen593@aol.com

        Robert J. Tolchin (NY0088)
        111 Livingston Street, Suite 1928
        Brooklyn, New York 11201
        (718) 855-3627
        rjt.berkman@gmail.com

        Counsel for Plaintiffs