UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.,

                Plaintiffs,

                                Civ. No. 02-2280-RJL

    v.

THE SYRIAN ARAB REPUBLIC, et al.,

                Defendants.

**PLAINTIFFS' MOTION TO COMPEL, FOR EXPANSION OF THE FACT AND EXPERT REPORT DEADLINE, AND FOR RELATED RELIEF**

For the reasons in the attached memorandum of law, and pursuant to the Court's December 7, 2012 oral directive and minute entry for proceedings, Plaintiffs respectfully submit this motion and move for an ORDER:

(1) **DIRECTING** defendants, the Palestinian Authority ("**PA**") and the Palestine Liberation Organization (the "**PLO**"), to produce documents responsive to requests no. 1 and 4 of Plaintiffs' First Request to Produce Documents and Things and request no. 104 of Plaintiffs' Second Request to Produce Documents and Things, including without limitation, (i) all documents and/or information reviewed and/or considered by Major Abu Hamid in connection with preparing the GIS Qalqilya Memorandum and the original GIS Qalqilya Memorandum (with the GIS header and signature) and (ii) the complete GIS files for Raed Nazal and Sadeq Abdel Hafez;

(2) **DIRECTING** defendants, the PA and the PLO, to produce a list, including the full names with their identity numbers and job descriptions, of all such

1

people (i) consulted by Major Abu Hamid in connection with preparing the GIS Qalqilya Memorandum and/or involved in any way in the process of preparing it and (ii) with knowledge of Major Abu Hamid's claim in his October 16, 2012 declaration [DE 170-5] that the caption was removed from the version of the GIS Qalqilya Memorandum inadvertently disclosed at the September 12, 2012 deposition of Ibrahim Dahbour;

(3) **DIRECTING** defendants, the PA and the PLO, to produce Major Abu Hamid for deposition concerning, *inter alia*, (i) the contents of the GIS Qalqilya Memorandum, (ii) the documents and/or information reviewed and/or considered by him in connection with preparing that memorandum, (iii) all people consulted by him in connection with preparing that memorandum and (iv) all statements made by him in his October 16, 2012 Declaration [DE 170-5], including his claim that the caption and signature were removed from the version of the GIS Qalqilya Memorandum inadvertently disclosed at the September 12, 2012 deposition of Ibrahim Dahbour;

(4) **AUTHORIZING** plaintiffs to take the deposition of Jamal Amin Mustafa Hindi pursuant to the Hague Convention;

(5) **DIRECTING** defendants to designate knowledgeable and fully prepared 30(b)(6) witnesses on the following topics: PA Notice Topics 1, 2, 10, 17-19 and PLO Notice Topics 1, 2, and 8, or in the alternative, **GRANTING** plaintiffs request for sanctions with respect to such topics;

(6) **DIRECTING** defendants to produce the untimely-disclosed witnesses referenced in plaintiffs motion to preclude (DE 175, 200) in Jerusalem to be deposed by plaintiffs' counsel before January 31, 2013, in the event that the Court does not grant

plaintiffs' motion [DE 175, 200] to preclude defendants from using these witnesses "to supply evidence on a motion, at a hearing, or at a trial" in this matter.

(7)     **DIRECTING** defendants to produce the person or persons who prepared their responses to plaintiffs' interrogatories in Jerusalem to be deposed by plaintiffs' counsel;

(8)     **ENLARGING** the fact discovery deadline and plaintiffs' expert disclosure deadline per the enlargement period already granted to defendants, unless the timing of the final disposition of this motion renders that deadline impossible for the parties to meet;

(9)     **GRANTING** any other relief the Court finds just, necessary or proper.

Plaintiffs, by their Attorneys,

/s/ David I. Schoen
David I. Schoen (DC Bar# 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama  36106
(334) 395-6611
DSchoen593@aol.com

Robert J. Tolchin (NY0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
rjt.berkman@gmail.com

Counsel for Plaintiffs