1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3

4    SHABTAI SCOTT SHATSKY, et al.,      )
                                         )
5           Plaintiffs,                  )
                                         )
6    v.                                  ) Civil Action No.
                                         ) 1:02-CV-02280 (RJL)
7    THE SYRIAN ARAB REPUBLIC, et al.,   )
                                         )
8           Defendants.                  )
     _____)
9

10

11

12

13               VIDEOTAPED DEPOSITION OF

14                  NADIME AL-BARAHME

15                  JERUSALEM, ISRAEL

16                 SEPTEMBER 11, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR

1          Videotaped deposition of NADIME AL—BARAHME,

2    taken in the above—entitled cause pending in the

3    United States District Court for the District of

4    Columbia, pursuant to notice, before AMY R. KATZ, RPR,

5    at the American Colony Hotel, Pasha Room, Jerusalem,

6    Israel, on Tuesday, the 11th day of September, 2012,

7    at 9:48 a.m.

8

9

10   APPEARANCES:

11   FOR PLAINTIFFS:

12           LAW OFFICES OF DAVID I. SCHOEN
             By:  DAVID I. SCHOEN, ESQ.
13           2800 Zelda Road
             Suite 100-6
14           Montgomery, Alabama 36106—3700
             (334) 395—6611 / Fax (917) 591—7586
15           dschoen593@aol.com

16

17   FOR DEFENDANTS:

18           MILLER & CHEVALIER CHARTERED
             By:  TIMOTHY O'TOOLE, ESQ.
19               JOHN C. EUSTICE, ESQ.
             655 Fifteenth Street, NW
20           Suite 900
             Washington, DC 20005—5701
21           (202) 626—5800 / Fax (202) 626—5801
             totoole@milchev.com
22           jeustice@milchev.com

23

24

25

```
1    APPEARANCES (Continued):

2    ALSO PRESENT:

3              MITCHELL COOPERSMITH, Videographer

4              ALBERT AGHAZARIAN, Official Arabic Interpreter

5              SHIMON BEN-NAIM, Official Arabic Interpreter

6              GEORGE HAZOU, Check Arabic Interpreter

7              MORDECHAI HALLER, Advocate

8              AVI LEITNER, Advocate

9              DINA ROVNER, Advocate

10             OSAMA SAADI, Advocate

11             JONATHAN ARNON, Advocate

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                         I N D E X

2    WITNESS

3    Nadime Al-Barahme

4

5    EXAMINATION                                    PAGE

6    By Mr. Schoen                                     7

7

8                       E X H I B I T S

9    LETTER          DESCRIPTION                    MARKED

10   Exhibit A       Arabic Document
                     (Bates 07:000042)                58
11
     Exhibit B       Arabic Documents
12                   (Bates 07:000035, 07:000038,
                     07:000039, and 07:000043)        74
13
     Exhibit C       Arabic Document
14                   (Bates 07:000041)                89

15   Exhibit D       Arabic Document
                     (Bates 07:000040)                93
16
     Exhibit E       Arabic Document
17                   (Bates 07:000055 to 07:000062)  106

18   Exhibit F       English and Hebrew Document
                     with Fax Header "Chairman
19                   Office Land"
                     (No Bates Number)                130
20

21

22            Q U E S T I O N S   I N S T R U C T E D

23               N O T   T O   A N S W E R

24                     PAGE      LINE

25                      63        19
```

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

```
           1              P R O C E E D I N G S

           2

09:48:03   3              THE VIDEOGRAPHER:  This is the videotaped

09:48:06   4    deposition of Nadime Aref Barahme, taken by David

09:48:13   5    Schoen, in the matter of Shatsky versus Syrian Arab

09:48:15   6    Republic, held at the U.S. -- at the Colony Hotel,

09:48:22   7    Jerusalem, Israel, September 11, 2012.  The time is

09:48:27   8    9:48.

09:48:29   9              The court reporter is Amy Katz.  The

09:48:31  10    videographer is Mitchell Coopersmith.

09:48:35  11              Will the counsel now state their appearance.

09:48:38  12              MR. SCHOEN:  Yes.  David Schoen, for

09:48:39  13    the plaintiffs.  And it's been the practice to say

09:48:45  14    everyone who is in the room.  So on our side, it's

09:48:48  15    Mordechai Haller, Avi Leitner, and Dina Rovner, all

09:48:53  16    lawyers.

09:48:56  17              MR. O'TOOLE:  Timothy O'Toole, for the

09:48:58  18    defendants.  And on the defendants' side with me is

09:49:01  19    John Eustice; George Hazou, who is the check translator;

09:49:06  20    Osama Saadi; and Jonathan Arnon.

09:49:09  21              THE VIDEOGRAPHER:  Will the court reporter

09:49:09  22    please --

09:49:09  23              MR. SCHOEN:  Also present in the room are

09:49:13  24    the two translators, who we've had all along, and the

09:49:17  25    witness.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 09:49:22 | 1 | THE VIDEOGRAPHER:  Will the court reporter |
| 09:49:23 | 2 | swear the witness and the translators. |
| | 3 | |
| | 4 | ALBERT AGHAZARIAN |
| | 5 | -and- |
| | 6 | SHIMON BEN-NAIM, |
| | 7 | the Official Arabic Interpreters, were |
| | 8 | duly affirmed to translate from English |
| | 9 | to Arabic and from Arabic to English. |
| | 10 | |
| | 11 | NADIME AL-BARAHME, |
| | 12 | called as a witness, being first duly |
| | 13 | affirmed, was examined and testified |
| | 14 | as hereinafter set forth. |
| | 15 | |
| | 16 | (The following proceedings were conducted |
| | 17 | through the Official Arabic Interpreters, |
| | 18 | unless otherwise indicated.) |
| | 19 | |
| 09:49:54 | 20 | MR. SCHOEN:  All right.  We will proceed now. |
| 09:49:57 | 21 | A couple of preliminary statements I wanted |
| 09:50:00 | 22 | to make, the first of which I wouldn't ordinarily make. |
| 09:50:03 | 23 | But since defense counsel decided to do this to me the |
| 09:50:07 | 24 | first day, I will do it in return. |
| 09:50:10 | 25 | We're starting the deposition today at the |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | |
|---|---|
| 09:50:11 | 1 |
| 09:50:16 | 2 |
| 09:50:21 | 3 |
| 09:50:24 | 4 |
| 09:50:28 | 5 |
| 09:50:30 | 6 |

```
09:50:11   1   time we're starting because the witness arrived with
09:50:16   2   Mr. Saadi, at approximately 9:45.  I assume the witness
09:50:21   3   was stuck in traffic.  That was my reason the first
09:50:24   4   day I was late.  But I want to be clear that we're not
09:50:28   5   delaying the start of this deposition.  That's number
09:50:30   6   one.
09:50:33   7            Number two is that I want to be clear for
09:50:37   8   the record, as I said in the e-mail exchanges last
09:50:41   9   night with Mr. McAleer, we will take -- we'll take
09:50:48  10   this deposition today subject to the objections raised
09:50:54  11   in the e-mail, which I don't think it's necessary to
09:51:00  12   go into further detail now.  The e-mails last night
09:51:07  13   and this morning speak for themselves, as far as I'm
09:51:11  14   concerned.
09:51:15  15            And I want to reiterate, as indicated in the
09:51:18  16   e-mails, again, just by way of notice -- and I don't
09:51:21  17   think it's necessary -- we intend to file a motion for
09:51:26  18   sanctions based on the matter discussed in the e-mails.
09:51:31  19
09:51:31  20                     EXAMINATION
09:51:49  21   BY MR. SCHOEN:
09:51:31  22       Q.   Sir, may I have your full name, please?
09:51:52  23            MR. O'TOOLE:  Before we get started, if I
09:51:54  24   could just briefly respond to a few of those points.
09:51:57  25            First of all, with respect to delay, I would
```

| | | |
|---|---|---|
| 09:51:58 | 1 | just note that, again, I agree that it's normally not |
| 09:52:00 | 2 | appropriate to put it on the record.  But since you did, |
| 09:52:03 | 3 | I would just add that you yourself were stuck in traffic |
| 09:52:06 | 4 | today and not here at the 9:00 o'clock hour. |
| 09:52:08 | 5 | MR. SCHOEN:  Correct. |
| 09:52:08 | 6 | MR. O'TOOLE:  So I want to make the record |
| 09:52:10 | 7 | very clear that there was no suggestion of any sort |
| 09:52:13 | 8 | of intentional delay of this deposition.  And, of |
| 09:52:16 | 9 | course, it's starting now, and you will have the time |
| 09:52:17 | 10 | that you will have. |
| 09:52:18 | 11 | With respect to the e-mails, I think this |
| 09:52:20 | 12 | is not the time or the place for a discussion of the |
| 09:52:23 | 13 | e-mails.  I certainly am not prepared to go into it. |
| 09:52:27 | 14 | But defendants would reject any suggestion that |
| 09:52:31 | 15 | sanctions would be appropriate.  And I just want |
| 09:52:33 | 16 | to make that clear for the record. |
| 09:52:34 | 17 | And, finally, my understanding is that, |
| 09:52:36 | 18 | at some point, the witness -- there was a suggestion |
| 09:52:39 | 19 | that this case was -- this case was brought against |
| 09:52:42 | 20 | the Syrian Arab Bank, and this was brought against |
| 09:52:49 | 21 | the Syrian Arab Republic. |
| 09:52:54 | 22 | MR. SCHOEN:  When was the reference?  When |
| 09:52:55 | 23 | the case was announced, you mean? |
| 09:52:58 | 24 | MR. O'TOOLE:  That's my understanding. |
| 09:52:59 | 25 | MR. SCHOEN:  All right.  I arrived here |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 09:53:00 | 1 | at 9:07 today.  But in any event, I e-mailed when |
| 09:53:03 | 2 | I arrived -- I e-mailed Mr. McAleer when I arrived, |
| 09:53:07 | 3 | to be clear. |
| 09:53:08 | 4 | Okay.  Anything further? |
| 09:53:08 | 5 | MR. O'TOOLE:  Nothing further. |
| 09:53:08 | 6 | (Comment in Arabic by the witness.) |
| 09:53:11 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  The witness |
| 09:53:12 | 8 | wants water. |
| 09:53:46 | 9 | THE WITNESS:  Can I comment on what -- |
| 09:53:53 | 10 | OFFICIAL INTERPRETER AGHAZARIAN:  You can |
| 09:53:53 | 11 | comment on whatever you like. |
| 09:53:53 | 12 | MR. SCHOEN:  I'm not sure I understand. |
| 09:53:47 | 13 | OFFICIAL INTERPRETER AGHAZARIAN:  "On the |
| 09:53:48 | 14 | delay -- can I make a comment on the delay?" |
| 09:53:53 | 15 | The witness is asking. |
| 09:53:54 | 16 | MR. SCHOEN:  Sure.  If you'd like to, sure. |
| 09:53:55 | 17 | THE WITNESS:  (Translated.)  First of all, |
| 09:53:58 | 18 | I apologize for the delay.  But this delay was outside |
| 09:54:05 | 19 | my weight [sic] for two reasons. |
| 09:54:15 | 20 | The first, that I have heard yesterday night |
| 09:54:19 | 21 | that the plaintiffs asked for a delay of the deposition. |
| 09:54:29 | 22 | My readiness this morning as such was not sufficient |
| 09:54:34 | 23 | to come on the specified time, because I was informed |
| 09:54:42 | 24 | only this morning that the date is fixed. |
| 09:54:47 | 25 | In addition, we were delayed on the Israeli |

| | | |
|---|---|---|
| 09:54:54 | 1 | roadblock not less than 20 minutes. |
| 09:54:59 | 2 | (In English.)  I'm sorry. |
| 09:55:03 | 3 | MR. SCHOEN:  No problem.  And I can tell you |
| 09:55:06 | 4 | that the plaintiffs did not ask that the deposition be |
| 09:55:09 | 5 | delayed. |
| 09:55:13 | 6 | MR. O'TOOLE:  And I'd like to make very clear |
| 09:55:15 | 7 | that the plaintiff suggested that the depositions may |
| 09:55:22 | 8 | be canceled -- |
| 09:55:22 | 9 | OFFICIAL INTERPRETER BEN-NAIM:  Sir, you |
| 09:55:22 | 10 | should raise your voice, please, a little bit. |
| 09:55:22 | 11 | MR. O'TOOLE:  I'd like to be very clear that |
| 09:55:22 | 12 | the plaintiffs did suggest that the depositions would |
| 09:55:22 | 13 | be either canceled or delayed late last night.  And we |
| 09:55:26 | 14 | did not hear until 4:00 o'clock this morning that the |
| 09:55:30 | 15 | depositions were definitely on. |
| 09:55:33 | 16 | MR. SCHOEN:  Again, the e-mails speak for |
| 09:55:35 | 17 | themselves.  And I addressed that point in the morning |
| 09:55:39 | 18 | e-mail, in which I said -- I simply asked the question |
| 09:55:41 | 19 | and did not say -- and specifically said, in the e-mail |
| 09:55:44 | 20 | in which I raised question, that I didn't know if it |
| 09:55:47 | 21 | would be logistically possible even to move the e-mails |
| 09:55:51 | 22 | [sic] and that I hadn't checked to see that it could be |
| 09:55:54 | 23 | and that I had no way to check to see that it could be. |
| 09:56:00 | 24 | And in the response that I received, I was |
| 09:56:04 | 25 | advised that Mr. McAleer did not know whether witnesses |

| | | |
|---|---|---|
| 09:56:08 | 1 | would be available to do it, if we changed the dates. |
| 09:56:18 | 2 | MR. O'TOOLE:  The record is what it is. |
| 09:56:20 | 3 | And from our perspective, I think it can only show |
| 09:56:25 | 4 | considerable confusion about whether this deposition |
| 09:56:30 | 5 | would occur and the place and time.  But the fact |
| 09:56:32 | 6 | is that the minister is here.  He's here and he is |
| 09:56:36 | 7 | available for questioning. |
| 09:56:37 | 8 | Q.   BY MR. SCHOEN:  May I have your full name, |
| 09:56:40 | 9 | please? |
| 09:56:41 | 10 | A.   Nadime Aref Al-Barahme. |
| 09:56:41 | 11 | Q.   How old are you, sir? |
| 09:56:50 | 12 | A.   52 -- 54 -- sorry.  54 years old. |
| 09:56:54 | 13 | Q.   Tell me how I should call you, because I may |
| 09:56:59 | 14 | not pronounce it correctly.  Mister -- |
| 09:57:02 | 15 | A.   (In English.)  Just Nadime.  Just Nadime. |
| 09:57:06 | 16 | Q.   And I'm David. |
| 09:57:10 | 17 | Nadime, where do you live? |
| 09:57:15 | 18 | A.   Ramallah. |
| 09:57:16 | 19 | Q.   How long have you lived there? |
| 09:57:21 | 20 | A.   All the time since 1994. |
| 09:57:26 | 21 | Q.   And before 1994? |
| 09:57:29 | 22 | A.   In Amman, Jordan. |
| 09:57:32 | 23 | Q.   Where were you born? |
| 09:57:37 | 24 | A.   In Anza.  In Anza, Jenin district, in the |
| 09:57:43 | 25 | West Bank.  Anza. |

| | | |
|---|---|---|
| 09:57:43 | 1 | Q.   So you were born in the West Bank? |
| 09:57:47 | 2 | A.   Yes. |
| 09:57:48 | 3 | Q.   And at what age did you leave there? |
| 09:57:55 | 4 | A.   I was almost 11.  I left on the background |
| 09:58:03 | 5 | of the 1967 war, when Israel occupied the West Bank. |
| 09:58:10 | 6 | Q.   Did you move to Amman then? |
| 09:58:14 | 7 | A.   Yes.  Correct. |
| 09:58:15 | 8 | Q.   So is it accurate to say the only places you |
| 09:58:22 | 9 | have lived during your life are Jenin, or the Jenin area |
| 09:58:33 | 10 | in the West Bank; Amman, Jordan; and Ramallah? |
| 09:58:46 | 11 | A.   There were some exceptions, like I studied my |
| 09:58:50 | 12 | university studies in Morocco. |
| 09:58:55 | 13 | Q.   Any other exceptions come to mind? |
| 09:59:00 | 14 | A.   Not permanent living. |
| 09:59:03 | 15 | Q.   Okay.  Nadime, do you speak or understand |
| 09:59:11 | 16 | English? |
| 09:59:14 | 17 | A.   A little bit I understand, but I prefer to |
| 09:59:18 | 18 | speak in Arabic. |
| 09:59:20 | 19 | Q.   You feel you need the translator? |
| 09:59:24 | 20 | A.   Yes. |
| 09:59:25 | 21 | Q.   I would just ask you -- and I know you're |
| 09:59:28 | 22 | somewhat familiar with the proceedings -- to speak in |
| 09:59:35 | 23 | short bites and let him translate, and then speak again. |
| 09:59:46 | 24 | A.   Okay. |
| 09:59:46 | 25 | Q.   All right.  You live in a house or an |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 09:59:49 | 1 | apartment? |
| 09:59:54 | 2 | A.   Apartment. |
| 09:59:55 | 3 | Q.   Who pays for that apartment? |
| 10:00:02 | 4 | A.   I am the owner of this apartment. |
| 10:00:04 | 5 | Q.   I see.  Does the -- are you employed by the |
| 10:00:08 | 6 | PA? |
| 10:00:15 | 7 | A.   Yes, of course I am. |
| 10:00:17 | 8 | Q.   During the course of this deposition, I'm |
| 10:00:20 | 9 | going to use the term "PA" the same as "PNA," if that's |
| 10:00:26 | 10 | okay with you. |
| 10:00:41 | 11 | A.   Okay. |
| 10:00:42 | 12 | Q.   Some witnesses have been saying "PA," some |
| 10:00:45 | 13 | have said "PNA." |
| 10:00:54 | 14 | Okay.  Does the PA pay any expenses on your |
| 10:00:59 | 15 | apartment? |
| 10:00:59 | 16 | A.   Correct.  They pay the water bill, as |
| 10:01:14 | 17 | long as it is not more than 600 shekels per month, |
| 10:01:18 | 18 | electricity that does not exceed also 600 shekels a |
| 10:01:24 | 19 | month, and the telephone bill, as long as it doesn't |
| 10:01:30 | 20 | exceed 500 shekels. |
| 10:01:34 | 21 | Q.   Do you have a car? |
| 10:01:37 | 22 | A.   I have an official car. |
| 10:01:39 | 23 | Q.   Meaning a car that the PA pays for? |
| 10:01:51 | 24 | A.   It is an official car which is registered |
| 10:01:53 | 25 | in the name of the PA. |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

```
10:01:56    1        Q.    Does the PA provide you with a driver?
10:02:00    2        A.    Yes.
10:02:00    3        Q.    Okay.  How about your family, does your family
10:02:05    4   have any paid benefits from the PA?
10:02:15    5        A.    No.
10:02:17    6        Q.    Do you have a family?
10:02:19    7        A.    Yes.
10:02:20    8        Q.    How many kids?
10:02:29    9        A.    Three boys and one girl.
10:02:31   10        Q.    Where did you go to school, starting from
10:02:36   11   elementary school and as far as you went?
10:02:40   12        A.    The elementary school in the West Bank, the
10:02:45   13   preparatory phase in Jordan, and secondary as well in
10:02:51   14   Jordan.  Then my university phase, that was in Morocco.
10:02:57   15        Q.    Which university in Morocco?
10:03:03   16        A.    The University of Muhammad Bin Abdullah in
10:03:07   17   the city of Fez.
10:03:12   18        Q.    How far did you go in school?  One university
10:03:14   19   degree or a law degree?
10:03:16   20        A.    BA.
10:03:18   21        Q.    In what field?
10:03:21   22        A.    Law.  And I have a license to practice the
10:03:31   23   profession from the Jordanian bar association and the
10:03:37   24   Palestinian bar association as well.
10:03:40   25        Q.    Any other bar association?
```

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

| | | |
|---|---|---|
| 10:03:43 | 1 | A.   No. |
| 10:03:48 | 2 | Q.   How are you employed? |
| 10:03:53 | 3 | A.   In the PA. |
| 10:03:59 | 4 | Q.   Right now, what's your job? |
| 10:04:01 | 5 | A.   I am the head of the Palestinian Land |
| 10:04:02 | 6 | Authority. |
| 10:04:07 | 7 | Q.   How long have you been the head of the |
| 10:04:08 | 8 | Palestinian Land Authority? |
| 10:04:16 | 9 | A.   From 2008 until now. |
| 10:04:19 | 10 | Q.   What is the responsibility, if you can |
| 10:04:22 | 11 | summarize it, of the Palestinian Land Authority? |
| 10:04:35 | 12 | A.   Land Authority documents and registers, |
| 10:04:39 | 13 | is involved in registering the lands.  And it has |
| 10:04:45 | 14 | to do with the space of each estate, in addition to |
| 10:04:58 | 15 | settlement and fixing up the property rights through |
| 10:05:02 | 16 | the "tabu," if it hasn't been done before, in addition |
| 10:05:10 | 17 | to supervising and managing public properties. |
| 10:05:16 | 18 | Q.   And the land that comes under your |
| 10:05:19 | 19 | jurisdiction encompasses what area?  All of Area A or -- |
| 10:05:33 | 20 | A.   A and B. |
| 10:05:35 | 21 | Q.   And as the chair of the -- as the head of |
| 10:05:39 | 22 | the Palestinian Land Authority, is it fair to say that |
| 10:05:46 | 23 | you're responsible for all of the operations of that |
| 10:05:49 | 24 | agency? |
| 10:05:56 | 25 | A.   Correct. |

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:05:57 | 1 | Q.    Before 2008, how were you employed? |
| 10:06:03 | 2 | A.    In the Ministry of Finance. |
| 10:06:05 | 3 | How I was employed? |
| 10:06:10 | 4 | Q.    You were the legal counsel for the Ministry |
| 10:06:12 | 5 | of Finance; correct? |
| 10:06:15 | 6 | A.    Yes. |
| 10:06:16 | 7 | Q.    When did you start in that position? |
| 10:06:21 | 8 | A.    1994. |
| 10:06:26 | 9 | Q.    And tell me what the Ministry of Finance is |
| 10:06:31 | 10 | responsible for. |
| 10:06:37 | 11 | A.    Like any finance ministry in the world, |
| 10:06:44 | 12 | it is in charge of regulating the annual budget and |
| 10:06:51 | 13 | managing it and in charge of revenues and expenditures, |
| 10:07:01 | 14 | the taxes, and the customs. |
| 10:07:04 | 15 | Q.    And how about developing the budget, who |
| 10:07:08 | 16 | creates the budget for the PA? |
| 10:07:19 | 17 | A.    First, the budget is prepared in the Ministry |
| 10:07:22 | 18 | of Finance.  And there is a law -- there are bylaws, |
| 10:07:28 | 19 | referring to the general budget. |
| 10:07:34 | 20 | Q.    Bylaws of the PA? |
| 10:07:39 | 21 | A.    Oh, yes. |
| 10:07:39 | 22 | Q.    Where are those bylaws found?  Do you know? |
| 10:07:52 | 23 | A.    There is a website called Muqtafi -- |
| 10:07:54 | 24 | OFFICIAL INTERPRETER AGHAZARIAN:  Muqtafi, |
| 10:07:54 | 25 | with a "Q." |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:07:55 | 1 | THE WITNESS:  -- which is part of Bir Zeit |
| 10:07:59 | 2 | University website.  There is also the encyclopedia of |
| 10:08:07 | 3 | all the Palestinian laws. |
| 10:08:10 | 4 | Q.   BY MR. SCHOEN:  Also on the Bir Zeit website? |
| 10:08:19 | 5 | A.   The Law Institute, which pertains to Bir Zeit |
| 10:08:22 | 6 | University. |
| 10:08:24 | 7 | Q.   Is there an official website of the |
| 10:08:28 | 8 | Palestinian Authority? |
| 10:08:32 | 9 | A.   There are websites.  Every ministry has its |
| 10:08:37 | 10 | own site, most of the ministries. |
| 10:08:41 | 11 | Q.   And is there any one central website for the |
| 10:08:45 | 12 | Palestinian Authority? |
| 10:08:46 | 13 | A.   I don't know. |
| 10:08:50 | 14 | Q.   You started at the Ministry of Finance in |
| 10:08:53 | 15 | 1994? |
| 10:08:59 | 16 | A.   Correct. |
| 10:09:00 | 17 | Q.   When did you finish your schooling, what year? |
| 10:09:09 | 18 | A.   University? |
| 10:09:12 | 19 | Q.   Yes. |
| 10:09:15 | 20 | A.   1979, my BA. |
| 10:09:22 | 21 | And for one year, I have studied at the |
| 10:09:26 | 22 | National Institute For Judiciary Affairs in Rabat. |
| 10:09:40 | 23 | This was -- I was supposed to be there at this judiciary |
| 10:09:42 | 24 | institute for two years.  But for personal reasons, I |
| 10:09:49 | 25 | stayed only one year, and I left. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:09:51 | 1 | Q.   That was just after law school? |
| 10:09:55 | 2 | A.   Yes. |
| 10:09:55 | 3 | Q.   All right.  So that's around 1980, 1981? |
| 10:10:01 | 4 | A.   Yes. |
| 10:10:02 | 5 | Q.   Between that period and 1994, do you remember |
| 10:10:08 | 6 | the jobs that you had? |
| 10:10:14 | 7 | A.   For sure.  After Morocco, I headed to Jordan, |
| 10:10:25 | 8 | and I was an intern as a lawyer for a couple years. |
| 10:10:32 | 9 | And after finishing, I had my private law firm until -- |
| 10:10:38 | 10 | until 1994.  When the PA came, I came with them. |
| 10:10:47 | 11 | Q.   Where was that private law firm? |
| 10:10:50 | 12 | A.   Amman. |
| 10:10:51 | 13 | Q.   Nadime, excuse me for asking this, but have |
| 10:11:04 | 14 | you ever been arrested? |
| 10:11:06 | 15 | A.   No. |
| 10:11:07 | 16 | Q.   Never been detained? |
| 10:11:22 | 17 | A.   No. |
| 10:11:24 | 18 | Q.   You're not being paid specially to appear |
| 10:11:27 | 19 | here today; right? |
| 10:11:31 | 20 | A.   Certainly not. |
| 10:11:46 | 21 | Q.   I'm sorry.  One other ground rule I'd like |
| 10:11:50 | 22 | to discuss with you -- and your lawyer can disagree |
| 10:11:54 | 23 | if he disagrees. |
| 10:12:02 | 24 | Do you understand, that during the deposition, |
| 10:12:07 | 25 | when we have a break, you are not to discuss your |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
10:12:13    1   testimony with anyone?
10:12:23    2            MR. O'TOOLE:  And I would like to object
10:12:25    3   to that comment, because the law in the District
10:12:28    4   of Columbia is very clear that witnesses can discuss
10:12:32    5   at least parts of their testimony with their lawyers
10:12:35    6   during breaks.  They cannot discuss answers to pending
10:12:39    7   questions during the break.  But, otherwise, they
10:12:41    8   are free to consult with their lawyers, and the
10:12:47    9   conversations are privileged.
10:12:49   10       Q.   BY MR. SCHOEN:  With whom -- sorry.
10:12:50   11            You were told you would be testifying today
10:12:52   12   about certain subjects?
10:13:03   13       A.   Not specific, but I was told that there
10:13:06   14   is a case that -- that has been raised in the United
10:13:11   15   States and that I will be asked about questions related
10:13:19   16   to my studies and my work.
10:13:22   17       Q.   And do you understand that the PA has picked
10:13:26   18   certain witnesses to testify about certain subjects?
10:13:43   19       A.   Yes, I know that.
10:13:45   20       Q.   What, if anything, did you do to prepare to
10:13:47   21   testify today?
10:13:48   22            MR. O'TOOLE:  I'm going to object to this
10:13:51   23   question to the extent that it calls for any sort of
10:13:56   24   communications with his attorneys in connection with
10:13:58   25   the preparation.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:13:59 | 1 | I'm going to instruct the witness not to |
| 10:14:02 | 2 | provide any sort of information in his answer that |
| 10:14:05 | 3 | would reflect attorney/client privileged communications |
| 10:14:09 | 4 | but, otherwise, allow him to answer the question. |
| 10:14:30 | 5 | Q.   BY MR. SCHOEN:  In preparing to testify today, |
| 10:14:32 | 6 | did you look at any documents? |
| 10:14:43 | 7 | A.   Yes, one document. |
| 10:14:45 | 8 | Q.   What document did you look at? |
| 10:14:54 | 9 | A.   A document for a rent contract for an amount |
| 10:15:01 | 10 | that has been paid from the Ministry of Finance. |
| 10:15:06 | 11 | Q.   A rent contract for the PFLP office in |
| 10:15:12 | 12 | Kalkilya? |
| 10:15:13 | 13 | CHECK INTERPRETER HAZOU:  "Kalkilya." |
| 10:15:13 | 14 | OFFICIAL INTERPRETER AGHAZARIAN:  "In |
| 10:15:13 | 15 | Kalkilya." |
| 10:15:15 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  Sorry. |
| 10:15:19 | 17 | Q.   BY MR. SCHOEN:  Yes? |
| 10:15:21 | 18 | A.   Yes. |
| 10:15:21 | 19 | Q.   All right.  We'll discuss that in a moment. |
| 10:15:25 | 20 | Other than your attorneys, did you speak with |
| 10:15:28 | 21 | anyone to prepare for your testimony today? |
| 10:15:39 | 22 | MR. SCHOEN:  Don't answer yet.  Your attorney |
| 10:15:40 | 23 | is -- |
| 10:15:42 | 24 | MR. O'TOOLE:  I'm going to object to |
| 10:15:43 | 25 | that question to the extent that it calls for any |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:15:47 | 1 | communications within the attorney/client team, and |
| 10:15:49 | 2 | that includes agents of the attorneys. |
| 10:15:52 | 3 | To the extent that it calls for information |
| 10:15:55 | 4 | outside the attorney/client privilege, I'm going |
| 10:15:57 | 5 | to allow the witness to answer.  Although I would |
| 10:16:01 | 6 | respectfully ask counsel to rephrase the question |
| 10:16:03 | 7 | to try and eliminate that sort of information. |
| 10:16:09 | 8 | MR. SCHOEN:  Well, I think one way to |
| 10:16:11 | 9 | deal with that would be to ask him who he spoke with. |
| 10:16:14 | 10 | Because I don't think the fact that he spoke with an |
| 10:16:17 | 11 | attorney is privileged.  I think the contents of the |
| 10:16:21 | 12 | discussion would be. |
| 10:16:24 | 13 | So from my perspective, to the extent he names |
| 10:16:27 | 14 | an attorney, I won't inquire into those discussions. |
| 10:16:35 | 15 | It may be that he didn't speak to anyone other than |
| 10:16:38 | 16 | his attorney, but I don't know.  I'd like to find |
| 10:16:42 | 17 | that out, other than what you have defined as his |
| 10:16:45 | 18 | attorney, meaning his attorney or someone who shares |
| 10:16:48 | 19 | the attorney/client privilege with that -- with his |
| 10:16:51 | 20 | attorney. |
| 10:17:03 | 21 | MR. O'TOOLE:  And I will allow the witness |
| 10:17:05 | 22 | to answer that question but will reserve the right to |
| 10:17:08 | 23 | object immediately, to the extent that it elicits any |
| 10:17:11 | 24 | attorney/client privilege. |
| 10:17:23 | 25 | Q.   BY MR. SCHOEN:  Who, if anyone, did you speak |

| | | |
|---|---|---|
| 10:17:26 | 1 | with to prepare for your testimony today?  And I'm just |
| 10:17:36 | 2 | asking who now, not what you discussed. |
| 10:17:46 | 3 | A.   With the lawyers that represent us, we had |
| 10:17:50 | 4 | two sessions, accompanied by attorney Osama Saadi. |
| 10:18:04 | 5 | And my English is poor, so to overcome -- |
| 10:18:09 | 6 | MR. O'TOOLE:  And I would interject here, |
| 10:18:11 | 7 | because I believe that the rest of this answer is |
| 10:18:14 | 8 | discussing or describing reasons for the people in |
| 10:18:19 | 9 | the room, which I think is privileged.  And I would |
| 10:18:26 | 10 | instruct the witness not to provide such information. |
| 10:18:34 | 11 | Q.   BY MR. SCHOEN:  If there was another person |
| 10:18:36 | 12 | in the room, not a lawyer -- |
| 10:18:40 | 13 | A.   Just let me tell you:  In addition to |
| 10:18:48 | 14 | Mrs. Fadia Shayeb, who is the comptroller of the |
| 10:18:53 | 15 | accounts in the Ministry of Finance, I have on the |
| 10:19:00 | 16 | phone inquired about certain issues related -- which |
| 10:19:08 | 17 | is related to this contract that has been exposed to me. |
| 10:19:14 | 18 | Q.   What did you discuss with this comptroller, |
| 10:19:19 | 19 | Mrs. -- I didn't catch her name? |
| 10:19:22 | 20 | OFFICIAL INTERPRETER AGHAZARIAN:  Fadia |
| 10:19:22 | 21 | Shayeb. |
| 10:19:22 | 22 | MR. SCHOEN:  Yes. |
| 10:19:23 | 23 | THE WITNESS:  I inquired about the -- this |
| 10:19:30 | 24 | document, why there was such a bond, which is very -- |
| 10:19:41 | 25 | very, very easy.  What's the big deal about it?  There |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:19:47 | 1 | is nothing that does not contradict with the conditions. |
| 10:19:53 | 2 | It fulfills the requirements. |
| 10:19:59 | 3 | There is a rent contract and there is a |
| 10:20:04 | 4 | cutoff for taxes.  And it is cleared from the internal |
| 10:20:10 | 5 | monitoring of the Finance Ministry.  It is clear also |
| 10:20:15 | 6 | from the legal department.  And it is paid for a citizen |
| 10:20:25 | 7 | who is the landlady owner of the company. |
| 10:20:29 | 8 | Q.   BY MR. SCHOEN:  You understood the property |
| 10:20:32 | 9 | was being used for the PFLP office? |
| 10:20:43 | 10 | A.   It's not me as a person.  But it is used by |
| 10:20:48 | 11 | the PFLP.  It's clearly from the rent contract that |
| 10:20:55 | 12 | it is utilized by the PFLP. |
| 10:20:58 | 13 | Q.   Why did you call this lady? |
| 10:21:08 | 14 | A.   I mentioned because I was surprised.  Why -- |
| 10:21:16 | 15 | what's the big deal?  This is a very normal type of |
| 10:21:20 | 16 | contract. |
| 10:21:21 | 17 | Q.   My question was a bad one.  I meant why this |
| 10:21:25 | 18 | lady of all people?  What's her job as comptroller? |
| 10:21:33 | 19 | Sorry. |
| 10:21:39 | 20 | A.   Because she works for the central accounts |
| 10:21:43 | 21 | within the Finance Ministry. |
| 10:21:46 | 22 | Q.   I see.  And she would be the person who would |
| 10:21:49 | 23 | know that the PA paid this rent for this office? |
| 10:22:05 | 24 | A.   She knows after the payment is carried out. |
| 10:22:08 | 25 | Q.   And she -- |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:22:18 | 1 | A.   After executing any payment, the documents |
| 10:22:23 | 2 | and the -- come to her.  She is not in charge of the |
| 10:22:29 | 3 | payment, but she documents it.  She has the information |
| 10:22:33 | 4 | after payment. |
| 10:22:34 | 5 | Q.   And if there is a file with a contract in it, |
| 10:22:41 | 6 | copies of checks that have been paid, other documents |
| 10:22:46 | 7 | related to the transaction, she or her office would |
| 10:22:56 | 8 | be the custodian of those documents? |
| 10:23:05 | 9 | A.   This is correct. |
| 10:23:08 | 10 | But I want to point out to you something. |
| 10:23:15 | 11 | When the Israeli Army made the incursions into Ramallah, |
| 10:23:22 | 12 | the Ministry of Finance was also barged into.  Many of |
| 10:23:32 | 13 | the documents were lost as a result of this incursion. |
| 10:23:38 | 14 | Q.   Did you understand, when you spoke to her, |
| 10:23:40 | 15 | that she was looking at some documents to get the |
| 10:23:44 | 16 | information she gave you? |
| 10:23:53 | 17 | A.   Yes. |
| 10:23:54 | 18 | Q.   And you also had some documents related to |
| 10:23:57 | 19 | that transaction? |
| 10:24:09 | 20 | A.   I didn't have anything except the only |
| 10:24:12 | 21 | document that I checked into. |
| 10:24:15 | 22 | Q.   And that document was the rent agreement? |
| 10:24:19 | 23 | A.   Yes. |
| 10:24:20 | 24 | Q.   So after consulting -- you read that document? |
| 10:24:29 | 25 | A.   Yes. |

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:24:29 | 1 | Q.   And you spoke with this comptroller? |
| 10:24:33 | 2 | A.   Yes. |
| 10:24:33 | 3 | OFFICIAL INTERPRETER AGHAZARIAN:  "Yes." |
| 10:24:38 | 4 | Q.   BY MR. SCHOEN:  And you arrived at your |
| 10:24:40 | 5 | conclusion about this transaction that way? |
| 10:24:53 | 6 | A.   I didn't understand the question. |
| 10:24:55 | 7 | Q.   Did you look at any other documents or speak |
| 10:24:58 | 8 | to any other people besides the attorneys? |
| 10:25:09 | 9 | A.   No. |
| 10:25:11 | 10 | Q.   I mean, in regard to the -- that transaction |
| 10:25:14 | 11 | you just spoke about, or for any other preparation for |
| 10:25:27 | 12 | testifying today? |
| 10:25:37 | 13 | A.   With others?  Other than the lawyers? |
| 10:25:41 | 14 | Q.   Other than the lawyers. |
| 10:25:42 | 15 | A.   No. |
| 10:26:08 | 16 | Q.   Nadime, do you belong to any political |
| 10:26:10 | 17 | organization? |
| 10:26:16 | 18 | A.   Yes.  Fatah movement. |
| 10:26:18 | 19 | Q.   How long have you been a member of the Fatah |
| 10:26:21 | 20 | movement? |
| 10:26:23 | 21 | A.   From 1976. |
| 10:26:26 | 22 | Q.   When did the Fatah movement start? |
| 10:26:31 | 23 | A.   1965. |
| 10:26:38 | 24 | CHECK INTERPRETER HAZOU:  He said -- |
| | 25 | // |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:26:39 | 1 | (Comment in Arabic by Check Interpreter |
| 10:26:39 | 2 | Hazou.) |
| 10:26:41 | 3 | THE WITNESS:  First of January. |
| 10:26:47 | 4 | (Court reporter clarification.) |
| 10:26:48 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  First of |
| 10:26:48 | 6 | January, '65. |
| 10:26:50 | 7 | Q.   BY MR. SCHOEN:  And have you remained a member |
| 10:26:52 | 8 | of Fatah since 1976 through today? |
| 10:26:59 | 9 | A.   '76. |
| 10:27:01 | 10 | MR. SCHOEN:  That's what I said.  I said '76. |
| 10:27:03 | 11 | OFFICIAL INTERPRETER BEN-NAIM:  Yes.  So it |
| 10:27:04 | 12 | was my mistake. |
| 10:27:07 | 13 | Q.   BY MR. SCHOEN:  Sorry.  So since 1976 through |
| 10:27:11 | 14 | today. |
| 10:27:11 | 15 | A.   But not a member of the military wing. |
| 10:27:16 | 16 | Q.   A member of the Fatah movement? |
| 10:27:18 | 17 | A.   Yes. |
| 10:27:20 | 18 | Q.   Any other organizations you have been a member |
| 10:27:23 | 19 | of, political? |
| 10:27:25 | 20 | A.   No. |
| 10:27:25 | 21 | Q.   And no other faction of the PLO? |
| 10:27:31 | 22 | A.   No. |
| 10:27:33 | 23 | Q.   Fatah is a faction of the PLO? |
| 10:27:37 | 24 | A.   Yes. |
| 10:27:38 | 25 | Q.   Do you know what the other factions are of |

10:27:44   1    the PLO?

10:27:46   2         A.    Of course.

10:27:47   3         Q.    What are they?

10:27:50   4         A.    Fatah, PFLP, PTFLP, the Arab Liberation Front,

10:27:58   5    the Palestinian Liberation Front, the People's Party.

10:28:08   6         Q.    Is Hamas a part of the PLO?

10:28:11   7         A.    No.

10:28:11   8         Q.    Islamic -- Islamic Jihad?

10:28:17   9         A.    No.

10:28:25   10        Q.    One of the categories that you have been

10:28:28   11   designated to talk about today is -- I'm going to

10:28:43   12   paraphrase it -- to provide us with all of the details

10:28:47   13   of all of the searches that were conducted by the PA

10:29:01   14   for documents and information that would be responsive

10:29:13   15   to certain requests for information and documents --

10:29:22   16   the requests for information and documents that the

10:29:26   17   plaintiffs served on the defendant, on the PA.

10:29:48   18        Do you understand?

10:29:50   19        A.    This is what's requested from me?

10:29:53   20        Q.    Yes, that I'm going to ask you questions about

10:29:57   21   those.

10:30:01   22        A.    And I spoke to you with the limit of my

10:30:07   23   knowledge.

10:30:10   24        Q.    With respect to that area of questioning,

10:30:13   25   though, did you take any steps to prepare to answer

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:30:22 | 1 | the questions as to what steps were taken to find |
| 10:30:28 | 2 | information or documents we requested? |
| 10:30:45 | 3 | A.   Yes.  For one time, when I asked about this |
| 10:30:52 | 4 | document to Fadia, I asked if there were other bonds |
| 10:31:05 | 5 | related to the PFLP.  Her answer was that this is the |
| 10:31:14 | 6 | only available document. |
| 10:31:24 | 7 | Q.   On that specific subject, her answer was that |
| 10:31:34 | 8 | that's the only available document? |
| 10:31:40 | 9 | A.   There is a difference here.  There is no |
| 10:31:45 | 10 | implementation for payments.  There was nothing paid |
| 10:31:56 | 11 | to the PFLP except this payment. |
| 10:31:59 | 12 | Q.   Except the payment in this transaction we're |
| 10:32:04 | 13 | talking about? |
| 10:32:16 | 14 | A.   Exactly.  Because on the computer, the only |
| 10:32:19 | 15 | thing which appears is the beneficiary or the person |
| 10:32:23 | 16 | entering the contract.  We pay for the factions, and |
| 10:32:38 | 17 | of course, we assume that this definitely includes the |
| 10:32:43 | 18 | payments in other towns to the PFLP. |
| 10:32:45 | 19 | CHECK INTERPRETER HAZOU:  "Factions of the |
| 10:32:47 | 20 | PLO." |
| 10:32:49 | 21 | MR. SCHOEN:  Just make sure -- sorry.  Just |
| 10:32:50 | 22 | make sure it was correct on the -- I'm sure you are, |
| 10:32:55 | 23 | just that we are in agreement on the -- he said |
| 10:32:57 | 24 | "factions of the PLO"? |
| 10:32:59 | 25 | OFFICIAL INTERPRETER AGHAZARIAN:  "Factions |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

| | | |
|---|---|---|
| 10:32:59 | 1 | of the PLO." |
| 10:33:03 | 2 | THE WITNESS:  The official factions that are |
| 10:33:06 | 3 | under the umbrella of the PLO, including the PFLP. |
| 10:33:13 | 4 | Q.   BY MR. SCHOEN:  And the another factions that |
| 10:33:16 | 5 | you named before? |
| 10:33:18 | 6 | A.   Yes.  The official factions of the PLO. |
| 10:33:22 | 7 | Q.   Yes.  When you say you pay for the factions, |
| 10:33:25 | 8 | there is a certain amount of money allotted to each |
| 10:33:28 | 9 | faction each month? |
| 10:33:39 | 10 | A.   To the best of my knowledge, no.  But this has |
| 10:33:48 | 11 | to do with the limited financial resources.  But there |
| 10:33:53 | 12 | is nothing wrong with this.  In Israel, they pay to all |
| 10:33:58 | 13 | factions, including the opposition. |
| 10:34:00 | 14 | Q.   I'm not suggesting there's anything wrong. |
| 10:34:03 | 15 | I'm just asking how the structure works. |
| 10:34:07 | 16 | Since the start of the PA, isn't it true that |
| 10:34:10 | 17 | the PA makes regular payments to each of the factions of |
| 10:34:18 | 18 | the PLO? |
| 10:34:23 | 19 | A.   Within the reasonable limits.  It's like rents |
| 10:34:38 | 20 | for offices, all faction headquarters. |
| 10:34:44 | 21 | Q.   When you say "within reasonable limits," you |
| 10:34:47 | 22 | mean -- |
| 10:34:49 | 23 | A.   Within also the means that are available. |
| 10:34:52 | 24 | Q.   Meaning the amount -- if there is only a |
| 10:34:57 | 25 | certain amount of money available, the PA can only -- |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | |
|---|---|
| 10:35:01 | 1 |
| 10:35:09 | 2 |
| 10:35:13 | 3 |
| 10:35:23 | 4 |
| 10:35:28 | 5 |
| 10:35:32 | 6 |
| 10:35:33 | 7 |
| 10:35:36 | 8 |
| 10:35:37 | 9 |
| 10:35:41 | 10 |
| 10:35:41 | 11 |
| 10:35:54 | 12 |
| 10:35:55 | 13 |
| 10:35:55 | 14 |
| 10:36:00 | 15 |
| 10:36:01 | 16 |
| 10:36:04 | 17 |
| 10:36:05 | 18 |
| 10:36:07 | 19 |
| 10:36:11 | 20 |
| 10:36:20 | 21 |
| 10:36:25 | 22 |
| 10:36:27 | 23 |
| 10:36:29 | 24 |
| 10:36:35 | 25 |

the PA can only pay a certain amount of money?

A.   This is an aspect.  There is another aspect
that has been agreed upon, that the PLO is responsible
for these factions, and it provides the minimum
requirement of its expenditure, including the rent
of the offices.

Q.   For each of the factions?

A.   Yes.

Q.   The PA is responsible for paying those
expenses?

OFFICIAL INTERPRETER BEN-NAIM:  "The PA"?

Q.   BY MR. SCHOEN:  The PA is responsible for
paying those expenses?

A.   The PA is part and it follows --

MR. SCHOEN:  It's what?

OFFICIAL INTERPRETER AGHAZARIAN:  "It's part
of the PLO."

Q.   BY MR. SCHOEN:  The PA runs the Finance
Ministry, for example?

A.   Correct.  But the PA has -- has been
established in the first place as a result of an
agreement with the PLO.

Q.   Yes.  An agreement -- the PA was established
as the result of an agreement between the PLO and who?
And some other party?  Between the PLO and some other --

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:36:37 | 1 | the PA was created as a result of an agreement between |
| 10:36:43 | 2 | the PLO and some other party? |
| 10:36:53 | 3 | A.   The government of Israel. |
| 10:36:56 | 4 | Q.   In 1994? |
| 10:37:00 | 5 | A.   Maybe in '93. |
| 10:37:01 | 6 | Q.   Yeah, yes. |
| 10:37:04 | 7 | A.   (Not translated.)  Oslo.  Oslo. |
| 10:37:06 | 8 | Q.   Maybe in negotiations that started in 1993? |
| 10:37:10 | 9 | A.   No.  It ended in '93.  It was signed in August |
| 10:37:17 | 10 | 1993. |
| 10:37:21 | 11 | Q.   Aah.  But negotiations continued in '94 and |
| 10:37:24 | 12 | '95? |
| 10:37:27 | 13 | A.   Yes.  Correct. |
| 10:37:28 | 14 | Q.   And other agreements were entered into? |
| 10:37:32 | 15 | A.   Correct. |
| 10:37:33 | 16 | Q.   The Taba agreement, Interim Principles, and |
| 10:37:45 | 17 | the Paris Protocol, I'll call it.  I don't know what |
| 10:37:52 | 18 | else to call it. |
| 10:37:54 | 19 | A.   Yes. |
| 10:37:55 | 20 | Q.   Do the bylaws of the PA or the PLO require |
| 10:38:02 | 21 | the PA to pay the expenses of the factions of the PLO? |
| 10:38:15 | 22 | OFFICIAL INTERPRETER BEN-NAIM:  The last one, |
| 10:38:16 | 23 | last part of -- |
| 10:38:17 | 24 | MR. SCHOEN:  "The factions of the PLO." |
| 10:38:19 | 25 | (Comment in Arabic by the witness.) |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:38:20 | 1 | MR. SCHOEN:  One second.  There's a |
| 10:38:20 | 2 | translation issue. |
| 10:38:20 | 3 | CHECK INTERPRETER HAZOU:  You said "expenses"? |
| 10:38:32 | 4 | MR. SCHOEN:  Yes.  Okay, I'll ask it over. |
| 10:38:35 | 5 | I'll ask it over.  I'll ask it again. |
| 10:38:36 | 6 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |
| 10:38:37 | 7 | Q.   BY MR. SCHOEN:  Do the bylaws of the PA |
| 10:38:42 | 8 | or the PLO require the PA to pay the expenses of |
| 10:38:51 | 9 | the factions of the PLO within the limits of the |
| 10:39:04 | 10 | PA financial ability -- the PA's financial ability? |
| 10:39:13 | 11 | A.   The basic Palestinian Law safeguards the |
| 10:39:21 | 12 | freedom of establishing political parties on the |
| 10:39:26 | 13 | basis of political pluralism. |
| 10:39:30 | 14 | The PLO, as a whole, with its various |
| 10:39:35 | 15 | factions, starting from Fatah, as well as the PFLP, |
| 10:39:41 | 16 | before Oslo and the establishment of the PA, everybody |
| 10:39:47 | 17 | knows that these were armed factions.  But when the |
| 10:39:53 | 18 | Oslo agreement was signed and establishing the PA |
| 10:40:02 | 19 | and that the PLO has signed on it, this means that |
| 10:40:12 | 20 | all the factions have to comply with this agreement. |
| 10:40:16 | 21 | It's binding. |
| 10:40:20 | 22 | And even if some factions had reservations |
| 10:40:25 | 23 | over it, so the leaders and these factions have |
| 10:40:32 | 24 | entered -- |
| 10:40:33 | 25 | MR. SCHOEN:  I'm sorry.  "Entered"? |

| | |
|---|---|
| 10:40:36 | 1 |
| 10:40:37 | 2 |
| 10:40:40 | 3 |
| 10:40:47 | 4 |
| 10:40:56 | 5 |
| 10:41:06 | 6 |
| 10:41:12 | 7 |
| 10:41:19 | 8 |
| 10:41:27 | 9 |
| 10:41:39 | 10 |
| 10:41:46 | 11 |
| 10:41:50 | 12 |
| 10:41:57 | 13 |
| 10:42:02 | 14 |
| 10:42:05 | 15 |
| 10:42:11 | 16 |
| 10:42:22 | 17 |
| 10:42:29 | 18 |
| 10:42:36 | 19 |
| 10:42:43 | 20 |
| 10:42:50 | 21 |
| 10:42:56 | 22 |
| 10:43:05 | 23 |
| 10:43:13 | 24 |
| 10:43:21 | 25 |

1    OFFICIAL INTERPRETER AGHAZARIAN:  "Entered."

2          THE WITNESS:    -- to the Palestinian areas,

3    to the Palestinian lands, implementing an implementation

4    of this agreement.  It has been transformed into unarmed

5    political factions.  And it is prohibited to any faction

6    to engage -- to engage any armed activity or possess

7    weapons.  And the only weapons that are allowed are

8    the weapons of the PA, as is stipulated in the signed

9    agreement, the Oslo Accords, and the other relevant

10   accords.

11         As such, the responsibility of the PLO

12   emanates regarding these factions, the factions that

13   were transformed after Oslo into parties.

14         Q.   BY MR. SCHOEN:  My question really was just:

15   Are there bylaws that require such payments to the

16   factions?

17         A.   I did answer.  There is a clear text in the

18   basic law to safeguard the freedom of establishing

19   political parties.  These factions were transformed

20   into political parties, the same like any political

21   parties anywhere else in the world.  And many countries

22   in the world, including Israel, allocate in its budget

23   annual funds to -- to -- for these parties.

24         We are not a state.  We do not have a clear

25   vision for our annual budget.  We know it depends on

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:43:31 | 1 | external assistance, and sometimes we build this budget |
| 10:43:35 | 2 | based on pledges.  So we will not be able to organize |
| 10:43:44 | 3 | matters whereby we could control the thing like other |
| 10:43:50 | 4 | countries. |
| 10:43:53 | 5 | And -- and we are a nascent entity.  Our laws |
| 10:44:01 | 6 | have not been complete yet.  A large chunk of the laws |
| 10:44:11 | 7 | that are applied in our situation are Jordanian laws. |
| 10:44:18 | 8 | Q.   To summarize, is it fair to say that the PA |
| 10:44:22 | 9 | makes payments to each of its factions -- to each of |
| 10:44:27 | 10 | the PLO's factions, in the interest of this pluralism |
| 10:44:35 | 11 | we spoke about? |
| 10:44:46 | 12 | Is that -- that's fair to say? |
| 10:44:49 | 13 | A.   This is correct, but not in a regular manner. |
| 10:44:52 | 14 | Not in a regular manner. |
| 10:44:55 | 15 | Q.   Meaning they don't -- there is not a set |
| 10:44:57 | 16 | amount that has to be paid every month? |
| 10:45:07 | 17 | A.   No, there are not specific monthly |
| 10:45:12 | 18 | allocations. |
| 10:45:13 | 19 | Q.   That's what you meant by "not in a regular |
| 10:45:16 | 20 | way"? |
| 10:45:19 | 21 | A.   Yes. |
| 10:45:20 | 22 | Q.   It could -- it happens that -- and, by the |
| 10:45:23 | 23 | way, what I'm describing here, the process is the same |
| 10:45:27 | 24 | from 1994 through today? |
| 10:45:37 | 25 | CHECK INTERPRETER HAZOU:  1999? |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 10:45:38 | 1 | MR. SCHOEN:  1994.  1994. |
| 10:45:41 | 2 | THE WITNESS:  This procedure, that it is not |
| 10:45:43 | 3 | regular? |
| 10:45:44 | 4 | Q.   BY MR. SCHOEN:  The procedure of payments by |
| 10:45:45 | 5 | the PA to the factions of the PLO, beginning -- began |
| 10:46:00 | 6 | with the creation of the PA in 1994 -- '93 or '94? |
| 10:46:07 | 7 | A.   Correct. |
| 10:46:08 | 8 | Q.   And the process has continued the same through |
| 10:46:12 | 9 | today? |
| 10:46:16 | 10 | A.   I don't know if it's until now. |
| 10:46:18 | 11 | Q.   Oh.  You don't know today? |
| 10:46:23 | 12 | A.   I'm speaking about the period when I was |
| 10:46:26 | 13 | working in the Ministry of Finance. |
| 10:46:28 | 14 | Q.   That means from '94 until 2008? |
| 10:46:33 | 15 | A.   Yes. |
| 10:46:38 | 16 | MR. SCHOEN:  Oh, I'm sorry.  We have to switch |
| 10:46:40 | 17 | the tape. |
| 10:46:42 | 18 | THE VIDEOGRAPHER:  Going off the record at |
| 10:46:44 | 19 | 10:46. |
| 11:02:02 | 20 | (Recess from 10:46 a.m. to 11:00 a.m.) |
| 11:02:03 | 21 | THE VIDEOGRAPHER:  Going back on the record |
| 11:02:05 | 22 | at 11:00. |
| 11:02:08 | 23 | Q.   BY MR. SCHOEN:  Nadime, who is Sami Ramlawi? |
| 11:02:15 | 24 | A.   Sami Ramlawi was an employee in the Ministry |
| 11:02:22 | 25 | of Finance.  He was director general of the Ministry |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 11:02:29 | 1 | of Finance in the West Bank. |
| 11:02:33 | 2 | Q.   Is there a Ministry of Finance in the West |
| 11:02:34 | 3 | Bank -- is there another Ministry of Finance under the |
| 11:02:41 | 4 | PA or just this Ministry of Finance that you were -- |
| 11:02:45 | 5 | A.   No.  It is one ministry before the division |
| 11:03:05 | 6 | occurred, the Hamas "putsch."  But there used to be |
| 11:03:22 | 7 | headquarters for the Ministry of Finance in Gaza as |
| 11:03:25 | 8 | well as in the West Bank, for logistic reasons.  One |
| 11:03:31 | 9 | minister runs both and one director general of the |
| 11:03:35 | 10 | ministry.  But like most mother ministries, you have |
| 11:03:45 | 11 | a director general for the West Bank and another one |
| 11:03:51 | 12 | in the Ministry of Finance in Gaza. |
| 11:03:54 | 13 | Q.   When was the Hamas "putsch"? |
| 11:03:59 | 14 | A.   2007. |
| 11:04:01 | 15 | Q.   All right.  So between -- well, when did Sami |
| 11:04:05 | 16 | Ramlawi start as the Ministry of Finance? |
| 11:04:12 | 17 | A.   I think in 1994. |
| 11:04:15 | 18 | Q.   And was he the director general in 1994, if |
| 11:04:19 | 19 | you remember? |
| 11:04:27 | 20 | A.   I think so. |
| 11:04:28 | 21 | Q.   Until when? |
| 11:04:41 | 22 | A.   Around 2005. |
| 11:04:50 | 23 | Q.   And you were the legal counsel to the Ministry |
| 11:04:53 | 24 | of Finance during some of that period? |
| 11:04:57 | 25 | (Pending question partially translated.) |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
11:04:58    1              CHECK INTERPRETER HAZOU:  "Legal counsel," you

11:05:00    2    said?

11:05:03    3              MR. SCHOEN:  Yes.

11:05:04    4              OFFICIAL INTERPRETER BEN-NAIM:  "Legal"?

11:05:04    5              MR. SCHOEN:  "Legal counsel."

11:05:05    6              (Pending question partially translated.)

11:05:08    7              OFFICIAL INTERPRETER BEN-NAIM:  "In that

11:05:09    8    period"?

11:05:10    9              MR. SCHOEN:  "During that period."

11:05:11   10              (Remainder of pending question translated.)

11:05:11   11              THE WITNESS:  Yes.

11:05:12   12         Q.   BY MR. SCHOEN:  When Ramlawi was director

11:05:15   13    general?

11:05:15   14         A.   Yes.

11:05:16   15         Q.   You knew him well?

11:05:19   16         A.   Yes.

11:05:22   17         Q.   What was the authority of the position that

11:05:24   18    he had as the director general?

11:05:36   19         A.   It is executive mandate and responsibilities.

11:05:41   20         Q.   He was responsible for all of the employees

11:05:44   21    of the Ministry of Finance?

11:05:46   22         A.   I said in the West Bank.

11:05:54   23         Q.   I'm sorry.  In the West Bank.

11:06:01   24         A.   According to the administrative hierarchy,

11:06:06   25    yes.  In the administrative structure of the Ministry
```

```
11:06:12   1   of Finance, most employees are under his command.  And
11:06:27   2   he, in turn, is responsible to the director general,
11:06:34   3   and the director general to the minister, to the deputy
11:06:39   4   minister, and the director general follows the minister.
11:06:47   5            CHECK INTERPRETER HAZOU:  I think --
11:06:47   6            (Comment in Arabic by Check Interpreter
11:06:47   7        Hazou.)
11:06:49   8            CHECK INTERPRETER HAZOU:  -- is deputy
11:06:50   9   minister.  Deputy minister.  This is why you got
11:06:54  10   a bit confused.
11:06:55  11        Q.   BY MR. SCHOEN:  Ramlawi -- I mean Sami Ramlawi
11:06:57  12   whenever I say "Ramlawi" here.
11:07:05  13            Ramlawi, from '94 until 2005, around, was the
11:07:11  14   director general of the Ministry of Finance in the West
11:07:24  15   Bank?
11:07:24  16            (Comment in Arabic by Check Interpreter
11:07:24  17        Hazou.)
11:07:25  18            THE WITNESS:  Director general.  He was not
11:07:27  19   deputy minister.
11:07:29  20            CHECK INTERPRETER HAZOU:  Exactly.  He said
11:07:29  21   "was the director general," which is --
11:07:32  22            (Brief exchange in Arabic between Official
11:07:32  23        Interpreter Ben-Naim and Check Interpreter Hazou.)
11:07:32  24            CHECK INTERPRETER HAZOU:  Not the deputy.  The
11:07:33  25   deputy minister is --
```

| | | |
|---|---|---|
| 11:07:35 | 1 | (Comment in Arabic by Check Interpreter |
| 11:07:35 | 2 | Hazou.) |
| 11:07:35 | 3 | THE WITNESS:  I tell him, you know, that he |
| 11:07:45 | 4 | was never deputy minister, from the outset. |
| 11:07:49 | 5 | Q.   BY MR. SCHOEN:  Yes, we're straight. |
| 11:07:53 | 6 | Ramlawi was director general of the Ministry |
| 11:07:55 | 7 | of Finance in the West Bank from '94 until around 2005? |
| 11:08:02 | 8 | A.   Correct. |
| 11:08:06 | 9 | Q.   And that's the top guy in the Ministry of |
| 11:08:08 | 10 | Finance in the West Bank? |
| 11:08:15 | 11 | A.   No.  He is not on top of the pyramid.  As I |
| 11:08:23 | 12 | mentioned, you have a minister, then you have deputy |
| 11:08:28 | 13 | minister.  This is for both sides, in the Gaza and the |
| 11:08:36 | 14 | West Bank.  Then you have two director generals.  And |
| 11:08:44 | 15 | since the deputy minister lives in the West Bank, on top |
| 11:08:52 | 16 | of the ministry during this given period, from '94 until |
| 11:08:59 | 17 | after 2005, for -- was the deputy minister in carrying |
| 11:09:10 | 18 | out the daily kind of tasks. |
| 11:09:13 | 19 | Q.   Okay.  So during the period when he was |
| 11:09:15 | 20 | director general, Ramlawi answered to the deputy |
| 11:09:22 | 21 | minister -- |
| 11:09:22 | 22 | (Brief exchange in Arabic among Official |
| 11:09:22 | 23 | Interpreter Aghazarian, Official Interpreter |
| 11:09:22 | 24 | Ben-Naim, Check Interpreter Hazou, and the |
| 11:09:22 | 25 | witness.) |

| 11:09:31 | 1 | Q.   BY MR. SCHOEN:   -- and the minister of |

11:09:31  1          Q.   BY MR. SCHOEN:   -- and the minister of

11:09:37  2    finance?

11:09:39  3          A.   Yes.

11:09:39  4          Q.   Okay.   In the years 1999 to 2002, who was the

11:09:48  5    minister of finance?

11:09:52  6          A.   Muhammad Zuhdi Nashashibi.

11:09:59  7          Q.   And who was the deputy minister of finance?

11:10:03  8          A.   Dr. Atef Alawneh.

11:10:03  9          OFFICIAL INTERPRETER BEN-NAIM:   Hold on.   I

11:10:03  10   should write for her.

11:10:03  11              (Brief exchange in Arabic among Official

11:10:03  12          Interpreter Aghazarian, Official Interpreter

11:10:03  13          Ben-Naim, and the witness.)

11:10:03  14          OFFICIAL INTERPRETER BEN-NAIM:   Sorry.

11:10:23  15          Q.   BY MR. SCHOEN:   As the director general of the

11:10:26  16   Ministry of Finance in the West Bank, was -- what were

11:10:34  17   Ramlawi's job duties, as you understand them?

11:10:45  18          A.   He was in charge of the Treasury, in the

11:10:53  19   sense that he is in charge of the expenditure and

11:10:58  20   payments.   And, clearly, he had the signature right

11:11:05  21   for the Ministry of Finance transactions.   But he is

11:11:12  22   not entitled himself to spend.   According to the law,

11:11:22  23   it is the specialized minister that is entitled to have

11:11:27  24   the signature, or if he delegates somebody to do that.

11:11:38  25   And the person entitled during that period, through the

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | |
|---|---|
| 11:11:44 | 1 | minister, was the deputy minister. |
| 11:11:48 | 2 |     Q.   And so Ramlawi's job duties, you say he was in |
| 11:11:54 | 3 | charge of the Treasury? |
| 11:12:05 | 4 |     A.   Implementing payments that come out from the |
| 11:12:07 | 5 | ministry. |
| 11:12:08 | 6 |     Q.   Okay. |
| 11:12:09 | 7 |     CHECK INTERPRETER HAZOU:  No, no, no.  "From |
| 11:12:10 | 8 | the Treasury." |
| 11:12:11 | 9 |     (Brief exchange in Arabic between Check |
| 11:12:11 | 10 |     Interpreter Hazou and the witness.) |
| 11:12:11 | 11 |     THE WITNESS:  From the Treasury. |
| 11:12:16 | 12 |     Q.   BY MR. SCHOEN:  What other job duties, if any, |
| 11:12:19 | 13 | did he have? |
| 11:12:26 | 14 |     A.   The normal administrative procedures for the |
| 11:12:32 | 15 | clerks, according to the civil service bylaws and the |
| 11:12:40 | 16 | bylaws of the Ministry of Finance. |
| 11:12:45 | 17 |     Q.   If someone wanted to make a request for |
| 11:12:48 | 18 | payment from the Treasury, as a matter of law, as |
| 11:12:57 | 19 | you understood it as a legal counsel, would Ramlawi |
| 11:13:05 | 20 | be the person for that person to make the request to? |
| 11:13:19 | 21 |     A.   No. |
| 11:13:21 | 22 |     Q.   Who would that person make -- if, let's say, |
| 11:13:25 | 23 | a member of a faction wanted some money paid to that |
| 11:13:31 | 24 | person from the PA Treasury -- by the way, I want to |
| 11:13:42 | 25 | be clear.  I'm not asking you yet whether Ramlawi had |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 11:13:49 | 1 | the final authority to approve payment.  I'm just asking |
| 11:14:01 | 2 | if -- if he would be the appropriate person for a person |
| 11:14:09 | 3 | who is requesting money from the Treasury to present |
| 11:14:14 | 4 | his request to. |
| 11:14:22 | 5 | A.   To make the application where?  You mean |
| 11:14:28 | 6 | Ramlawi, where to make the demand? |
| 11:14:33 | 7 | Q.   I wasn't clear, I'm sure, in my question. |
| 11:14:37 | 8 | Sorry. |
| 11:14:40 | 9 | A person wants money paid by the PA for an |
| 11:14:45 | 10 | expense, let's say a faction's expense.  Would that |
| 11:14:54 | 11 | person go to Ramlawi, appropriately under the law, to |
| 11:15:03 | 12 | make the request for the payment of those expenses, if |
| 11:15:10 | 13 | he wanted the PA to make the payment for the expenses? |
| 11:15:25 | 14 | A.   No. |
| 11:15:28 | 15 | Q.   Would Ramlawi have any role in the process of |
| 11:15:32 | 16 | considering a request for payment by the PA? |
| 11:15:40 | 17 | A.   To start, no.  If an application is presented |
| 11:15:59 | 18 | from certain individuals, they go to the person that |
| 11:16:04 | 19 | is entitled to order the expenditure -- the payment. |
| 11:16:12 | 20 | And with the approval of the person who is delegated |
| 11:16:16 | 21 | to approve the payment, they head to Sami Ramlawi only |
| 11:16:24 | 22 | for implementation. |
| 11:16:29 | 23 | Q.   Okay.  Just give me one second. |
| 11:16:32 | 24 | A.   I can also add something.  This application |
| 11:17:14 | 25 | could start from President Arafat, being responsible |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 11:17:20 | 1 | for all people. |
| 11:17:22 | 2 | Q.   I'm not sure what you mean by the |
| 11:17:24 | 3 | "application." |
| 11:17:24 | 4 | In other words, if President Arafat needed |
| 11:17:30 | 5 | to make a request for payment from the Treasury, he |
| 11:17:42 | 6 | would need to ask someone in the Finance Ministry? |
| 11:17:45 | 7 | A.   If he wants personally, you mean? |
| 11:17:56 | 8 | Q.   I don't know.  I thought you said this also |
| 11:17:57 | 9 | is the same for -- |
| 11:18:01 | 10 | A.   No, no, I didn't say that.  I said that |
| 11:18:06 | 11 | the person requesting funds makes an application. |
| 11:18:14 | 12 | He could go directly to President Arafat.  And after |
| 11:18:23 | 13 | Arafat approves such an application, refers it to the |
| 11:18:27 | 14 | Ministry of Finance.  In addition, people could apply |
| 11:18:36 | 15 | with the minister of finance and the process with the |
| 11:18:40 | 16 | same procedures. |
| 11:18:45 | 17 | Q.   Okay.  Sami Ramlawi's stopped in his position |
| 11:18:50 | 18 | as director of -- director general of the Ministry of |
| 11:18:52 | 19 | Finance around 2005? |
| 11:19:02 | 20 | A.   Yes. |
| 11:19:03 | 21 | Q.   Do you know why he -- did he resign from his |
| 11:19:07 | 22 | position?  Did he quit? |
| 11:19:18 | 23 | A.   He did not resign to start with.  But after |
| 11:19:26 | 24 | Salam Fayyad was assigned to be the minister of finance, |
| 11:19:41 | 25 | he had a new approach in running the ministry.  So he |

11:19:47  1    recruited teams that he deems can serve him better.

11:19:55  2         Q.   Do you know where Sami Ramlawi is today?

11:20:05  3         A.   I know from the press and what have you that

11:20:10  4    he is in Amman.

11:20:12  5         Q.   And do you know if Sami Ramlawi is suspected

11:20:16  6    of having committed some crimes?

11:20:21  7         A.   Yes.

11:20:22  8         Q.   What crimes, if you know?

11:20:25  9         A.   Corruption.

11:20:29  10        Q.   Corruption from when he was working in the

11:20:31  11   Ministry of Finance?

11:20:34  12        A.   Yes.

11:20:34  13        Q.   Now, you were legal counsel at the time he

11:20:37  14   was director general?

11:20:46  15        A.   Yes.

11:20:47  16        Q.   Are you aware of anything illegal that Sami

11:20:49  17   Ramlawi did while he was director general of the

11:20:56  18   Ministry of Finance?

11:21:03  19        A.   No.

11:21:06  20        Q.   You are familiar with Sami Ramlawi's work when

11:21:10  21   he was director general?

11:21:24  22        A.   No, I don't know all the kind of activities he

11:21:30  23   was doing.  I don't know -- I don't know all activities

11:21:40  24   conducted in the Ministry of Finance, except in the

11:21:43  25   range of my direct work.

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

11:21:45  1       Q.   Do you know what kind of work Sami Ramlawi is

11:21:49  2   doing now?

11:21:49  3       A.   No.

11:21:56  4       Q.   When is the last time you recall speaking to

11:22:00  5   Sami Ramlawi?

11:22:06  6       A.   From the last day that he has quit the

11:22:09  7   Ministry.

11:22:11  8       Q.   Do you recall or are you aware of the nature

11:22:15  9   of the corruption he's suspected of?

11:22:22 10       A.   No.

11:22:47 11            MR. SCHOEN:  Okay.  The next subject is going

11:22:49 12   to be a long subject, so -- the next subject could be

11:22:50 13   a little bit long.  I'm just trying to think what's

11:22:58 14   best for you.  I don't eat lunch, so it's not a factor

11:23:02 15   for me.  I think it's too early now.  It's too early

11:23:04 16   now, yeah?  Yeah.  So let's just continue with this.

11:23:12 17            How much time is left on the tape?

11:23:15 18            THE VIDEOGRAPHER:  About 40 minutes.

11:23:18 19            MR. SCHOEN:  Okay.  Okay.

11:23:34 20       Q.   BY MR. SCHOEN:  I want to return to the

11:23:36 21   subject I started to talk about before, but I want

11:23:41 22   to be clear about what I'm asking.

11:23:54 23            Again, one of the subjects that you were

11:23:58 24   designated to testify about today was to give the

11:24:08 25   full details of the searches that were made to find

| | | |
|---|---|---|
| 11:24:17 | 1 | information or documents that the plaintiffs asked |
| 11:24:26 | 2 | the defendants for.  So my questions to you are going |
| 11:24:44 | 3 | to be simply to ask you what steps were taken, what |
| 11:25:00 | 4 | the details are of any and all searches that were made |
| 11:25:15 | 5 | to find this information or documents. |
| 11:25:24 | 6 | A.   Regarding what? |
| 11:25:27 | 7 | Q.   I'll ask you each thing individually. |
| 11:25:37 | 8 | First of all, are you familiar with the term |
| 11:25:40 | 9 | "interrogatories" at all? |
| 11:25:43 | 10 | A.   No. |
| 11:25:49 | 11 | Q.   Okay.  It's a technical term that they use |
| 11:25:52 | 12 | in the United States for one way in which information |
| 11:26:00 | 13 | is requested. |
| 11:26:07 | 14 | Do you know what, if any, searches were made |
| 11:26:16 | 15 | to determine what money -- I'm just talking about money |
| 11:26:22 | 16 | now -- was paid by the PA or PLO for any purpose between |
| 11:26:43 | 17 | 1998 -- I'm sorry, I'm sorry -- between February 16, |
| 11:26:49 | 18 | 1998, and February 16 -- and February 16, 2002? |
| 11:27:07 | 19 | MR. O'TOOLE:  I'm going to object here.  He's |
| 11:27:09 | 20 | the designee of the PA.  He certainly can speak if he |
| 11:27:13 | 21 | has any knowledge about the PLO.  And I think that was |
| 11:27:17 | 22 | part of your question, but I just want to make clear |
| 11:27:21 | 23 | that he is the designee of the PA, not the PLO. |
| 11:27:44 | 24 | MR. SCHOEN:  Respectfully, he is the designee |
| 11:27:49 | 25 | under 19.  And 19 refers to all -- each of the discovery |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 11:27:55 | 1 | requests served by plaintiffs on the PA.  And I was |
| 11:28:03 | 2 | asking him about the interrogatories served on the PA. |
| 11:28:11 | 3 | MR. O'TOOLE:  And with all respect, I agreed, |
| 11:28:15 | 4 | although your question, I believe, also asked him to |
| 11:28:20 | 5 | discuss searches conducted by the PLO. |
| 11:28:24 | 6 | MR. SCHOEN:  Yes.  That's part of the -- oh, |
| 11:28:25 | 7 | searches conducted by the PLO.  No, my question is -- |
| 11:28:27 | 8 | I'll clarify that.  I thought this was my question. |
| 11:28:33 | 9 | Q.   BY MR. SCHOEN:  My question was what, if any, |
| 11:28:35 | 10 | steps you took to determine -- to determine any and all |
| 11:28:45 | 11 | searches conducted by the PA on this question, on the |
| 11:28:57 | 12 | question I'll ask you:  A search for information as to |
| 11:29:14 | 13 | what, if any, money -- what, if any, money was paid to |
| 11:29:32 | 14 | the PFLP by either the PA or the PLO between the dates |
| 11:29:51 | 15 | February 16, 1998, and February 16, 2002. |
| 11:30:03 | 16 | THE WITNESS:  Should I answer? |
| 11:30:03 | 17 | MR. O'TOOLE:  Yes. |
| 11:30:06 | 18 | THE WITNESS:  As I mentioned earlier, I |
| 11:30:13 | 19 | conducted a telephone conversation with Mrs. Fadia |
| 11:30:17 | 20 | Shayeb to ask her about the contract of the PFLP.  And |
| 11:30:34 | 21 | on the margin of this call or through this call, she |
| 11:30:42 | 22 | informed me that they received an official request from |
| 11:30:48 | 23 | the attorneys of the PA to search for any payments that |
| 11:30:59 | 24 | were made to the PFLP during the aforementioned period. |
| 11:31:07 | 25 | And they did not find, except for this single payment, |

11:31:11   1   in the name of the PFLP.

11:31:14   2           And she informed me further that she has been

11:31:21   3   searching for a period which is much larger in chunk

11:31:28   4   than what was requested.

11:31:29   5       Q.   BY MR. SCHOEN:  And when you say "this single

11:31:32   6   payment," as it was translated, you're referring to the

11:31:40   7   rental for the PFLP office that we spoke about earlier,

11:31:51   8   in Kalkilya?

11:31:52   9       A.   This is correct.  But this does not mean it

11:32:02  10   is a single payment for other offices that could be

11:32:06  11   other towns, such as Ramallah and Jenin and what have

11:32:12  12   you.  Because the payments come in the name of the

11:32:17  13   person that rents, so in the computer it appears in

11:32:25  14   the name of the person who rents.

11:32:31  15       Q.   Okay.  So if I understand you -- correct me

11:32:34  16   if I'm wrong -- a person could be a member of the PFLP,

11:32:50  17   renting an office for the PFLP, and the PA might pay the

11:32:58  18   rent for that office.  But she, in her search -- this

11:33:08  19   is the --

11:33:08  20           OFFICIAL INTERPRETER AGHAZARIAN:  Fadia.

11:33:09  21       Q.   BY MR. SCHOEN:  Fadia, in her search, might

11:33:15  22   not have been able to find that as a payment to the

11:33:20  23   PFLP simply because the record would show it -- the

11:33:30  24   record she had would be in his name, not in the name

11:33:38  25   of the PFLP?

11:33:47   1        A.   The owner, who is not necessarily a member

11:33:50   2   of the PFLP or affiliated to it.

11:33:53   3        Q.   But still, it could be rented for use as a

11:33:57   4   PFLP office.  She just couldn't identify it as that from

11:34:09   5   her search, because the payment recorded in her records,

11:34:20   6   that she had access to, just had the landlord's name

11:34:28   7   that the payment was made to by the PA; is that correct?

11:34:36   8        A.   Yes, possible.

11:34:40   9        Q.   If such a payment is made by the PA to the

11:34:48  10   landlord, is there a line in the budget where that would

11:34:57  11   be reflected, that kind of payment?

11:35:13  12        A.   No.

11:35:19  13        Q.   Is there any way to determine from the budget

11:35:28  14   how much money is paid to any faction?

11:35:41  15        A.   Not through the budget.  But if there are such

11:35:48  16   payments, it could be in the final estimate, after the

11:35:57  17   money is -- after the -- it's implemented.

11:36:05  18        Q.   I don't understand.

11:36:18  19        A.   There is no item in the budget for amounts

11:36:22  20   earmarked for the factions.

11:36:27  21        Q.   Okay.  So looking at the year past, let's say

11:36:31  22   in the year 2002, you wanted to determine how much money

11:36:46  23   was paid to any faction of the PLO in the previous year.

11:36:58  24             Would there be a way for you to tell that, to

11:37:01  25   determine that?

| | | |
|---|---|---|
| 11:37:08 | 1 | When I say "you," I mean the PA. |
| 11:37:15 | 2 | A.   I said yes, the PA.  In the annual budget law, |
| 11:37:33 | 3 | there are items for expenditure.  We call it centers of |
| 11:37:39 | 4 | responsibility. |
| 11:37:45 | 5 | For instance, the Land Authority, it has |
| 11:37:47 | 6 | a mandate, and it has a budget; the same, Ministry of |
| 11:37:53 | 7 | Health, Ministry of Education, what have you.  If we |
| 11:38:02 | 8 | look at this annual budget laws, we don't have an item |
| 11:38:13 | 9 | that refers to the PLO factions as factions. |
| 11:38:18 | 10 | What used to be paid, if it has been paid, |
| 11:38:30 | 11 | was usually by decisions from President Arafat, which |
| 11:38:40 | 12 | are clearly irregular kinds of payments.  And maybe |
| 11:38:52 | 13 | four applications are presented, maybe one or none |
| 11:38:55 | 14 | will be approved.  Not every request from his part |
| 11:39:03 | 15 | was necessarily paid. |
| 11:39:06 | 16 | Q.   Let me ask you a specific question:  Do you |
| 11:39:10 | 17 | know Mr. Malouh?  Do you know who that is? |
| 11:39:15 | 18 | A.   Yes. |
| 11:39:15 | 19 | Q.   He -- do you know he is the PFLP |
| 11:39:22 | 20 | representative on the PLO? |
| 11:39:24 | 21 | A.   (Translated.)  Yes. |
| 11:39:25 | 22 | (In English.)  Yes, yes, I know. |
| 11:39:25 | 23 | Q.   Okay.  I represent to you that Mr. Malouh |
| 11:39:29 | 24 | testified that the PA pays for his car and a driver |
| 11:39:38 | 25 | for his car. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
11:39:41   1        A.    That's --
11:39:41   2              MR. O'TOOLE:  I'm going to --
11:39:41   3              MR. SCHOEN:  I misspoke?
11:39:50   4              MR. O'TOOLE:  I'm going to object.
11:39:50   5              MR. SCHOEN:  Yeah.
11:39:51   6              MR. O'TOOLE:  Because I'm not sure that the --
11:39:52   7        I haven't read the transcript of the Malouh deposition.
11:39:58   8        But I'm not sure that it's clear whether the PLO is
11:40:02   9        paying for his car and his driver or the PA.
11:40:09  10        Q.    BY MR. SCHOEN:  Okay.  Do you know whether the
11:40:13  11        PA pays for Mr. Malouh's car and driver?
11:40:18  12        A.    I'm not surprised at all that they pay,
11:40:22  13        because he is a member of the Executive Committee of
11:40:25  14        the PLO.
11:40:27  15        Q.    Of course.  Okay.  So assume that the PA
11:40:29  16        pays for Mr. Malouh's car and driver --
11:40:40  17              MR. O'TOOLE:  I'm going to object to the
11:40:42  18        extent that that purports to reflect his past testimony.
11:40:46  19        Because he used the word "they," so it's not clear who
11:40:52  20        he's saying paid for the car and driver.
11:40:57  21        Q.    BY MR. SCHOEN:  Okay.  Assuming the PA pays
11:41:00  22        for Mr. Malouh's car and driver and for Mr. Malouh's
11:41:05  23        home, if that were to occur, is there a place in the
11:41:17  24        budget where that kind of payment would be reflected?
11:41:31  25        A.    If this is the case, such payments are paid
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 11:41:39 | 1 | to Malouh and others in their capacity as members of the |
| 11:41:48 | 2 | Executive Committee of the PLO, and the person in charge |
| 11:41:57 | 3 | of the budget and funds of the PLO, and it comes under |
| 11:42:08 | 4 | the item of the Palestinian National Fund. |
| 11:42:13 | 5 | Q.   There is just a general item for the |
| 11:42:14 | 6 | Palestinian National Fund? |
| 11:42:21 | 7 | A.   I think yes. |
| 11:42:26 | 8 | Q.   Okay.  Do you know whether -- you were the |
| 11:42:28 | 9 | legal counsel for the Ministry of Finance for many |
| 11:42:32 | 10 | years; right? |
| 11:42:36 | 11 | A.   Yes. |
| 11:42:37 | 12 | Q.   You are aware that each faction of the PLO |
| 11:42:48 | 13 | has one or more representatives of that faction as a |
| 11:42:54 | 14 | member of the PLO; correct? |
| 11:43:03 | 15 | A.   In the Executive Committee of the PLO, yes. |
| 11:43:07 | 16 | Q.   Each faction has a member on the Executive |
| 11:43:11 | 17 | Committee of the PLO? |
| 11:43:14 | 18 | A.   Yes. |
| 11:43:14 | 19 | Q.   Okay.  Do you know whether the PA pays for |
| 11:43:20 | 20 | the expenses of the representative of the faction to |
| 11:43:26 | 21 | the PLO? |
| 11:43:30 | 22 | A.   Yes, as -- as members of the Executive |
| 11:43:44 | 23 | Committee. |
| 11:43:47 | 24 | Q.   What kinds of expenses of the representative |
| 11:43:51 | 25 | of the faction, who is a member of the PLO Executive |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 11:43:53 | 1 | Committee, does the PA pay? |
| 11:44:09 | 2 | A.   I don't know exactly.  But it does not exceed |
| 11:44:17 | 3 | the personal expenses, such as a monthly allocation, |
| 11:44:23 | 4 | salary. |
| 11:44:26 | 5 | Q.   Aah, okay.  So let's take salary. |
| 11:44:31 | 6 | A.   Such as the car. |
| 11:44:33 | 7 | Q.   Okay.  So the PA pays the -- pays a salary |
| 11:44:36 | 8 | to the PFLP faction member who sits on the Executive |
| 11:44:44 | 9 | Committee, PLO Executive Committee? |
| 11:44:59 | 10 | A.   Yes. |
| 11:44:59 | 11 | Q.   Okay.  And the PA pays for that same person -- |
| 11:45:06 | 12 | A.   Salary. |
| 11:45:06 | 13 | Q.   What? |
| 11:45:09 | 14 | A.   Salary.  Okay. |
| 11:45:10 | 15 | Q.   Salary.  Do you know what the salary is, paid |
| 11:45:13 | 16 | to the faction members? |
| 11:45:15 | 17 | A.   No. |
| 11:45:15 | 18 | Q.   Okay. |
| 11:45:16 | 19 | A.   I don't know. |
| 11:45:18 | 20 | Q.   The PA provides a car and driver at the PA's |
| 11:45:23 | 21 | expense for this same faction representative? |
| 11:45:36 | 22 | A.   I don't know. |
| 11:45:37 | 23 | Q.   You don't know if it pays for a car and |
| 11:45:40 | 24 | driver? |
| 11:45:43 | 25 | A.   I don't know. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

11:45:43   1      Q.   Do you know who would know that?

11:45:50   2      A.   The persons that are related to payments.

11:45:53   3      Q.   Who are those persons?  That's in the Ministry

11:45:56   4   of Finance?

11:45:58   5      A.   I don't know.  They could be people from the

11:46:06   6   National Fund, those who -- who execute the policies of

11:46:12   7   the PLO.

11:46:18   8           CHECK INTERPRETER HAZOU:  "Budget."

11:46:19   9           OFFICIAL INTERPRETER AGHAZARIAN:  "Budget."

11:46:22  10      Q.   BY MR. SCHOEN:  So you, Nadime, don't know

11:46:29  11   who, if anyone, is responsible for paying for the car

11:46:36  12   of the faction member who sits on the PLO Executive

11:46:40  13   Committee?

11:46:49  14      A.   I said I don't know.  But most probably the

11:47:05  15   person who is in charge of the implementation of the

11:47:08  16   budget of the PLO.

11:47:11  17      Q.   Who is that person?

11:47:15  18      A.   The Palestinian National Fund.

11:47:17  19      Q.   Who runs the Palestinian National Fund?

11:47:22  20      A.   Dr. Ramzi Khouri.

11:47:26  21      Q.   And would your answer be the same if I were

11:47:31  22   to ask you about whether the PA pays for the details

11:47:39  23   of any payment for the home of a faction member who

11:47:48  24   sits on the PLO Executive Committee?

11:48:03  25      A.   My answer is -- my expectation or speculation,

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

11:48:11   1    if you like -- and it is emanated from measurement --
11:48:18   2    I believe that there is an item in the budget where the
11:48:28   3    center of responsibility is the PNF.  And this fund is
11:48:37   4    the one that is responsible to cover the PLO.
11:48:43   5        Q.   Okay.  So with respect to any search that was
11:48:52   6    made to determine any and all money that was paid during
11:49:00   7    the time frame I mentioned, '98 to 2002, money paid by
11:49:11   8    the PA or PLO to the PFLP, is it your testimony that
11:49:27   9    the entire search conducted by the PA consisted of your
11:49:38   10   telephone call with Mrs. Fadia, what you understand to
11:49:50   11   be the computer search she conducted, and your review
11:49:56   12   of the contract for the rent of the PFLP office in
11:49:59   13   Kalkilya?
11:50:02   14          Are you aware of any -- are you aware of any
11:50:11   15   other steps that were taken to answer that question,
11:50:20   16   the question of any monies that were paid to the PFLP
11:50:33   17   by the PA or PLO during that period?
11:50:43   18          Are you aware of any other steps taken by
11:50:45   19   the PA?
11:50:52   20       A.   I don't know.  The only thing I can say
11:50:59   21   on this matter, what occurred in the telephone talk,
11:51:11   22   conversation, with Fadia.  I reiterate that she has
11:51:23   23   conducted the search based on the request of the PA
11:51:29   24   attorneys for the specific period which is requested
11:51:36   25   from them, even for a period which is even longer than

| | | |
|---|---|---|
| 11:51:40 | 1 | the time span of this period. |
| 11:51:45 | 2 |     Q.   I understand.  And any other steps taken that |
| 11:51:48 | 3 | you're aware of? |
| 11:51:52 | 4 |     A.   I don't know. |
| 11:52:15 | 5 |     Q.   Do you know what, if any, steps were taken |
| 11:52:26 | 6 | by the PA -- steps taken by the PA to determine whether |
| 11:52:35 | 7 | any funds, any money, was paid by either the PA or the |
| 11:52:45 | 8 | PLO during that same time period, '98 to 2002, to the |
| 11:53:00 | 9 | Al-Hadaf Center for Studies and Media? |
| 11:53:12 | 10 |     A.   I don't know. |
| 11:53:16 | 11 |     Q.   For each of these requests, I'm referring to |
| 11:53:19 | 12 | the same time period, '98 to 2002.  Okay? |
| 11:53:32 | 13 |     A.   The period of the search. |
| 11:53:34 | 14 |     Q.   Yes.  There's February 16, '98, to |
| 11:53:40 | 15 | February 16, 2002. |
| 11:53:45 | 16 |     A.   Okay. |
| 11:53:46 | 17 |     Q.   Okay.  Are you aware of any steps taken by |
| 11:53:49 | 18 | the PA to search for any information regarding whether |
| 11:53:53 | 19 | any money was paid by the PA or PLO to the Union of |
| 11:54:07 | 20 | Palestinian Women's Committees? |
| 11:54:27 | 21 |     Are you aware of any steps that were taken |
| 11:54:29 | 22 | to determine that information? |
| 11:54:41 | 23 |     A.   The question, is it a search for getting |
| 11:54:46 | 24 | information, how -- how that the PA has paid amounts |
| 11:54:52 | 25 | during this given period? |

| | | |
|---|---|---|
| 11:54:55 | 1 | Q.   That's my question. |
| 11:54:56 | 2 | Do you know what steps were taken to determine |
| 11:54:58 | 3 | whether the PA or PLO paid any money to the organization |
| 11:55:10 | 4 | I mentioned? |
| 11:55:20 | 5 | A.   I don't -- I don't know what kind of steps |
| 11:55:23 | 6 | were taken. |
| 11:55:24 | 7 | MR. SCHOEN:  Okay.  We only have a couple of |
| 11:55:28 | 8 | minutes left.  Let me just do one thing before we break. |
| 11:55:31 | 9 | You have an exhibit marker?  I'm going to mark |
| 11:55:35 | 10 | this as Exhibit A to Nadime's deposition. |
| 11:55:42 | 11 | Q.   BY MR. SCHOEN:  This purports to be or -- it |
| 11:55:45 | 12 | purports to be the contract for the rent of the Kalkilya |
| 11:55:50 | 13 | PFLP office -- |
| 11:55:54 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  Between the |
| 11:55:54 | 15 | PA? |
| 11:56:10 | 16 | Q.   BY MR. SCHOEN:  -- for the rent of the |
| 11:56:10 | 17 | Kalkilya PFLP office that I believe is the document |
| 11:56:12 | 18 | you were referring to that you reviewed.  But I want |
| 11:56:24 | 19 | to show you the document and ask you if you can identify |
| 11:56:28 | 20 | it. |
| 11:56:33 | 21 | A.   (Examining.)  This is what we were talking |
| 11:56:42 | 22 | about.  Yes. |
| 11:56:50 | 23 | MR. SCHOEN:  Okay.  Sure, yeah.  I just want |
| 11:56:50 | 24 | to mark it.  Okay.  Let's just take our break now, and |
| 11:56:54 | 25 | we'll mark it. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
11:56:54  1              MR. O'TOOLE:  Great.

11:56:54  2              THE VIDEOGRAPHER:  Going off the record

11:56:54  3    at 11:55 --

11:56:54  4              THE WITNESS:  If this will be extended

11:56:54  5    until --

11:56:54  6              MR. SCHOEN:  It's not on the record.  It's not

11:56:54  7    on the record.

11:56:56  8              THE WITNESS:  Until when?

11:57:01  9              MR. SCHOEN:  Is it on the record?

11:57:01  10             THE WITNESS:  Until when shall this go on?

11:57:03  11             MR. SCHOEN:  What?  The break?  Oh, how long

11:57:06  12   will the deposition go on?  I can't answer that.  You

11:57:09  13   were designated for many subjects.

11:57:15  14             THE WITNESS:  So let us continue.

11:57:18  15             MR. SCHOEN:  Oh, sure, sure.  Sure, sure.

11:57:21  16             THE WITNESS:  We don't need to waste time with

11:57:24  17   breaks.

11:57:25  18             MR. SCHOEN:  Yeah, he just needs to change the

11:57:27  19   tape.  We don't need to take a break.

11:57:28  20             THE VIDEOGRAPHER:  Going off the record at

11:57:30  21   11:56.

11:57:31  22             (N. Al-Barahme Exhibit A marked.)

11:57:31  23             (Recess from 11:56 a.m. to 12:11 p.m.)

12:12:38  24             THE VIDEOGRAPHER:  Back on the record at

12:12:40  25   12:11.
```

| | | |
|---|---|---|
| 12:12:43 | 1 | Q.   BY MR. SCHOEN:  Nadime, let me show you what |
| 12:12:47 | 2 | we've previously marked as Exhibit A to this deposition, |
| 12:12:52 | 3 | which is marked Bates stamp 42 from the defendants' |
| 12:12:57 | 4 | production, and ask you what -- to describe that |
| 12:13:08 | 5 | document. |
| 12:13:12 | 6 | MR. O'TOOLE:  For the record, I'm going to |
| 12:13:14 | 7 | object, because we have been provided with -- |
| 12:13:16 | 8 | OFFICIAL INTERPRETER BEN-NAIM:  Sir, you need |
| 12:13:16 | 9 | to raise your voice.  I can't hear you.  Sorry. |
| 12:13:16 | 10 | MR. O'TOOLE:  -- a document in Arabic with |
| 12:13:18 | 11 | no English translation. |
| 12:13:20 | 12 | MR. SCHOEN:  Okay. |
| 12:13:21 | 13 | MR. O'TOOLE:  To the extent that the -- |
| 12:13:22 | 14 | to the extent that plaintiffs later want to try and |
| 12:13:25 | 15 | supplement this deposition with an English translation |
| 12:13:28 | 16 | of this document, we will object. |
| 12:13:32 | 17 | MR. SCHOEN:  I have provided the witness |
| 12:13:34 | 18 | with a document Bates stamped 42 in the form in which |
| 12:13:46 | 19 | the defendants produced it to the plaintiffs.  No |
| 12:14:00 | 20 | translations were provided by the defendants.  And |
| 12:14:07 | 21 | my understanding is that the witness does not speak |
| 12:14:12 | 22 | or read English. |
| 12:14:17 | 23 | I intend to examine the witness about the |
| 12:14:27 | 24 | document, which I understood he reviewed in preparation |
| 12:14:35 | 25 | for this deposition. |

| | | |
|---|---|---|
| 12:14:42 | 1 | MR. O'TOOLE:  And just to supplement that, |
| 12:14:44 | 2 | we have no objection to the witness reviewing an Arabic |
| 12:14:48 | 3 | document, commenting on an Arabic document. |
| 12:15:02 | 4 | Our objection is purely about the record |
| 12:15:04 | 5 | being made by this deposition.  It will be closed at |
| 12:15:14 | 6 | the end of the deposition, and there will be no English |
| 12:15:18 | 7 | translations to supplement this, if this proceeding is |
| 12:15:21 | 8 | ever put before a different -- before -- before -- a |
| 12:15:24 | 9 | fact finder or before a judge. |
| 12:15:27 | 10 | MR. SCHOEN:  I will want that fact finder |
| 12:15:29 | 11 | to review the document that's been presented to the |
| 12:15:30 | 12 | witness in Arabic, as it was produced to us.  And |
| 12:15:33 | 13 | if at some point in the future, for some purpose, |
| 12:15:35 | 14 | a translation is provided, the court will rule on |
| 12:15:39 | 15 | whether that's appropriate or not. |
| 12:15:44 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  I am |
| 12:15:45 | 17 | summarizing it. |
| 12:15:51 | 18 | (Colloquy translated.) |
| 12:15:56 | 19 | Q.  BY MR. SCHOEN:  Nadime, is -- Exhibit A is the |
| 12:16:28 | 20 | contract that you reviewed? |
| 12:16:35 | 21 | A.  (Examining.)  Yes.  Correct. |
| 12:16:37 | 22 | Q.  Okay.  Do you remember where you got a copy of |
| 12:16:40 | 23 | that document in order to review it? |
| 12:16:55 | 24 | A.  In my meeting with the defense attorneys. |
| 12:16:59 | 25 | Q.  Is that the first time you recall seeing that |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:17:01 | 1 | contract? |
| 12:17:12 | 2 | A.   Definitely not, because I have a signature |
| 12:17:15 | 3 | there on the 2nd of August, 2001. |
| 12:17:19 | 4 | Q.   You signed that contract on the 2nd? |
| 12:17:23 | 5 | A.   (Witness nods head in the affirmative.) |
| 12:17:26 | 6 | Q.   And in fact, in 2001, in August, you reviewed |
| 12:17:39 | 7 | a legal opinion about this contract; correct? |
| 12:17:47 | 8 | A.   Yes. |
| 12:17:49 | 9 | MR. SCHOEN:  So that you guys are aware, this |
| 12:17:51 | 10 | is a document that's referred to in a privilege log -- |
| 12:17:55 | 11 | MR. O'TOOLE:  Right. |
| 12:17:56 | 12 | MR. SCHOEN:  -- that you provided.  I'm going |
| 12:17:58 | 13 | to ask him -- well, you'll see what I ask him.  You can |
| 12:18:02 | 14 | object when appropriate. |
| 12:18:02 | 15 | MR. O'TOOLE:  Okay. |
| 12:18:02 | 16 | MR. SCHOEN:  If appropriate. |
| 12:18:02 | 17 | Q.   BY MR. SCHOEN:  Who is Mahmoud Al-Shaer, if |
| 12:18:10 | 18 | you know? |
| 12:18:12 | 19 | A.   He is a lawyer in the legal department that |
| 12:18:15 | 20 | I was heading. |
| 12:18:16 | 21 | Q.   All right.  And he provided you with a |
| 12:18:18 | 22 | document described as a legal opinion? |
| 12:18:30 | 23 | A.   Yes.  Supposed to be, yes. |
| 12:18:35 | 24 | Q.   Regarding the review of a contract -- sorry -- |
| 12:18:38 | 25 | regarding the review of a request for the payment of |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:18:46 | 1 | rent for the Kalkilya office of the Popular Front for |
| 12:18:59 | 2 | the Liberation of Palestine, PFLP? |
| 12:19:04 | 3 | (Pending question partially translated.) |
| 12:19:06 | 4 | CHECK INTERPRETER HAZOU:  I'm sorry, but he |
| 12:19:07 | 5 | said "office," not "offices." |
| 12:19:09 | 6 | (Remainder of pending question translated.) |
| 12:19:10 | 7 | THE WITNESS:  Yes, but what is the legal |
| 12:19:22 | 8 | opinion?  On what basis it provides like a legal |
| 12:19:31 | 9 | position or opinion? |
| 12:19:33 | 10 | MR. O'TOOLE:  At this point, I'm going to |
| 12:19:35 | 11 | object and instruct the witness not to answer further |
| 12:19:39 | 12 | questions about this document.  We have produced a |
| 12:19:50 | 13 | privilege log which has listed this document -- |
| 12:20:01 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  What did you |
| 12:20:03 | 15 | submit?  I'm sorry. |
| 12:20:05 | 16 | MR. O'TOOLE:  We have submitted a privilege |
| 12:20:08 | 17 | log which has identified this document but withheld it |
| 12:20:14 | 18 | from production on the grounds of privilege. |
| 12:20:27 | 19 | I have allowed the witness to confirm the |
| 12:20:30 | 20 | existence of this document.  But any further attempt |
| 12:20:36 | 21 | to determine its contents or to obtain the document |
| 12:20:45 | 22 | must, under the Federal Rules of Civil Procedure, be |
| 12:21:00 | 23 | conducted in the course of a motion to compel production |
| 12:21:03 | 24 | of this document. |
| 12:21:05 | 25 | OFFICIAL INTERPRETER BEN-NAIM:  Again?  Sorry. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:21:07 | 1 | MR. O'TOOLE:  Must be conducted in the course |
| 12:21:09 | 2 | of a motion to compel production of this document. |
| 12:21:17 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  I didn't get |
| 12:21:19 | 4 | that.  Sorry. |
| 12:21:21 | 5 | MR. O'TOOLE:  A motion to compel production of |
| 12:21:23 | 6 | this document, if plaintiffs intend to dispute the claim |
| 12:21:33 | 7 | of privilege. |
| 12:21:34 | 8 | OFFICIAL INTERPRETER BEN-NAIM:  To dis -- to |
| 12:21:34 | 9 | what to do? |
| 12:21:34 | 10 | MR. O'TOOLE:  To dispute the claim of |
| 12:21:34 | 11 | privilege. |
| 12:21:34 | 12 | (Brief exchange in Arabic between Official |
| 12:21:34 | 13 | Interpreter Aghazarian and Official Interpreter |
| 12:21:34 | 14 | Ben-Naim.) |
| 12:21:34 | 15 | (Colloquy translated.) |
| 12:21:34 | 16 | MR. O'TOOLE:  So at this time, I'm instructing |
| 12:22:00 | 17 | the witness not to answer further questions about the |
| 12:22:03 | 18 | privileged document. |
| 12:22:14 | 19 | Q.   BY MR. SCHOEN:  I'd like to ask the witness |
| 12:22:16 | 20 | whether he recalls -- and give your lawyer a chance |
| 12:22:25 | 21 | to object after I ask you the question. |
| 12:22:30 | 22 | I'd like to ask the witness -- I'd like to |
| 12:22:32 | 23 | ask the witness if he recalls if the document was a |
| 12:22:43 | 24 | request for his legal opinion or a request that he |
| 12:22:53 | 25 | review Mr. Al-Shaer's legal opinion? |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:23:05 | 1 | MR. O'TOOLE:  And we are going to object |
| 12:23:08 | 2 | and instruct the witness not to answer. |
| 12:23:10 | 3 | Q.   BY MR. SCHOEN:  And I'd like to ask the |
| 12:23:12 | 4 | witness whether he knows whether any other person |
| 12:23:15 | 5 | reviewed the document we're talking about? |
| 12:23:24 | 6 | MR. O'TOOLE:  I will allow the witness to |
| 12:23:26 | 7 | answer that question. |
| 12:23:33 | 8 | THE WITNESS:  What do you mean by "another |
| 12:23:35 | 9 | person"?  From the legal department or what? |
| 12:23:38 | 10 | Q.   BY MR. SCHOEN:  Any other person. |
| 12:23:40 | 11 | Do you know whether any other person |
| 12:23:43 | 12 | reviewed -- any other person reviewed that document? |
| 12:23:56 | 13 | A.   According to the procedures that take place |
| 12:24:00 | 14 | within the ministry, the payment procedure, including |
| 12:24:13 | 15 | paying for rent, the contract for rent, needs to be |
| 12:24:21 | 16 | cleared from the internal monitoring department. |
| 12:24:26 | 17 | Q.   Okay.  And this contract was cleared? |
| 12:24:33 | 18 | A.   For sure.  Otherwise, payment will not go |
| 12:24:37 | 19 | through. |
| 12:24:45 | 20 | Q.   Okay.  What's the procedure that you |
| 12:24:48 | 21 | described?  You said there's a procedure that a request |
| 12:24:50 | 22 | for payment has to go through. |
| 12:24:51 | 23 | A.   Any payment request must have a basis.  Maybe |
| 12:25:11 | 24 | there are different invoices or agreements, or sometimes |
| 12:25:20 | 25 | a place of origin that needs to be clarified.  All these |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
12:25:32   1   are like accounting backups.
12:25:39   2        Q.   Okay.  Would you please describe for me the
12:25:42   3   document that's been marked Exhibit A.
12:25:46   4        A.   Didn't he object?
12:25:58   5             MR. O'TOOLE:  You may answer.  Not about that
12:25:59   6   document.
12:26:00   7             MR. SCHOEN:  He didn't translate the question
12:26:02   8   for me.  What was the question?
12:26:03   9             OFFICIAL INTERPRETER AGHAZARIAN:  "Didn't he
12:26:03  10   say 'object' to that, not to answer?"
12:26:03  11             MR. SCHOEN:  And the answer?
12:26:03  12             MR. O'TOOLE:  And my answer is:  He may answer
12:26:12  13   questions about that document.  I was referring to a
12:26:15  14   different document that has been held.
12:26:15  15             (Colloquy partially translated.)
12:26:16  16             OFFICIAL INTERPRETER BEN-NAIM:  "Questions"
12:26:17  17   or "question"?
12:26:18  18             MR. O'TOOLE:  "Questions."
12:26:20  19             (Remainder of colloquy translated.)
12:26:30  20             THE WITNESS:  What do you want from me to --
12:26:33  21        Q.   BY MR. SCHOEN:  Describe what you see on that
12:26:36  22   document.  What is the document?
12:26:38  23        A.   It is a document of a rent contract for
12:26:48  24   real estate in Kalkilya which is established on the
12:26:56  25   land patch number 10.  Describing this real estate:
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:27:08 | 1 | A building composed of two stories, with an external |
| 12:27:15 | 2 | yard.  The person who is renting it:  Muhammad Mahmoud |
| 12:27:29 | 3 | Zeid. |
| 12:27:37 | 4 | Q.   Let me interrupt one second.  I'm sorry. |
| 12:27:39 | 5 | So we're clear on the translation, when you |
| 12:27:42 | 6 | say "the person renting it," you mean the landlord, the |
| 12:27:47 | 7 | owner of the property? |
| 12:27:54 | 8 | A.   Yes, the landlord.  The landlord or the person |
| 12:28:00 | 9 | who is the custodian.  It could be -- it could be the |
| 12:28:03 | 10 | original owner or someone who is entitled to rent this |
| 12:28:08 | 11 | property. |
| 12:28:10 | 12 | Q.   So Mr. Zeid was the one renting the property |
| 12:28:13 | 13 | to whoever was going to rent it under the contract? |
| 12:28:23 | 14 | A.   Yes, for sure.  Supposed to be. |
| 12:28:26 | 15 | Q.   Okay.  Go ahead. |
| 12:28:38 | 16 | A.   The person renting is the office of the PFLP, |
| 12:28:42 | 17 | dash, general -- general headquarters.  The amount of |
| 12:28:54 | 18 | rent:  4,560 Jordanian dinars annually.  This annual |
| 12:29:13 | 19 | amount, the way it will be paid as rent, should be |
| 12:29:21 | 20 | paid in the beginning of every year.  The date for |
| 12:29:31 | 21 | the rent -- |
| 12:29:39 | 22 | OFFICIAL INTERPRETER BEN-NAIM:  "Starting |
| 12:29:39 | 23 | rent."  "Starting rent."  "Starting date." |
| 12:29:40 | 24 | OFFICIAL INTERPRETER AGHAZARIAN:  "Starting |
| 12:29:40 | 25 | date of the rent." |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
12:29:40   1              THE WITNESS:  -- the 1st of June, the year
12:29:45   2    2000.  End of contract of rent, 30th of May, 2001.
12:30:01   3              Description of the property:  That it is a
12:30:04   4    new building.  How it will be utilized, this property:
12:30:15   5    A general office to the party, party of the PFLP.
12:30:25   6              Did you translate the word "party" underlined?
12:30:29   7              OFFICIAL INTERPRETER AGHAZARIAN:  Yes.
12:30:29   8      Q.   BY MR. SCHOEN:  Okay.
12:30:29   9      A.   There is an indication that this was rented
12:30:40  10    without any furniture, except having a kitchen within
12:30:47  11    it.
12:30:52  12              These are general conditions that apply
12:30:55  13    on all rent contracts, emanating -- you know, it's
12:31:02  14    a regular standard thing for the person who rents and
12:31:06  15    both sides, and the landlord and the tenant.
12:31:11  16              Should we go over them --
12:31:13  17      Q.   Sure.
12:31:14  18      A.   -- the general conditions?
12:31:23  19      Q.   I'm not sure we need to go over it.  Give
12:31:26  20    me an example.
12:31:33  21      A.   The obligations of the person that rents,
12:31:39  22    according to the law.
12:31:41  23      Q.   Okay.  We don't need to go over it.
12:31:46  24      A.   The special conditions:  Subscription for
12:31:54  25    water and electricity, it is the renter that pays.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:32:05 | 1 | Garbage taxes and education taxes, for the education: |
| 12:32:11 | 2 | It's also the rentee. |
| 12:32:14 | 3 | MR. SCHOEN:  The rentee's responsibility? |
| 12:32:17 | 4 | OFFICIAL INTERPRETER AGHAZARIAN:  Yes.  He |
| 12:32:21 | 5 | pays for it. |
| 12:32:22 | 6 | MR. SCHOEN:  The tenant?  The tenant is the -- |
| 12:32:24 | 7 | OFFICIAL INTERPRETER AGHAZARIAN:  The tenant. |
| 12:32:26 | 8 | OFFICIAL INTERPRETER BEN-NAIM:  Correct. |
| 12:32:27 | 9 | THE WITNESS:  The tenant is not concerned with |
| 12:32:38 | 10 | the store which is below the staircase, as well as the |
| 12:32:43 | 11 | roof, which means that this is outside the realm of the |
| 12:32:48 | 12 | contract. |
| 12:32:49 | 13 | Q.   BY MR. SCHOEN:  He's not responsible for it? |
| 12:32:52 | 14 | A.   No.  They cannot use them, the store which is |
| 12:32:59 | 15 | below the staircase and the roof. |
| 12:33:02 | 16 | Q.   Okay. |
| 12:33:05 | 17 | A.   Now you have two witnesses for the contract, |
| 12:33:08 | 18 | and there is the tenant and the landlord. |
| 12:33:13 | 19 | Q.   All right.  So who is the -- |
| 12:33:15 | 20 | A.   The first witness is called Nidal Hamayel. |
| 12:33:17 | 21 | The other witness is Saber Dahud.  The tenant is the |
| 12:33:35 | 22 | office of the PFLP, Shaher Al-Rai -- Shaher Al-Rai -- |
| 12:33:58 | 23 | it's not clear the family name. |
| 12:34:00 | 24 | Q.   Shaher Al-Rai? |
| 12:34:02 | 25 | A.   Possible.  It could be Al-Rai. |

```
12:34:05   1        Q.   What is he -- in what capacity did he sign?
12:34:16   2        A.   The tenant, on behalf of the PFLP, Shaher
12:34:24   3   signed.
12:34:28   4        Q.   Now --
12:34:28   5        A.   The person who is renting is Muhammad Mahmoud
12:34:30   6   Muhammad Zeid.
12:34:39   7        Q.   Do you know who either of these witnesses
12:34:41   8   whose names you read are?
12:34:44   9             In other words, do you know who Mr. Dahud is?
12:34:51  10        A.   No, I don't.
12:34:53  11        Q.   Do you know who Mr. -- I'll get it wrong --
12:34:59  12   Hamayel is?
12:35:00  13             OFFICIAL INTERPRETER AGHAZARIAN:   "Hamayel."
12:35:01  14             THE WITNESS:  No, no.
12:35:01  15        Q.   BY MR. SCHOEN:  Do you know who Shaher Al-Rai
12:35:02  16   is?
12:35:08  17        A.   No.
12:35:09  18        Q.   Now, you said also, I believe, that your
12:35:12  19   signature appears on the contract?
12:35:24  20        A.   (Translated.)  Yes, as a legal adviser, that
12:35:30  21   the contract is meeting the legal requirements --
12:35:35  22             (In English.)  "As a contract."
12:35:38  23             (Translated.)  -- as a contract.  It is
12:35:40  24   kosher.
12:35:42  25        Q.   The legal requirements of the PA?
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

12:35:59    1        A.   According to the law.

12:36:03    2        Q.   Okay.  I mean the law under the PA, though,

12:36:05    3   that's my question.  What law?

12:36:07    4        A.   Yes.

12:36:10    5        Q.   Now, sir, are you aware that Mr. Zeid received

12:36:20    6   certain tax exemptions and deductions from his income in

12:36:37    7   connection with this transaction?

12:36:49    8        A.   Please repeat the question, just so it can be

12:36:53    9   clear.

12:36:53   10        Q.   Sure.  Are you aware that Mr. Zeid received

12:37:02   11   certain tax benefits in connection with this rental

12:37:07   12   of this office to the PFLP?

12:37:19   13        A.   It's not possible I don't. [sic]

12:37:25   14        Q.   It's not possible?  You're sure about that?

12:37:29   15        A.   This is an income -- a part of the income of

12:37:32   16   Muhammad Zeid.  And as such, he must pay income tax like

12:37:39   17   any other.

12:37:40   18        Q.   And you're not aware of any deduction from his

12:37:45   19   income that he can take as a result of this transaction,

12:37:50   20   that he took?

12:37:51   21             (Pending question partially translated.)

12:37:55   22             OFFICIAL INTERPRETER BEN-NAIM:  This contract?

12:37:57   23             MR. SCHOEN:  Yes.

12:37:57   24             (Remainder of pending question translated.)

12:37:57   25             THE WITNESS:  Deductions?  You are confusing

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:38:09 | 1 | between two documents.  For sure, no.  It's impossible |
| 12:38:20 | 2 | that -- you know, you have a very clear-cut income |
| 12:38:24 | 3 | according to this contract, and not to pay an income |
| 12:38:29 | 4 | tax based on this contract. |
| 12:38:32 | 5 | Q.   BY MR. SCHOEN:  So he paid an income tax, full |
| 12:38:35 | 6 | income tax on this? |
| 12:38:43 | 7 | A.   It's supposed to be. |
| 12:38:46 | 8 | Q.   And what about property tax, any tax -- |
| 12:38:48 | 9 | property tax benefit on this property? |
| 12:39:00 | 10 | A.   There are two kinds of taxes here.  There is |
| 12:39:04 | 11 | the property tax, and there is the income tax. |
| 12:39:11 | 12 | Q.   Are you aware of any kind of tax benefit |
| 12:39:14 | 13 | Mr. Zeid received, either property tax or income tax, |
| 12:39:19 | 14 | with respect to this property and his income? |
| 12:39:22 | 15 | (Pending question partially translated.) |
| 12:39:22 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  "With |
| 12:39:35 | 17 | respect"? |
| 12:39:37 | 18 | MR. SCHOEN:  "With respect to property tax." |
| 12:39:35 | 19 | OFFICIAL INTERPRETER BEN-NAIM:  "With |
| 12:39:35 | 20 | respect to"? |
| 12:39:36 | 21 | MR. SCHOEN:  "Income on this property." |
| 12:39:43 | 22 | (Remainder of pending question translated.) |
| 12:39:49 | 23 | THE WITNESS:  I don't know. |
| 12:39:49 | 24 | Q.   BY MR. SCHOEN:  Okay.  You understand one |
| 12:39:52 | 25 | of the subjects you were designated for is the, among |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:40:06 | 1 | other things, tax benefits related to this property as |
| 12:40:16 | 2 | reflected in the documents that the defendants produced |
| 12:40:23 | 3 | to us? |
| 12:40:28 | 4 | Are you aware of that? |
| 12:40:29 | 5 | A.   Where is it?  Give it to me. |
| 12:40:34 | 6 | Q.   I'm asking you first if you're aware that |
| 12:40:34 | 7 | that's -- |
| 12:40:34 | 8 | A.   Get the document.  Let's see it. |
| 12:40:38 | 9 | Q.   I'll show you the document in a second. |
| 12:40:45 | 10 | A.   Give it to me so that I am able to respond. |
| 12:40:49 | 11 | Q.   I'm first just asking you whether you are |
| 12:40:52 | 12 | aware that that's one of the subjects of your testimony |
| 12:40:58 | 13 | today? |
| 12:41:05 | 14 | A.   That somebody has taken tax deductions? |
| 12:41:09 | 15 | Q.   That there is a tax benefit in connection with |
| 12:41:13 | 16 | this apartment. |
| 12:41:14 | 17 | A.   No.  I had no -- I wasn't knowing about this. |
| 12:41:18 | 18 | MR. SCHOEN:  Okay.  Let me show you what I'm |
| 12:41:23 | 19 | going to mark as Exhibit B to your deposition.  These |
| 12:41:34 | 20 | are documents with the Bates stamp 38, 39, and 43.  But |
| 12:42:07 | 21 | I should say at this point that these three documents, |
| 12:42:13 | 22 | which were produced by the defendants, appear to have |
| 12:42:19 | 23 | been marked by the defendants "confidential."  So I want |
| 12:42:32 | 24 | to give the defendants notice of that, at least, in case |
| 12:42:44 | 25 | the defendants want to request certain procedures for |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:42:48 | 1 | maintaining their confidentiality. |
| 12:42:53 | 2 | MR. O'TOOLE:  And I thank you for the notice. |
| 12:42:58 | 3 | I believe that the protective order signed by the court |
| 12:43:02 | 4 | provides a procedure for dealing with these documents, |
| 12:43:13 | 5 | and we will follow that procedure as we progress. |
| 12:43:29 | 6 | MR. SCHOEN:  Just give me one second. |
| 12:43:51 | 7 | I'm including a fourth page, which was marked |
| 12:43:58 | 8 | Bates stamp 35, but the Bates stamp is no longer clearly |
| 12:44:07 | 9 | discern -- you can't read the Bates stamp on this |
| 12:44:16 | 10 | document right now. |
| 12:44:24 | 11 | I'm going to show defense counsel what we |
| 12:44:27 | 12 | believe to be Bates stamp 35 and ask defense counsel |
| 12:44:40 | 13 | if you recognize that as Bates stamp 35. |
| 12:45:10 | 14 | MR. O'TOOLE:  I'm going to object to the |
| 12:45:12 | 15 | irregularity of this procedure.  I'm not sure -- there |
| 12:45:14 | 16 | is a procedure to ask defense counsel if they recognize |
| 12:45:29 | 17 | a particular document. |
| 12:45:39 | 18 | I can say that, if counsel is representing |
| 12:45:42 | 19 | to us that this was part of the defendants' regular |
| 12:45:47 | 20 | production and the Bates stamp is number 35, I'm |
| 12:46:01 | 21 | willing to accept that representation, subject to |
| 12:46:04 | 22 | further confirmation after the deposition. |
| 12:46:08 | 23 | (Colloquy partially translated.) |
| 12:46:16 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  "Subject to"? |
| 12:46:18 | 25 | MR. O'TOOLE:  "Further confirmation." |

| | | |
|---|---|---|
| 12:46:20 | 1 | (Remainder of colloquy translated.) |
| 12:46:23 | 2 | MR. SCHOEN:  And I will make that |
| 12:46:25 | 3 | representation to counsel.  And I'll specifically |
| 12:46:35 | 4 | represent that it was received from defendants in |
| 12:46:38 | 5 | between documents 34 and 36. |
| 12:46:41 | 6 | (Colloquy partially translated.) |
| 12:46:46 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  Hold on, hold |
| 12:46:46 | 8 | on.  I lost you. |
| 12:46:50 | 9 | MR. SCHOEN:  I'll specifically represent -- |
| 12:46:53 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  This document? |
| 12:46:54 | 11 | MR. SCHOEN:  -- that it was received from |
| 12:46:57 | 12 | defendants between Bates stamped documents 34 and 36. |
| 12:47:06 | 13 | (Colloquy partially translated.) |
| 12:47:15 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  "34 and 36"? |
| 12:47:17 | 15 | MR. SCHOEN:  Right. |
| 12:47:19 | 16 | (Remainder of colloquy translated.) |
| 12:47:19 | 17 | (N. Al-Barahme Exhibit B marked.) |
| 12:47:19 | 18 | Q.   BY MR. SCHOEN:  It is shown now to the |
| 12:47:23 | 19 | witness, this four-page document that we'll mark as |
| 12:47:26 | 20 | Exhibit B, please.  And I'd ask the witness to review |
| 12:47:50 | 21 | the four pages.  And when you're finished reviewing it, |
| 12:47:59 | 22 | let me know, please. |
| 12:48:01 | 23 | A.   (Examining.) |
| 12:48:03 | 24 | MR. O'TOOLE:  And at this point, I'm going to |
| 12:48:08 | 25 | impose a continuing objection to the failure to present |

| | |
|---|---|
| 12:48:16 | 1 |
| 12:48:31 | 2 |
| 12:48:42 | 3 |
| 12:48:57 | 4 |
| 12:49:11 | 5 |
| 12:49:17 | 6 |
| 12:49:30 | 7 |
| 12:49:38 | 8 |
| 12:49:51 | 9 |
| 12:49:51 | 10 |
| 12:49:51 | 11 |
| 12:49:51 | 12 |
| 12:50:13 | 13 |
| 12:50:13 | 14 |
| 12:50:14 | 15 |
| 12:50:15 | 16 |
| 12:50:16 | 17 |
| 12:50:19 | 18 |
| 12:50:26 | 19 |
| 12:50:37 | 20 |
| 12:50:39 | 21 |
| 12:50:42 | 22 |
| 12:50:59 | 23 |
| 12:51:14 | 24 |
| 12:51:31 | 25 |

translations in English during the deposition itself.
In our view, the deposition itself is the time to make
the record in English for review by any American court
or fact finder.

      Defendants will object to any attempt to
supplement the record at a later date with English
translations that were not a contemporaneous part --
that were not given to counsel and the parties at the
same time --

      (Colloquy partially translated.)

      OFFICIAL INTERPRETER BEN-NAIM:  Were not given
to whom?

      MR. O'TOOLE:  To counsel and the parties,
during the deposition.

      (Remainder of colloquy translated.)

      MR. O'TOOLE:  Thank you.

      MR. SCHOEN:  Again, my response is:  I'm
asking the witness to review the document in Arabic
as it was produced to us.  No translations were produced
to us.

      I want the witness to be able to review the
document and fully understand the document in the form
that he will understand best and in the form in which
we believe the document was created and maintained.

      And further, to the extent there -- defense

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
12:51:34   1   counsel is raising any issue about defense counsel's
12:51:45   2   inability to read the document, I would note that
12:52:02   3   present with defense counsel is their local attorney,
12:52:07   4   Mr. Saadi.  And the defendants produced the document
12:52:27   5   to us --
12:52:33   6             (Colloquy partially translated.)
12:52:37   7             OFFICIAL INTERPRETER BEN-NAIM:  "Documents"
12:52:38   8   or "document"?
12:52:39   9             MR. SCHOEN:  "Documents."
12:52:42  10             -- and had full access to it.
12:52:45  11             (Remainder of colloquy translated.)
12:52:50  12             MR. O'TOOLE:  One final point.
12:52:51  13             (Colloquy partially translated.)
12:52:51  14             OFFICIAL INTERPRETER BEN-NAIM:  "Final," you
12:52:51  15   said?
12:52:51  16             MR. O'TOOLE:  Yes.
12:52:51  17             (Remainder of colloquy translated.)
12:52:59  18             MR. O'TOOLE:  The problem here is not
12:53:00  19   the inability of the defendants to obtain their own
12:53:04  20   translation of the document.  The problem is, without
12:53:15  21   the plaintiffs' English translation of the document,
12:53:32  22   the defendants are unable to know in English precisely
12:53:44  23   what the plaintiffs are offering the document for and
12:53:52  24   to confront the proffer of that evidence in English
12:54:01  25   during the deposition itself.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:54:02 | 1 | That's it. |
| 12:54:02 | 2 | MR. SCHOEN:  My final point, then, is:  The |
| 12:54:16 | 3 | plaintiffs expressly requested from defense counsel, |
| 12:54:20 | 4 | in previous e-mail correspondence to Mr. McAleer, one |
| 12:54:53 | 5 | of the defense lawyers, English translations of all of |
| 12:55:00 | 6 | the Arabic documents they were producing to us.  And |
| 12:55:11 | 7 | defense counsel failed or refused to provide us with |
| 12:55:21 | 8 | any English translations. |
| 12:55:25 | 9 | MR. O'TOOLE:  That -- that, just to clarify, |
| 12:55:28 | 10 | defendants believe there was nothing improper with the |
| 12:55:32 | 11 | failure to provide translations.  And the defendants' |
| 12:55:35 | 12 | translations are beside my point.  It's what the |
| 12:55:39 | 13 | plaintiffs are offering this document -- we're not |
| 12:55:41 | 14 | offering the document -- for, in English.  And if they |
| 12:55:41 | 15 | want to offer it in English, they need to do it during |
| 12:55:51 | 16 | the deposition properly. |
| 12:55:56 | 17 | Q.   BY MR. SCHOEN:  Nadime, have you had a chance |
| 12:56:00 | 18 | to review Exhibit B? |
| 12:56:03 | 19 | (Comment in Arabic by the witness.) |
| 12:56:03 | 20 | OFFICIAL INTERPRETER AGHAZARIAN:  "No." |
| 12:56:03 | 21 | (Brief exchange in Arabic between Official |
| 12:56:03 | 22 | Interpreter Aghazarian and the witness.) |
| 12:56:03 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  Sorry. |
| 12:56:03 | 24 | "Yes." |
| 12:56:09 | 25 | THE WITNESS:  Yes. |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

| | | |
|---|---|---|
| 12:56:11 | 1 | Q.   BY MR. SCHOEN:  All four pages? |
| 12:56:23 | 2 | A.   Yes. |
| 12:56:24 | 3 | Q.   All right.  Would you describe the document |
| 12:56:26 | 4 | for me and tell me which page you're describing? |
| 12:56:34 | 5 | A.   Where is the number of the page? |
| 12:56:39 | 6 | Q.   Except for 35, which you can't read, the |
| 12:56:50 | 7 | number is on the bottom of the page. |
| 12:56:53 | 8 | MR. SCHOEN:  If I may show the witness? |
| 12:56:56 | 9 | Q.   BY MR. SCHOEN:  (Indicating.)  Just the last |
| 12:57:04 | 10 | two numbers you can read, like 43, 39. |
| 12:57:25 | 11 | A.   43. |
| 12:57:26 | 12 | Q.   Describe 43, then, please. |
| 12:57:29 | 13 | What is that document? |
| 12:57:34 | 14 | A.   This is a document which is a photocopy of |
| 12:57:39 | 15 | a registry. |
| 12:57:43 | 16 | Q.   Registry? |
| 12:57:44 | 17 | A.   Registry output, issued by the Ministry of |
| 12:57:51 | 18 | Finance, the department of property taxes. |
| 12:57:55 | 19 | Q.   Would it be fair to say that 43 shows that |
| 12:58:02 | 20 | Zeid is the legal and only owner of the structure? |
| 12:58:06 | 21 | (Pending question partially translated.) |
| 12:58:06 | 22 | OFFICIAL INTERPRETER BEN-NAIM:  "The owner"? |
| 12:58:18 | 23 | MR. SCHOEN:  "Legal owner of the structure." |
| 12:58:22 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  "Of the |
| 12:58:24 | 25 | construction"? |

SEPTEMBER 11, 2012 — NADIME AL-BARAHME

| | | |
|---|---|---|
| 12:58:25 | 1 | MR. SCHOEN:  "Structure."  "The property." |
| 12:58:26 | 2 | (Remainder of pending question translated.) |
| 12:58:28 | 3 | THE WITNESS:  That's true.  Yes. |
| 12:58:30 | 4 | Q.   BY MR. SCHOEN:  If you would turn to 35, which |
| 12:58:33 | 5 | is the one you can't read the number on it. |
| 12:58:40 | 6 | A.   I don't see it.  Where is it? |
| 12:58:42 | 7 | Q.   May I show you? |
| 12:58:56 | 8 | This is 35 on top.  (Indicating.)  Below that |
| 12:59:02 | 9 | is 38 and 39.  So if you would, please look at the page |
| 12:59:06 | 10 | Bates stamped 35. |
| 12:59:14 | 11 | (Pending question partially translated.) |
| 12:59:14 | 12 | OFFICIAL INTERPRETER BEN-NAIM:  "35"? |
| 12:59:14 | 13 | MR. SCHOEN:  "35." |
| 12:59:14 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |
| 12:59:14 | 15 | (Remainder of pending question translated.) |
| 12:59:15 | 16 | Q.   BY MR. SCHOEN:  What does that document |
| 12:59:17 | 17 | indicate to you? |
| 12:59:22 | 18 | A.   This is a payment order where all the |
| 12:59:38 | 19 | information regarding the payment that needs to be |
| 12:59:43 | 20 | carried out.  And it indicates the amount and how the |
| 12:59:50 | 21 | payment will proceed, whether it is by bank transfer |
| 12:59:53 | 22 | or through a check.  And if it is a check, who received |
| 12:59:59 | 23 | it, together with the signature of the receiving, and |
| 13:00:05 | 24 | who prepared this payment order, and the reason for the |
| 13:00:15 | 25 | payment. |

| | | |
|---|---|---|
| 13:00:18 | 1 | Q.   And do you see anywhere on that document -- do |
| 13:00:30 | 2 | you see anywhere on there that an exemption or deduction |
| 13:00:35 | 3 | from tax is provided for? |
| 13:00:41 | 4 | A.   Maybe you are speaking -- you're speaking |
| 13:00:43 | 5 | about a different -- |
| 13:00:45 | 6 | Q.   Well, I'm going to ask you to look at 35, 38, |
| 13:00:50 | 7 | and 39 in conjunction. |
| 13:00:59 | 8 | A.   39, 35, and 38? |
| 13:01:03 | 9 | Q.   35, 38 and 39. |
| 13:01:06 | 10 | A.   Good. |
| 13:01:07 | 11 | Q.   Looking at those documents, together or |
| 13:01:09 | 12 | separately, do you see any indication that Mr. Zeid |
| 13:01:21 | 13 | was entitled to some kind of exemption from property |
| 13:01:33 | 14 | tax and a deduction for -- with respect to the tax to |
| 13:01:43 | 15 | be paid upon the income he received for the rental of |
| 13:01:55 | 16 | that property? |
| 13:02:02 | 17 | A.   Shall I answer? |
| 13:02:04 | 18 | Q.   Yes, please. |
| 13:02:06 | 19 | A.   Definitely not.  This document indicates |
| 13:02:10 | 20 | exactly the contrary.  This confirms that all his income |
| 13:02:18 | 21 | tax has been paid.  The proof, that it says clearly that |
| 13:02:28 | 22 | there is zero deduction. |
| 13:02:31 | 23 | Q.   Let me ask you, on document 39 -- |
| 13:02:40 | 24 | A.   Is it this one?  (Indicating.) |
| 13:02:42 | 25 | Q.   39 looks like this, and it says "39" at the |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

13:02:47   1    bottom.

13:02:50   2         A.    Yes.   This is what we're talking about.

13:02:53   3         Q.    Yes.   Who is the name that appears on the top,

13:02:58   4    the top handwritten line?

13:03:09   5         A.    You mean the title?

13:03:11   6         Q.    Do you see the number, "47284"?

13:03:17   7         A.    Yes, I do.

13:03:18   8         Q.    And then there is a printed line below that;

13:03:22   9    not handwritten, printed.

13:03:25  10         A.    Okay.

13:03:26  11         Q.    And then there is a line where something is

13:03:32  12    written in.   In the middle.

13:03:34  13              What does that say?

13:03:36  14         A.    You want me to read this?

13:03:38  15         Q.    Yes.   What does that say?

13:03:40  16         A.    (Reading through the interpreter.)

13:03:40  17              "The Popular Front for the Liberation of

13:03:47  18    Palestine."

13:03:48  19         Q.    Why is that appearing on this document, do

13:03:51  20    you know?

13:04:02  21         A.    Because the party that is in contract

13:04:05  22    with the PFLP -- the beneficiary from the payment,

13:04:14  23    it is supposed -- if he hasn't paid for the income

13:04:19  24    tax or even before releasing the payment to him, any

13:04:26  25    beneficiary benefiting from any sort of payment must

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

| | | |
|---|---|---|
| 13:04:32 | 1 | bring a certificate of deduction from income tax from |
| 13:04:39 | 2 | the origin, from the source. |
| 13:04:43 | 3 | CHECK INTERPRETER HAZOU:  Exactly, we call |
| 13:04:44 | 4 | it tax deduction and source, a tax and source. |
| 13:04:54 | 5 | THE WITNESS:  If the beneficiary has to pay |
| 13:04:58 | 6 | taxes, the income tax orders the party that is paying |
| 13:05:13 | 7 | to deduct a certain percentage from the total amount. |
| 13:05:19 | 8 | And this is transferred to his account in the income |
| 13:05:24 | 9 | tax. |
| 13:05:27 | 10 | This certificate in front of me indicates |
| 13:05:32 | 11 | that the deduction is zero.  This means that Muhammad |
| 13:05:40 | 12 | Zeid, no tax is required from him, everything is |
| 13:05:50 | 13 | settled.  So he has paid all the taxes that he has |
| 13:05:54 | 14 | to pay. |
| 13:05:57 | 15 | Therefore, the full amount is the same |
| 13:06:03 | 16 | amount of the rent -- the same amount which is in |
| 13:06:10 | 17 | the rent contract is the amount that has been paid |
| 13:06:19 | 18 | to him without any income from the income tax. |
| 13:06:23 | 19 | Q.   BY MR. SCHOEN:  Is it your testimony, sir, |
| 13:06:25 | 20 | that Mr. Zeid receives no tax benefit by virtue of |
| 13:06:37 | 21 | renting his property to the PFLP? |
| 13:06:46 | 22 | A.   You want me to witness -- I haven't opened |
| 13:06:54 | 23 | the account.  I am witnessing with an official document |
| 13:06:58 | 24 | in front of me for a payment order.  This official -- |
| 13:07:06 | 25 | this official document that is issued from an official |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

13:07:12    1    party confirms that Mr. Muhammad Zeid, that there are

13:07:18    2    no amounts due on him, any amount is requested for --

13:07:26    3    any account for this rental accord, contract.  This

13:07:32    4    means that he has no dues to the income tax and all

13:07:38    5    his accounts with the income tax are closed.

13:07:42    6         Q.   And you understand that to mean that he has

13:07:48    7    paid full income tax on his income?

13:07:50    8              (Pending question partially translated.)

13:07:50    9              OFFICIAL INTERPRETER BEN-NAIM:  "He has paid"?

13:07:53   10    Sorry.

13:07:59   11              (Brief exchange in Arabic among Official

13:07:59   12         Interpreter Aghazarian, Official Interpreter

13:07:59   13         Ben-Naim, and Check Interpreter Hazou.)

13:08:04   14              THE WITNESS:  According to my understanding

13:08:06   15    to this document, until the date that it has been

13:08:11   16    issued, he is supposed to have paid all what is

13:08:19   17    requested from him.

13:08:20   18         Q.   BY MR. SCHOEN:  And does that document

13:08:22   19    indicate to you that he actually paid -- that Mr. Zeid

13:08:25   20    actually paid taxes?

13:08:39   21         A.   According to my knowledge about the

13:08:42   22    procedures, if he had not paid all the taxes requested

13:08:49   23    from him, we assume that the income tax department,

13:09:00   24    not to issue the document in the way that it has been

13:09:05   25    issued.  If there were any taxes requested from him,

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

13:09:14   1   they should have specified the ratio of deduction from

13:09:18   2   the total amount.  And since the ratio here is zero,

13:09:30   3   this means that there are no requirements on him from

13:09:32   4   the income tax.

13:09:32   5       Q.   With respect to property tax, if Mr. Zeid owed

13:09:45   6   zero in property tax, he had a complete exemption -- let

13:09:59   7   me back up.

13:10:04   8            What does the property tax document show to

13:10:07   9   you about his property taxes?  What number is that?

13:10:13   10      A.   The property tax, this is a certificate

13:10:24   11  that he's clear, that he has settled everything, no

13:10:29   12  requirement from him.

13:10:30   13      Q.   Which Bates stamp number?

13:10:35   14      A.   38, is it?  Up -- the one from the right,

13:10:45   15  below?

13:10:50   16      Q.   38.

13:10:57   17      A.   This indicates that Mr. Muhammad Zeid has

13:11:05   18  reached a settlement with the property tax department

13:11:12   19  and that he is clear.  No money is requested from

13:11:17   20  him from the property tax department until the 31st

13:11:21   21  of December, 2001.  And this is issued on the 26th

13:11:30   22  [sic] of June, 2001.  Sorry, hold on.  Hold it.

13:11:32   23           (Brief exchange in Arabic among Official

13:11:32   24       Interpreter Aghazarian, Official Interpreter

13:11:32   25       Ben-Naim, and Check Interpreter Hazou.)

| | | |
|---|---|---|
| 13:11:32 | 1 | THE WITNESS:  16th of January. |
| 13:11:45 | 2 | Q.   BY MR. SCHOEN:  Does it show how much money |
| 13:11:46 | 3 | Mr. Zeid paid in property tax? |
| 13:11:50 | 4 | A.   It doesn't show.  But there is here an |
| 13:12:01 | 5 | indication that payment was done, because here there |
| 13:12:05 | 6 | is a sort of payment receipt. |
| 13:12:09 | 7 | Q.   What does the payment receipt say? |
| 13:12:13 | 8 | A.   There is a number for the payment receipt. |
| 13:12:19 | 9 | Q.   Yes.  Is there an amount of money that was |
| 13:12:22 | 10 | received?  No? |
| 13:12:23 | 11 | A.   No.  Any landlord is requested to pay |
| 13:12:44 | 12 | property tax, each landlord.  They go to the department |
| 13:12:53 | 13 | of the property tax, and they pay all what is due in |
| 13:12:58 | 14 | taxes on him.  And they take this as a unified form |
| 13:13:09 | 15 | which is valid until a certain period, as is clear |
| 13:13:13 | 16 | in the document.  It is a certificate that, you know, |
| 13:13:22 | 17 | there are no -- that he paid everything due on him. |
| 13:13:24 | 18 | Q.   Everything due on him. |
| 13:13:27 | 19 | And you don't know what the amount was that |
| 13:13:30 | 20 | was due? |
| 13:13:32 | 21 | A.   No. |
| 13:13:34 | 22 | MR. SCHOEN:  Okay. |
| 13:13:36 | 23 | THE VIDEOGRAPHER:  Going off the record at |
| 13:13:38 | 24 | 1:12. |
| 13:35:57 | 25 | (Recess from 1:12 p.m. to 1:34 p.m.) |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 13:35:57 | 1 | THE VIDEOGRAPHER:  Going back on the record |
| 13:36:08 | 2 | at 1:34. |
| 13:36:11 | 3 | Q.   BY MR. SCHOEN:  Nadime, let me show you, if |
| 13:36:14 | 4 | I may, what I'm going to mark as Plaintiffs' Exhibit C |
| 13:36:19 | 5 | for purposes of this deposition, which bears the Bates |
| 13:36:23 | 6 | stamp number 41 from the defendants' production. |
| 13:36:36 | 7 | I'm going to ask you if you recognize that |
| 13:36:39 | 8 | document. |
| 13:36:39 | 9 | A.   (Examining.) |
| 13:36:39 | 10 | MR. SCHOEN:  We have a copy for counsel.  It's |
| 13:36:45 | 11 | a one-page document. |
| 13:37:00 | 12 | MR. O'TOOLE:  Continuing objection. |
| 13:37:01 | 13 | (Court reporter clarification.) |
| 13:37:01 | 14 | MR. O'TOOLE:  Continuing objection. |
| 13:37:01 | 15 | MR. SCHOEN:  Same response to that continuing |
| 13:37:12 | 16 | objection; continuing response. |
| 13:37:30 | 17 | Q.   BY MR. SCHOEN:  Have you had a chance to |
| 13:37:32 | 18 | review it? |
| 13:37:33 | 19 | A.   Yes. |
| 13:37:34 | 20 | Q.   If you would, sir, describe for me what is |
| 13:37:37 | 21 | written on that document. |
| 13:37:41 | 22 | A.   This is a letter addressed from Mr. Taysir |
| 13:37:46 | 23 | Qubba'a, deputy chairman of the PNC, to His Excellency |
| 13:37:59 | 24 | Yasser Arafat, president, on the 30th -- the month is |
| 13:38:08 | 25 | not clear -- requesting the release of 4,000 Jordanian |

13:38:22  1   dinars --

13:38:23  2        Q.   Let me just interrupt one second.

13:38:27  3             Can you read the year on there?

13:38:38  4        A.   Frankly, I'm not sure.  Can you --

13:38:41  5        Q.   Does it look like 2000 to you, sir?

13:38:49  6        A.   Is this 2000 or what?  For sure, I can't see.

13:38:59  7        Q.   Mr. Saadi says 2000.  But look at -- so just

13:39:14  8   so we don't mix up --

13:39:20  9        A.   I believe it's 2000.

13:39:22  10       Q.   Okay.  Let's go back to the document I gave

13:39:26  11  you, just so the record is clear on the document.

13:39:33  12            Now, please continue.  What else does the

13:39:39  13  document say?  It's a request from --

13:39:51  14       A.   As I mentioned, he is requesting the release

13:39:57  15  of an amount, 4,000 Jordanian dinars, for the branch

13:40:06  16  of the Popular Front in Kalkilya.  He is requesting

13:40:17  17  this amount as an assistance due to the financial

13:40:25  18  straits, dire need that the PFLP is passing through

13:40:32  19  and that you are all familiar with.

13:40:36  20            MR. SCHOEN:  That what?

13:40:39  21            OFFICIAL INTERPRETER AGHAZARIAN:  "That you

13:40:40  22  are familiar with."

13:40:40  23            THE WITNESS:  Which means that the financial

13:40:44  24  situation is tough.

13:40:45  25       Q.   BY MR. SCHOEN:  Taysir Qubba'a is telling

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
13:40:51   1    President Arafat that?
13:40:56   2         A.   Yes.
13:41:02   3         Q.   Okay.  Anything else on the document?
13:41:05   4         A.   For me, a signature of President Arafat
13:41:15   5    is clear and lucid.  And the date, which is attached
13:41:23   6    to the signature is also clear, which is the 4th of
13:41:28   7    October, 2001.  But the explanation of President
13:41:39   8    Arafat --
13:41:46   9         Q.   You mean the explanation --
13:41:48   10        OFFICIAL INTERPRETER AGHAZARIAN:  The
13:41:48   11   "comment."
13:41:49   12        Q.   BY MR. SCHOEN:  -- in President Arafat's
13:41:52   13   handwriting?
13:41:52   14        A.   (In English.)  Handwriting, yes.
13:41:55   15             (Translated.)  Handwriting, yes.
13:41:56   16        Q.   That's not so clear?
13:42:00   17        A.   It is not clear.  But from my experience
13:42:05   18   from the days of the Ministry of Finance, it clearly
13:42:12   19   has written Ministry of Finance-Ramallah.  I assume
13:42:27   20   that it is, you know:  Go ahead and pay.
13:42:32   21        Q.   Okay.  And the signature is clear?  It's
13:42:35   22   President Arafat's signature?
13:42:37   23        A.   Yes.  That's clear.
13:42:37   24             MR. SCHOEN:  Mark that Exhibit C, please.  And
13:42:37   25   let me show you what that --
```

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

13:42:37  1          (N. Al-Barahme Exhibit C marked.)

13:43:09  2      Q.   BY MR. SCHOEN:  Okay.  By the way, do you

13:43:12  3  recall who Taysir Qubba'a was?

13:43:14  4      A.   (Examining.)  It's written here.  The deputy

13:43:22  5  chairman of the PNC, National Council.

13:43:24  6      Q.   And you're -- and you're aware also that

13:43:26  7  Taysir Qubba'a was in the -- a member of the PFLP;

13:43:31  8  right?

13:43:48  9      A.   I don't know.  I mean, I cannot confirm by

13:43:51 10  passing through documents related to this.

13:43:56 11      Q.   Taysir Qubba'a, though, is requesting the

13:44:00 12  funds on behalf of the PFLP; right?

13:44:04 13      A.   Maybe through his post, position, as a member

13:44:18 14  of the PNC.  And the PNC, as you know, incorporates all

13:44:29 15  factions, including the PFLP.

13:44:34 16      Q.   Okay.  There were two comments in handwriting

13:44:41 17  on the bottom of that page; correct?

13:44:43 18          (Pending question partially translated.)

13:44:43 19          OFFICIAL INTERPRETER BEN-NAIM:  "Two

13:44:43 20  comments"?

13:44:43 21          (Remainder of pending question translated.)

13:44:46 22          THE WITNESS:  Yes.

13:44:46 23      Q.   BY MR. SCHOEN:  Are both of them unclear to

13:44:48 24  you, or can you read either one of them?

13:45:00 25      A.   No.  The second comment is quite clear.

| | | |
|---|---|---|
| 13:45:04 | 1 | Q.   What does that say? |
| 13:45:06 | 2 | A.   This is the signature of -- from Dr. Atef |
| 13:45:12 | 3 | Alawneh, who was the deputy minister of finance at |
| 13:45:16 | 4 | that time.  And he is in charge of -- of spend -- |
| 13:45:22 | 5 | of delivering payments.  It is so that payment will |
| 13:45:31 | 6 | proceed according to the standing bylaws. |
| 13:45:39 | 7 | Q.   Payment of the requested rental money would |
| 13:45:42 | 8 | proceed according to the bylaws of the PA? |
| 13:46:02 | 9 | A.   According to the standard, the procedures that |
| 13:46:05 | 10 | are in implementation. |
| 13:46:07 | 11 | Q.   In the PA?  Of the PA? |
| 13:46:09 | 12 | A.   Yes. |
| 13:46:15 | 13 | Q.   Okay.  Now let me show you what I'm going to |
| 13:46:19 | 14 | mark Plaintiffs' Exhibit D.  It's Bates stamped 40 from |
| 13:46:31 | 15 | the defendants' production, and I ask you to review it. |
| 13:46:53 | 16 | MR. O'TOOLE:  Same objection. |
| 13:46:55 | 17 | MR. SCHOEN:  Same response. |
| 13:47:46 | 18 | Q.   BY MR. SCHOEN:  Just tell me when you're |
| 13:47:48 | 19 | finished. |
| 13:47:49 | 20 | A.   Yes. |
| 13:47:49 | 21 | Q.   Okay.  Just one or two questions on this |
| 13:47:52 | 22 | document. |
| 13:47:54 | 23 | Would you agree, sir, that this is a document |
| 13:47:58 | 24 | dated the seventh month, sixth day, 2001?  If you can |
| 13:48:19 | 25 | read the date. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

13:48:23   1        A.   I can read the date.

13:48:28   2        Q.   What's the date?

13:48:31   3        A.   6th of July, 2001.

13:48:33   4        Q.   Okay.  Would it be fair to characterize

13:48:36   5   this document as a request by Taysir Qubba'a to Sami

13:48:48   6   Al-Ramlawi, who was then the director general of the

13:49:02   7   Ministry of Finance, asking him to continue the payment

13:49:10   8   of rent on the PFLP building in Kalkilya that we're

13:49:33   9   talking about?

13:49:38   10        Is that a fair characterization of that

13:49:41   11   document?

13:49:44   12        A.   No.

13:49:45   13        Q.   Tell me what the document says.

13:49:52   14        A.   This document is a letter which is dispatched

13:49:56   15   from Taysir Qubba'a to Sami Ramlawi, telling him that,

13:50:04   16   based on the approval of the president of the state of

13:50:10   17   Palestine, that this decision –– that the president of

13:50:20   18   the state decided the continuation of the payment of the

13:50:27   19   rent fees of the PFLP, please implement this decision.

13:50:38   20        Q.   Okay.  Thank you.  That's my question.  I'm

13:50:46   21   sorry if I ––

13:50:46   22        A.   As an indication, this is not addressed to

13:50:54   23   Sami Ramlawi on the basis that he is entitled to make

13:51:01   24   the payments.

13:51:03   25        MR. SCHOEN:  Meaning –– I'm sorry, sorry.

| | | |
|---|---|---|
| 13:51:06 | 1 | Meaning Sami -- |
| 13:51:07 | 2 | OFFICIAL INTERPRETER AGHAZARIAN:  Sami |
| 13:51:07 | 3 | Ramlawi. |
| 13:51:07 | 4 | MR. SCHOEN:  -- would be entitled to make |
| 13:51:07 | 5 | the payments? |
| 13:51:08 | 6 | OFFICIAL INTERPRETER AGHAZARIAN:  He has |
| 13:51:08 | 7 | to implement. |
| 13:51:08 | 8 | THE WITNESS:  He has to implement and not |
| 13:51:15 | 9 | approve -- but he can also observe. |
| 13:51:22 | 10 | Q.  BY MR. SCHOEN:  Yeah, let me -- let me make |
| 13:51:23 | 11 | it shorter, possibly.  I'm not suggesting -- I'm not |
| 13:51:26 | 12 | going back to the original conversation we had about |
| 13:51:30 | 13 | whether Sami Ramlawi was entitled to order payment -- |
| 13:51:49 | 14 | (Pending question partially translated.) |
| 13:51:49 | 15 | (Exchange in Arabic among Official Interpreter |
| 13:51:49 | 16 | Ben-Naim, Check Interpreter Hazou, and the |
| 13:51:49 | 17 | witness.) |
| 13:51:49 | 18 | (Remainder of pending question translated.) |
| 13:51:50 | 19 | Q.  BY MR. SCHOEN: -- is entitled to authorize |
| 13:51:50 | 20 | payment.  I'm not asking about that. |
| 13:51:57 | 21 | If -- as you said, this is simply a request |
| 13:52:00 | 22 | from Qubba'a, that Qubba'a wrote to Ramlawi, telling |
| 13:52:18 | 23 | Ramlawi that President Arafat had approved this |
| 13:52:23 | 24 | payment -- |
| 13:52:23 | 25 | (Pending question partially translated.) |

```
13:52:23   1              OFFICIAL INTERPRETER BEN-NAIM:  Agreed on
13:52:23   2   this payment?
13:52:32   3              MR. SCHOEN:  "Approved this payment."
13:52:32   4              OFFICIAL INTERPRETER BEN-NAIM:  Oh, okay.
13:52:32   5              (Remainder of pending question translated.)
13:52:36   6        Q.   BY MR. SCHOEN:  -- for the rent of the PFL
13:52:38   7   building -- PFLP building in Kalkilya, and that the
13:52:50   8   payment should continue as the president approved?
13:53:06   9        A.   It specifies that it's for the year 2001/2002.
13:53:14  10        Q.   Yes.  Okay.  Thank you.  Finished with that
13:53:16  11   document.
13:53:16  12              MR. SCHOEN:  Can you mark this D, please?
13:54:07  13              (N. Al-Barahme Exhibit D marked.)
13:54:09  14              OFFICIAL INTERPRETER BEN-NAIM:  We have to
13:54:09  15   change the name.  It's Sami Ramlawi.
13:54:12  16              MR. SCHOEN:  S-a-m-i.
13:54:12  17              OFFICIAL INTERPRETER BEN-NAIM:  I was told
13:54:12  18   different.
13:54:12  19              MR. SCHOEN:  Okay.  If you just give me
13:54:15  20   two minutes, I think I can cut through this area of
13:54:15  21   questioning with one more question.
13:54:31  22              You can tell him what I said.
13:54:31  23              I just want to ask him one question on a
13:54:34  24   subject that I think you had an objection on, but I'm
13:54:37  25   just going to ask him the question.  I don't think I
```

```
13:54:39   1    got an answer on it.  I'll ask him.

13:54:40   2            MR. O'TOOLE:  We'll see.

13:54:41   3            MR. SCHOEN:  Yes.

13:54:41   4        Q.   BY MR. SCHOEN:  The document that I referred

13:54:56   5    to earlier from Mr. Al-Shaer, which was described as a

13:55:03   6    privileged document, do you know -- do you know who, if

13:55:27   7    anyone else, saw that document between -- besides you

13:55:32   8    and Mr. Al-Shaer?

13:55:41   9            MR. O'TOOLE:  Again, as I did the last time,

13:55:45   10   I will object to that question to the extent it seeks

13:55:50   11   to reveal attorney/client privileged information about

13:55:56   12   this document.  But I will allow the witness to answer

13:56:10   13   regarding who saw the document, to the extent he knows.

13:56:24   14           THE WITNESS:  There are no documents in the

13:56:26   15   Ministry of Finance that are privileged at this time.

13:56:34   16   Every document passes through a number of parties.  It

13:56:40   17   has to pass for sure, by necessity, on the Treasury.

13:56:46   18   It has to pass through the monitoring and the --

13:56:56   19           CHECK INTERPRETER HAZOU:  "Audit control."

13:56:57   20           OFFICIAL INTERPRETER AGHAZARIAN:  "Auditing."

13:56:58   21           THE WITNESS:  It should pass through also to

13:57:00   22   the attorney who is in charge of expenditure.  If there

13:57:05   23   is any need for legal review requirement, it has to pass

13:57:11   24   through the legal advisor, the legal department.  Then

13:57:15   25   the public accounts after it is paid.
```

13:57:18    1        Q.   BY MR. SCHOEN:  What does that mean, "public

13:57:21    2   accounts"?

13:57:29    3        A.   General funds, accounts.

13:57:30    4        Q.   Oh, I see.

13:57:30    5        A.   General accounts.  And this odyssey with any

13:57:39    6   document, there are 50 to 60 functionaries that have a

13:57:47    7   look at it.  That's part of their job.

13:57:51    8            MR. SCHOEN:  Okay.  I have -- I'm going to try

13:57:52    9   to --

13:57:53   10            MR. O'TOOLE:  I'm going to object to the last

13:57:55   11   question.

13:57:55   12            MR. SCHOEN:  You objected to it.

13:57:56   13            MR. O'TOOLE:  But it's not clear to me that

13:57:58   14   when we refer -- referring to "that document," that the

13:58:01   15   witness is distinguishing between the earlier documents

13:58:05   16   that were put in front of him and the document you just

13:58:07   17   had.

13:58:08   18            MR. SCHOEN:  I described the document the

13:58:10   19   same way I described it before.  All right.  In any

13:58:20   20   event, I'm moving on to another subject.

13:58:23   21            I'm going to try to conflate -- there are

13:58:26   22   three subject areas left in the designation:  1, 2,

13:58:44   23   and 19.  There's also 10.  But I'm going to go to 19

13:59:05   24   and try to conflate 1, 2, and 19.

13:59:27   25        Q.   BY MR. SCHOEN:  I'm going to ask him, though,

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 13:59:29 | 1 | in the context of 19, which is going to take a while, |
| 13:59:42 | 2 | again, I'm only asking you about what you know as the |
| 13:59:53 | 3 | PA's representative here today regarding all efforts |
| 14:00:07 | 4 | to search for answers to requests that the plaintiffs |
| 14:00:17 | 5 | made to the defendants -- to search for answers to |
| 14:00:22 | 6 | questions for information and documents we requested |
| 14:00:25 | 7 | on the subjects that I'll ask you about. |
| 14:00:45 | 8 | A.   I would like to -- I want to rectify what you |
| 14:00:50 | 9 | have just said.  I am not the representative of the PA. |
| 14:00:54 | 10 | I am a witness for the defense counsel, summoned from |
| 14:00:57 | 11 | the PA. |
| 14:00:59 | 12 | Q.   Well, in this process, the PA was required |
| 14:01:11 | 13 | to name a person to appear on their behalf, to answer |
| 14:01:22 | 14 | questions in certain areas.  And you were designated |
| 14:01:31 | 15 | as that person for six different areas.  That's why |
| 14:01:45 | 16 | I'm asking you these questions. |
| 14:01:51 | 17 | A.   Okay. |
| 14:01:52 | 18 | Q.   What, if anything, do you know about the |
| 14:01:56 | 19 | details of any search that was made to determine whether |
| 14:02:15 | 20 | money -- I'm going to ask it in a little bit faster way, |
| 14:02:20 | 21 | I think -- money -- I don't know how to translate the |
| 14:02:24 | 22 | word -- safe houses, facilities -- okay. |
| 14:02:48 | 23 | Safe houses, facilities -- |
| 14:02:48 | 24 | (Comment in Arabic by Mr. Haller.) |
| 14:02:49 | 25 | MR. HALLER:  That's a "security house"? |

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

| | | |
|---|---|---|
| 14:02:51 | 1 | OFFICIAL INTERPRETER AGHAZARIAN:  No.  "Safe |
| 14:02:51 | 2 | house" is –– |
| 14:02:52 | 3 | (Comment in Arabic by Official Interpreter |
| 14:02:52 | 4 | Aghazarian.) |
| 14:02:52 | 5 | OFFICIAL INTERPRETER BEN–NAIM:  No, "safe." |
| 14:02:52 | 6 | "Safe" is also "secure" –– |
| 14:02:52 | 7 | MR. HALLER:  Do you know what the meaning is? |
| 14:02:52 | 8 | OFFICIAL INTERPRETER BEN–NAIM:  I believe I |
| 14:02:52 | 9 | do. |
| 14:02:52 | 10 | CHECK INTERPRETER HAZOU:  It's a translation. |
| 14:02:57 | 11 | He's not sure what you mean by a "security house" in |
| 14:03:01 | 12 | English. |
| 14:03:01 | 13 | (Brief exchange in Hebrew and Arabic between |
| 14:03:01 | 14 | Official Interpreter Ben-Naim and Mr. Haller.) |
| 14:03:01 | 15 | OFFICIAL INTERPRETER AGHAZARIAN:  Yes. |
| 14:03:03 | 16 | OFFICIAL INTERPRETER BEN–NAIM:  I cannot |
| 14:03:03 | 17 | translate it –– |
| 14:03:03 | 18 | MR. HALLER:  When that's the sense –– |
| 14:03:05 | 19 | (Brief exchange in Hebrew and Arabic between |
| 14:03:08 | 20 | Official Interpreter Ben-Naim and Mr. Haller.) |
| 14:03:08 | 21 | OFFICIAL INTERPRETER AGHAZARIAN:  It was |
| 14:03:08 | 22 | correct.  Stick to it. |
| 14:03:08 | 23 | THE COURT REPORTER:  Gentlemen.  Gentlemen, |
| 14:03:08 | 24 | is this on the record?  Please, gentlemen. |
| 14:03:08 | 25 | MR. HALLER:  Let Amy take it down. |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

| | | |
|---|---|---|
| 14:03:28 | 1 | OFFICIAL INTERPRETER BEN-NAIM:  Just let me |
| 14:03:29 | 2 | translate to what the witness said just to me:  "You're |
| 14:03:31 | 3 | right with your translation.  We use this term in |
| 14:03:36 | 4 | Palestinian or Arabic." |
| 14:03:37 | 5 | So I don't know.  You decide. |
| 14:03:42 | 6 | MR. SCHOEN:  Okay.  In any event, I'll start |
| 14:03:44 | 7 | over. |
| 14:03:44 | 8 | Q.  BY MR. SCHOEN:  Can you tell me the details |
| 14:03:55 | 9 | of any search that you're aware of that was made by |
| 14:04:04 | 10 | the PA or someone working for the PA to determine |
| 14:04:15 | 11 | whether any -- to determine whether, between the years |
| 14:04:25 | 12 | February 16th, 1998, and February 16, 2002, any money, |
| 14:04:47 | 13 | any facilities, a home or office -- |
| 14:05:06 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  The last word |
| 14:05:07 | 15 | was?  Any homes? |
| 14:05:07 | 16 | MR. SCHOEN:  "Facilities." |
| 14:05:07 | 17 | OFFICIAL INTERPRETER BEN-NAIM:  "Facilities"? |
| 14:05:07 | 18 | Any homes or? |
| 14:05:07 | 19 | MR. SCHOEN:  "Offices." |
| 14:05:08 | 20 | Q.  BY MR. SCHOEN:  -- offices or weapons, was |
| 14:05:12 | 21 | given to any person at that time serving as a member |
| 14:05:18 | 22 | of the PFLP -- |
| 14:05:24 | 23 | (Brief exchange in Arabic between Official |
| 14:05:24 | 24 | Interpreter Ben-Naim and Check Interpreter Hazou.) |
| 14:05:35 | 25 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

14:05:35   1      Q.   BY MR. SCHOEN:  -- serving as a member of

14:05:36   2   the PFLP?

14:05:39   3           That's the question.  Do you know if any

14:05:41   4   search was made to determine --

14:05:53   5           OFFICIAL INTERPRETER BEN-NAIM:  "Whether"?

14:05:55   6      Q.   BY MR. SCHOEN:  -- to determine whether any

14:05:56   7   of those things was paid, paid or given to any person,

14:06:06   8   not just the organization, but any person who was at

14:06:10   9   that time a member of the PFLP?

14:06:16   10     A.   Concerning the first part, which is related

14:06:29   11  to the PFLP, I have already answered this question.

14:06:32   12     Q.   Yes.

14:06:32   13     A.   Regarding this given period --

14:06:40   14          (Court reporter clarification.)

14:06:40   15          OFFICIAL INTERPRETER AGHAZARIAN:  "Regarding

14:06:40   16  this given period."

14:06:44   17          THE WITNESS:  -- for any person who is a

14:06:45   18  member of the PFLP, I don't know.

14:07:28   19     Q.   BY MR. SCHOEN:  Are you aware that the

14:07:31   20  defendant -- the plaintiffs served on the defendants,

14:07:40   21  gave to defense counsel, requests for certain documents

14:07:47   22  to be produced in this case?

14:07:58   23          MR. O'TOOLE:  I'm going to object to the

14:08:00   24  extent the question suggests that the witness should

14:08:03   25  have been aware of that.  But to the extent he knows,

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| 14:08:06 | 1 | he may answer.. |

```
14:08:06   1   he may answer..
14:08:07   2         MR. SCHOEN:  Okay.  I'm not -- let me try and
14:08:14   3   work through it, if we can.  Maybe we can't.  I suppose
14:08:25   4   I certainly would imply that.
14:08:27   5         Here's my reason:  Mister -- Nadime was
14:08:32   6   designated as the PA representative to be examined about
14:08:50   7   the full details of any and all searches conducted by
14:09:00   8   the PA for documents and information responsive to each
14:09:18   9   of the discovery requests served by plaintiffs on the --
14:09:33  10   on the PA in this action, including, without limitation,
14:09:47  11   any and all searches conducted by the PA for information
14:10:01  12   responsive to the topics listed in the instant notice
14:10:08  13   of deposition.
14:10:21  14         I was -- I see two alternatives.  I can either
14:10:26  15   go through every single request for production, which
14:10:40  16   number over a hundred, or I can try to ask it in a more
14:10:55  17   general way.  And it seems to me that the more general
14:10:59  18   way would suffice here, because I think Nadime's answer
14:11:19  19   would be that he spoke with Mrs. Fadia and looked at
14:11:34  20   the contract on the Kalkilya rental and didn't take
14:11:40  21   any other steps to search for information or documents
14:11:53  22   that we requested.  Or that Mr. Nadime could answer by
14:12:04  23   telling us that he did the following steps to search for
14:12:15  24   information or documents as a whole that relate to this
14:12:22  25   case.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 14:12:29 | 1 | I'm not -- I'm -- to be clear, I'm not asking |
| 14:12:31 | 2 | you to tell me how you think I should do it.  And if I |
| 14:12:41 | 3 | need to, obviously I can take the hours to go through |
| 14:12:46 | 4 | each request. |
| 14:12:54 | 5 | Based on your meeting with him, without |
| 14:12:57 | 6 | asking to disclose, if you have any sense of how you |
| 14:13:11 | 7 | think best to proceed on this issue that you think we |
| 14:13:15 | 8 | should discuss, I'm open to hearing it. |
| 14:13:26 | 9 | MR. O'TOOLE:  I only have two very brief |
| 14:13:29 | 10 | points.  The first is:  I don't think there's any |
| 14:13:34 | 11 | need to go through every document request, particularly |
| 14:13:40 | 12 | since those requests aren't even due yet. |
| 14:13:48 | 13 | But the more pertinent point is:  My objection |
| 14:13:51 | 14 | was directed only towards the suggestion that it was |
| 14:14:02 | 15 | somehow required for an American lawyer -- for an |
| 14:14:10 | 16 | American lawyer to provide a Palestinian client with |
| 14:14:32 | 17 | a copy of English-language American documents for the |
| 14:14:48 | 18 | purposes of conducting a search for those documents. |
| 14:15:00 | 19 | To the extent your question asks what he did, |
| 14:15:08 | 20 | I have no problem with that sort of question.  To the |
| 14:15:19 | 21 | extent that your question asks how the search was |
| 14:15:23 | 22 | conducted with respect to documents that were provided |
| 14:15:27 | 23 | to him by American counsel, I think the question has |
| 14:15:31 | 24 | problems.  That was my objection. |
| 14:15:33 | 25 | (Colloquy partially translated.) |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

14:15:33   1            OFFICIAL INTERPRETER BEN-NAIM:  Could you

14:15:43   2   repeat that last, please?  I'm sorry.

14:15:46   3            MR. O'TOOLE:  To the extent that the question

14:15:49   4   asks how the search was conducted with respect to

14:15:54   5   documents provided to him by American counsel for the --

14:16:08   6   for the purpose of conducting the search, I found the

14:16:13   7   question objectionable.  But he can answer it to the

14:16:28   8   extent he knows the answer.  But he may answer the

14:16:31   9   question to the extent he knows the answer.

14:16:35  10            (Remainder of colloquy translated.)

14:16:37  11       Q.   BY MR. SCHOEN:  Let me ask it this way:

14:16:40  12   Mr. Nadime, do you know what information the plaintiffs

14:16:45  13   have asked the defendants to provide in this case?

14:16:58  14       A.   Not in detail, I don't know.

14:17:01  15       Q.   Do you know what documents the plaintiffs have

14:17:04  16   asked the defendants to produce in this case?

14:17:22  17       A.   Once again?

14:17:24  18       Q.   Do you know what documents -- not just

14:17:28  19   information, but documents now -- the plaintiffs

14:17:34  20   have asked the defendants to produce in this case?

14:17:48  21       A.   No.

14:17:53  22       Q.   Okay.  Please tell me each and every step

14:18:01  23   that you took or that anyone else took with whom you're

14:18:13  24   familiar to search -- to determine -- to determine

14:18:20  25   what searches, if any, have been made to respond to

14:18:32   1   our request for information and documents.

14:18:52   2        A.   I don't know.  All what I know is that I

14:18:56   3   have -- what I have said already.

14:19:00   4             MR. SCHOEN:  One second, please.  Stay on

14:19:00   5   the record.

14:19:00   6             A lot of time left on the tape?  Okay.

14:19:00   7             Okay.  I raised the objection earlier to

14:24:13   8   proceeding today, given the exchange of e-mails last

14:24:16   9   night, that incident, which we agreed not to belabor

14:24:21  10   here too much.

14:24:30  11             So that I don't have to repeat it each time,

14:24:38  12   we're only proceeding with this deposition and the rest

14:24:41  13   of the depositions, reserving all objections arising

14:24:56  14   from the events of last night that were the subject of

14:25:02  15   e-mail exchanges.  And as I said, I intend to move for

14:25:17  16   sanctions based on those events.

14:25:23  17             OFFICIAL INTERPRETER BEN-NAIM:  I'm sorry.

14:25:24  18   I didn't hear the last.

14:25:26  19             MR. SCHOEN:  "Based on those events."

14:25:31  20             However, again, in an effort to mitigate

14:25:37  21   or to make the most out of what I consider to be a

14:25:42  22   bad situation, I -- your colleague, Mr. McAleer, has

14:26:03  23   identified certain documents that were produced to us

14:26:10  24   last night in Arabic and which we have not been able

14:26:21  25   to translate and about which I simply don't know what

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | |
|---|---|
| 14:26:31 | 1 |
| 14:26:33 | 2 |
| 14:26:37 | 3 |
| 14:26:46 | 4 |
| 14:26:50 | 5 |
| 14:27:00 | 6 |
| 14:27:04 | 7 |
| 14:27:19 | 8 |
| 14:27:32 | 9 |

1  they say.

2          But Mr. McAleer has indicated that this

3  witness would be able to explain those documents to us.

4  So I intend to show him those documents and ask him

5  to explain them, based on what Mr. McAleer has written.

6  But I reserve my specific objection with respect to this

7  and cannot imagine a situation in which I would agree

8  that it is appropriate or advisable -- advisable, a

9  good idea --

10          (Brief exchange in Hebrew between Official

11      Interpreter Ben-Naim and Mr. Haller.)

12          OFFICIAL INTERPRETER BEN-NAIM:  "Advisable."

13  Advisable -- hold on.  Okay.

14          MR. SCHOEN:  -- to simply show documents to

15  a witness when I have no idea what they say.

16          In my view, as a lawyer for the plaintiffs,

17  even doing such a thing risks prejudicing the

18  plaintiffs, risks hurting the plaintiffs.  I will

19  have no ability to determine whether Mr. Nadime's

20  description of these documents is accurate or complete.

21  And I mean that with no disrespect to Mr. Nadime.

22          I simply don't think I can do my job

23  appropriately as a lawyer by proceeding this way --

24  by proceeding this way.  And, therefore, I reserve

25  my objections.

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| 14:29:51 | 1 | MR. O'TOOLE:  I will be brief.  The defendants |
| 14:29:55 | 2 | disagree with Mr. Schoen's statement, with all respect, |
| 14:30:06 | 3 | and will vigorously oppose any sanctions motion, as we |
| 14:30:14 | 4 | have discussed. |
| 14:30:24 | 5 | Defendants will also take some issue with |
| 14:30:33 | 6 | counsel's representation that he has no idea what is |
| 14:30:45 | 7 | in the documents produced and will note for the record |
| 14:31:09 | 8 | that his co-counsel, Mr. Haller, speaks and understands |
| 14:31:22 | 9 | Arabic well enough to be correcting translations of |
| 14:31:34 | 10 | the certified translators during the course of today's |
| 14:31:48 | 11 | deposition. |
| 14:31:55 | 12 | MR. HALLER:  I would just state that I know |
| 14:31:57 | 13 | a few words of Arabic and, from time to time, I hear |
| 14:32:13 | 14 | a word that I'm not certain was translated correctly. |
| 14:32:22 | 15 | MR. O'TOOLE:  The record will speak for |
| 14:32:24 | 16 | itself. |
| 14:32:31 | 17 | MR. SCHOEN:  The full extent of our knowledge |
| 14:32:33 | 18 | of what's in these documents is reflected in an e-mail |
| 14:32:46 | 19 | that I sent to Mr. McAleer, with the time stamp of |
| 14:33:01 | 20 | 7:43 p.m. last evening. |
| 14:33:14 | 21 | I'm not saying to go off the record, but I'm |
| 14:33:14 | 22 | just asking how much time we have left. |
| 14:33:28 | 23 | Okay.  We'll go off the record, but we can |
| 14:33:32 | 24 | either take a break or not break. |
| 14:33:38 | 25 | MR. EUSTICE:  Let's just switch the tapes. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 14:33:41 | 1 | MR. SCHOEN:  We'll switch tapes. |
| 14:33:41 | 2 | MR. HALLER:  I want you guys to have a talk |
| 14:33:41 | 3 | with my Arabic teachers who failed me over the years. |
| 14:33:41 | 4 | THE VIDEOGRAPHER:  Going off the record at |
| 14:33:45 | 5 | 2:32. |
| 14:33:47 | 6 | (Recess from 2:32 p.m. to 2:44 p.m.) |
| 14:45:09 | 7 | THE VIDEOGRAPHER:  Going back on the record |
| 14:46:12 | 8 | at 2:44. |
| 14:46:17 | 9 | (N. Al-Barahme Exhibit E marked.) |
| 14:46:24 | 10 | Q.   BY MR. SCHOEN:  Mr. Nadime, I want to show |
| 14:46:26 | 11 | you what we've marked as Plaintiffs' Exhibit E for |
| 14:46:32 | 12 | this deposition.  These are Bates stamped 55 through |
| 14:46:46 | 13 | 62 -- 55 through 62, documents produced to us by the |
| 14:46:58 | 14 | defendants last evening. |
| 14:47:02 | 15 | I'm going to ask you to look at these |
| 14:47:05 | 16 | documents and review them, please.  Just tell me |
| 14:47:38 | 17 | when you're finished reviewing them. |
| 14:47:54 | 18 | A.   (Examining.) |
| 14:47:54 | 19 | Q.   Are you finished reviewing them? |
| 14:47:56 | 20 | A.   Yes. |
| 14:47:59 | 21 | Q.   Okay.  Now, first of all, are these |
| 14:48:06 | 22 | documents -- is it accurate that the -- what's written |
| 14:48:11 | 23 | on each page above the double line at the top is the |
| 14:48:22 | 24 | same on each page? |
| 14:48:44 | 25 | A.   Yes. |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

14:48:45   1        Q.   Please describe for me what's written there,
14:48:50   2   on each page above the double line.
14:48:56   3        A.   (Reading through the interpreter.)
14:48:58   4        "PNA, Ministry of Interior and National
14:49:06   5   Security, the Central Financial Department."
14:49:13   6        Q.   And what's the symbol in the middle?
14:49:23   7        A.   This is the logo of the PA, PNA.
14:49:30   8        Q.   Okay.  And how about, when looking at the
14:49:33   9   page, the column by your left hand, does that appear
14:49:46  10   to be a date the documents were printed out, if you
14:49:52  11   can tell?
14:50:11  12        A.   No.  The date which appears there, it is to
14:50:15  13   the extreme left, above the double line.
14:50:21  14        Q.   Yeah.  What is that date?
14:50:26  15        A.   The 5th of September, 2012.
14:50:30  16        Q.   And it's the same date in each spot, isn't it?
14:50:39  17        A.   Yes.
14:50:40  18        Q.   Do you know what that date represents, why
14:50:42  19   that date is there?
14:50:53  20        A.   I don't know.  But it is clear that this is
14:50:55  21   the date when these documents were printed, typed.
14:51:00  22        Q.   Okay.  What does it say after -- next to that
14:51:06  23   date?
14:51:13  24        A.   After the line?
14:51:15  25        Q.   Next to the date.  Just next to the date here.

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 14:51:23 | 1 | A.   ID number. |
| 14:51:24 | 2 | Q.   Oh.  I mean -- I'm asking about this here. |
| 14:51:24 | 3 | (Indicating.)  I don't know if it's a word or it says |
| 14:51:36 | 4 | the word "date"? |
| 14:51:39 | 5 | Does this say the word "date" next to the |
| 14:51:42 | 6 | date? |
| 14:51:44 | 7 | A.   Yes, the date. |
| 14:51:45 | 8 | Q.   Just below the double line -- the double line, |
| 14:51:52 | 9 | on each page there's something written; is that correct? |
| 14:52:01 | 10 | A.   Correct. |
| 14:52:08 | 11 | Q.   Same thing on each page? |
| 14:52:14 | 12 | A.   No.  There are some discrepancies.  Each page |
| 14:52:28 | 13 | clearly represents a different year. |
| 14:52:41 | 14 | Q.   Yeah.  Okay.  What's -- what's written, what's |
| 14:52:43 | 15 | written on each page below the double line? |
| 14:52:47 | 16 | A.   (Reading through the interpreter.) |
| 14:52:47 | 17 | "Personnel, annual, list." |
| 14:52:54 | 18 | Q.   And then each page has the year below it? |
| 14:52:58 | 19 | A.   Correct. |
| 14:53:01 | 20 | Q.   What do these documents appear to you to be? |
| 14:53:17 | 21 | A.   This is a statement which is issued from |
| 14:53:20 | 22 | the center -- from the national finance, which is the |
| 14:53:28 | 23 | military financial department.  It has to do with Major |
| 14:53:36 | 24 | Ra'ed Nazzal -- Musa Ibrahim Nazzal, he's a major.  It |
| 14:53:50 | 25 | indicates, you know, the different months, from 1 to 12. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
14:53:58   1    The district, that it could be a military classification
14:54:04   2    for a geographic area, the first sector, dash, West
14:54:11   3    Bank.
14:54:12   4        Q.   I'm sorry.  I want to ask Mr. Nadime if he --
14:54:17   5    to only testify about what he knows from the document.
14:54:21   6    And if he has to guess at something, just tell me that
14:54:35   7    he's not sure.
14:54:46   8             All right.  What's written in the middle
14:54:47   9    of the page, below the year?  Is that the name of
14:54:56  10    Mr. Nazzal?
14:54:59  11        A.   Ra'ed Musa Ibrahim Nazzal.
14:55:05  12        Q.   And that's the same on every page here?
14:55:10  13        A.   Yes.
14:55:10  14        Q.   You believe this is all Mr. Nazzal's file, all
14:55:14  15    of these documents relate to Mr. Ra'ed Nazzal; correct?
14:55:28  16        A.   As is written in it.
14:55:31  17        Q.   Okay.  Have you ever seen documents that look
14:55:34  18    like these before?
14:55:41  19        A.   No.
14:55:43  20        Q.   Do you have any idea -- sorry?
14:55:47  21        A.   This is not issued from the Ministry of
14:55:48  22    Finance, but rather from the military administration
14:55:56  23    of finances.
14:55:58  24        Q.   Are you familiar with this kind of document?
14:56:05  25        A.   No.
```

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

```
14:56:06   1        Q.   Do you think you can tell us what this
14:56:09   2   document says?
14:56:20   3        A.   Through my observation --
14:56:22   4        Q.   Okay.  Let's start from the right column.
14:56:29   5             You see the numbers 1, 2, 3, through 12?
14:56:36   6        A.   Yes.
14:56:37   7        Q.   Each one represents a different month,
14:56:42   8   January, February?
14:56:45   9        A.   Yes.
14:56:46  10        Q.   Okay.  And you see the number "81762"?
14:57:02  11        A.   Yes.
14:57:03  12        Q.   That's the same number on every page in the
14:57:07  13   same place; right?
14:57:13  14        A.   Correct.
14:57:15  15        Q.   Do you know what that number represents?
14:57:24  16        A.   As is indicated, this is the financial number.
14:57:31  17        Q.   What does that mean?
14:57:38  18        A.   Financial reference for Ra'ed Musa Ibrahim
14:57:41  19   Nazzal.  This is his reference number in the military
14:57:50  20   finance department.
14:57:53  21        Q.   Okay.  And how about all the way over in the
14:57:56  22   other column is another number, "944700574."
14:58:14  23             Do you see that number?
14:58:16  24        A.   Yes.
14:58:16  25        Q.   Same number -- that's the same number on each
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 14:58:18 | 1 | page; right? |
| 14:58:18 | 2 | A.   Yes. |
| 14:58:19 | 3 | Q.   What does that number signify, if you know? |
| 14:58:27 | 4 | A.   The ID number. |
| 14:58:29 | 5 | Q.   Mr. Nazzal's ID number? |
| 14:58:31 | 6 | A.   This is what it's supposed to be. |
| 14:58:33 | 7 | Q.   All right.  Now back to the right column, |
| 14:58:36 | 8 | number 1.  That column, all the way down on that page, |
| 14:58:43 | 9 | all says the same thing? |
| 14:58:45 | 10 | A.   Yes. |
| 14:58:46 | 11 | Q.   What does that column say? |
| 14:58:53 | 12 | A.   This is military classification, having to do, |
| 14:58:57 | 13 | you know, with the first sector, West Bank, dividing the |
| 14:59:02 | 14 | place geographically. |
| 14:59:08 | 15 | Q.   What does it say? |
| 14:59:10 | 16 | A.   The first sector, West Bank.  I don't know |
| 14:59:12 | 17 | what this means. |
| 14:59:14 | 18 | Q.   You don't know if it means Nazzal lived there |
| 14:59:17 | 19 | or was assigned there? |
| 14:59:32 | 20 | A.   The place of -- the place of functioning, you |
| 14:59:38 | 21 | can see it in the second column. |
| 14:59:41 | 22 | Q.   What's the first column?  What does it say, |
| 14:59:43 | 23 | the heading of the first column? |
| 14:59:47 | 24 | A.   The sector. |
| 14:59:48 | 25 | Q.   And the next heading, what does the next |

14:59:52   1    heading say?

14:59:53   2        A.    "Management."

14:59:54   3        Q.    What does that mean?  What is that?

15:00:01   4        A.    Where he works, the administrative part.

15:00:04   5    Where he works and where is his posting.

15:00:09   6        Q.    What does it say there?  By the number 1, what

15:00:14   7    was his posting?

15:00:18   8        A.    The command, Jericho.

15:00:23   9        Q.    And how about -- and how about after that,

15:00:36   10   starting from number 2 down to number 12?

15:00:39   11       A.    The general headquarters, the northern

15:00:40   12   governorates.

15:00:44   13       Q.    What area is that?  Can you tell me some

15:00:47   14   towns in that area?

15:00:52   15       A.    The general headquarters, it means the

15:00:56   16   northern governorates of the West Bank.  The general

15:01:06   17   headquarters of the national security.  This means that

15:01:14   18   if somebody is transferred to the general headquarters,

15:01:25   19   it means he does not have a specific task; they don't

15:01:30   20   let him work.

15:01:32   21       Q.    He doesn't do any work?

15:01:39   22       A.    My understanding, if it is in the general

15:01:44   23   headquarters, he doesn't work.

15:01:46   24       Q.    But he's being paid money during this time;

15:01:51   25   right?

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

```
15:01:54   1       A.   He is there because he is existing.  He is
15:01:57   2   not sitting at home.
15:01:58   3       Q.   Oh.  He's physically in the general
15:02:02   4   headquarters?
15:02:06   5       A.   Yes.
15:02:06   6       Q.   Okay.  What's the next column?
15:02:11   7       A.   "Rank."
15:02:14   8       Q.   What's his rank on this first page for 2000?
15:02:24   9       A.   Sergeant --
15:02:26  10            MR. HALLER:  "Captain."
15:02:30  11            OFFICIAL INTERPRETER AGHAZARIAN:  "Captain."
15:02:30  12   Sorry.
15:02:32  13            MR. HALLER:  George, do you agree?  Is it
15:02:33  14   "captain"?
15:02:37  15            CHECK INTERPRETER HAZOU:  Yes.
15:02:39  16       Q.   BY MR. SCHOEN:  Okay.  Just focus on the rank
15:02:41  17   column.  Page "2000," he is captain the whole time;
15:02:46  18   right?
15:02:51  19       A.   Correct.
15:02:52  20       Q.   The next page is "2001"; right?
15:02:59  21       A.   Yes.
15:03:01  22       Q.   Page -- sorry.  Section -- the year 2002,
15:03:06  23   page 3, Bates stamped 57?
15:03:20  24            OFFICIAL INTERPRETER BEN-NAIM:  57?
15:03:20  25            MR. SCHOEN:  Bates stamped 57.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 15:03:25 | 1 | Q.   BY MR. SCHOEN:  On the bottom.  On the bottom. |
| 15:03:29 | 2 | For the year 2002, you see "rank"? |
| 15:03:36 | 3 | A.   Correct. |
| 15:03:36 | 4 | Q.   Did Nazzal's rank change during the year 2002? |
| 15:03:43 | 5 | A.   Correct. |
| 15:03:45 | 6 | Q.   When does it change, according to these |
| 15:03:48 | 7 | documents? |
| 15:03:57 | 8 | A.   In -- in May, starting from May 2002. |
| 15:04:02 | 9 | Q.   What was his rank?  What was Nazzal's rank |
| 15:04:05 | 10 | starting in May 2002? |
| 15:04:17 | 11 | A.   You mean in the -- after the month of May or |
| 15:04:21 | 12 | in 2002? |
| 15:04:22 | 13 | Q.   In 2002, after the month of April, starting |
| 15:04:25 | 14 | in May, what is Nazzal's rank? |
| 15:04:40 | 15 | A.   From January 2002 until April 2002, he was |
| 15:04:45 | 16 | a captain. |
| 15:04:48 | 17 | Q.   Right.  And then -- |
| 15:04:49 | 18 | A.   He became a major after the month of May. |
| 15:04:55 | 19 | Q.   Starting in May 2002, he became a major? |
| 15:05:07 | 20 | A.   As indicated, yes. |
| 15:05:09 | 21 | Q.   And major is a higher rank than captain? |
| 15:05:14 | 22 | A.   Yes. |
| 15:05:16 | 23 | Q.   Major reflects a promotion? |
| 15:05:21 | 24 | A.   Yes. |
| 15:05:23 | 25 | Q.   Okay.  Let's go -- |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:05:25  1      A.   (In English.)  Okay.

15:05:29  2      Q.   Let's go to the next column.

15:05:32  3      A.   From the first page?

15:05:35  4      Q.   I'm sorry.  Where does it say -- if you would,

15:05:53  5  please, turn to the page for 2001.  2001.

15:06:04  6           Do you see a change in the column, the second

15:06:10  7  column, starting in the fourth month?

15:06:16  8      A.   Yes, I do.  Yes.

15:06:17  9      Q.   And what is the change that you see reflected

15:06:23 10  there?

15:06:28 11      A.   A change in the location of work, national

15:06:37 12  security, Kalkilya.

15:06:39 13      Q.   Starting in?

15:06:48 14      A.   From April 2001.

15:06:51 15      Q.   And until when?  Until when is that, the

15:06:54 16  provision in that column?

15:07:06 17      A.   Until May 2002.

15:07:09 18      Q.   Until May 2002.  And before May -- before

15:07:18 19  it was -- you called it national security Kalkilya?

15:07:26 20      A.   Yes.

15:07:27 21      Q.   Up until May of 2002?

15:07:30 22      A.   Yes.

15:07:31 23      Q.   And what about after May of 2002?

15:07:42 24      A.   Actually, it's still June of 2002, not May.

15:07:49 25      Q.   Right, until June.

15:07:53   1      A.   (In English.)   June.

15:07:54   2      Q.   Through June -- through the month of June

15:07:57   3  and starting in July of 2002, that column changed;

15:08:05   4  right?

15:08:12   5      A.   Yeah.   That's true.

15:08:14   6      Q.   What does it say in that column, starting

15:08:19   7  July of 2002?

15:08:26   8      A.   Clearly that it has to do with martyrs and

15:08:31   9  detainees.

15:08:33   10     Q.   What does that mean to you?

15:08:35   11     A.   I don't know.

15:08:37   12     Q.   How about in the "rank" column?

15:08:43   13     A.   I know that if his salary -- I know that if

15:08:53   14  he is listed as martyr or detainees, that it should

15:08:59   15  not be paid through the military financial management.

15:09:04   16     Q.   "Should not be"?

15:09:15   17     A.   The Department of Martyrs and Detainees should

15:09:21   18  take over.

15:09:27   19          MR. SAADI:   "And wounded."

15:09:29   20          OFFICIAL INTERPRETER AGHAZARIAN:   "And the

15:09:29   21  wounded, should take over the payment of the amounts."

15:09:36   22          MR. SCHOEN:   What's the translation now?   That

15:09:38   23  was Mr. Saadi.

15:09:42   24          OFFICIAL INTERPRETER AGHAZARIAN:   I used

15:09:42   25  "detainees."   I used "detainees."   It should have been

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
15:09:45   1    "the wounded."

15:09:47   2            MR. SAADI:  Yes.  Not "detainees."

15:09:50   3            MR. SCHOEN:  Okay.

15:09:50   4            (Brief exchange in Arabic among Official

15:10:12   5        Interpreter Aghazarian, Official Interpreter

15:10:12   6        Ben-Naim, Check Interpreter Hazou, Mr. Saadi,

15:10:12   7        and the witness.)

15:10:18   8            THE WITNESS:  I'm speaking here martyrs and

15:10:22   9    detainees.

15:10:25  10            MR. SAADI:  I'm sorry.

15:10:25  11        Q.  BY MR. SCHOEN:  Let's go to that "rank" column

15:10:31  12    again.

15:10:32  13            After it changed to major, which was May of

15:10:36  14    2002, does it stay the same all the way through 2007?

15:11:02  15        A.  Correct.

15:11:05  16        Q.  You don't know why these documents just start

15:11:07  17    in 2000, do you?

15:11:11  18            (Pending question partially translated.)

15:11:11  19            OFFICIAL INTERPRETER BEN-NAIM:  2000 and?

15:11:11  20            MR. SCHOEN:  2000.

15:11:11  21            (Remainder of pending question translated.)

15:11:11  22            THE WITNESS:  I don't know.

15:11:33  23        Q.  BY MR. SCHOEN:  If you know?

15:11:34  24        A.  I don't have an idea.  But it is clear -- I

15:11:34  25    don't know.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:11:35   1        Q.   And you don't know why these documents end --
15:11:38   2   that we have been given, end in 2007, do you?
15:11:43   3        A.   Also I don't know.
15:11:57   4        Q.   Let's go to the next column.
15:12:00   5             What's the "plus zero" mean?  Do you know?
15:12:11   6        A.   I am not a military expert in order to
15:12:16   7   decipher codes.  But this could be years of priority
15:12:22   8   in the rank.
15:12:25   9        Q.   Okay.  Anyway, you're not sure what it means,
15:12:28  10   "plus zero"?
15:12:30  11        A.   I'm not sure.
15:12:31  12        Q.   What about the next column, what does that
15:12:36  13   column signify, the column after "rank," moving to the
15:12:43  14   left?
15:12:44  15        A.   Social status.
15:12:47  16        Q.   What does that mean?
15:12:50  17        A.   Mean -- it means "married."
15:12:56  18        Q.   So 2000 and 2001, that appears to be the same
15:13:05  19   all the way through; right?
15:13:07  20        A.   No.  In 2000, no.
15:13:12  21        Q.   I thought we were talking about 2000.
15:13:19  22        A.   In 2001 --
15:13:22  23        Q.   2000.
15:13:27  24        A.   In 2000, no.  In January 2001, starting from
15:13:35  25   February 2001, he married.

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:13:39  1      Q.   So he's not married -- according to these

15:13:43  2  documents, he's not married through 2000.  And it

15:13:49  3  appears he got married in February of 2001?

15:14:05  4           OFFICIAL INTERPRETER BEN-NAIM:  Two thousand

15:14:05  5  and what he got married?

15:14:07  6           (Comment in Arabic by Official Interpreter

15:14:07  7      Aghazarian.)

15:14:07  8           THE WITNESS:  According to my understanding

15:14:17  9  and explanation, yes.

15:14:18  10     Q.   BY MR. SCHOEN:  Okay.  Now, there appears to

15:14:20  11  be a change in that starting in June of 2003.

15:14:44  12     A.   I don't see a change.  Where is the change?

15:14:46  13     Q.   In that column on "status."

15:14:51  14          Do you see, starting in June of 2003, the mark

15:15:02  15  looks different in that column from before June of 2003?

15:15:18  16     A.   This means married dash zero, which means

15:15:22  17  there are no children.  That's all.

15:15:25  18     Q.   But before June -- but before June of 2003,

15:15:28  19  you said he showed married?

15:15:34  20     A.   (In English.)  Married, dash, no children.

15:15:37  21          (Translated.)  Dash, which means that there

15:15:42  22  are no children.

15:15:43  23     Q.   So no children if there's a zero, and no

15:15:43  24  children if there's no zero?

15:15:56  25     A.   I think so.

15:15:57   1        Q.   How about the next column, it looks like

15:16:01   2   there's a header but nothing written under it; correct?

15:16:11   3        A.   Here it's written the rank.

15:16:20   4        Q.   Okay.  So if you turn to March -- yes, March

15:16:25   5   of 2004, it appears now that there is something in that

15:16:29   6   column for the first time; correct?

15:16:33   7        A.   Correct.

15:16:34   8        Q.   What does that say in that column, starting

15:16:37   9   in March of 2004?

15:16:42   10        A.   "The martyrs."

15:16:45   11        Q.   What does that signify to you, that it says

15:16:51   12   "the martyrs"?

15:16:57   13        A.   It may be that he could have been transferred

15:17:02   14   to the account of the martyrs.

15:17:07   15        Q.   Uh huh.  Oh, I see.  So it's the bank that's

15:17:11   16   paying the money out, not the bank that's getting money,

15:17:15   17   in that column?

15:17:18   18        A.   For sure, yes.

15:17:22   19        Q.   How about the next column over, moving to the

15:17:25   20   left, what's that -- the header for that column say?

15:17:35   21        A.   "The requirements."

15:17:37   22        Q.   What does that mean?

15:17:41   23        A.   (In English.)  I don't know.

15:17:45   24             (Translated.)  I don't know.

15:17:49   25        Q.   You see a number under that column, in 2000,

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

```
15:17:55  1   it says "234.725"?
15:18:05  2           OFFICIAL INTERPRETER BEN-NAIM:  "725"?
15:18:09  3           MR. SCHOEN:  Yes.
15:18:11  4       Q.  BY MR. SCHOEN:  And then it changes in
15:18:13  5   February of 2001 to "244.725."
15:18:27  6           So far you agree with that?
15:18:32  7       A.  Yes, I do.
15:18:33  8       Q.  Then if you go to 2002, that number changes
15:18:41  9   again around May and again in July.  And then in July
15:19:02  10  of 2002, it changes to "211.6" and stays that number
15:19:15  11  all the way through?
15:19:21  12      A.  Correct.
15:19:22  13      Q.  Do you know what that number means, any of
15:19:25  14  those numbers?
15:19:29  15      A.  No, I don't.  I don't know.  These are
15:19:38  16  accounting codes and ciphers.  Could be.  Could be,
15:19:44  17  not for sure.
15:19:46  18      Q.  And how about for the next column over, what
15:19:48  19  does the next heading say, moving to the left?
15:19:54  20      A.  "Amounts that are cut."
15:19:58  21      Q.  What does that mean?
15:20:03  22      A.  I don't know.
15:20:04  23          MR. SCHOEN:  What does the term mean, "amounts
15:20:08  24  that are cut," even, do you know?
15:20:13  25          OFFICIAL INTERPRETER AGHAZARIAN:  "Deductions."
```

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

```
15:20:15   1           MR. SAADI:  "Deductions."

15:20:17   2           MR. SCHOEN:  He didn't say that, though, did

15:20:19   3   he?

15:20:20   4           OFFICIAL INTERPRETER BEN-NAIM:  He read it in

15:20:22   5   Arabic.

15:20:22   6           MR. SCHOEN:  That's the translation, though,

15:20:22   7   is "deductions"?

15:20:23   8           OFFICIAL INTERPRETER AGHAZARIAN:  I used the

15:20:25   9   word "amounts cut."  "Deductions" is more accurate.

15:20:33  10           MR. SCHOEN:  Very good.

15:20:34  11       Q.   BY MR. SCHOEN:  And that number changes

15:20:36  12   periodically until we get -- until we get to July of

15:20:40  13   2002; right?

15:20:49  14       A.   Right.

15:20:52  15       Q.   And then that number changes to 2001 for

15:20:58  16   the rest of the way through -- for the rest of the

15:20:58  17   way through?

15:20:59  18       A.   Let me relieve you.  It's clear that you

15:21:03  19   have -- you have deductions and, when the salary

15:21:07  20   changes, automatically the deductions will also change.

15:21:12  21       Q.   I see.

15:21:14  22       A.   We go a straight way.

15:21:17  23       Q.   What's the currency that's reflected here?

15:21:19  24   Do you know?

15:21:23  25       A.   Shekels.  It says, it's clear.  It's shekels.
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:21:26  1      Q.   Shekels.  That's Israeli shekels?

15:21:30  2      A.   Yes.

15:21:30  3      Q.   Okay.  And so if it says here "39.06," you

15:21:43  4   understand that to mean in this first column, for --

15:21:46  5   in the column on 2000, 39.06 shekels were deducted

15:21:55  6   from the amount paid to him?

15:22:04  7      A.   Yes.

15:22:05  8      Q.   Okay.  And the last column, moving to the

15:22:07  9   left?

15:22:10  10     A.   It is "net," the net of what has been paid,

15:22:15  11  in net.

15:22:17  12     Q.   Before we get to the bottom, which I think is

15:22:21  13  what you mean, you see where it appears, "1,882.29" --

15:22:33  14          OFFICIAL INTERPRETER BEN-NAIM:  1,882 point?

15:22:38  15          MR. SCHOEN:  29.

15:22:43  16     Q.   BY MR. SCHOEN:  -- for the year 2000?

15:22:47  17     A.   Yes.

15:22:47  18     Q.   In each month?

15:22:49  19     A.   Yes.

15:22:52  20          (Brief exchange in Arabic between Official

15:22:52  21      Interpreter Ben-Naim and Check Interpreter Hazou.)

15:22:57  22          OFFICIAL INTERPRETER BEN-NAIM:  "Month."  He

15:22:59  23  said "month."

15:23:00  24          MR. SCHOEN:  Are you okay with that?

15:23:04  25          CHECK INTERPRETER HAZOU:  Yes.

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:23:04  1      Q.  BY MR. SCHOEN:  Okay.  What's the heading of

15:23:06  2   that column say?

15:23:08  3      A.  "Net."  "Net amount in shekels."

15:23:13  4      Q.  Okay.  So you read this page for 2000 to mean

15:23:18  5   Nazzal was being paid 1,882.29 shekels each month?

15:23:38  6      A.  Yes.

15:23:39  7      Q.  And the number on the bottom of that page,

15:23:44  8   it says "22,587.48," you understand that to be the net

15:24:02  9   total for that year?

15:24:13 10      A.  It is the total amount paid in that year.

15:24:17 11      Q.  Okay.  What's the -- there appears to be a

15:24:21 12   word next to -- the fourth from the bottom, 1,882.29.

15:24:33 13   It looks like maybe there is a word next to that.

15:24:37 14          Do you see it?

15:24:39 15      A.  "Securities."

15:24:40 16      Q.  "Securities"?

15:24:41 17      A.  "Securities."

15:24:42 18      Q.  "Securities" meaning like stocks or something

15:24:45 19   like that?  Something different from money?

15:24:49 20          Or "security" meaning "safety"?

15:24:58 21      A.  Which is I trust you, you know, like I put a

15:25:02 22   trusted amount.

15:25:04 23          MR. HALLER:  "In trust"?

15:25:08 24          OFFICIAL INTERPRETER AGHAZARIAN:  "In trust."

         25   //

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:25:12  1          (Brief exchange in Hebrew between Official

15:25:14  2      Interpreter Ben-Naim and Mr. Haller.)

15:25:19  3          OFFICIAL INTERPRETER BEN-NAIM:  I don't want

15:25:22  4  to get into, you know, also Hebrew.

15:25:26  5          THE WITNESS:  Which is -- which is linked to

15:25:27  6  the account.  It's like securities.

15:25:29  7      Q.   BY MR. SCHOEN:  Okay.

15:25:33  8      A.   So in that month, he did not take his salary,

15:25:37  9  so it is reserved for him.

15:25:40  10     Q.   I see.  That was October of 2000.  All right.

15:25:55  11         Looking at each other page, it follows the

15:25:59  12  same pattern; correct?

15:26:01  13         That column shows how much Nazzal was paid

15:26:05  14  each month, and then at the bottom it shows the total

15:26:14  15  amount paid for that year in shekels?

15:26:25  16     A.   Correct.

15:26:34  17     Q.   Okay.  Let me ask you:  At the Ministry of

15:26:36  18  Finance, do you know whether there is an audit done

15:26:47  19  periodically, every so often?

15:26:57  20     A.   In the Ministry of Finance?

15:27:00  21     Q.   Yes, for example.

15:27:06  22     A.   We have two phases of auditing:  Control

15:27:12  23  before paying, every transaction has to pass through

15:27:23  24  an internal monitoring procedure.  Every -- absolutely

15:27:28  25  every transaction must pass through an internal auditing

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 15:27:35 | 1 | department.  And there is auditing after the payment, |
| 15:27:39 | 2 | post payment.  And auditing is not on every transaction, |
| 15:27:48 | 3 | but sample transactions are selected. |
| 15:27:53 | 4 | Q.   Who does that auditing? |
| 15:28:02 | 5 | A.   The internal auditing, monitoring, is |
| 15:28:06 | 6 | something which is within the Ministry of Finance, |
| 15:28:10 | 7 | internal.  External auditing, it has to do with |
| 15:28:19 | 8 | the money that is with administrative and financial |
| 15:28:23 | 9 | auditing. |
| 15:28:27 | 10 | It is a separate, independent body, which |
| 15:28:31 | 11 | is established by a special decree or law.  It has |
| 15:28:37 | 12 | administrative and financial independence, and it |
| 15:28:46 | 13 | handles the question of auditing on all Palestinian |
| 15:28:51 | 14 | official bodies, including the Ministry of Finance. |
| 15:28:54 | 15 | And by law, it presents its annual report -- annual, |
| 15:29:07 | 16 | not monthly.  And it presents it to the PLC, the |
| 15:29:16 | 17 | legislative council, and to the president as well. |
| 15:29:21 | 18 | Q.   Is there an outside agency that also does |
| 15:29:26 | 19 | an audit?  In other words, does the American government, |
| 15:29:30 | 20 | that you're aware of, ever perform an audit? |
| 15:29:34 | 21 | OFFICIAL INTERPRETER BEN-NAIM:  Do you want |
| 15:29:35 | 22 | me to translate all of what you said? |
| 15:29:38 | 23 | MR. SCHOEN:  No. |
| 15:29:38 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |
| 15:29:38 | 25 | Q.   BY MR. SCHOEN:  Does the American government |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 15:29:41 | 1 | perform an audit of any PA institution that you're aware |
| 15:29:47 | 2 | of? |
| 15:29:48 | 3 | A.   I don't know. |
| 15:29:54 | 4 | Q.   Have you ever heard of something called the |
| 15:29:56 | 5 | Palestine Information Center? |
| 15:30:18 | 6 | A.   I haven't. |
| 15:30:20 | 7 | Q.   Are you aware of an announcement by President |
| 15:30:24 | 8 | Abbas -- back up a second. |
| 15:30:36 | 9 | President Abbas is the president of the PA? |
| 15:30:39 | 10 | A.   Yes. |
| 15:30:40 | 11 | Q.   Are you aware of an announcement by President |
| 15:30:43 | 12 | Abbas in October of 2010, or any other time, that he |
| 15:31:02 | 13 | was ordering the suspension of the financial monthly |
| 15:31:18 | 14 | allocation of the PFLP because the PFLP was not |
| 15:31:34 | 15 | supporting Mr. Abbas and his policies? |
| 15:31:45 | 16 | A.   I don't know. |
| 15:31:46 | 17 | Q.   Not familiar with it? |
| 15:31:50 | 18 | A.   And I am -- I am taken by surprise that such |
| 15:31:55 | 19 | an announcement might have been.  There is no president |
| 15:32:03 | 20 | that will state that I cut these allocations, if there |
| 15:32:13 | 21 | are -- if there are such allocations. |
| 15:32:16 | 22 | Q.   Are you familiar with any complaints by any -- |
| 15:32:20 | 23 | publicly, by any members of the PFLP -- |
| 15:32:20 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  Sorry.  I |
| 15:32:23 | 25 | didn't hear the question. |

| | | |
|---|---|---|
| 15:32:25 | 1 | Q.   BY MR. SCHOEN:  Are you familiar with any |
| 15:32:26 | 2 | public complaints or private complaints by members |
| 15:32:30 | 3 | of the PFLP that their allocation -- their monthly |
| 15:32:41 | 4 | allocation to the PFLP from the PA is too small and |
| 15:32:52 | 5 | should be increased? |
| 15:32:56 | 6 | A.   I don't know. |
| 15:32:59 | 7 | Q.   Have you seen any public report -- |
| 15:33:01 | 8 | OFFICIAL INTERPRETER BEN-NAIM:  "Public"? |
| 15:33:08 | 9 | Q.   BY MR. SCHOEN:  -- public report or private |
| 15:33:09 | 10 | report listing a dollar figure -- listing a figure in |
| 15:33:15 | 11 | money, in an amount of money -- |
| 15:33:25 | 12 | (Brief exchange in Arabic between Official |
| 15:33:26 | 13 | Interpreter Ben-Naim and Mr. Saadi.) |
| 15:33:30 | 14 | Q.   BY MR. SCHOEN:  -- listing an amount of money |
| 15:33:37 | 15 | that the PFLP receives each month in an allocation? |
| 15:33:46 | 16 | A.   I don't know. |
| 15:33:47 | 17 | Q.   And I refer you specifically to Al-Jazeera. |
| 15:33:52 | 18 | Have you ever seen such an announcement in |
| 15:33:57 | 19 | Al-Jazeera? |
| 15:34:02 | 20 | A.   No, I haven't seen it.  And not everything |
| 15:34:10 | 21 | which is issued by Al-Jazeera and the satellites is |
| 15:34:15 | 22 | correct. |
| 15:34:16 | 23 | Q.   You've testified already that in 2010 -- |
| 15:34:47 | 24 | December 19th, 2010, you were -- |
| 15:34:57 | 25 | OFFICIAL INTERPRETER BEN-NAIM:  The date |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 15:34:58 | 1 | again, please? |
| 15:35:00 | 2 | Q.   BY MR. SCHOEN:  -- December 19th, 2010, |
| 15:35:06 | 3 | you were the chair of the -- you were the chair of |
| 15:35:12 | 4 | the Palestine land office; correct? |
| 15:35:18 | 5 | A.   Correct. |
| 15:35:18 | 6 | Q.   Are there faxes sent out of that office? |
| 15:35:33 | 7 |      Correct? |
| 15:35:34 | 8 | A.   From which office?  My office? |
| 15:35:36 | 9 | Q.   Let me show you a header and ask you if this |
| 15:35:39 | 10 | is the header of a fax from your office, the chairman |
| 15:35:43 | 11 | of the land office. |
| 15:35:48 | 12 |      MR. SCHOEN:  I'll mark this three-page |
| 15:35:52 | 13 | document -- I'll mark this three-page document |
| 15:35:56 | 14 | Exhibit F, like "Frank." |
| 15:36:08 | 15 |      MR. O'TOOLE:  Just a quick question.  Has |
| 15:36:10 | 16 | this document been produced in this case? |
| 15:36:15 | 17 |      MR. HALLER:  I don't believe so. |
| 15:36:16 | 18 |      MR. O'TOOLE:  Not before today?  So these |
| 15:36:23 | 19 | are documents that we are receiving for the first |
| 15:36:26 | 20 | time in this deposition, which you are questioning on? |
| 15:36:29 | 21 |      MR. HALLER:  This is a document in the |
| 15:36:30 | 22 | defendants' -- |
| 15:36:32 | 23 |      MR. O'TOOLE:  This is a document that has not |
| 15:36:33 | 24 | been produced in discovery, as I understand it.  I just |
| 15:36:39 | 25 | want to note that, because I think it's somewhat ironic. |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

15:36:41  1           MR. SCHOEN:  I'm only asking him one question,

15:36:44  2  whether that's his fax header on top.

15:36:48  3           MR. O'TOOLE:  We have no objection.

15:36:48  4           THE WITNESS:  Our name, it's supposed to be

15:37:19  5  the Land Authority, on the logo.

15:37:25  6           (Court reporter clarification.)

15:37:25  7           OFFICIAL INTERPRETER AGHAZARIAN:  That "our

15:37:25  8  name should be the Land Authority, on the logo."

15:37:47  9      Q.   BY MR. SCHOEN:  If I may, Mr. Nadime, how many

15:37:52  10  pages is that document?  Three pages?

15:37:55  11      A.   Three pages, yes.

15:37:57  12           MR. SCHOEN:  I'm going to add three more

15:38:00  13  pages, and we'll still call it all the six-page

15:38:04  14  document, Exhibit F like "Frank."

15:38:12  15           (N. Al-Barahme Exhibit F marked.)

15:38:12  16      Q.   BY MR. SCHOEN:  Let me direct your attention

15:38:22  17  to the last page of the document, what appears to be

15:38:31  18  your signature.

15:38:32  19           Is that your signature?

15:38:33  20      A.   (Examining.)  This is correct.

15:38:36  21      Q.   All right.  Now, look at the header on that

15:38:39  22  page.  It says -- does that refresh your recollection

15:38:44  23  at all as to whether --

15:38:48  24      A.   It's the same logo.

15:38:50  25      Q.   And is that the logo from your office,

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 15:38:53 | 1 | chairman of the land office? |
| 15:38:57 | 2 | A.  Believe me, it's the first time I pay |
| 15:39:00 | 3 | attention to the logo. |
| 15:39:02 | 4 | Q.  I see.  So you don't know one way or the |
| 15:39:05 | 5 | other? |
| 15:39:11 | 6 | A.  What do you mean by that? |
| 15:39:13 | 7 | Q.  Do you know whether that's your logo from your |
| 15:39:16 | 8 | office for the fax? |
| 15:39:24 | 9 | A.  Clearly, yes.  This is the logo of my office. |
| 15:39:27 | 10 | MR. SCHOEN:  Okay.  Nothing further.  I have |
| 15:39:36 | 11 | no further questions. |
| 15:39:38 | 12 | MR. O'TOOLE:  I have two -- one very brief |
| 15:39:41 | 13 | objection and then -- and one offer. |
| 15:39:44 | 14 | MR. SCHOEN:  I just want to put this document |
| 15:39:46 | 15 | all together. |
| 15:39:55 | 16 | MR. O'TOOLE:  The first objection is that |
| 15:39:57 | 17 | we are now receiving for the first time documents -- |
| 15:40:00 | 18 | foreign-language documents, in Hebrew, that were not |
| 15:40:05 | 19 | provided in discovery -- |
| 15:40:06 | 20 | OFFICIAL INTERPRETER BEN-NAIM:  In Hebrew; |
| 15:40:06 | 21 | right? |
| 15:40:12 | 22 | MR. O'TOOLE:  Yes. |
| 15:40:12 | 23 | -- and of questionable relevance to this |
| 15:40:18 | 24 | deposition, to the extent that we can determine what |
| 15:40:30 | 25 | they mean. |

15:40:42  1          The second is an offer.  I note, before the
15:40:46  2   questioning with respect to the financial documents,
15:41:00  3   counsel noted that he had not been able to sufficiently
15:41:04  4   translate the documents before the questioning.  And
15:41:21  5   I note that there are three highly qualified Arabic
15:41:27  6   translators in the room.  And if counsel would like,
15:41:40  7   the defendants would have no objection to taking a
15:41:43  8   short recess so that counsel may consult with these
15:42:00  9   translators, to ensure that any translation issues are
15:42:11  10  resolved now and that he is able to conduct questioning.
15:42:16  11          MR. SCHOEN:  First of all, I'd be happy to
15:42:18  12  consult with them, to the extent I understood this to
15:42:25  13  be implied in the question or offer or a premise of
15:42:33  14  the offer.
15:42:34  15          OFFICIAL INTERPRETER BEN-NAIM:  I agree.
15:42:34  16          MR. SCHOEN:  I certainly don't agree that
15:42:52  17  getting -- confirming a translation now with the
15:43:01  18  translators would cure all of the problems that
15:43:13  19  underlie this incident.  But I'm happy to take advantage
15:43:19  20  of having the translators here to at least do that part
15:43:23  21  of it.
15:43:31  22          How long would you suggest we take for a
15:43:33  23  break?  What would be fair?
15:43:36  24          MR. O'TOOLE:  Whatever you need to resolve
15:43:36  25  these issues.

| | | |
|---|---|---|
| 15:43:36 | 1 | MR. SCHOEN:  Okay.  So let me try the process |
| 15:43:42 | 2 | and see how long it takes, I guess, is the only way I |
| 15:43:44 | 3 | can see.  And we're just referring now to the documents |
| 15:43:53 | 4 | I questioned him on today, Bates 55 to 62, Exhibit E; |
| 15:44:08 | 5 | correct? |
| 15:44:08 | 6 | (Colloquy partially translated.) |
| 15:44:09 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  Exhibits? |
| 15:44:09 | 8 | MR. SCHOEN:  55 -- Exhibit E. |
| 15:44:09 | 9 | OFFICIAL INTERPRETER BEN-NAIM:  "E" or "A"? |
| 15:44:09 | 10 | MR. SCHOEN:  "E." |
| 15:44:09 | 11 | (Remainder of colloquy translated.) |
| 15:44:09 | 12 | MR. SCHOEN:  And I only ask that question |
| 15:44:36 | 13 | because, among the other documents produced, for |
| 15:44:39 | 14 | example, Bates stamp 63 through 67, we don't find |
| 15:44:53 | 15 | the documents even to be legible.  I can't read what's |
| 15:44:56 | 16 | on the page in any language.  But as to 55 through 62, |
| 15:45:06 | 17 | we'll sit now with the translators. |
| 15:45:18 | 18 | THE VIDEOGRAPHER:  Going off the record at |
| 15:45:19 | 19 | 3:43. |
| 15:45:20 | 20 | (Recess from 3:43 p.m. to 3:58 p.m.) |
| 15:58:47 | 21 | THE VIDEOGRAPHER:  Going back on the record |
| 16:00:16 | 22 | at 3:58. |
| 16:00:20 | 23 | Q.  BY MR. SCHOEN:  During the break, I had |
| 16:00:21 | 24 | a chance, as suggested by defense counsel, to review |
| 16:00:30 | 25 | the translation of this document, Exhibit E.  In |

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | |
|---|---|
| 16:00:44 | 1 |
| 16:00:49 | 2 |
| 16:00:55 | 3 |
| 16:01:00 | 4 |
| 16:01:05 | 5 |
| 16:01:09 | 6 |
| 16:01:15 | 7 |
| 16:01:23 | 8 |
| 16:01:30 | 9 |
| 16:01:40 | 10 |
| 16:01:43 | 11 |
| 16:01:46 | 12 |
| 16:01:56 | 13 |
| 16:02:03 | 14 |
| 16:02:04 | 15 |
| 16:02:12 | 16 |
| 16:02:13 | 17 |
| 16:02:13 | 18 |
| 16:02:14 | 19 |
| 16:02:14 | 20 |
| 16:02:19 | 21 |
| 16:02:21 | 22 |
| 16:02:24 | 23 |
| 16:02:27 | 24 |
| 16:02:28 | 25 |

1  that regard, my effort was to try to see whether the

2  translator agreed with the translation of certain

3  terms on the document.

4        Principally, we went over the headings.

5  There was only one word that the translator was not

6  sure of.  It's the word that's the heading on the

7  third-to-the-left-most column.  It appears over the

8  numbers which I believe you described as some sort of

9  government code, possibly, that you weren't familiar

10  with.

11        Let me just ask you again if you can read

12  the word, the heading.

13     A.   The word it is --

14        OFFICIAL INTERPRETER AGHAZARIAN:

15        "Prerequisites"?  "Requirements"?

16        CHECK INTERPRETER HAZOU:  "Merits."  "Merits."

17        MR. SCHOEN:  Do you want to look at the word

18  again?

19        CHECK INTERPRETER HAZOU:  "Merits."  Whatever

20  is the amount due.

21        MR. SCHOEN:  I didn't hear.

22        CHECK INTERPRETER HAZOU:  Whatever is the

23  amount due you.

24        MR. SCHOEN:  Whatever it is you're entitled

25  to, you mean?

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| | | |
|---|---|---|
| 16:02:31 | 1 | CHECK INTERPRETER HAZOU:  Yes. |
| 16:02:32 | 2 | MR. SCHOEN:  And then it's a code underneath? |
| 16:02:32 | 3 | The numbers are under some kind of government code? |
| 16:02:32 | 4 | Albert? |
| 16:02:35 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  I don't |
| 16:02:36 | 6 | agree with the term "merits." |
| 16:02:38 | 7 | Q.   BY MR. SCHOEN:  Have you read the word? |
| 16:02:43 | 8 | OFFICIAL INTERPRETER AGHAZARIAN:  Yes, he read |
| 16:02:43 | 9 | it. |
| 16:02:47 | 10 | (Comment in Arabic by Official Interpreter |
| 16:02:47 | 11 | Aghazarian.) |
| 16:02:50 | 12 | MR. SCHOEN:  How would you translate it? |
| 16:02:51 | 13 | OFFICIAL INTERPRETER AGHAZARIAN:  "Obligations |
| 16:02:51 | 14 | to meet."  That's the meaning. |
| 16:02:51 | 15 | MR. SCHOEN:  Obligations that have to be met? |
| 16:02:57 | 16 | OFFICIAL INTERPRETER AGHAZARIAN:  Yes. |
| 16:02:58 | 17 | MR. SCHOEN:  How does that do with you, |
| 16:02:58 | 18 | George?  Do you agree? |
| 16:03:03 | 19 | CHECK INTERPRETER HAZOU:  No. |
| 16:03:04 | 20 | MR. SCHOEN:  "Merit" is the word you're coming |
| 16:03:04 | 21 | up with? |
| 16:03:04 | 22 | CHECK INTERPRETER HAZOU:  Yes. |
| 16:03:04 | 23 | MR. SCHOEN:  It's close, though.  It sounds |
| 16:03:04 | 24 | like something close between them. |
| 16:03:05 | 25 | Do you understand the word "merit," as its |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

16:03:07  1   used there, to mean what the person has earned or what

16:03:09  2   he's entitled to?

16:03:12  3          CHECK INTERPRETER HAZOU:  What he's entitled,

16:03:12  4   the dues that he's entitled to.

16:03:16  5          MR. SCHOEN:  Do you agree with that?

16:03:18  6          OFFICIAL INTERPRETER AGHAZARIAN:  In order

16:03:18  7   to proceed --

16:03:19  8          MR. SCHOEN:  I just want an accurate

16:03:19  9   translation.  But "dues that he's entitled to," it

16:03:22  10  sounds like you're saying almost the same thing.  No?

16:03:24  11          OFFICIAL INTERPRETER AGHAZARIAN:  "Dues."

16:03:26  12          MR. SCHOEN:  But "dues" sounds like something

16:03:28  13  he owes.  The word "dues" -- this is more entitlement.

16:03:33  14          OFFICIAL INTERPRETER AGHAZARIAN:  It's the

16:03:33  15  contrary of "dues," actually.

16:03:33  16          CHECK INTERPRETER HAZOU:  "Entitlements."

16:03:33  17          OFFICIAL INTERPRETER AGHAZARIAN:

16:03:33  18          "Entitlements."

16:03:35  19          MR. SCHOEN:  With that, I have no further

16:03:40  20  questions of this witness.

16:03:41  21          MR. O'TOOLE:  And we have no questions at this

16:03:43  22  time.

16:03:46  23          MR. SCHOEN:  I just want to propose now:

16:03:49  24  We've spoken among ourselves.  What we think is

16:03:54  25  appropriate, given the time of the day, given that

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

| 16:04:02 | 1 | the translators need to leave, given that I would |

16:04:02  1  the translators need to leave, given that I would

16:04:08  2  want a half-hour break now, given the hour we started,

16:04:19  3  our issue with the documents produced last night, and

16:04:27  4  my belief that I can help streamline things by working

16:04:32  5  through questions tonight, we want to reconvene the

16:04:40  6  depositions tomorrow morning.

16:04:44  7          We will be prepared to start at 9:00 a.m.

16:04:47  8  and try to get through all of it tomorrow, if possible.

16:04:51  9          (Comment in Arabic by the witness.)

16:05:02  10          OFFICIAL INTERPRETER AGHAZARIAN:  He says:

16:05:02  11  "With my presence?"

16:05:05  12          I told him:  "I think we're over with you."

16:05:06  13          MR. SCHOEN:  We are all agreed that we are

16:05:09  14  finished, Mr. Nadime.  And thank you very much.

16:05:12  15          THE VIDEOGRAPHER:  Going off the record at

16:05:14  16  4:03.

16:05:16  17          (Recess from 4:03 p.m. to 4:05 p.m.)

16:06:42  18          THE VIDEOGRAPHER:  Going back on the record

16:06:44  19  at 4:05.

16:06:48  20          MR. O'TOOLE:  I would just note for the

16:06:50  21  record that the defendants must object to postponing

16:06:53  22  the depositions, in part, because we have a witness

16:06:55  23  who is waiting in Ramallah by videoconference.  The

16:06:59  24  arrangements have been made, and he's ready to testify.

16:07:03  25          That having been said and without waiving that

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

16:07:06  1   objection, I can check to see his availability tomorrow.

16:07:09  2   He may not be available tomorrow.  It may mean that,

16:07:12  3   if you don't depose him now, you aren't going to get

16:07:15  4   a chance at deposing this witness.

16:07:17  5          MR. SCHOEN:  Well, we had spoken last

16:07:19  6   night about canceling today altogether.  And that was

16:07:22  7   agreeable to the defendants last night, based on the

16:07:22  8   objections I raised about the documents.

16:07:22  9          We agreed instead to go forward this morning.

16:07:25  10  But, again, we started late today because the witness

16:07:28  11  was stuck in traffic or whatever the reason was.  I

16:07:31  12  believe that was the reason.  I think he explained that,

16:07:35  13  even.  So it's certainly not anything intentional.

16:07:38  14          However, it is late in the day now.  As I

16:07:41  15  said earlier, after this deposition, I would need to

16:07:44  16  take a half-hour break in any event.  I believe when

16:07:46  17  I mentioned that to you, you said you also would want

16:07:49  18  to take a break between depositions.  That would put

16:07:52  19  us at about after 4:30.

16:07:55  20          I don't think it makes any sense to start the

16:07:57  21  deposition and have to finish it by 6:00 o'clock today,

16:08:01  22  when the translators have to leave.  I could not finish

16:08:05  23  it by 6:00 o'clock, based on what I now know.  I think

16:08:09  24  this deposition today took longer than anticipated.

16:08:12  25  However, this witness was designated for many topics,

SEPTEMBER 11, 2012 – NADIME AL-BARAHME

| | | |
|---|---|---|
| 16:08:17 | 1 | as is the next witness. |
| 16:08:18 | 2 | So our proposal would be to start with the |
| 16:08:21 | 3 | next witness, this Dr. Swailem, who is appearing by |
| 16:08:25 | 4 | video, in any event, in Ramallah, as I understand it, |
| 16:08:29 | 5 | start with him at 9:00 o'clock in the morning, and |
| 16:08:32 | 6 | then hopefully continue with the next two witnesses |
| 16:08:35 | 7 | who are designated for tomorrow already, with the hope |
| 16:08:39 | 8 | of finishing tomorrow. |
| 16:08:41 | 9 | MR. O'TOOLE:  And, again, I can't agree with |
| 16:08:44 | 10 | that without checking the witness' availability.  I |
| 16:08:46 | 11 | will check if the witnesses are available.  But if the |
| 16:08:48 | 12 | witness is not available, it's not clear to me whether |
| 16:08:51 | 13 | or not we would have to go forward today, whether |
| 16:08:54 | 14 | we would have to insist on that.  I understand the |
| 16:08:57 | 15 | logistical challenges. |
| 16:08:58 | 16 | Although I take one final issue with the idea |
| 16:09:02 | 17 | that the witness being 20 or 30 minutes later than the |
| 16:09:06 | 18 | attorneys here would have at all impacted the ability |
| 16:09:09 | 19 | to go forward with the next deposition. |
| 16:09:11 | 20 | MR. SCHOEN:  I'm just not sure.  I was here at |
| 16:09:13 | 21 | 9:07.  The witness was here at 9:45.  I don't personally |
| 16:09:16 | 22 | believe that that would have made the difference, |
| 16:09:17 | 23 | frankly, one way or the other in a dispositive way. |
| 16:09:21 | 24 | I would remind you that the alternative that |
| 16:09:23 | 25 | was agreed to last night would be for the same witness, |

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

| | | |
|---|---|---|
| 16:09:28 | 1 | Dr. Swailem, to appear on Thursday at some point.  So |
| 16:09:32 | 2 | if that's what we need to do, then we'll need to do it. |
| 16:09:35 | 3 | MR. O'TOOLE:  And that was pending his |
| 16:09:37 | 4 | availability and, because of the late hour, we had not |
| 16:09:39 | 5 | been able to check.  So let me check on the witness' |
| 16:09:42 | 6 | availability.  Because Dr. Swailem has set aside today |
| 16:09:46 | 7 | and has been waiting in Ramallah since 1:00 o'clock. |
| 16:09:48 | 8 | So I do want to make sure he's available tomorrow. |
| 16:09:53 | 9 | MR. SCHOEN:  Okay.  So if you would check, the |
| 16:09:54 | 10 | ideal would be to start first thing tomorrow morning and |
| 16:09:56 | 11 | to work tonight to streamline things so that we can get |
| 16:09:59 | 12 | through all the witnesses tomorrow, if that's possible. |
| 16:10:01 | 13 | MR. O'TOOLE:  I propose that we adjourn for |
| 16:10:03 | 14 | maybe 15 minutes so I can make some calls. |
| 16:10:07 | 15 | MR. HALLER:  If you can move any one of the |
| 16:10:09 | 16 | three that is available on Thursday, I don't know that |
| 16:10:12 | 17 | it matters to us which order they are. |
| 16:10:14 | 18 | MR. SCHOEN:  Right.  But for right now, let's |
| 16:10:17 | 19 | try to finish it all tomorrow. |
| 16:10:18 | 20 | MR. HALLER:  No, no, no, definitely.  But I'm |
| 16:10:18 | 21 | saying, if you're checking the availability for Thursday |
| 16:10:19 | 22 | as a backup, it could be any one of them. |
| 16:10:23 | 23 | MR. O'TOOLE:  Right.  Let me check. |
| 16:10:24 | 24 | MR. SCHOEN:  And I can tell you, it's also a |
| 16:10:26 | 25 | huge hassle for me.  I mean, I have my reservation that |

SEPTEMBER 11, 2012 — NADIME AL—BARAHME

16:10:27  1  I've already had to change once.

16:10:29  2          MR. O'TOOLE:  Right.  And we'd prefer not

16:10:30  3  Thursday, too.  So let's figure it out.

16:10:31  4          MR. SCHOEN:  Thank you.  We're going off the

16:10:31  5  record.

16:10:34  6          THE VIDEOGRAPHER:  That concludes the video

16:10:37  7  deposition at 4:09.

          8          (The deposition concluded at 4:09 p.m.)

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

SEPTEMBER 11, 2012 – NADIME AL–BARAHME

```
1              CERTIFICATE OF WITNESS/DEPONENT

2

3         I, NADIME AL-BARAHME, witness herein,

4    do hereby certify and declare the within and foregoing

5    transcription to be my examination under oath in said

6    action taken on September 11, 2012, with the exception

7    of the changes listed on the errata sheet, if any;

8             That I have read, corrected, and do hereby

9    affix my signature under penalty of perjury to said

10   examination under oath.

11

12

13

14

15   _____  _____
         NADIME AL-BARAHME, Witness           Date
16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 11, 2012 - NADIME AL-BARAHME

1        CERTIFICATE OF REPORTER

2

3        I, AMY R. KATZ, RPR, do hereby certify:

4        That, prior to being examined, the witness

5    named in the foregoing deposition was duly affirmed by

6    me to testify to the truth, the whole truth, and nothing

7    but the truth;

8        That the foregoing deposition was taken before

9    me at the time and place herein set forth, at which time

10   the aforesaid proceedings were stenographically recorded

11   by me and thereafter transcribed by me;

12       That the foregoing transcript, as typed, is

13   a true record of the said proceedings;

14       And I further certify that I am not interested

15   in the action.

16

17

18       Dated this 30th day of October, 2012.

19       _____

20       AMY R. KATZ, RPR

21

22

23

24

25

```
1                           ERRATA SHEET

2              *** SHABTAI SCOTT SHATSKY, et al., v.

3               THE SYRIAN ARAB REPUBLIC, et al. ***

4

5    Page _____ Line _____ Change _____

6    Reason _____

7    Page _____ Line _____ Change _____

8    Reason _____

9    Page _____ Line _____ Change _____

10   Reason _____

11   Page _____ Line _____ Change _____

12   Reason _____

13   Page _____ Line _____ Change _____

14   Reason _____

15   Page _____ Line _____ Change _____

16   Reason _____

17   Page _____ Line _____ Change _____

18   Reason _____

19   Page _____ Line _____ Change _____

20   Reason _____

21   Page _____ Line _____ Change _____

22   Reason _____

23
     _____  _____
24        NADIME AL-BARAHME, Witness                   Date

25
```

SEPTEMBER 11, 2012 – NADIME AL-BARAHME