# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3
 4  SHABTAI SCOTT SHATSKY, et al.,    )
                                      )
 5            Plaintiffs,             )
                                      )
 6  v.                                ) Civil Action No.
                                      ) 1:02-CV-02280 (RJL)
 7  THE SYRIAN ARAB REPUBLIC, et al., )
                                      )
 8            Defendants.             )
    _____)
 9
10
11
12
13              VIDEOTAPED DEPOSITION OF
14              RAED TAHA MAHMUD AMAYRA
15                 JERUSALEM, ISRAEL
16                 SEPTEMBER 10, 2012
17
18
19
20
21
22
23
24
25  REPORTED BY:  AMY R. KATZ, RPR
```

```
 1            Videotaped deposition of RAED TAHA MAHMUD
 2   AMAYRA, taken in the above-entitled cause pending in
 3   the United States District Court for the District
 4   of Columbia, pursuant to notice, before AMY R. KATZ,
 5   RPR, at the American Colony Hotel, Executive Room,
 6   Jerusalem, Israel, on Monday, the 10th day of September,
 7   2012, at 1:13 p.m.
 8
 9
10   APPEARANCES:
11   FOR PLAINTIFFS:
12           LAW OFFICES OF DAVID I. SCHOEN
             By:  DAVID I. SCHOEN, ESQ.
13           2800 Zelda Road
             Suite 100-6
14           Montgomery, Alabama 36106-3700
             (334) 395-6611 / Fax (917) 591-7586
15           dschoen593@aol.com
16
17   FOR DEFENDANTS:
18           MILLER & CHEVALIER CHARTERED
             By:  RICHARD A. HIBEY, ESQ.
19                TIMOTHY O'TOOLE, ESQ.
             655 Fifteenth Street, NW
20           Suite 900
             Washington, DC 20005-5701
21           (202) 626-5800 / Fax (202) 626-5801
             rhibey@milchev.com
22           totoole@milchev.com
23
24
25
```

```
 1  APPEARANCES (Continued):
 2  ALSO PRESENT:
 3          MITCHELL COOPERSMITH, Videographer
 4          SHIMON BEN-NAIM, Official Arabic Interpreter
 5          ALBERT AGHAZARIAN, Official Arabic Interpreter
 6          GEORGE HAZOU, Check Arabic Interpreter
 7          MORDECHAI HALLER, Advocate
 8          AVI LEITNER, Advocate
 9          OSAMA SAADI, Advocate
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                         I N D E X
 2    WITNESS
 3    Raed Taha Mahmud Amayra
 4
 5    EXAMINATION                                        PAGE
 6    By Mr. Schoen                                       10
 7
 8
 9
10                       E X H I B I T S
11                          (None.)
12
13
14
15            Q U E S T I O N S   I N S T R U C T E D
16                   N O T   T O   A N S W E R
17                      PAGE        LINE
18                       14          11
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 15:26:39 | 1 | conducted. |
| 15:26:41 | 2 | Q.  Do you have anyplace a file, any papers or |
| 15:26:44 | 3 | any computer file, that would help you remember what, |
| 15:26:48 | 4 | if anything, you did? |
| 15:27:07 | 5 | To be clear, when I'm asking of "you," I |
| 15:27:11 | 6 | mean you or the PA or anyone you're aware of. |
| 15:27:17 | 7 | A.  You may find it with the Israeli army. |
| 15:27:22 | 8 | Because they have broke into Kalkiliya and into the |
| 15:27:27 | 9 | headquarters of the PSS, and they have taken all those |
| 15:27:31 | 10 | documents.  And the headquarters where I was working |
| 15:27:39 | 11 | in Ramallah has been shelled and burned, burnt into |
| 15:27:46 | 12 | ashes. |
| 15:27:47 | 13 | Q.  Is it your testimony that the Israeli |
| 15:27:50 | 14 | government took every document related to this -- |
| 15:27:53 | 15 | the investigation into the Karnei Shomron bombing? |
| 15:28:04 | 16 | A.  Maybe they demolished them.  It was a process |
| 15:28:09 | 17 | of shelling and breaking in, an incursion, and the |
| 15:28:16 | 18 | situation was chaotic. |
| 15:28:18 | 19 | Q.  When did that happen, when was this bombing |
| 15:28:21 | 20 | and destruction in Kalkiliya? |
| 15:28:31 | 21 | A.  The first time 2001.  Then I believe in 2004. |
| 15:28:44 | 22 | More than once. |
| 15:28:46 | 23 | Q.  In Kalkiliya? |
| 15:28:47 | 24 | A.  Yes. |
| 15:28:50 | 25 | Q.  And the bombing happened around February, |

```
15:28:53   1   in February of 2002; correct?
15:29:03   2        A.   I don't remember the exact date.
15:29:06   3        Q.   All right.  I represent to you that the
15:29:09   4   bombing we're talking about here happened on or about
15:29:12   5   February 16, 2002.
15:29:20   6        A.   And the incursion into the West Bank happened
15:29:33   7   in 2004.
15:29:35   8        Q.   This investigation that you supervised into
15:29:40   9   the bombing, do you remember when that took place?
15:29:49  10        A.   After the operation.
15:29:51  11        Q.   A month after?  Two months after?
15:30:02  12        A.   Actions started the moment that the operation
15:30:05  13   was conducted.  An issue like this you cannot postpone.
15:30:12  14   This has to do with the whole -- with the entire future
15:30:17  15   of the PA.
15:30:20  16        Q.   And you had telephone calls with people who
15:30:23  17   were investigating and interrogating the suspects?
15:30:35  18        A.   Correct.  Correct.
15:30:37  19        Q.   Where were you at that time, if you remember?
15:30:44  20        A.   I was in Ramallah, in the main headquarters
15:30:48  21   of the PSS.
15:30:50  22        Q.   Did you make any notes of your telephone
15:30:53  23   calls?
15:31:08  24        A.   There was a full file that was there.
15:31:14  25        Q.   What was in that file?
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 15:31:19 | 1 | A. It was burned. It burned into flames. All |
| 15:31:26 | 2 | the papers went into ashes in the headquarters where |
| 15:31:31 | 3 | I was working. It was shelled by helicopter gunships, |
| 15:31:35 | 4 | and the whole archive went aflame. |
| 15:31:42 | 5 | Q. And how about -- were there some documents |
| 15:31:44 | 6 | that stayed in Kalkiliya after the investigation? |
| 15:31:52 | 7 | A. What do you mean? |
| 15:31:55 | 8 | Q. Well, if an investigator in Kalkiliya |
| 15:31:57 | 9 | interrogated someone in Kalkiliya, would a copy of |
| 15:32:06 | 10 | his notes, if he took any, stay in Kalkiliya? |
| 15:32:17 | 11 | A. Sir, when the Israeli incursion took place |
| 15:32:22 | 12 | to the various areas, they entered into all the security |
| 15:32:28 | 13 | headquarters, and they have shelled most of it. And |
| 15:32:34 | 14 | they have burned all what was inside. |
| 15:32:38 | 15 | In the given period, there was no such thing |
| 15:32:42 | 16 | as Palestinian security. We could not leave our houses, |
| 15:32:46 | 17 | get out from our houses. |
| 15:32:48 | 18 | I remember, during this given period -- |
| 15:32:51 | 19 | and I respect this Israeli officer -- I was living in |
| 15:32:57 | 20 | Ramallah. I had my son, Kussay, three years old, who |
| 15:33:04 | 21 | went out from the house. I saw him in the street. I |
| 15:33:10 | 22 | could not go out and fetch him. The instructions were |
| 15:33:18 | 23 | anybody leaving his house will be shot at. So I left |
| 15:33:25 | 24 | my son in the street lest I would be shot myself, until |
| 15:33:31 | 25 | this officer came. He -- he brought him to my house. |

```
15:57:18   1        A.   Because there was no security left in the --
15:57:21   2   in the country.  The security officers left their
15:57:29   3   offices and they left.  And it was the Israeli army
15:57:35   4   that was present in Kalkiliya.
15:57:37   5        Q.   If you know, during what period of time
15:57:41   6   were the records in Ramallah -- no, Ramallah -- were
15:57:48   7   the records in Ramallah, during what period of time,
15:57:54   8   destroyed --
15:58:07   9             MR. SCHOEN:  "Were the records in Ramallah
15:58:07  10   destroyed."
15:58:07  11             CHECK INTERPRETER HAZOU:  "Ramallah."
15:58:07  12             MR. SCHOEN:  "Ramallah."  Ramallah, Ramallah.
15:58:09  13             OFFICIAL INTERPRETER BEN-NAIM:  One more time.
15:58:11  14   Sorry.  Sorry.
15:58:12  15        Q.   BY MR. SCHOEN:  Your testimony earlier was
15:58:15  16   that all law enforcement records related to this bombing
15:58:20  17   that were in Ramallah were destroyed when Ramallah was
15:58:25  18   attacked; correct?
15:58:32  19        A.   Look, once again:  The main headquarters
15:58:39  20   always has a copy of the interrogations.  And this
15:58:48  21   is the PSS headquarters in Bitunya.  All the dossiers
15:58:56  22   in the West Bank must have a copy in this headquarters.
15:59:05  23   For sure, a copy of this file was there in this
15:59:10  24   headquarters.
15:59:12  25             This is the headquarters where I was working
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
15:59:16   1   in.  And this has been completely demolished, leveled
15:59:26   2   down.  And it was shelled by the airplanes and there
15:59:29   3   was burned into ashes.  And you can refer and see the
15:59:36   4   pictures.  They are all out there.
15:59:39   5        Q.   Okay.  In which offices -- name each of
15:59:42   6   the offices that would have a record or a file from
15:59:53   7   the investigation into this kind of incident, in the
16:00:01   8   ordinary procedures for law enforcement within the
16:00:04   9   PA during that time period?
16:00:11  10        A.   The equipment or we as PSS --
16:00:16  11             CHECK INTERPRETER HAZOU:  No, no, no.
16:00:22  12             OFFICIAL INTERPRETER BEN-NAIM:  "Apparatus."
16:00:18  13             (Brief exchange in Arabic among Official
16:00:19  14        Interpreter Aghazarian, Official Interpreter
16:00:19  15        Ben-Naim, and Check Interpreter Hazou.)
16:00:24  16             OFFICIAL INTERPRETER AGHAZARIAN:  "Other
16:00:25  17   apparatus than the PSS, you mean?"
16:00:27  18        Q.   BY MR. SCHOEN:  I mean every place where
16:00:30  19   there would be a copy of a document related to an
16:00:34  20   investigation like this that you're aware of.
16:00:39  21        A.   The PSS and the relevant bodies, such as
16:00:46  22   interrogation and police and security, and the General
16:00:52  23   Intelligence Services.
16:00:53  24        Q.   Where are the offices located, physically
16:00:56  25   where?
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA