# EXHIBIT E

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLUMBIA

 3

 4    SHABTAI SCOTT SHATSKY, et al.,     )
                                         )
 5              Plaintiffs,              )
                                         )
 6    v.                                 ) Civil Action No.
                                         ) 1:02-CV-02280 (RJL)
 7    THE SYRIAN ARAB REPUBLIC, et al.,  )
                                         )
 8              Defendants.              )
      _____)
 9

10

11

12

13              VIDEOTAPED DEPOSITION OF

14                    JAWAD AMAWI

15                 JERUSALEM, ISRAEL

16                 SEPTEMBER 6, 2012

17

18

19

20

21

22

23

24

25    REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243
```

```
 1            Videotaped deposition of JAWAD AMAWI, taken
 2   in the above-entitled cause pending in the United
 3   States District Court for the District of Columbia,
 4   pursuant to notice, before BRENDA MATZOV, CA CSR 9243,
 5   at the American Colony Hotel, Pasha Room, Jerusalem,
 6   Israel, on Thursday, the 6th day of September, 2012,
 7   at 9:44 a.m.
 8
 9
10   APPEARANCES:
11   FOR PLAINTIFFS:
12           LAW OFFICES OF DAVID I. SCHOEN
             By:  DAVID I. SCHOEN, ESQ.
13           2800 Zelda Road
             Suite 100-6
14           Montgomery, Alabama 36106-3700
             (334) 395-6611 / Fax (917) 591-7586
15           dschoen593@aol.com
16
17   FOR DEFENDANTS:
18           MILLER & CHEVALIER CHARTERED
             By:  CHARLES F.B. McALEER, JR., ESQ.
19                MARK J. ROCHON, ESQ.
             655 Fifteenth Street, NW
20           Suite 900
             Washington, DC 20005-5701
21           (202) 626-5800 / Fax (202) 626-5801
             cmcaleer@milchev.com
22           mrochon@milchev.com
23
24
25
```

```
 1  APPEARANCES (Continued):
 2  ALSO PRESENT:
 3          MITCHELL COOPERSMITH, Videographer
 4          SHIMON BEN-NAIM, Official Arabic Interpreter
 5          ALBERT AGHAZARIAN, Official Arabic Interpreter
 6          GEORGE HAZOU, Check Arabic Interpreter
 7          MORDECHAI HALLER, Advocate
 8          AVI LEITNER, Advocate
 9          DINA ROVNER, Advocate
10          RACHEL WEISER, Advocate
11          OSAMA SAADI, Advocate
12          JONATHAN ARNON, Advocate
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                        I N D E X

 2    WITNESS

 3    Jawad Amawi

 4

 5    EXAMINATION                                      PAGE

 6    By Mr. Schoen                                   9, 158

 7    By Mr. McAleer                                    155

 8

 9

10

11                      E X H I B I T S

12    LETTER        DESCRIPTION                    IDENTIFIED

13    Exhibit A     CD, Containing CNN Video
                    (Retained by Counsel.)              90
14

15

16

17

18         Q U E S T I O N S   I N S T R U C T E D

19               N O T   T O   A N S W E R

20                   PAGE        LINE

21                    139         22

22                    142         14

23

24

25
```

```
12:11:22   1          A.   I haven't seen the sentence.
12:11:24   2          Q.   I see.
12:11:26   3               Did you review any papers in preparing for
12:11:28   4   the deposition today?
12:11:36   5          A.   No.
12:11:36   6          Q.   You didn't look at any file for Mr. Al-Rai?
12:11:50   7          A.   The file -- I already -- I already mentioned
12:11:52   8   that our office has became [sic] a military post and
12:11:56   9   all the papers vanished.  And there was no dossier
12:12:04  10   because we were not allowed to photocopy in the first
12:12:09  11   place.  There was a power of attorney from the family
12:12:12  12   and some documents here and there.
12:12:16  13          Q.   Did you review those documents?
12:12:26  14          A.   I say that within 2000 and 2001, when -- when
12:12:31  15   our office was detained and became like a military post,
12:12:35  16   all the papers disappeared.
12:12:37  17          Q.   I -- I thought you meant that there were still
12:12:40  18   left a power of attorney and some other documents.
12:12:43  19               But there were no documents?
12:12:54  20          A.   No.  Nothing was left.
12:12:56  21          Q.   Would there -- in the normal course of things,
12:13:02  22   would there have been a court file also for Mr. Al-Rai?
12:13:18  23          A.   Usually -- usually there should be.  But
12:13:23  24   according to the Union of Lawyers, we -- we should keep
12:13:28  25   the files for seven years.  But after seven years, it
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 12:13:31 | 1 | becomes -- becomes outdated. |
| 12:13:39 | 2 | Q. Do you have any copy of any document related |
| 12:13:41 | 3 | to Mr. Al-Rai in your office? |
| 12:13:55 | 4 | A. In my office, in the year 2000, there wasn't |
| 12:13:58 | 5 | a single paper left, not for Al-Rai and not for any |
| 12:14:02 | 6 | other person. |
| 12:14:03 | 7 | Q. Do you know whether the family of Al-Rai made |
| 12:14:07 | 8 | a -- made a request for payment for his -- because he |
| 12:14:13 | 9 | was detained? |
| 12:14:20 | 10 | A. While he was in prison with the PA? |
| 12:14:23 | 11 | Q. Yes. |
| 12:14:24 | 12 | A. I have no idea. |
| 12:14:26 | 13 | Q. Is there a place you could look to find out? |
| 12:14:45 | 14 | A. This is a very old period. At the time, the |
| 12:14:48 | 15 | PA was only in Jericho -- based in Jericho, because the |
| 12:14:54 | 16 | Declaration of Principles was to have Gaza and Jericho. |
| 12:15:01 | 17 | That was -- the reason that they were detained -- the |
| 12:15:11 | 18 | reason they were detained is that they were in Jericho. |
| 12:15:14 | 19 | Otherwise, you know, if they were in Kalkilya, the PA |
| 12:15:14 | 20 | at the time could not arrest them, because it was at |
| 12:15:27 | 21 | the initial phase and the PA did not have the authority |
| 12:15:31 | 22 | to -- to detainee them at the time. Otherwise, they |
| 12:15:34 | 23 | would have been left out. |
| 12:15:36 | 24 | Q. Do you know whether Mr. Al-Rai was detained |
| 12:15:39 | 25 | by either the Israelis or the Palestinians after this |

| | | |
|---|---|---|
| 12:43:31 | 1 | A. I cannot answer. |
| 12:43:32 | 2 | Q. Again, do you know when Al-Rai was released |
| 12:43:36 | 3 | from Jericho? |
| 12:43:46 | 4 | A. I already answered. I don't know. |
| 12:43:49 | 5 | Q. Is there a way for you to find that out? |
| 12:43:55 | 6 | A. No. You assume things that you must be |
| 12:44:05 | 7 | knowing about. |
| 12:44:10 | 8 | After 2000 -- the invasion of -- or the |
| 12:44:13 | 9 | incursions of 2000, every -- all the documents of |
| 12:44:16 | 10 | the PA were demolished. All the security apparatus |
| 12:44:21 | 11 | has been demolished. Even the files that were at the |
| 12:44:31 | 12 | president's residence or compound have been taken. So |
| 12:44:42 | 13 | there is -- is no way. All the files were defaced -- |
| 12:44:44 | 14 | were -- vanished. |
| 12:44:46 | 15 | Q. Did the Israelis enter Jericho and take files |
| 12:44:49 | 16 | from Jericho? |
| 12:44:55 | 17 | A. They took also people, including Sa'adat. |
| 12:45:02 | 18 | Q. I'm asking specifically about files, though. |
| 12:45:09 | 19 | A. For sure they have taken files. And they |
| 12:45:12 | 20 | have taken documents, papers, and everything. Even |
| 12:45:20 | 21 | at the level of the people paying visits to the various |
| 12:45:24 | 22 | PA departments were taken. |
| 12:45:28 | 23 | Q. And it's your testimony today that, as far |
| 12:45:31 | 24 | as you know, there's no court file existing regarding |
| 12:45:46 | 25 | the Shaher prosecution, Shaher Al-Rai? |

SEPTEMBER 6, 2012 - JAWAD AMAWI