# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4   SHABTAI SCOTT SHATSKY, et al.,     )
                                        )
 5           Plaintiffs,                )
                                        )
 6   v.                                 ) Civil Action No.
                                        ) 1:02-CV-02280 (RJL)
 7   THE SYRIAN ARAB REPUBLIC, et al.,  )
                                        )
 8           Defendants.                )
     _____)
 9
10
11
12
13               VIDEOTAPED DEPOSITION OF
14                    IBRAHIM DAHBOUR
15                  JERUSALEM, ISRAEL
16                 SEPTEMBER 12, 2012
17
18
19
20
21
22
23
24
25   REPORTED BY:  AMY R. KATZ, RPR
```

```
 1         Videotaped deposition of IBRAHIM DAHBOUR,
 2   taken in the above-entitled cause pending in the
 3   United States District Court for the District of
 4   Columbia, pursuant to notice, before AMY R. KATZ, RPR,
 5   at the American Colony Hotel, Pasha Room, Jerusalem,
 6   Israel, on Wednesday, the 12th day of September, 2012,
 7   at 9:29 a.m.
 8
 9
10   APPEARANCES:
11   FOR PLAINTIFFS:
12           LAW OFFICES OF DAVID I. SCHOEN
             By:  DAVID I. SCHOEN, ESQ.
13           2800 Zelda Road
             Suite 100-6
14           Montgomery, Alabama 36106-3700
             (334) 395-6611 / Fax (917) 591-7586
15           dschoen593@aol.com
16
17   FOR DEFENDANTS:
18           MILLER & CHEVALIER CHARTERED
             By:  RICHARD A. HIBEY, ESQ.
19                TIMOTHY O'TOOLE, ESQ.
             655 Fifteenth Street, NW
20           Suite 900
             Washington, DC 20005-5701
21           (202) 626-5800 / Fax (202) 626-5801
             rhibey@milchev.com
22           totoole@milchev.com
23
24
25
```

```
 1  APPEARANCES (Continued):
 2  ALSO PRESENT:
 3          MITCHELL COOPERSMITH, Videographer
 4          DOV RABINOVITCH, Official Arabic Interpreter
 5          ALBERT AGHAZARIAN, Official Arabic Interpreter
 6          GEORGE HAZOU, Check Arabic Interpreter
 7          MORDECHAI HALLER, Advocate
 8          AVI LEITNER, Advocate
 9          RACHEL WEISAR, Advocate
10          ARIEH SPITZEN
11          NOA MERIDOR
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
 1                        I N D E X

 2    WITNESS

 3    Ibrahim Dahbour

 4

 5    EXAMINATION                                           PAGE

 6    By Mr. Schoen                                           10

 7

 8

 9                       E X H I B I T S

10    LETTER         DESCRIPTION                          MARKED

11    Exhibit A      Extract from GIS File
                     (Bates 07:000051 to 07:000054)           70
12
      Exhibit B      Extract from GIS File
13                   (Bates 07:000063 to 07:000067)           79

14

15                  S E A L E D   E X H I B I T S

16    NUMBER         DESCRIPTION                          MARKED

17    Exhibit 1      Narrative Statement, Page 1
                     (Retained by Counsel)
18                   (No Bates Number)                       139

19    Exhibit 1A     Narrative Statement, Page 2
                     (Retained by Counsel)
20                   (No Bates Number)                       139

21

22

23           Q U E S T I O N S   I N S T R U C T E D

24                    N O T   T O   A N S W E R

25                          (None.)
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
11:16:13   1         Q.   Do you know how long they were kept in that
11:16:16   2    prison?
11:16:21   3         A.   Not exactly, but I believe almost seven years.
11:16:25   4         Q.   And do you know when they were released from
11:16:28   5    that prison?
11:16:32   6         A.   2001.  2001.
11:16:38   7         Q.   How do you know it was 2001?
11:16:42   8         A.   From the dossier.
11:16:44   9         Q.   There is a dossier for Shaher Al-Rai?
11:16:49  10         A.   Yes.
11:16:52  11         Q.   And for Yusef Al-Rai?
11:16:53  12         A.   Yes.
11:16:57  13         Q.   And are those dossiers kept in the Kalkilya
11:17:01  14    GIS office?
11:17:04  15         A.   Yes.
11:17:04  16         Q.   Have you reviewed those dossiers?
11:17:07  17         A.   Yes.
11:17:08  18         Q.   When did you review them?
11:17:16  19         A.   Yesterday, Tuesday.
11:17:18  20         Q.   I see.  You found those files there Tuesday
11:17:21  21    and --
11:17:25  22         A.   I know that they have dossiers, but I have
11:17:26  23    scrutinized them yesterday.
11:17:27  24         Q.   That you found them in the -- in the regular
11:17:36  25    archives?
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
11:17:37   1          A.   Yes.
11:17:42   2          Q.   Would you characterize the file on Shaher
11:17:45   3   Al-Rai as a large one also?
11:17:52   4          A.   Yes.
11:17:53   5          Q.   Larger than Nazzal or smaller than Nazzal?
11:17:57   6          A.   Thicker than Nazzal.  Because there was
11:18:01   7   interrogation and there was more follow-up, so it's
11:18:02   8   a bigger file.  And there were confessions on him.
11:18:09   9   And then his family protested, and there was a lot
11:18:14  10   of headaches.  So the file is bigger.
11:18:18  11               Because the person that made a confession
11:18:22  12   with the Israelis on him, he withdrew his confession.
11:18:30  13   And after the person that confessed left the Israeli
11:18:36  14   prison, while they remained -- you know, the man in
11:18:40  15   Israel was released, but they remained in the PA prison.
11:18:45  16          Q.   The two Al-Rais --
11:18:46  17               (Comment in Arabic by the witness.)
11:18:47  18          Q.   BY MR. SCHOEN:  Sorry.  The two Al-Rais
11:18:47  19   remained in the Jericho prison?
11:18:51  20          A.   Yes.
11:18:52  21          Q.   Do you know Muhammad Nazzal?
11:19:02  22          A.   There are so many Muhammads.
11:19:06  23          Q.   In Kalkilya, there are many?
11:19:09  24          A.   Muhammad, Ahmed, Mahmoud.  That's a very
11:19:16  25   common name.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:09:03   1          A.   This is from the IDF.  It's an official charge
12:09:09   2    sheet from the court, from the IDF.
12:09:14   3          Q.   But is this a document you provided to the
12:09:16   4    defense?
12:09:20   5          A.   Yes.
12:09:20   6          Q.   And where did you get that document from in
12:09:22   7    order to give it to the defense?
12:09:31   8          A.   From the file.
12:09:33   9          Q.   Whose file?
12:09:34  10          A.   The file of Shaher Rai.
12:09:40  11          Q.   So you took that from the file of Shaher
12:09:42  12    Al-Rai and provided it to the defense?
12:09:46  13          A.   Yes.
12:09:47  14          Q.   How did you decide to choose that document
12:09:49  15    from Shaher Al-Rai's file?
12:09:54  16          A.   Because I know all the dossiers, Shaher and
12:09:57  17    Maher and others.
12:10:00  18          Q.   Right.  But he had a big file, Shaher Al-Rai;
12:10:02  19    right?
12:10:06  20          A.   Right.
12:10:07  21          Q.   So why did you pick this particular document,
12:10:10  22    number 50 -- 63?
12:10:21  23          A.   This is -- in Kalkilya, they had made
12:10:25  24    an uproar.  They accused that the Authority is not
12:10:32  25    following justice.  Because the main accused, which
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:10:39 | 1 | is Jamal, who was incarcerated by the Israelis, and |
| 12:10:47 | 2 | he is the one who confessed against Shaher, Jamal |
| 12:10:54 | 3 | went home, was released after 40 days, and Shaher |
| 12:10:58 | 4 | stayed seven years imprisoned by the PA.  This is |
| 12:11:07 | 5 | why it's a very well-known case to the public. |
| 12:11:12 | 6 |     Q.   I think my question wasn't understood. |
| 12:11:16 | 7 |         My question is:  Why did you, Mr. Dahbour, |
| 12:11:22 | 8 | take that particular document and give it -- select it |
| 12:11:27 | 9 | off from the rest of the documents in the Shaher Al-Rai |
| 12:11:30 | 10 | file and give that one to the defense? |
| 12:11:41 | 11 |     A.   Because this is directly related to the case |
| 12:11:46 | 12 | that we are talking about. |
| 12:11:48 | 13 |     Q.   So you went through Shaher Al-Rai's file -- |
| 12:11:58 | 14 |         (Comment in Arabic by the witness.) |
| 12:12:01 | 15 |         MR. SCHOEN:  Answer?  He said "yes." |
| 12:12:02 | 16 |         (Pending question re-translated.) |
| 12:12:03 | 17 |         THE WITNESS:  Yes. |
| 12:12:06 | 18 |     Q.   BY MR. SCHOEN:  And you decided what |
| 12:12:08 | 19 | documents, if any, were relevant to these proceedings? |
| 12:12:20 | 20 |     A.   Why I took this out from the file of Shaher |
| 12:12:23 | 21 | Rai? |
| 12:12:23 | 22 |     Q.   Which is this now, 62, 63, or 64? |
| 12:12:30 | 23 |     A.   All these documents. |
| 12:12:33 | 24 |     Q.   Okay. |
| 12:12:34 | 25 |     A.   Because, in the work of the GIS, in the file |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:32:09 | 1 | A.   I already clarified why I chose him. |
| 12:32:13 | 2 | Q.   Well, you told me -- correct me if I'm wrong. |
| 12:32:16 | 3 | But you told me that you looked first at Sadiq |
| 12:32:21 | 4 | Hafez's file and you saw a reference to Ra'ed Nazzal; |
| 12:32:25 | 5 | correct? |
| 12:32:32 | 6 | A.   Yes. |
| 12:32:34 | 7 | Q.   And that's why you looked at Ra'ed Nazzal's |
| 12:32:36 | 8 | file? |
| 12:32:40 | 9 | A.   Yes.  Right. |
| 12:32:42 | 10 | Q.   Why did you look at Shaher Al-Rai's file? |
| 12:32:43 | 11 | Same reason or a different reason? |
| 12:32:43 | 12 | A.   I clarified the reason before, earlier.  There |
| 12:32:56 | 13 | was a big uproar in the community on this topic.  They |
| 12:33:05 | 14 | say that the main person who confessed was released. |
| 12:33:09 | 15 | Q.   But you're -- you were looking for documents. |
| 12:33:12 | 16 | You were selecting files to find documents relevant to |
| 12:33:20 | 17 | this case, the bombing in Karnei Shomron case; right? |
| 12:33:24 | 18 | A.   Right. |
| 12:33:31 | 19 | Q.   And you picked Ra'ed Nazzal's file because, |
| 12:33:32 | 20 | in Sadiq Hafez's file, there was a reference to Ra'ed |
| 12:33:32 | 21 | Nazzal in connection with the Karnei Shomron -- |
| 12:33:32 | 22 | (Court reporter clarification.) |
| 12:33:40 | 23 | Q.   BY MR. SCHOEN:  You looked in Sadiq Hafez's |
| 12:33:42 | 24 | file because you were looking for documents about the |
| 12:33:46 | 25 | Karnei Shomron attack? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR