**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:02cv02280 (RJL) |
| v. ) | |
| ) | |
| THE SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' "MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION (SEEKING THE DEPOSITION OF <u>IMPRISONED PFLP TERRORIST JAMAL HINDI" (DE 197)</u>**

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants"), by and through counsel, hereby oppose Plaintiffs' "Motion for Issuance of a Letter of Request for Judicial Assistance Pursuant to the Hague Convention (Seeking the Deposition of Imprisoned PFLP Terrorist Jamal Hindi)" ("Motion for Issuance" or "Motion"), and state as follows:

Plaintiffs filed their Motion for Issuance on December 7, 2012, the same date on which the Court held a hearing and ordered Plaintiffs to file a motion, on or before December 14, 2012, seeking whatever additional depositions they believe they need (and demonstrating to the Court that they are entitled to take such depositions despite the close of fact discovery on September 19, 2012). Plaintiffs filed a "Motion To Compel, For Expansion of the Fact and Expert Report Deadline and for Related Relief" ("Motion to Compel") (DE 202) on December 14, 2012, and Defendants filed their opposition thereto (DE 206) today, December 21, 2012.

Plaintiffs' sixth and latest Motion to Compel (DE 202) includes a duplicative request for the Court to authorize Plaintiffs' request to take the deposition of Jamal Amin Mustafa Hindi

1297138.1

("Jamal al-Hindi") pursuant to the Hague Convention. *See* DE 202 at 2 (¶ 4); DE 202-1 at 20-21. Accordingly, Defendants addressed Plaintiffs' request and explained in their opposition why there is no merit to it. *See* DE 206 at 10-14. Defendants will not repeat their arguments against Plaintiffs' request to depose Mr. al-Hindi here, but instead incorporate those arguments by reference.

Similarly, Plaintiffs' follow-on request in the Motion for Issuance for an extension of the expert disclosure deadline should be denied for the same reasons Defendants articulate in their opposition to Plaintiffs' sixth Motion to Compel, which Defendants again incorporate by reference. *See* DE 206 at 23-27. The Court does not need to read here that which it has already read in DE 206, and Defendants feel no need to simply repeat here the arguments they have raised in that filing.

## CONCLUSION

Plaintiffs' "Motion for Issuance of a Letter of Request for Judicial Assistance Pursuant to the Hague Convention (Seeking the Deposition of Imprisoned PFLP Terrorist Jamal Hindi)" (DE 197) should be denied. A proposed Order is being filed herewith.

Dated:  December 21, 2012                     Respectfully submitted,

/s/ Richard A. Hibey
Richard A. Hibey (No. 74823)
Mark J. Rochon (No. 376042)
Charles F. B. McAleer, Jr. (No. 388681)
Timothy P. O'Toole (No. 469800)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W., Suite 900
Washington D.C.  20005-6701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for Defendants The Palestine Liberation Organization and The Palestinian Authority*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2012, a true and genuine copy of the foregoing was served via ECF on the following:

>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>rjt@tolchinlaw.com
>
>David I. Schoen
>2800 Zelda Road, Suite 100-6
>Montgomery, AL 36106
>dschoen593@aol.com
>Schoenlawfirm@gmail.com
>
>*Attorneys for Plaintiffs*

>/s/ Richard A. Hibey
>Richard A. Hibey