IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:02cv02280 (RJL) |
| ) | |
| THE SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' REPORT ON COMPLIANCE REQUIRED OF PLAINTIFFS**

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") (collectively, "Defendants"), by and through counsel, hereby respectfully submit the following report to the Court on compliance required of Plaintiffs, as directed by the Court at the January 29, 2013 status conference, as follows:

At the January 29, 2013 status conference, the Court directed Plaintiffs to undertake various actions in order to comply with the Court's January 2, 2013 Minute Order granting Defendants' Motion for Return (DE 170). Those actions included submitting declarations, under oath, from various persons, including Plaintiffs' attorneys and certain consulting experts, as well as transferring to Defendants and the Court certain materials, including any copies of the document at issue in the Defendants' Motion for Return. The Court set 12:00 noon on Thursday, January 31, 2013 as the deadline for Plaintiffs to complete the actions required by the Court.

By the deadline set by the Court, Defendants received from Plaintiffs signed declarations, under oath, from all of the persons who were directed by the Court to submit declarations. The declarations, particularly the declaration of Robert J. Tolchin, Esq., appear to comply with the Court's rulings in form and substance. In addition, prior to the deadline, Defendants received

1302119.1

certain documents from Mr. Schoen, Esq., as well as representations from Plaintiffs that other materials, including copies of the document at issue and electronic mail regarding the document at issue, have been destroyed or permanently deleted by Plaintiffs. Defendants will promptly submit the declarations and materials from Plaintiffs to the Court under seal and *in camera*, as the Court directed.

In light of the foregoing, it appears to Defendants that Plaintiffs have complied with the directives the Court made at the January 29, 2013 status conference. Defendants respectfully submit that, if the Court reaches the same conclusion and determines to cancel the contempt hearing scheduled for February 1, 2013, such cancellation should be without prejudice to Defendants' right to seek appropriate relief in the event they subsequently learn of facts, events or circumstances that are inconsistent with or contradict the statements and representations contained in the declarations submitted by Plaintiffs.

Finally, Defendants note that Plaintiffs have filed an unopposed consent motion in the United States Court of Appeals for the D.C. Circuit requesting dismissal of the appeal that they recently initiated regarding the Court's January 2, 2013 Minute Order. A copy of that motion is attached hereto as Exhibit A. While obviously not required by the Court's January 29, 2013 ruling, the dismissal of the appeal obviated the need for the declarations to provide specific details regarding when the particular materials at issue were destroyed by Plaintiffs or provided to Defendants and the Court.

Dated: January 31, 2013               Respectfully submitted,


/s/ Richard A. Hibey
Richard A. Hibey (No. 74823)
Mark J. Rochon (No. 376042)
Charles F. B. McAleer, Jr. (No. 388681)
Timothy P. O'Toole (No. 469800)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W., Suite 900
Washington D.C.  20005-6701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for Defendants The Palestine Liberation Organization and The Palestinian Authority*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 31, 2013, a true and genuine copy of the foregoing was served via ECF on the following:

>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>rjt@tolchinlaw.com
>
>David I. Schoen
>2800 Zelda Road, Suite 100-6
>Montgomery, AL 36106
>dschoen593@aol.com
>Schoenlawfirm@gmail.com
>
>Norman Steiner
>233 Broadway, Suite 900
>New York, NY 10279
>nsteineresq@gmail.com
>
>*Attorneys for Plaintiffs*

>>/s/ Richard A. Hibey
>>Richard A. Hibey