## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al.*,    )
    )
    )
    Plaintiffs,    )
    )
v.    )    Civil Action No. 1:02cv02280 (RJL)
    )
THE SYRIAN ARAB REPUBLIC, *et al.*,    )
    )
    Defendants.    )
    )

## ERRATA

(For Defendants' Report on Compliance Required of Plaintiffs (Dkt. No. 224))

PLEASE TAKE NOTICE that attached hereto is a copy of Exhibit A to Defendants' Report on Compliance Required of Plaintiffs (Dkt. No. 224) ("Defendants' Report), which should have been, but was not, filed contemporaneously with Defendants' Report. Defendants request that the docket reflect that the attached Exhibit A is deemed filed with Defendants' Report, *nunc pro tunc*.

Dated: January 31, 2013        Respectfully submitted,


/s/ Richard A. Hibey
Richard A. Hibey (No. 74823)
Mark J. Rochon (No. 376042)
Charles F. B. McAleer, Jr. (No. 388681)
Timothy P. O'Toole (No. 469800)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W., Suite 900
Washington D.C. 20005-6701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for Defendants The Palestine Liberation Organization and The Palestinian Authority*

1302167.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 31, 2013, a true and genuine copy of the

foregoing was served via ECF on the following:

> Robert J. Tolchin
> The Berkman Law Office, LLC
> 111 Livingston Street – Suite 1928
> Brooklyn, NY 11201
> rjt@tolchinlaw.com
>
> David I. Schoen
> 2800 Zelda Road, Suite 100-6
> Montgomery, AL 36106
> dschoen593@aol.com
> Schoenlawfirm@gmail.com
>
> Norman Steiner
> 233 Broadway, Suite 900
> New York, NY 10279
> nsteineresq@gmail.com
>
>
> *Attorneys for Plaintiffs*
>
>                   /s/ Richard A. Hibey
>                   Richard A. Hibey

1302167.1