# Exhibit A

| | |
|---|---|
| **Subject:** | FW: 13-7008 Shabtai Shatsky, et al v. Palestine Liberation Organiza, et al "Motion Filed (Unopposed)" (1:02-cv-02280-RJL) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for District of Columbia Circuit

**Notice of Docket Activity**

The following transaction was entered on 01/30/2013 at 11:47:32 PM EST and filed on 01/30/2013

**Case Name:**   Shabtai Shatsky, et al v. Palestine Liberation Organiza, et al
**Case Number:**   13-7008
**Document(s):**   Document(s)

**Docket Text:**
*CONSENT* UNOPPOSED MOTION filed [1418116] by All Plaintiffs, Steven Braun, Bella Friedman, Yehiel Friedman, Zvi Friedman, David Shatsky, Jo Anne Shatsky, Miriam Shatsky, Sara Shatsky, Shabtai Scott Shatsky, Tzippora Shatsky, Yoseph Shatsky, Ginette Lando Thaler, Isaac Thaler, Michael Thaler, Aron S. Trattner, Hillel Trattner, Ronit Trattner and Shelley Trattner to dismiss case voluntarily [Service Date: 01/30/2013 ] Pages: 1-10. [13-7008] (Tolchin, Robert)

**Notice will be electronically mailed to:**

Mr. Timothy P. O'Toole: totoole@milchev.com, mreinhard@milchev.com, eokeefe@milchev.com, mellis@milchev.com
Ms. Laura G. Ferguson: lferguson@milchev.com, ktafuri@milchev.com
Mr. Robert Joseph Tolchin: rtolchin@berkmanlaw.com, rjt@tolchinlaw.com, MKatzLitigation@gmail.com

**Document to be served by alternative means on:**

Mr. Richard Anthony Hibey
Miller & Chevalier Chartered
655 15th Street, NW
Suite 900
Washington, DC 20005-5701

The following document(s) are associated with this transaction:
**Document Description:** Motion to dismiss Filed (Unopposed)

1

**Original Filename:** appellants motion to dismiss.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1109186823 [Date=01/30/2013] [FileNumber=1418116-0]
[12ce87c45100572535bf55011152c4e919ccb551ec0a7587a7ece7b5a2f80113ab744f2ff79895a75455beb28768d4032bb380ef7f459b6d6b533bc7c72a55fa]]

2

13-7008

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SHABTAI SCOTT SHATSKY, *et al.*,

*Plaintiffs - Appellants*

*v.*

PALESTINE LIBERATION ORGANIZATION, *et al.*,

*Defendants – Appellees.*

## APPELLANTS' CONSENTED TO MOTION TO DISMISS APPEAL

Plaintiffs-Appellants
by their Attorney,

> Robert J. Tolchin
> The Berkman Law Office, LLC
> 111 Livingston Street Suite 1928
> Brooklyn, NY 11201
> (718) 855-3627
> rjt.berkman@gmail.com

Pursuant to FED.R.APP.P. 42(b), the Plaintiffs-Appellants, with the consent of the Defendants-Appellees, request to voluntarily dismiss this appeal without prejudice to raising the issues identified in the Notice of Appeal (docketed with this Court on January 16, 2012) in a future appeal following the district court's entry of final judgment or otherwise immediately appealable final decision.

Dated:   January 30, 2013
         Brooklyn, New York

                              Respectfully submitted,

                              /s/ Robert J. Tolchin

                              Robert J. Tolchin
                              The Berkman Law Office, LLC
                              111 Livingston Street Suite 1928
                              Brooklyn, NY 11201
                              (718) 855-3627
                              rjt.berkman@gmail.com

**Certificate of parties and** *amici*: The following is a list of persons who are known to be parties to this case at this time:

<u>Plaintiffs-Appellants:</u> Shabtai Scott Shatsky, individually and as a personal representative of the Estate of Keren Shatsky; Jo Anne Shatsky, individually and as a personal representative of the Estate of Keren Shatsky; Tzippora Shatsky; Yoseph Shatsky; Sara Shatsky; Miriam Shatsky; David Shatsky; Ginette Lando Thaler, individually, as a personal representative of the Estate of Rachel Thaler, and as natural guardian of Leor Thaler and Zvi Thaler, minors; Michael Thaler, individually, as a personal representative of the Estate of Rachel Thaler, and as natural guardian of Leor Thaler and Zvi Thaler, minors; Isaac Thaler; Hillel Trattner; Ronit Trattner; Aron S. Trattner; Shelley Trattner; Steven Braun; Yehiel Friedman; Zvi Friedman; Bella Friedman, individually and as next friend and natural guardian of Chana Friedman, Ilan Friedman, and Miriam Friedman, minors.

<u>Defendants-Appellees:</u> Palestine Liberation Organization; Palestinian Authority, also known as Palestinian Interim Self-Government Authority and Palestinian National Authority; John Does 1-99.

<u>Intervenors & *Amici*:</u> There are no interveners and no known *amici*.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2013 I filed the foregoing using the ECF system which served all counsel of record.

/s/ Robert J. Tolchin
Robert J. Tolchin

Case 1:02-cv-02280-RJL   Document 225-1   Filed 01/31/13   Page 8 of 9
Case 1:02-cv-02280-RJL   Document 213   Filed 01/10/13   Page 50 of 51
USCA Case #13-7008   Document #1458566   Filed 01/8/2013   Page 58 of 61

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Richard A. Hibey (awise@milchev.com, cjordan@milchev.com,
cmcaleer@milchev.com, dlockridge@milchev.com, eokeefe@milchev.com, lferguson@milchev.com,
lnunez@milchev.com, mreinhard@milchev.com, mrochon@milchev.com, rhibey@milchev.com,
totoole@milchev.com), David I. Schoen (dschoen593@aol.com), Robert Joseph Tolchin
(rjt.berkman@gmail.com, rjt@tolchinlaw.com), Mark J. Rochon (mrochon@milchev.com), Charles
FrancisBenedict McAleer, Jr (cmcaleer@milchev.com, lnunez@milchev.com), Judge Richard J.
Leon (kenneth_cockrell@dcd.uscourts.gov, rjl_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Zoe M. Tillman (ztillman@alm.com)
--No Notice Sent:

Message-Id:3512742@dcd.uscourts.gov
Subject:Activity in Case 1:02-cv-02280-RJL SHATSKY et al v. SYRIAN ARAB REPUBLIC et al
Order on Motion for Discovery
Content-Type: text/html
```

## U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 1/2/2013 at 10:23 AM EDT and filed on 1/2/2013

| | |
|---|---|
| **Case Name:** | SHATSKY et al v. SYRIAN ARAB REPUBLIC et al |
| **Case Number:** | 1:02-cv-02280-RJL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
MINUTE ORDER. It is hereby ORDERED that Motion of Defendant the Palestinian Authority for Return or Destruction of an Inadvertently Produced Document [170] is GRANTED. It is further ORDERED that Plaintiffs Motion for A Brief Enlargement [179] is GRANTED nunc pro tunc. It is further ORDERED that Plaintiffs Motion for Leave to File Instanter Opposition to Defendants Motion for Discovery (for Return or Destruction of Inadvertently Produced Document), DE 170, & Defendants Supplemental Memorandum, DE 174 [189] is DENIED. It is further ORDERED that Plaintiffs Motion to Strike Reply (DE 198), or in the Alternative, for Leave to File Surreply [201] is DENIED. It is further ORDERED that Plaintiffs Motion to Compel Production of Documents Held By Defendants Institute for the Support of Martyrs (Suicide Terrorists), and for Related Relief [172] is DENIED. It is further ORDERED that Plaintiffs Motion Pursuant to Rule 37(c)(1) for Preclusion of Untimely Disclosed Witnesses and Documents, and for Related Relief [175] is DENIED. It is further ORDERED that Defendants Motion for Leave to File Non-Damages Expert Disclosures and Reports In Camera and Under Seal [177] is GRANTED. It is further ORDERED that Defendants Motion for an Indefinite Extension of their Damages Expert Witness Disclosure Submission Date [178] is DENIED. It is further ORDERED that Plaintiffs Motion to Compel and for Sanctions Pursuant to Rule 37 for Defendants Failure to Designate or Produce 30(b)(6) Witnesses on All Noticed Topics and for Related Relief [181] is DENIED. It is further ORDERED that Plaintiffs Motion for Issuance of a Letter of Request for Judicial Assistance Pursuant to the Hague Convention (Seeking the Deposition of Imprisoned PFLP Terrorist Jamal Hindi) [197] is DENIED. It is further ORDERED that Plaintiffs Motion to Compel, for Expansion of the Fact

Case 1:02-cv-02280-RJL   Document 225-1   Filed 01/31/13   Page 9 of 9
Case 1:02-cv-02280-RJL   Document 213   Filed 01/10/13   Page 51 of 51
USCA Case #13-7008   Document #1458566   Filed 01/16/2013   Page 56 of 61

and Expert Report Deadline, and for Related Relief [202] is DENIED. It is further ORDERED that a status conference to discuss scheduling is set for January 18, 2013 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. Signed by Judge Richard J. Leon on January 2, 2013. (lcrjl1)

**1:02-cv-02280-RJL Notice has been electronically mailed to:**

Richard A. Hibey rhibey@milchev.com, Awise@milchev.com, CJordan@milchev.com, CMcAleer@milchev.com, LFerguson@milchev.com, MReinhard@milchev.com, MRochon@milchev.com, TOtoole@milchev.com, dlockridge@milchev.com, eokeefe@milchev.com, lnunez@milchev.com

Mark J. Rochon mrochon@milchev.com

Charles FrancisBenedict McAleer, Jr cmcaleer@milchev.com, lnunez@milchev.com

David I. Schoen dschoen593@aol.com

Robert Joseph Tolchin rjt@tolchinlaw.com, rjt.berkman@gmail.com

**1:02-cv-02280-RJL Notice will be delivered by other means to::**