IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:02cv02280 (RJL) |
| THE SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| Defendants. ) | |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Defendants The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), respectfully move for entry of summary judgment in this case and entry of an Order dismissing this case with prejudice. Because there is no triable issue of fact and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support and Statement of Material Facts as to Which There Is No Genuine Issue, incorporated herein by reference, summary judgment is appropriate and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants PA and PLO move this Court to grant their Motion for Summary Judgment and enter an Order: (1) dismissing this case, including all Counts in Plaintiffs' Complaint, with prejudice; and (2) awarding Defendants such other and further relief as the Court deems just and proper. A proposed Order is attached.

1344801.1

Dated:  August 12, 2013                             Respectfully submitted,

                /s/ Richard A. Hibey
                Richard A. Hibey (No. 74823)
                Mark J. Rochon (No. 376042)
                Charles F. B. McAleer, Jr. (No. 388681)
                Timothy P. O'Toole (No. 469800)
                MILLER & CHEVALIER CHARTERED
                655 15th St., N.W., Suite 900
                Washington D.C.  20005-6701
                (202) 626-5800 (telephone)
                (202) 626-5801 (facsimile)

                *Attorneys for Defendants The Palestinian Authority*
                *and The Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 12, 2013, a true and genuine copy of the foregoing was served via ECF on the following:

>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>rjt@tolchinlaw.com
>
>Norman Steiner
>233 Broadway, Suite 900
>New York, NY 10279
>nsteineresq@gmail.com
>
>Abbe David Lowell
>Chadbourne & Parke LLP
>Suite 300
>1200 New Hampshire Ave., N.W.,
>Washington, D.C. 20036
>adlowell@chadbourne.com
>
>*Attorneys for Plaintiffs*

>/s/Richard A. Hibey
>Richard A. Hibey