UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SHABTAI SCOTT SHATSKY, *et al.*,

                                        Plaintiffs,

               -against-                                    Civil Action No. 02- 2280
                                                            (RJL)

THE SYRIAN ARAB REPUBLIC, *et al.*,

                                        Defendants.

---

## DECLARATION OF ROBERT J. TOLCHIN

I, Robert J. Tolchin, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am counsel for Plaintiffs in this matter and I make this declaration in support of

Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

**I.      Certification of Accuracy of Hebrew to English and Arabic to English Translations.**

1.  I am fluent in Hebrew and English.

2.      I confirm that the English translations of the following bates numbered documents

are accurate and complete translations of the original Hebrew:

                SHATSKY 2952-3

                SHATSKY 3272-6

                SHATSKY 3277-80

                SHATSKY 7132-8

                SHATSKY 7481-88

                SHATSKY 7753-9

                SHATSKY 7993-5

07:00018-20

3.      Attached hereto as **Exhibits 1-6** are declarations of accuracy certifying the

Hebrew to English and Arabic to English translations of the specified documents as accurate and

complete translations of the originals.

> a.      **Exhibit 1** – Declaration of Accuracy of Timothy Friese
>
> b.      **Exhibit 2** – Declaration of Accuracy of Lucille Kaplan
>
> c.      **Exhibit 3** – Declaration of Accuracy of David Krell
>
> d.      **Exhibit 4** – Declaration of Accuracy of Michael Prawer
>
> e.      **Exhibit 5** – Declaration of Accuracy of Yaniv Berman
>
> f.      **Exhibit 6** – Declaration of Accuracy of Riva Starr

4.      All the translations attached as exhibits hereto have been produced to me by the

translators referenced above as accurate and complete translations of the originals.

## II.      Deposition Transcripts

5.      Attached hereto as **Exhibits 7-11** are true and correct copies of portions of the

deposition transcripts for the following depositions taken in this case:

> a.      **Exhibit 7** – Malouh Dep. 12-13, 25, 36-38, 62, 116, Sept. 5, 2012
>
> b.      **Exhibit 8** – Amawi Dep. 101-02, 104, 118-19, 135, Sept. 6, 2012
>
> c.      **Exhibit 9** – Amayra Dep. 22-23, 42, Sept. 10, 2012
>
> d.      **Exhibit 10** – Al-Barahme Dep. 28-31, 85-89, Sept. 11, 2012
>
> e.      **Exhibit 11** –Dahbour Dep. 12-24, 31-54, 73-79, 109-111, 139-142, Sept.
>         12, 2012

CPAM: 5903428.1

## III.    Discovery Papers

6.       Attached hereto as **Exhibits 12-14** are true and correct copies of the following discovery papers served in this case and in the Sokolow case, *Sokolow v. PLO* (S.D.N.Y. 04-397) (GBD) (RLE):

a.       **Exhibit 12** – Plaintiffs' Second Amended Notice to the PLO of Taking Depositions Pursuant to Fed.R.Civ.P. 30(b)(6) (Jul. 30, 2012)

b.       **Exhibit 13** – Plaintiffs' Second Amended Notice to the PA of Taking Depositions Pursuant to Fed.R.Civ.P. 30(b)(6) (Aug. 2, 2012)

c.       **Exhibit 14** – Defendants' Objections and Response to the [Fifth] Set of Interrogatories From All Plaintiffs (To The Sokolow Plaintiffs) (December 21, 2012)

## IV.    Authenticity of Documents Produced by Plaintiffs

7.       I anticipate that the following documents will be authenticated at trial as explained below.

### A.    Self-Authenticating Foreign Public Documents

8.       The following documents, attached hereto as **Exhibits 15, 16, 19, 20, 26, 27, 31, 35, 37, 42, 43, 45**, are true and correct copies of Israeli court and police records that were made at my direction.  They are self-authenticating foreign public documents pursuant to Fed. R. Evid. 44(a)(2) and Fed. R. Evid. 902(3).  Plaintiffs anticipate that they will obtain the certifications required under those rules and under the Hague Convention Abolishing the Requirement for Legalization for Foreign Public Documents (Oct. 5, 1961) ("Apostille Convention") prior to trial. Some of the documents have already been apostilled as indicated below.  Other documents were inadvertently returned to the archives before a notary could certify the copies.  Those documents

3

have been re-ordered.  When they arrive, plaintiffs will arrange for a notary to certify the copies and will obtain apostilles.

a.    **Exhibit 15** – SHATSKY-002952-53, Transport and Incident Report, Military Court of Appeals (Judea & Samaria) (Aug. 23, 1990) (Isr.) (**SHATSKY-002953 has been Apostilled**), copy obtained from Israeli Military Court.

b.    **Exhibit 16** – SHATSKY-003272-76, Israel Police, Order of Photography / Stamping Works (Aug. 23, 1990) (**Apostilled**), copy obtained from Israeli Military Court.

c.    **Exhibit 19** – SHATSKY-003277-80, Israel Ministry of Health Institute of Forensic Medicine, Autopsy Report, copy obtained from Israeli Military Court.

d.    **Exhibit 20** – SHATSKY-002947-51, Judgment, Mil. Appeal 288,294/91 Military Court of Appeals (Judea & Samaria), Military Prosecutor v. Raed Mousa Ibrahim Nazal (Isr.) (**Apostilled**), copy obtained from Israeli Military Court.

e.    **Exhibit 26** – SHATSKY-007053-54, Amended Indictment, Military Court (Samaria) 5904/02 Military Prosecutor v. Mohamed Shawqi Sa'idi Nazal (Mar. 26, 2003) (Isr.), copy obtained from Israeli Military Court.

f.    **Exhibit 27** – SHATSKY-007090-92, Amended Indictment, Military Court (Samaria) 5898/02 Military Prosecutor v. Mohamed Wasif Abdel Rahman Nazal (May 13, 2003) (Isr.), copy obtained from Israeli Military Court.

4

g.      **Exhibit 31** – SHATSKY-009286-433, Verdict, DC (TA) 1158/02 State of
Israel v. Marwan Bin Khatib Barghouti (May 20, 2004) (Isr.) (**Apostilled**),
copy obtained from Tel Aviv District Court.

h.      **Exhibit 35** – SHATSKY-007481-88, Amended Indictment and Verdict,
Military Court (Samaria) 6358 / 03 Military Prosecutor v. Nuraddin Said
Daoud (Titan) (Aug. 8, 2004) (Isr.), copy obtained from Israeli Military
Court.

i.      **Exhibit 37** – SHATSKY-007582-658, Verdict, DC (Jer) 7027/06 State of
Israel v. Ahad Gholmeh (Dec. 1, 2008) (Isr.), copy obtained from
Jerusalem District Court, copy obtained from Jerusalem District Court.

j.      **Exhibit 42** – SHATSKY-007132-38, Transcript of testimony of PA
witness Mohamed Mustafa Jabarini, DC (TA) 1137-05 Goldman v. the
Palestinian Authority (Dec. 22, 2010) (Isr.), copy obtained from counsel
for the *Goldman* plaintiffs.

k.      **Exhibit 43** – SHATSKY-007753-59, Transcript of testimony of PA
witness Yousef Ahmed Jubran, DC (TA) 1137-05 Goldman v. the
Palestinian Authority (Dec. 22, 2010) (Isr.), copy obtained from counsel
for the *Goldman* plaintiffs.

l.      **Exhibit 45** – SHATSKY-006723-812, DC (TA) 1047-04 Estate of Mentin
v. Bezeq Israel Telecomm. Ltd. (Feb. 26, 2013) (Isr.) (**Apostilled**), copy
obtained from the Tel Aviv District Court.

B.     <u>Self-Authenticating Official Publications and Newspapers and Periodicals</u>

9.     The following documents, attached hereto as **Exhibits 50-57, 59, 62-65**, are true and correct copies of U.S. and Israeli government publications that were made at my direction. They are self-authenticating official publications pursuant to Fed. R. Evid. 902(5).

    a.     **Exhibit 50** – SHATSKY-009449-59, U.S. Department of State, Report Pursuant to Title VIII of Public Law 101-246 Foreign Relations Authorization Act for Fiscal Year 1990-1991 As Amended (for the Period from June 16, 2001 to December 15, 2001).

    b.     **Exhibit 51** – SHATSKY-008468-546, Excerpt, S. Comm. on Foreign Relations & H. Comm. on Int'l Relations, 107th Cong., Country Reports on Human Rights Practices for 2001 Vol. II (Joint Comm. Print Apr. 2002).

    c.     **Exhibit 52** – SHATSKY-008186-389, U.S. Department of State, Patterns of Global Terrorism 2001 (May 2002), available at http://www.state.gov/documents/organization/10319.pdf.

    d.     **Exhibit 53** – SHATSKY-005036-43, U.S. Department of State, Report Pursuant to Title VIII of Public Law 101-246 Foreign Relations Authorization Act for Fiscal Year 1990-1991 As Amended (for the Period from June 16, 2001 to December 15, 2001).

    e.     **Exhibit 54** – SHATSKY-009434-46, U.S. Department of State, Report Pursuant to Title VIII of Public Law 101-246 Foreign Relations Authorization Act for Fiscal Year 1990-1991 As Amended (for the Period from December 16, 2001 to June 15, 2002).

f.    **Exhibit 55** – SHATSKY-008146-85, Middle East Peace Commitments

Act and the Arafat Accountability Act: Hearing Before the Subcomm. on

the Middle East and South Asia of the H. Comm. on International

Relations, 107th Cong. (2002)

g.    **Exhibit 56** – SHATSKY-006037-227, U.S. Department of State, Patterns

of Global Terrorism 2002 (Apr. 2003), available at

http://www.state.gov/documents/organization/20177.pdf.

h.    **Exhibit 57** – SHATSKY-008390-467, Excerpt, S. Comm. on Foreign

Relations & H. Comm. on Int'l Relations, 108th Cong., Country Reports

on Human Rights Practices for 2002 Vol. II (Joint Comm. Print Jul. 2003),

available at http://www.gpo.gov/fdsys/pkg/CPRT-

108JPRT88454/pdf/CPRT-108JPRT88454.pdf.

i.    **Exhibit 59** – SHATSKY-007980-82, Israel Defense Forces, Ramallah as a

Center of Terror- Background Information, available at

http://mfa.gov.il/MFA/MFA-

Archive/2001/Pages/Ramallah%20as%20a%20Center%20of%20Terror-

%20Background%20Informa.aspx.

j.    **Exhibit 62** – SHATSKY-007993-95, Israel Defense Forces, Raed Nazal

Planned the Bombing (Apr. 26, 2002), available at

http://web.archive.org/web/20020811094720/http://www.idf.il/hebrew/ann

ouncements/2002/april/26.stm.

k.    **Exhibit 63** – SHATSKY-005538-85, Dani Naveh, Minister of

Parliamentary Affairs, The Involvement of Arafat, PA Senior Officials

and Apparatuses in Terrorism against Israel: Corruption and Crime (May

6, 2002), available at http://mfa.gov.il/MFA/MFA-

Archive/2002/Pages/The%20Involvement%20of%20Arafat-

%20PA%20Senior%20Officials%20and.aspx.

l.     **Exhibit 64** – SHATSKY-005906-15, Israel Defense Forces/Military

Intelligence, International Financial Aid to the Palestinian Authority

Redirected to Terrorist Elements (Jun. 5, 2002), available at

http://mfa.gov.il/MFA/MFA-

Archive/2002/Pages/International%20Financial%20Aid%20to%20the%20

Palestinian%20Aut.aspx.

m.     **Exhibit 65** – SHATSKY-007983, Israeli Security Sources, Background

information on the Popular Front for the Liberation of Palestine (Nov. 1,

2004), available at

http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Backgr

ound%20information%20on%20the%20PFLP%201-Nov-2004.aspx.

10.     The following documents, attached hereto as **Exhibits 66-69, 71-79, 81, 87, 89,
91-92, 100**, are true and correct copies of Palestinian Authority publications that were made at
my direction. These publications include: (1) publications from the website of the PA Ministry of
Detainees & Ex-Detainees Affairs (www.freedom.ps); (2) articles from Al-Hayat Al-Jadida, the
official newspaper of the Palestinian Authority, available at the Dayan Center in Tel Aviv; and
(3) articles from several periodicals published by the Palestinian Authority's police and security
forces.  Al-Hayat Al-Jadida and the other four Palestinian Authority publications (Al Shurta –
the Magazine of the PA Police, Al Shuhada – the Monthly Bulletin Published by the Political

Guidance for the Border Region Forces, Humat Al-Areen – the Force 17 Magazine and Watani –

the Magazine of the General Security Forces), all available at the National Library in Jerusalem.

They are self-authenticating official publications and/or newspapers and periodicals pursuant to

Fed. R. Evid. 902(5) and (6).

a.   **Exhibit 66** – SHATSKY-007965-66, Palestinian National Authority,
     Ministry of Detainees & Ex-Detainees Affairs, Al-Ajrami: Our Prisoners
     Are Political and Security Prisoners and They Are Victims of Israeli
     Violations (Sept. 9, 2008), printed from
     www.freedom.ps/showRep.php?tbl=activities&id=8.

b.   **Exhibit 67** – SHATSKY-007975, Palestinian National Authority,
     Ministry of Detainees & Ex-Detainees Affairs, Qaraq'i : We Must Take
     Action to Generate Solidarity with the prisoners' families (Sept. 18, 2009),
     printed from www.freedom.ps/showRep.php?tbl=news&id=8206.

c.   **Exhibit 68** – SHATSKY-007967-74, Palestinian National Authority,
     Ministry of Detainees & Ex-Detainees Affairs, Courses of Action and
     Strategies of the Ministry of Detainees and Ex-Detainees Affairs, printed
     from www.freedom.ps/showRep.php?tbl=aboutus&id=1.

d.   **Exhibit 69** – SHATSKY-007763-64, Palestinian National Authority,
     Ministry of Detainees & Ex-Detainees Affairs, Qaraq'i: 700 Military
     Prisoners Are Held Hostage In the Israeli Occupation's Jails (Jan. 21,
     2012), printed from
     www.freedom.ps/showRep.php?tbl=activities&id=166.

CPAM: 5903428.1

e.    **Exhibit 71** – SHATSKY-007978-79, Palestinian National Authority, Ministry of Detainees & Ex-Detainees Affairs, Qaraq'i: We Request the Inclusion of the Prisoners of 1948, Jerusalem and the Occupied Golan in the Exchange Deal, www.freedom.ps/showRep.php?tbl=news&id=192.

f.    **Exhibit 72** – SHATSKY-008111-112, Sheikh Mohamed Mohamed Abdel Hadi Lafi, In the Fifty Third Anniversary of the Nakba: Victory and Conquest are Coming; Security and Relief are Coming, too. Verily with every Difficulty there is Relief, Al-Hayat Al-Jadida (May 18, 2001)

g.    **Exhibit 73** – SHATSKY-008102-04, Interview with Marwan Barghouti, Al-Sharq Al-Awsat, London, reprinted in Al-HayatAl-Jadida (Mar. 1, 2001)

h.    **Exhibit 74** – SHATSKY-006694, Thousands Participate in a Symbolic Funeral in Tulkarm for *Shahid* [Martyr] Mahmoud Marmash, who Carried Out the Netanya Attack, Al-Hayat Al-Jadida (May 19, 2001)

i.    **Exhibit 75** – SHATSKY-006691, *Shahida* [Female Martyr] Dalal Mughrabi… Memories that Renew the Pledge to Continue the Struggle, Al-Hayat Al-Jadida (Mar. 11, 2002)

j.    **Exhibit 76** – SHATSKY-006709-10, Editorial, Unheeded Calls, Al-Hayat Al-Jadida (Jun. 23, 2002)

k.    **Exhibit 77** – SHATSKY-008142, Abdel Badi Iraq, A *Shahid's* [Martyr's] Letter to his Mother, Al-Hayat Al-Jadida (Feb. 27, 2003)

l.    **Exhibit 78** – SHATSKY-006682, Honoring the *Shuhada* [martyrs] of Qalqilya in the Second Anniversary of the *Istishhad* [Death as a Martyr] of

a Leader in the Abu Ali Mustafa Brigades, Al-Hayat Al-Jadida (May 1, 2004)

m.   **Exhibit 79** – SHATSKY-006683, Mazen Baghadi, Al-Hayat Al-Jadida (Apr. 28, 2012)

n.   **Exhibit 81** – SHATSKY-006715, Adli Sadeq, Serious About the Reconciliation: Some Things, Which are Unavoidable, Al-Hayat Al-Jadida (May 11, 2011)

o.   **Exhibit 87** – SHATSKY-006842-47; SHATSKY-006850-53, 38 Al Shurta 27-30, 34-37 (Nov. 2000)

p.   **Exhibit 89** – SHATSKY-006878-92, 41 Al-Shuhada 2-4, 7-9, 13-14; 24-28 (Sept. 2001)

q.   **Exhibit 91** – SHATSKY-007700-04, 44 Al-Shuhada 11-13 (Nov. 2001 - Dec. 2001)

r.   **Exhibit 92** – SHATSKY-006909-14, 45 Al-Shuhada 17-20 (Jan. 2002)

s.   **Exhibit 100** – SHATSKY-006976-79, 80 Humat Al-Areen 58 (Mar. 2001)

11.   The following documents, attached hereto as **Exhibits 104, 106, 109-111**, are true and correct copies of articles from Al-Hadaf, a PFLP publication, that were made at my direction. They are self-authenticating periodicals under Fed. R. Evid. 902(6).

a.   **Exhibit 104** – SHATSKY-002911-25, 1308 Al-Hadaf / Palestine (Jul. 21, 2000), copy obtained from the Harvard University Library.

CPAM: 5903428.1

b.   **Exhibit 106** – SHATSKY-002931-32, Al-Hadaf / Palestine, 1st Year, 1st Issue 32-33 (Jul. 2001), copy obtained from the National Library in Jerusalem.

c.   **Exhibit 109** – SHATSKY-002946, The Founding Comrade Dr. George Habash Condoles the Al-Razaz Family for the Death of the Great Deceased, 1327 Al-Hadaf / Palestine, 1st Year, 8th Issue (Feb. 2002), copy obtained from the National Library in Jerusalem.

d.   **Exhibit 110** – SHATSKY-000931, They Open the Gate of the Sun With Their Blood, Al-Hadaf / Palestine, 8th Year, 8th Issue (Feb. 2002), copy obtained from the National Library in Jerusalem.

e.   **Exhibit 111** – SHATSKY-003325-26, A Liberated Prisoner / Tulkarm, Once there was… Raed Nazzal "Abu al-Asir," 1450 Al-Hadaf / Palestine 40-41 (May 15, 2012), printed from http://alhadafmagazine.com/.

12.   Attached hereto as **Exhibit 112** is a true and correct copy of a webpage printed at my direction from www.aljazeera.net.  This is a self-authenticating news article under Fed. R. Evid. 902(6).

a.   **Exhibit 112** -- SHATSKY-008012-14, Article, Al-Jazeera (Feb. 16, 2002), available at http://www.aljazeera.net/news/pages/40e40ffe-9937-4780-a50b-9ff9bbc62a53.

C.   Self-Authenticating Certified Foreign Records of a Regularly Conducted Activity

13.   The following documents, attached hereto as **Exhibits 114-15, 118-119**, are true and correct copies of records kept by the Israel Police in the ordinary course of regularly conducted investigations.  They are self-authenticating under Fed. R. Evid. 902(12).  True and correct copies of these custodial statements were obtained from the police station in Ariel, Israel

12

and/or from the Israeli Military Court case files at my direction. Plaintiffs have notified

Defendants of their intent to obtain Fed. R. Evid. 902(12) business records affidavits from the

police interrogators who took the respective statements in **Exhibits 114-115, 118-119**.  In

addition, plaintiffs have submitted a request to the Israeli police for such affidavits which request

is pending approval.

      a.    **Exhibit 114** – SHATSKY-002828-39, Israel Police, Statement of

              Mohamed Wasif Nazal (Apr. 24, 2002) **(Apostilled)**

      b.    **Exhibit 115** – SHATSKY-007492-95, Israel Police, Statement of

              Mohamed Shawqi Nazal (May 2, 2002) **(Apostilled)**

      c.    **Exhibit 118** – SHATSKY-003294-305, Israel Police, Statement of Jamal

              Hindi Zaid (Sept. 23, 2002) **(Apostilled)**

      d.    **Exhibit 119** – SHATSKY-006662-72, Israel Police, Statement of

              Mohamed Fahmi Jaber (Dec. 22, 2002)

    D.    <u>Documents from the Official Website of the Popular Front for the Liberation of</u>
<u>Palestine to be Authenticated at Trial by a Witness with Personal Knowledge</u>

    14.    The following documents, attached hereto as **Exhibits 120-125**, are true and

correct copies of pages printed at my direction from www.pflp.ps, which a competent witness

will authenticate at trial as the official website of the Popular Front for the Liberation of

Palestine ("PFLP").

      a.    **Exhibit 120** – SHATSKY-000902-06, PFLP, Announcement regarding

              Sadeq Ahed Abdel Hafez, available at

              http://pflp.ps/khaldeen.php?id=1058 (last visited on Nov. 7, 2013)

13

  b.  **Exhibit 121** – SHATSKY-000907-11, PFLP, Announcement regarding

    Shadi Nassar, available at http://www.pflp.ps/khaldeen.php?id=1060 (last

    visited on Nov. 7, 2013)

  c.  **Exhibit 122**– SHATSKY-000912-16, PFLP, Announcement regarding

    Sa'id al-Majdalawi, available at

    http://www.pflp.ps/khaldeen.php?id=1044 (last visited on Nov. 7, 2013)

  d.  **Exhibit 123** – SHATSKY-002812-20, PFLP, Announcement regarding

    Abu Ali Moustafa Brigades in Qalqilya and Raed Nazal, available at

    http://www.pflp.ps/note.php?id=110 (last visited on Nov. 8, 2013)

  e.  **Exhibit 124** – SHATSKY-002821-26, Liberated Prisoner / Tulkarm, Once

    there was… Raed Nazal "Abu al-Asir" (Apr. 26, 2012), available at

    http://www.pflp.ps/news.php?id=1949 (last visited Nov. 8, 2013)

  f.  **Exhibit 125** – SHATSKY-002808-11, Rasem Abeidat, *Shahid* [martyr]

    Raed Nazal, a Man of Convictions and of Overflowing Revolutionary

    Faith (May 13, 2012), available at http://www.pflp.ps/news.php?id=2236

    (last visited on Nov. 8, 2013)

 E.  Documents From Defendants Filed in Litigation

 15.  The following documents, attached hereto as **Exhibits 126-131**, are true and

correct copies of documents filed or produced by Defendants in this or other litigation which

were obtained at my direction.

  g. **Exhibit 126** – DE 77-10, Ex. J, Answer to Defendants the Palestinian

    Authority and the Palestine Liberation Organization (Nov. 29, 2007)

  h. **Exhibit 127** -- DE 77-13, Ex. M, Suicide Bombing Kills 2 Israelis,

    Cnn.com (Feb. 16, 2002)

      i.   **Exhibit 128** -- DE 77-14, Ex. N, James Bennet, West Bank Suicide Bombing Kills 2 Israelis and Hurts 30, N.Y. Times (Feb. 17, 2002)

      j.   **Exhibit 129** -- DE 77-15, Ex. O, U.S. Department of State, Significant Terrorist Incidents, 1961-2003: A Brief Chronology

      k.   **Exhibit 130** -- DE 77-16, Ex. P, Israel Ministry of Foreign Affairs, Background Information on the Popular Front for the Liberation of Palestine (Nov. 1, 2004)

      l.   **Exhibit 131** -- SHATSKY-009124-126, Palestinian Authority General Security Organization and Administration Department, Full Evaluation Report (Apr. 27, 2010), which was produced by Defendants to the plaintiffs in *Gilmore et al. v. Palestinian Interim Self-Gov't Auth. et al.*, No. 01-cv-853 (D.D.C.) (GK) in response to the plaintiffs' discovery requests.

F.    <u>Other Documents</u>

16.    The following documents, attached hereto as **Exhibits 132-133**, are true and correct copies of the PASSIA directory, published by PASSIA – the Palestinian Academic Society for the Study of International Affairs, obtained at my direction from the PASSIA offices located in East Jerusalem. They will be authenticated at trial by a witness competent to testify regarding their authenticity.

      a.   **Exhibit 132** -- SHATSKY-003288-90, PASSIA Directory 2001.

      b.   **Exhibit 133** -- SHATSKY-003291-93, PASSIA Directory 2002.

CPAM: 5903428.1

G.      Videos to be Authenticated at Trial by a Competent Witness

17.     The following videos, attached hereto as **Exhibits 146, 150, 167-168**, are authentic copies of the broadcasts obtained from the sources indicated below at my direction. They will be authenticated at trial by a witness competent to testify regarding their authenticity.

a.      **Exhibit 135** – SHATSKY-006676 at 1B, Dr. Ahmed Yousuf Abu Halabiah Interview (Oct. 13, 2000), as broadcast on PA Television on the date indicated.

b.      **Exhibit 136** – SHATSKY-006676 at 1C, Dr. Muhammad Ibrahim Madi Interview (Aug. 3, 2001), as broadcast on PA Television on the date indicated.

c.      **Exhibit 137** – SHATSKY-006676 at 1J, Wafa Idris Song (May 2002), as broadcast on PA Television beginning on the date indicated.

d.      **Exhibit 138** – SHATSKY-006676 at 1L, Mazenlzz Al-Din Interview (May 28, 2002), as broadcast on PA Television on the date indicated..

e.      **Exhibit 139** – SHATSKY-006676 at 1G, Khaibar Song (Oct. 13, 2002), as broadcast on PA television on the date indicated.

f.      **Exhibit 140** – SHATSKY-006676 at 1F, Nablus Song (2003-2007),as broadcast on PA Television between 2003 and 2007.

g.      **Exhibit 141** – SHATSKY-006676 at 1N, Mohammed Dahlan Interview (July 22, 2009), as broadcast on PA Television on the date indicated.

h.      **Exhibit 142**– SHATSKY-006676 at 1T, Mohammed Dahlan Interview (Jun. 16, 2007),as broadcast on Al-Arabiya Television on the date indicated.

16

    i.       **Exhibit 143** – SHATSKY-006676 at 1O, Ashraf Al-Ajrami Interview (Jun. 29, 2009), as broadcast on PA Television on the date indicated.

    j.       **Exhibit 144** – SHATSKY-006676 at 1R, Suha Arafat (Nov. 12, 2011), as broadcast on PA Television on the date indicated.

    k.      **Exhibit 145** – SHATSKY-006676 at 1S, Ziyad Abu Ein (July 4, 2006), as broadcast on Al Alam Television on the date indicated.

    l.       **Exhibit 146** – SHATSKY-007734, Marwan Barghouti Interview, as broadcast on Al Jazeera.

    m.    **Exhibit 150** – SHATSKY-009276, Dr. Mutawakkil Taha Speech (Sept. 27, 2013), as broadcast on Al Jazeera on the date indictaed.

    n.      **Exhibit 167 --**  SHATSKY-009447, Mohammed Dahlan Interview

    o.      **Exhibit 168 --** SHATSKY-009448, Mohammed Dahlan Interview

**V.**    **Authenticity of Documents Produced by Defendants**

18.    Documents bates labeled **Exhibits 151 to 165** are true and correct copies of documents produced by Defendant Palestinian Authority to Plaintiffs from its files.  They are presumptively authentic and admissible because they were produced by Defendant Palestinian Authority in response to Plaintiffs' discovery requests.

    a.      **Exhibit 151** – 07:000012-15

    b.      **Exhibit 152** – 07: 000017-20

    c.      **Exhibit 154** – 07:000031-50

    d.      **Exhibit 155** – 07:000055-62

    e.      **Exhibit 156** – 07:0000110-114

    f.      **Exhibit 158** – 07:000178-209

    g.      **Exhibit 159** – 07:000234-5

h.      **Exhibit 160** – 07:000245

i.      **Exhibit 161** – 07:000258-63

j.      **Exhibit 162** – 07:000272

k.      **Exhibit 163** – 07:000279-282

l.      **Exhibit 164** – 07:000283

m.      **Exhibit 165** – 07:001081-82


**Exhibit 169** – World Bank Report


I declare under penalty of perjury that the foregoing is true and correct.


Date:  November 12, 2013                          /s/ Robert J. Tolchin
                                                  Robert J. Tolchin

CPAM: 5903428.1