Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4   SHABTAI SCOTT SHATSKY, et al.,      )
                                         )
 5            Plaintiffs,                )
                                         )
 6   v.                                  ) Civil Action No.
                                         ) 1:02-CV-02280 (RJL)
 7   THE SYRIAN ARAB REPUBLIC, et al.,   )
                                         )
 8            Defendants.                )
     _____)
 9

10

11

12

13              VIDEOCONFERENCE DEPOSITION OF

14                  ABDEL RAHIM MALOUH

15                 PETACH TIKVA, ISRAEL

16                   SEPTEMBER 5, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243
```

| | | |
|---|---|---|
| 10:08:25 | 1 | MR. SCHOEN:  Go ahead, translate. |
| 10:08:26 | 2 | (Pending question translated.) |
| 10:08:29 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  There is |
| 10:08:30 | 4 | a delay. |
| 10:08:36 | 5 | (Comment in Arabic by Check Interpreter |
| 10:08:36 | 6 | Hazou.) |
| 10:08:38 | 7 | THE WITNESS:  We spoke about my history. |
| 10:08:42 | 8 | Q.   BY MR. SCHOEN:  I'm sorry.  We're just |
| 10:08:44 | 9 | trying to get the rhythm going here.  So we'll just |
| 10:08:47 | 10 | translate -- everything I say will be translated, and |
| 10:08:49 | 11 | then you answer.  And then everything you say will be |
| 10:08:52 | 12 | translated, and then I'll give my next question. |
| 10:09:08 | 13 | A.   Until now, I hear the person who is in front |
| 10:09:11 | 14 | of me. |
| 10:09:14 | 15 | Q.   Okay.  Thank you.  And that's me, David |
| 10:09:16 | 16 | Schoen. |
| 10:09:17 | 17 | I suppose you don't see on your screen the |
| 10:09:20 | 18 | translators.  They're sitting to my right.  I know |
| 10:09:24 | 19 | that's going to be confusing. |
| 10:09:25 | 20 | MR. SCHOEN:  Go ahead. |
| 10:09:58 | 21 | (Brief exchange in Arabic between Official |
| 10:09:58 | 22 | Interpreter Ben-Naim and the witness.) |
| 10:09:58 | 23 | (Pending question translated.) |
| 10:09:58 | 24 | OFFICIAL INTERPRETER AGHAZARIAN:  "Do you |
| 10:09:58 | 25 | hear the voice of the translator?" |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:09:58 | 1 | "Now I do." |
| 10:09:58 | 2 | MR. SCHOEN:  Okay.  Thank you. |
| 10:09:34 | 3 | MR. McALEER:  And let the record reflect |
| 10:09:34 | 4 | that the protocol at the moment is that Shimon Ben-Naim |
| 10:09:34 | 5 | is translating the English question into Arabic and |
| 10:10:01 | 6 | Mr. Aghazarian is translating the Arabic answer into |
| 10:10:04 | 7 | English, so that the record is clear about the protocol. |
| 10:10:10 | 8 | Q.   BY MR. SCHOEN:  Mr. Malouh, what is the |
| 10:10:13 | 9 | address where you live? |
| 10:10:20 | 10 | A.   I live here in Ramallah, in the PA areas. |
| 10:10:25 | 11 | Q.   Is there a street name? |
| 10:10:33 | 12 | A.   The street of Jihad. |
| 10:10:37 | 13 | Q.   And how long have you lived there? |
| 10:10:54 | 14 | A.   After I have -- since four years since I was |
| 10:10:59 | 15 | released from the Israeli prison. |
| 10:11:03 | 16 | Q.   Do you live in an apartment or a house? |
| 10:11:07 | 17 | A.   I live in an apartment. |
| 10:11:09 | 18 | Q.   Who pays the rent for that apartment? |
| 10:11:27 | 19 | A.   The car and the apartment is covered by the |
| 10:11:28 | 20 | PLO. |
| 10:11:31 | 21 | Q.   And you're employed by the PLO? |
| 10:11:43 | 22 | A.   I am a member of the Executive Committee of |
| 10:11:46 | 23 | the PLO. |
| 10:11:48 | 24 | Q.   And is it because you are a member of the |
| 10:11:51 | 25 | Executive Committee of the PLO that the PLO pays for |

| | | |
|---|---|---|
| 10:11:54 | 1 | your apartment and your car? |
| 10:12:14 | 2 | A.   The PLO covers the expenses of all members |
| 10:12:17 | 3 | of the Executive Committee, not only myself. |
| 10:12:20 | 4 | Q.   I understand.  But for you, that's the reason |
| 10:12:22 | 5 | they pay for your car and your house? |
| 10:12:32 | 6 | A.   Yes.  Being a member of the Executive |
| 10:12:35 | 7 | Committee, they pay me.  That's the only reason. |
| 10:12:39 | 8 | Q.   Okay.  How much is the rent for your house? |
| 10:12:50 | 9 | A.   The cost of my apartment rent is around |
| 10:12:53 | 10 | $11,000 annually. |
| 10:12:57 | 11 | Q.   And does the PLO pay that directly to the |
| 10:12:59 | 12 | owner of the apartment, if you know, or do they pay |
| 10:13:03 | 13 | you and you pay the owner of the apartment? |
| 10:13:14 | 14 | MR. ROCHON:  This is Mark Rochon -- Mr. -- |
| 10:13:14 | 15 | Mr. Schoen, I assume that this is the portion of the |
| 10:13:20 | 16 | examination, given your questions, that relates to the |
| 10:13:23 | 17 | status of the witness as a member of the PLO Executive |
| 10:13:27 | 18 | Committee and, when you move to the portion that deals |
| 10:13:29 | 19 | with him in any other capacity, you will so state, |
| 10:13:31 | 20 | consistent with Judge Leon's order? |
| 10:13:34 | 21 | MR. SCHOEN:  Mr. Rochon -- Rochon -- sorry. |
| 10:13:36 | 22 | MR. McALEER:  "Rochon." |
| 10:13:37 | 23 | MR. SCHOEN:  -- Rochon -- I'm sorry. |
| 10:13:39 | 24 | Mr. Rochon, yes.  In fact, I have the order |
| 10:13:41 | 25 | in front of me.  And I think the order actually says |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:13:44 | 1 | that I should begin with the questions in Mr. Malouh's |
| 10:13:49 | 2 | capacity as the PLO -- member of the PLO Executive |
| 10:13:52 | 3 | Committee and, after completing that, then go to the -- |
| 10:13:56 | 4 | any other -- what it says specifically is: |
| 10:14:00 | 5 | "Regarding any relevant knowledge" -- |
| 10:14:02 | 6 | MR. ROCHON:  Well, Mr. Schoen -- Mr. Schoen, |
| 10:14:04 | 7 | it's going to be impossible for the translator to keep |
| 10:14:07 | 8 | up with you.  You've got to break it up a little bit. |
| 10:14:10 | 9 | MR. SCHOEN:  Okay.  Well, I'm more used to |
| 10:14:12 | 10 | doing simultaneous translation.  But we agreed, in this |
| 10:14:13 | 11 | case, to do this.  But you're right.  I spoke too long, |
| 10:14:16 | 12 | I suppose. |
| 10:14:18 | 13 | MR. ROCHON:  Yes. |
| 10:14:18 | 14 | MR. SCHOEN:  Go ahead. |
| 10:14:18 | 15 | MR. ROCHON:  The witness needs to understand |
| 10:14:20 | 16 | this as well, maybe not all objections, but this part. |
| 10:14:24 | 17 | So if the translator could proceed. |
| 10:14:26 | 18 | MR. SCHOEN:  All right.  So let -- let me back |
| 10:14:27 | 19 | up.  I'll back up, then. |
| 10:14:29 | 20 | MR. ROCHON:  Okay. |
| 10:14:30 | 21 | MR. SCHOEN:  In response -- in response |
| 10:14:31 | 22 | to Mr. Rochon's question, I am proceeding as the |
| 10:14:39 | 23 | judge ordered, asking questions first of Mr. Malouh |
| 10:14:51 | 24 | regarding -- regarding any relevant knowledge or |
| 10:14:57 | 25 | actions in his capacity as a member of the PLO |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:35:06 | 1 | picture of the structure. |
| 10:35:13 | 2 | So you became a member of the PLO Executive |
| 10:35:16 | 3 | Committee and have been a member since that date in |
| 10:35:26 | 4 | 19 -- since that date in Algiers that you mentioned |
| 10:35:39 | 5 | through today and -- |
| 10:35:48 | 6 | A.   In 1993, I suspended my membership. |
| 10:35:53 | 7 | Q.   Yes.  Other than the period that you -- |
| 10:35:59 | 8 | A.   And this membership was suspended until 1999. |
| 10:36:04 | 9 | After -- after 1999, a dialogue -- and it was suspended |
| 10:36:32 | 10 | from 11/6/2002 until 2000 [sic] when I was released in |
| 10:36:35 | 11 | prison and I reassumed my role. |
| 10:36:38 | 12 | Q.   Okay.  And do you know why you were asked to |
| 10:36:41 | 13 | join the PLO Executive Committee? |
| 10:36:57 | 14 | A.   The Executive Committee -- |
| 10:37:06 | 15 | MR. SCHOEN:  Stop one second just for the -- |
| 10:37:07 | 16 | THE WITNESS:  The Executive Committee -- |
| 10:37:07 | 17 | MR. SCHOEN:  -- translator.  Sorry. |
| 10:37:08 | 18 | THE WITNESS:  The Executive Committee is |
| 10:37:11 | 19 | elected from the PNC.  And this happened in -- in 1991 |
| 10:37:16 | 20 | in Algeria and in 1996. |
| 10:37:20 | 21 | Q.   BY MR. SCHOEN:  Mr. Malouh -- Mr. Malouh, |
| 10:37:20 | 22 | some -- |
| 10:37:29 | 23 | A.   The other issue is that -- that the Executive |
| 10:37:34 | 24 | Committee is composed of all members of -- all -- all |
| 10:37:39 | 25 | components of the Palestinian people, personalities, |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:37:44 | 1 | and factions. |
| 10:37:46 | 2 | Q.   Can you tell me, for example, the factions |
| 10:37:49 | 3 | that are represented on the PLO Executive Committee? |
| 10:38:16 | 4 | A.   I'm not in a position to specify this function |
| 10:38:20 | 5 | or that.  But this represents the whole Palestinian |
| 10:38:29 | 6 | people.  And according to the law, all Palestinians |
| 10:38:32 | 7 | are part and parcel of the PLO. |
| 10:38:36 | 8 | Q.   Mr. Malouh, I'm just going to ask you |
| 10:38:39 | 9 | procedurally to learn from my mistakes and stop after |
| 10:38:50 | 10 | you speak shortly so we can have the translation. |
| 10:39:02 | 11 | Is it accurate to say that, since the PLO |
| 10:39:12 | 12 | Executive Committee represents all of the factions of |
| 10:39:20 | 13 | the Palestinian people, you were invited to join the |
| 10:39:29 | 14 | PLO Executive Committee as a representative of the |
| 10:39:38 | 15 | PFLP faction? |
| 10:39:44 | 16 | MR. McALEER:  Objection as to form. |
| 10:39:46 | 17 | THE WITNESS:  Yes. |
| 10:39:47 | 18 | Q.   BY MR. SCHOEN:  Okay. |
| 10:39:57 | 19 | A.   I do represent the PFLP within the PLO. |
| 10:40:01 | 20 | Q.   Okay.  And other members of the PLO Executive |
| 10:40:05 | 21 | Committee represent their faction? |
| 10:40:21 | 22 | A.   Not necessarily, because there are certain |
| 10:40:25 | 23 | people who represent figures, public figures.  It could |
| 10:40:36 | 24 | be individual representatives.  Representatives of the |
| 10:40:47 | 25 | PLO are factions, as well as individual public figures |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:40:51 | 1 | that are Palestinian. |
| 10:40:53 | 2 |     Q.   As a member of the PLO Executive Committee -- |
| 10:40:58 | 3 |         CHECK INTERPRETER HAZOU:  "Who are |
| 10:40:58 | 4 | independent." |
| 10:41:00 | 5 |         I'm sorry.  But he also mentioned:  "Public |
| 10:41:02 | 6 | figures who are independent people also.  They do not |
| 10:41:04 | 7 | need to be representing a faction." |
| 10:41:08 | 8 |         MR. ROCHON:  Does the translator agree with -- |
| 10:41:09 | 9 | that the witness said "independent people"? |
| 10:41:16 | 10 |         MR. SCHOEN:  Albert? |
| 10:41:16 | 11 |         MR. McALEER:  Mr. Aghazarian, do you agree |
| 10:41:18 | 12 | with the proposed translation from the check translator? |
| 10:41:25 | 13 |         OFFICIAL INTERPRETER AGHAZARIAN:  I don't. |
| 10:41:25 | 14 |         MR. McALEER:  Okay.  Could -- would you mind |
| 10:41:27 | 15 | explaining why you disagree with the check translator |
| 10:41:31 | 16 | that the concept of other persons being independent |
| 10:41:36 | 17 | was not part of the witness' answer? |
| 10:41:39 | 18 |         OFFICIAL INTERPRETER AGHAZARIAN:  When you say |
| 10:41:39 | 19 | "public figures," by insinuation it means "independent." |
| 10:41:45 | 20 |         CHECK INTERPRETER HAZOU:  No, no, no, no.  He |
| 10:41:46 | 21 | mentioned -- |
| 10:41:47 | 22 |     (Comment in Arabic by Check Interpreter |
| 10:41:47 | 23 |   Hazou.) |
| 10:41:47 | 24 |         CHECK INTERPRETER HAZOU:  He said |
| 10:41:47 | 25 | "independent." |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
11:00:24    1        Q.   BY MR. SCHOEN:  With respect to the PLO's
11:00:26    2    payment for your house and for your car -- and if the
11:00:41    3    answer is different between the house and the car, tell
11:00:42    4    me -- how does the PLO pay for the house -- your house
11:00:51    5    and your -- I'm sorry -- your apartment and your car?
11:01:01    6             Do they -- do they pay you directly?  Or
11:01:10    7    please describe for me how payment is made.
11:01:21    8        A.   First of all -- first of all, I do not receive
11:01:26    9    any funds directly.  It is paid to the owner of the
11:01:30   10    apartment.
11:01:31   11        Q.   For your benefit?
11:01:37   12        A.   This is according to the rent contract which
11:01:39   13    is there.
11:01:41   14        Q.   Who is that rent con -- I'm sorry.
11:01:46   15        A.   This has -- this is concerning the apartment.
11:01:49   16    As for the car, the car is handed in to the driver.
11:01:59   17        Q.   Sir, I didn't understand.  I'm sorry.  I
11:02:02   18    didn't understand.
11:02:03   19        A.   The driver goes and comes.  He takes care
11:02:06   20    of it.
11:02:07   21        Q.   Who pays the driver?
11:02:13   22        A.   The PLO pays to the driver.
11:02:16   23        Q.   And the driver pays someone for a lease on
11:02:18   24    the car, or the car was bought?
11:02:39   25        A.   There are different phases.  When I was in
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:02:46 | 1 | Jordan in '91, it was rented.  But when I became part |
| 11:02:50 | 2 | of the PLO, it belongs to the PLO.  And they can refuse |
| 11:02:55 | 3 | it anytime I finish my assignment. |
| 11:02:57 | 4 | Q.   When you say when you became part of the PLO, |
| 11:02:59 | 5 | you're part of the PLO and part of the PFLP; correct? |
| 11:03:26 | 6 | A.   I have not left the PLO or -- and I have not |
| 11:03:30 | 7 | left the PFLP. |
| 11:03:31 | 8 | Q.   Okay.  Again, so I don't have to ask ten |
| 11:03:36 | 9 | questions on this subject, has this -- since you became |
| 11:03:44 | 10 | a member of the PLO Executive Committee, whether you |
| 11:03:52 | 11 | were renting a car or bought a car, renting an apartment |
| 11:03:59 | 12 | or a house, or an apartment or house was rented for you, |
| 11:04:13 | 13 | the place where you have been living and the car that's |
| 11:04:20 | 14 | for your benefit has been paid for by the PLO; correct? |
| 11:04:35 | 15 | A.   Correct. |
| 11:04:36 | 16 | Q.   Okay.  All of that time, nothing has changed |
| 11:04:40 | 17 | about that from one year to another? |
| 11:04:46 | 18 | A.   Correct.  With the -- with the exception of |
| 11:04:50 | 19 | the times when membership was frozen. |
| 11:04:55 | 20 | Q.   Okay.  Tell me the times when the PLO did not |
| 11:04:59 | 21 | pay for your -- the place where you were living and the |
| 11:05:04 | 22 | car that was for your benefit. |
| 11:05:40 | 23 | A.   I have already mentioned between 1993 and 1999 |
| 11:05:46 | 24 | when my membership was frozen in the PLO.  As a reaction |
| 11:05:50 | 25 | from the Palestinian leadership, everything was blocked. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:05:53 | 1 | Q.   And that's the only time frame when they were |
| 11:05:56 | 2 | not paying for these things -- the PLO was not paying |
| 11:05:59 | 3 | for these things? |
| 11:06:05 | 4 | A.   Of course that was the -- the -- the case |
| 11:06:08 | 5 | before 1991 when I became a member of the Executive |
| 11:06:12 | 6 | Committee. |
| 11:06:13 | 7 | Q.   And all the way through, other than that |
| 11:06:15 | 8 | period '93 to '99? |
| 11:06:16 | 9 | (Pending question partially translated.) |
| 11:06:20 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  Please repeat. |
| 11:06:21 | 11 | Q.   BY MR. SCHOEN:  And other than the period '93 |
| 11:06:23 | 12 | to '99, from before you became a member through today, |
| 11:06:25 | 13 | that has been the system? |
| 11:06:27 | 14 | (Pending question partially translated.) |
| 11:06:27 | 15 | OFFICIAL INTERPRETER BEN-NAIM:  Ninety? |
| 11:06:33 | 16 | MR. SCHOEN:  '93 to '99. |
| 11:06:36 | 17 | (Remainder of pending question translated.) |
| 11:06:39 | 18 | THE WITNESS:  Yes. |
| 11:06:40 | 19 | Q.   BY MR. SCHOEN:  Okay.  Now, you mentioned |
| 11:06:41 | 20 | a driver.  You have someone who drives your car? |
| 11:06:52 | 21 | A.   Of course there is somebody.  Does the car |
| 11:06:56 | 22 | roll on its own? |
| 11:06:57 | 23 | Q.   I'm sorry.  That was a good joke. |
| 11:07:00 | 24 | I meant -- I meant someone other than you. |
| 11:07:04 | 25 | I didn't think the car drove itself. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:07:19 | 1 | A.   It doesn't roll -- roll on its own.  But, |
| 11:07:22 | 2 | clearly, my driver in Amman was different than my |
| 11:07:28 | 3 | driver here. |
| 11:07:29 | 4 | Q.   Yes.  I wasn't asking for who your driver |
| 11:07:33 | 5 | was yet. |
| 11:07:34 | 6 | But, Mr. Malouh, since you've been a member |
| 11:07:39 | 7 | of the PLO Executive Committee, during the course of |
| 11:07:45 | 8 | your membership on the PLO Executive Committee, has |
| 11:07:53 | 9 | the PLO paid for a driver for you? |
| 11:08:11 | 10 | A.   As long as I am in -- in -- in my position, |
| 11:08:13 | 11 | the PLO will cover this.  These are bylaws within the |
| 11:08:18 | 12 | PLO. |
| 11:08:20 | 13 | Q.   There are PLO bylaws that require the PLO |
| 11:08:22 | 14 | to pay for these kinds of expenses -- these kinds |
| 11:08:27 | 15 | of expenses for every member of the PLO Executive |
| 11:08:29 | 16 | Committee? |
| 11:08:54 | 17 | A.   Every member who has been elected for the |
| 11:08:57 | 18 | Executive Committee, the PLO is responsible to provide |
| 11:09:01 | 19 | a car and an accommodation for him or her. |
| 11:09:06 | 20 | Q.   And are you paid a salary by the PLO? |
| 11:09:20 | 21 | A.   I think we're not coming here for the salary |
| 11:09:23 | 22 | and the house.  These are irrelevant questions. |
| 11:09:26 | 23 | Q.   Are you paid a salary by the PLO in your |
| 11:09:29 | 24 | capacity as a PLO Executive Committee member? |
| 11:09:42 | 25 | A.   I said I'm not here to look at the salary |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

```
12:07:40    1   ask all the members and all the factions:  Do you take

12:07:43    2   or you don't take?

12:07:44    3        Q.    All right.  Does the PLO Executive Committee

12:07:47    4   or any other part of the PLO make payments or allotments

12:08:05    5   to the PFLP?

12:08:14    6        A.    I don't know.

12:08:17    7        Q.    You don't know whether the PLO pays any money

12:08:21    8   to the PFLP?

12:08:32    9        A.    I don't know.  I don't know.

12:08:41   10        Q.    Excuse me one second.

12:08:42   11             (Brief discussion held off the record between

12:08:42   12        Mr. Schoen and Mr. Haller.)

12:08:47   13        Q.    BY MR. SCHOEN:  Do you know whether the

12:08:51   14   Palestine National Fund -- what's the Palestine National

12:08:53   15   Fund?

12:09:12   16        A.    This is a fund that covers the expenses of

12:09:15   17   the embassies and of the different functions.  And

12:09:19   18   this is not in the occupied territories, its location.

12:09:24   19        Q.    Do you know whether the Palestine National

12:09:25   20   Fund or any other unit of the PLO or the PNA makes --

12:09:32   21             (Pending question partially translated.)

12:09:37   22             OFFICIAL INTERPRETER BEN-NAIM:  Please repeat.

12:09:38   23        Q.    BY MR. SCHOEN:  Do you know whether the

12:09:39   24   Pale -- Palestine National Fund or any other unit of

12:09:48   25   the PLO or the PNA makes -- makes allotments or gives
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:10:01 | 1 | payments to the PFLP or any other faction because its |
| 12:10:09 | 2 | a faction? |
| 12:10:23 | 3 | A.   I don't know anything regarding this. |
| 12:10:25 | 4 | Q.   Do you know whether the bylaws of the PLO or |
| 12:10:27 | 5 | the PNA gives -- provides for any payments to factions? |
| 12:10:55 | 6 | A.   This issue you may discuss with -- with the -- |
| 12:10:58 | 7 | with the relevant parties, not with me personally. |
| 12:11:01 | 8 | Q.   Do you know -- as a member of the PLO |
| 12:11:04 | 9 | Executive Committee, do you know if the PFLP has |
| 12:11:16 | 10 | the right to receive money from the PLO or the PNA? |
| 12:11:36 | 11 | A.   It has the right.  But I have no idea whether |
| 12:11:38 | 12 | this right is applied or not applied. |
| 12:11:41 | 13 | Q.   Where does that right come from? |
| 12:11:59 | 14 | A.   The right that this is the funds of the |
| 12:12:01 | 15 | Palestinian people and it should be distributed equally |
| 12:12:04 | 16 | among all members of the Palestinian people. |
| 12:12:08 | 17 | Q.   Do you know whether the PLO, which you serve |
| 12:12:15 | 18 | on its Executive Committee, or the PNA, has any duty or |
| 12:12:28 | 19 | obligation to pay money to the different factions that |
| 12:12:34 | 20 | are its members? |
| 12:12:41 | 21 | MR. McALEER:  Objection as to form. |
| 12:12:49 | 22 | MR. ROCHON:  I'm directing the witness to |
| 12:12:51 | 23 | answer. |
| 12:13:01 | 24 | THE WITNESS:  I believe that the PNA is an |
| 12:13:03 | 25 | arm of the PLO.  The P -- the PLO should -- should |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:13:22 | 1 | convene in order to discuss the different components |
| 12:13:25 | 2 | of the Palestinian people and orientations.  Within |
| 12:13:34 | 3 | the Executive Committee of the PLO, this matter has |
| 12:13:37 | 4 | not been discussed. |
| 12:13:43 | 5 | Q.   BY MR. SCHOEN:  Are you aware of whether the |
| 12:13:49 | 6 | PLO or PNA bylaws or charter -- |
| 12:14:00 | 7 | (Pending question partially translated.) |
| 12:14:00 | 8 | OFFICIAL INTERPRETER BEN-NAIM:  Again? |
| 12:14:02 | 9 | MR. SCHOEN:  "Bylaws or charter." |
| 12:14:08 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  No, no.  The |
| 12:14:08 | 11 | whole question. |
| 12:14:09 | 12 | Q.   BY MR. SCHOEN:  Okay.  Are you -- do you know |
| 12:14:10 | 13 | whether any bylaws or charter or any other requirement |
| 12:14:19 | 14 | exists within the PLO or PA that provides for payments |
| 12:14:39 | 15 | to be made to the PFLP or any other faction?  That's it. |
| 12:14:58 | 16 | A.   There is nothing written related to this. |
| 12:15:02 | 17 | Q.   All right.  Is there a practice or a system |
| 12:15:12 | 18 | within the PLO or the PNA to pay money to its different |
| 12:15:24 | 19 | factions?  For example -- |
| 12:15:33 | 20 | A.   Practically, I do not know. |
| 12:15:35 | 21 | Q.   You don't know, as a member of the Executive |
| 12:15:36 | 22 | Committee, whether the PFLP is paid money by the PLO |
| 12:15:50 | 23 | or PNA? |
| 12:16:00 | 24 | A.   From the two positions, I do not know what -- |
| 12:16:02 | 25 | there is practically -- there is nothing written in |

```
14:53:53   1    Al-Quds, or Al-Hadaf.

14:53:58   2         Q.    I don't understand.

14:53:58   3              OFFICIAL INTERPRETER AGHAZARIAN:  "Papers."

14:53:58   4              MR. SCHOEN:  I don't understand the answer.

14:53:57   5              OFFICIAL INTERPRETER AGHAZARIAN:  That's the

14:53:59   6    name of papers.

14:53:59   7              MR. SCHOEN:  Yes.

14:54:00   8         Q.   BY MR. SCHOEN:  I don't understand.

14:54:00   9              What do you mean the permission has to come

14:54:03   10   from them?

14:54:03   11             (Pending question partially translated.)

14:54:09   12             OFFICIAL INTERPRETER BEN-NAIM:  "Them"?

14:54:10   13             MR. SCHOEN:  "Has to come from them,

14:54:12   14   permission."

14:54:12   15             (Remainder of pending question translated.)

14:54:17   16             THE WITNESS:  Because it is up to the given

14:54:21   17   newspaper that publishes or does not publish according

14:54:24   18   to its requirements.

14:54:26   19        Q.   BY MR. SCHOEN:  Do you believe that you have

14:54:27   20   the authority to speak publicly or to give an interview

14:54:42   21   or to write an article in your capacity as a PLO

14:54:48   22   Executive Committee member?

14:55:07   23        A.   In my capacity of my membership --

14:55:14   24        Q.   One second.  We're just translating now.  Tell

14:55:17   25   him I said that.
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

14:55:19  1      A.   In my capacity of my membership, I can, like

14:55:24  2   any other person, speak what I want to speak.  And it

14:55:30  3   has to do with the political decision which is connected

14:55:33  4   with a specific decision.

14:55:36  5      Q.   Okay.  The exhibits you have now been handed,

14:55:43  6   which are D and E, previously 4 and 5, purport -- appear

14:55:58  7   to be articles from Al-Hadaf magazine written by you in

14:56:13  8   your capacity as a PLO Executive Committee member and

14:56:23  9   in your capacity with the PFLP.

14:56:31  10           For Exhibit D, I would direct your attention

14:56:34  11   to page 14.  And for Exhibit E, I would direct your

14:56:44  12   attention to page 16.  And I would ask you if you

14:56:53  13   recognize these documents starting at those pages?

14:56:57  14           MR. ROCHON:   Just --

14:57:06  15           THE WITNESS:   (Examining.)  What's the

14:57:11  16   question?

14:57:11  17      Q.   BY MR. SCHOEN:   I asked you if you recognize

14:57:13  18   the document, first of all?

14:57:34  19      A.   This is Al-Hadaf magazine in the year 2000.

14:57:39  20           What is the question?  What's the question?

14:57:41  21      Q.   Okay.  First, what is Al-Hadaf magazine?

14:57:51  22      A.   This is the magazine that speaks in the name

14:57:54  23   of the PFLP.

14:57:56  24      Q.   Okay.  And do you recall writing this article

14:58:01  25   in Al-Hadaf?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 14:58:13 | 1 | A.   I write and I send.  And whoever publishes |
| 14:58:15 | 2 | publishes. |
| 14:58:21 | 3 | Q.   Okay.  Do you recognize these specific |
| 14:58:23 | 4 | articles? |
| 14:58:30 | 5 | A.   When I read it, I will tell you whether I |
| 14:58:32 | 6 | recall it or I don't. |
| 14:58:34 | 7 | Q.   Please read it now and tell me if you recall |
| 14:58:36 | 8 | it. |
| 14:58:42 | 9 | A.   I told you -- I -- I have told you I'm not |
| 14:58:47 | 10 | going to read it now but I will read it at the opportune |
| 14:58:53 | 11 | time. |
| 14:58:54 | 12 | Q.   Okay.  Mr. Malouh, I've skipped one, No. 3. |
| 14:59:07 | 13 | (Pending question partially translated.) |
| 14:59:07 | 14 | MR. SCHOEN:  "No. 3." |
| 14:59:09 | 15 | (Remainder of pending question translated.) |
| 14:59:09 | 16 | Q.   BY MR. SCHOEN:  Previously marked 3, we'll now |
| 14:59:17 | 17 | call it F, like "Frank." |
| 14:59:22 | 18 | Let me -- would your answer be the same if |
| 14:59:25 | 19 | I asked you the same series of questions? |
| 14:59:36 | 20 | A.   I don't know what are the questions and the -- |
| 14:59:38 | 21 | and the answers.  I have not been exposed to them. |
| 14:59:43 | 22 | (A. Malouh Exhibit F marked.) |
| 14:59:43 | 23 | Q.   BY MR. SCHOEN:  Okay.  Mr. Malouh, please |
| 14:59:46 | 24 | look at what was previously marked Exhibit 3 and is |
| 14:59:50 | 25 | now marked Exhibit F. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH