*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

# Ministry of Health
## The Institution of Forensic Medicine

Based on the external examination / autopsy (delete that which is not applicable), the findings according to the photographs below are an integral part of Report No. **1087/576/90**

Consistent with the report on the deceased **Jamil Musa Hama Manatzra**

Picture Number 1
**The upper body from the front left**



Picture Number 2
**The middle body from the front left**



Picture Number 3

[STAMP] SHATSKY-003277-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

Ministry of Health
The Institution of Forensic Medicine

Based on the external examination / autopsy (delete that which is not applicable), the findings according to the photographs below are an integral part of Report No. **1087/576/90**
Consistent with the report on the deceased **Jamil Musa Hama Manatzra**

Picture Number 1
**The abdomen and pelvis from the front right.**



Picture Number 2
**The abdomen and pelvis from the left.**



Picture Number 3                    [
**Right hand.**

[STAMP] SHATSKY-003278-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com



Picture Number 2
**The abdomen and pelvis from the left.**



Picture Number 3
**Right hand.**



[STAMP] SHATSKY-003279-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

Ministry of Health
The Institution of Forensic Medicine

Based on the external examination / autopsy (delete that which is not applicable), the findings according to the photographs below are an integral part of Report No. **1087/576/90**
Consistent with the report on the deceased **Jamil Musa Hama Manatzra**

Picture Number 1
**Head and neck from the front left.**



Picture Number 2
**Neck and left shoulder.**



Picture Number 3
**Thorax and abdomen, from the front right.**

[STAMP] SHATSKY-003280-T

# Original

מ ש ר ד   ה ב ר י א ו ת
ה מ כ ו ן   ל ר פ ו א ה   מ ש פ ט י ת

על סמך הבדיקה החיצונית/הנתיחה ( מחק את המיותר ) והממצאים לפפי והתמונות מטה הם   חלק
בלתי נפרד מדוייח מספר _____ 1087/576/90 _____
מתאים לדוייח המנוח / ה _____ גמיל מוסא חמד מנאצרה _____

תמונה מספר 1 :



פלג גוף עליון
אש מקדימה ומצד
שמאל.

תמונה מספר 2 :



פלג גוף אמצעי
מקדימה ומצד שמאל.

ממונה מספר 3 :

SHATSKY-003277

מ ש ר ד   ה ב ר י א ו ת
ה מ כ ו ן   ל ר פ ו א ה   מ ש פ ט י ת

חלק   על סמך הבדיקה החיצונית/ הנתיחה   ( מחק את המיותר )   הממצאים לפפי התמונות מטה הם
בלתי נפרד מדוייח מספר _____ 1087/576/90 _____

מתאים לדוייח המנות / ה   _____ גמיל מוסא חמד מנאצרה _____

תמונה מספר 1 :



טן ואגן מקדימה

מצד ימין.

תמונה מספר 2 :



טן ואגן מצד שמאל.

תמונה מספר 3 :

ף יד ימין.

SHATSKY-003278



תמונה מספר 2 :

בטן ואגן מצד שמאל.

תמונה מספר 3 :

כף יד ימין.

SHATSKY-003279

משרד הבריאות
המכון לרפואה משפטית

חלק   על סמך הבדיקה החיצונית/ הנתיחה ( מחק את המיותר ) הממצאים לפפי התמונות מטה הם
בלתי נפרד מדו"ח מספר   1087/576/90
ה / גמיל מוסא חמד מנאצרה   מתאים לדו"ח המנוח

תמונה מספר 1 :



ראש וצוואר מקדימה
ומצד שמאל.

תמונה מספר 2 :

ווארר וכתף שמאל.

תמונה מספר 3

ית חזה ובטן
דימה נמצד רמזי

SHATSKY-003280