Exhibit 26

## Israel    Defense    Force

| | |
|---|---|
| In  the  Military Court | Court File: *5904/*02 |
| S A M A R I A | Claim File 479/02 |
| Before: ~~Panel~~ | Event File 3475/02 |
| *Single Judge*[1] | (Petach Tikvah) |

In the trial between:        **The Military Prosecutor**

                                                                -**the Prosecutor**

**v e r s u s**

<table>
<tr><td>(Stamp)<br>**This indictment was filed**<br>[unclear]<br>**On** *11 June, 2002*<br>[unclear]<br>**Court File** *5904/02*<br>**Signature** [****]</td><td>**Mohamed Shawqi Sa'idi Nazal**<br>(detained from date 26 April, 2002)<br>I.D. 946588*548* born 21 December, 1984, Kalkilya</td></tr>
</table>

                                                                            = **the Defendant** -

**Indictment** *amended as of 1 January*

      *2003* amended *26 March 2003*     [*signature***]

The Defendant is accused on the following offences:

**First Count:**

**Essence of Offence:**    Membership of an unlawful association, an offense pursuant to Regulation 185 of the Defense Regulations (Time of Emergency), 1945

**Details of the Offence:**    The aforementioned Defendant, while being in the Zone, was a member of the Military Branch of the Popular Front - **"Abu** Ali **Mustapha Brigades", which is an unlawful association.**

Namely:  Two and a half months before his arrest, or thereabouts, the Defendant met with Raed Musa Nazal (hereinafter: "Raed), who was in charge of the Popular Front (hereinafter: P.F.L.P) in Qalqilya, and the latter suggested that he enlist into the **Abu** Ali **Mustapha Brigades"**. which is the military branch of the P.F.L.P. The Defendant agreed to this.

The Defendant remained a member of the military branch of P.F.L.P. until the day of his arrest.

Doc.47902\attacks\security\indictments\C:\My Documents

**SHATSKY-007053-T**

---

[1] Translator's note: Translation of words handwritten in document appear in italics

**Second Count**

**Essence of Offence:**   Conspiracy to Commit a Felony, an offense pursuant to section 51 (a) of the Order Concerning Security (Judea and Samaria) (No, 378) 5730-1970 and section 22 of the Order Concerning the Rules of Liability for an Offense (Judea and Samaria) (No, 225) 5728-1968.

**Details of the Offence:** The aforementioned Defendant, while being in the Zone conspired with another person to intentionally cause the death of another.

Namely, at around the same time as the event described in the first count of the Indictment, Raed turned to the Defendant, having been referred to him by Mohamed Wasif Nazal, and proposed that **he carry out a suicide bombing in a location teeming with Israelis in Israel.** The Defendant responded affirmatively. Afterwards, the Defendant met with Raed for a second time, and he [Raed] told the Defendant that he was to carry out the suicide bombing with especially big explosive charges. One of the charges was an explosive belt and the other charge was to be placed in a case that the Defendant would be carrying, weighing 18 k.g. After Raed had shown the Defendant the explosive laboratory where they prepared the explosive belts and other charges, he took him to a road west of Qalqilya. There on the other side of the fence, in a place that was teeming with Israelis, he told him that he was to blow himself up. According to the plan, another person, who would cut the steel fence, would join the Defendant, and would then wait until the Defendant had actually entered the pub teeming with people and blown himself up. ~~Finally, the two of them established a signal, in accordance with which Raed would fire a gun next to his house, which would be the signal for him to begin the operation. He would then go to apartment known as "aldar afuka" to take the charges and to wear the explosive belt.~~ *26 March 2003 [Signature\*\*\*]*

The capture of the Defendant ahead of the date prevented the suicide action.

                **Gadi Almo, Lieutenant**

               **Military Prosecutor [\*\*\*Signature]**

**Witnesses for the Prosecution**

1.  1019223 Sergeant Major Tamir Amar (Taker of Defendant's confession)
2.  937045   Sergeant Major Ali Sadar (Taker of Defendant's confession)
\*\*3  908006620 Mohamed **Wasif Nazal (Detainee in Claim File 474/02)**

**SHATSKY-007054-T**

# Original

צבא        הגנה        לישראל

בבית המשפט הצבאי                                    תיק בימ"ש 02/ 5904
ש ו מ ר ו ן                                         תיק תביעה 479/02
בפני הרכב                                            תיק פ.א. 3475/02
פן יחיד                                              (פתח-תקווה)

במשפט שבין:

התובע הצבאי

- המאשים -

- נ ג ד -

מוחמד שוקי סעידי נזאל

(עצור מיום 26/4/02)

ת.ז. 946588518 יליד 21/12/84 קלקיליה

- הנאשם -

**כתב אישום** מתוקן ליום 1/1/03
תוקן ליום 26/3/03

הנאשם הנ"ל מואשם בזה בעבירות הבאות:

**פרט ראשון:**

**מהות העבירה:** חברות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באזור, היה חבר בזרוע הצבאית של החזית העממית- "גדודי אבו עלי מוצטפא", שהיא התאחדות בלתי מותרת.

דהיינו, חודשיים וחצי עובר למעצרו, או במועד הסמוך לכך, נפגש הנאשם עם ראאד מוסא נזאל (להלן: "ראאד"), אחראי חזית העממית (להלן: "חז"ע") בקלקיליה, וזה הציע לו להתגייס לגדודי "אבו עלי מוצטפא"- הזרוע הצבאית של החז"ע. הנאשם נתן הסכמתו לכך.

הנאשם נותר חבר בזרוע הצבאית של החז"ע עד יום מעצרו.

C:\My Documents\כתבי אישום\ביטחוני\פיגועים\doc.47902

SHATSKY-007053

2

**פרט שני:**

**מהות העבירה:** קשירת קשר לביצוע פשע, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), התש"ל- 1970, וסעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח - 1968.

**פרטי העבירה:** הנאשם הנ"ל, באזור, קשר קשר עם אדם אחר לגרום בכוונה למותו של אחר. דהיינו, בסמוך למועד האמור בפרט האישום הקודם, פנה ראאד לנאשם, לאחר שמחמד ואסף נזאל הפנהו לראאד, והציעו **לבצע פיגוע התאבדות במקום הומה ישראליים בישראל**. הנאשם השיב בחיוב. לאחר מכן, נפגש הנאשם בשנית עם ראאד, וזה אמר לנאשם כי עליו לבצע פיגוע התאבדות עם מטעני ר.בלה גדולים במיוחד. מטען אחד הוא חגורת הנפץ והמטען האחר יונח בתיק אותו ישא הנאשם ומשקלו 18 ק"ג. לאחר שראאד הראה לנאשם מעבדת חבלה בה מכינים חגורות נפץ ומטענים אחרים, לקחו לכביש אשר מערבית לקלקיליה. שם, מעבר לגדר, במקום הומה ישראליים, אמר לו כי עליו לפוצץ את עצמו. על פי התוכנית, אל הנאשם יצטרף אדם נוסף אשר יחתוך את גדרות הברזל, וימתין שם עד שהנאשם יכנס לפאב הומה אדם ויפוצץ עצמו. לבסוף, השניים קבעו סימן, לפיו ראאד ירה באויר ליד ביתו זהו הסימן כי עליו לצאת לפעולה. אז עליו ללכת לדירה המכונה "אלדאר אלפוקה" לקחת המטענים וללבוש את חגורת הנפץ.

תפיסתו של הנאשם מבעוד מועד מנעה את פעולת ההתאבדות.

גדי עלמו, סגן
תובע צבאי

**עדי התביעה:**
1. 1019223 רס"מ תמיר עאמר (גובה הודאת הנאשם).
2. 937045 רס"מ עלי סואעד (גובה הודאת הנאשם)
3. 908006620 מחמד ואסף נזאל(עצור בת"ת 474/02).

SHATSKY-007054