Exhibit 62

Thursday, August 29, 2013

| I.D.F Spokesperson Unit | | **I.D.F.** | | **Israel Defense Force** | | | |
|---|---|---|---|---|---|---|---|
| English | Head Page | Home Command | Links | History | I.D.F. Symbols | I.D.F Structure | Combat Doctrine | Data |

# Notifications of I.D.F. Spokesperson
## 26 April, 2002

### Summary of Day's Events in Church of the Nativity

In the course of the day 4 Palestinians turned themselves in to the I.D.F. coming out of the Church of the Nativity and are currently being examined by the Security Forces.

In addition, this afternoon the I.D.F forces identified two armed persons in the church, fired at them and injured them.
The injured were transferred to the I.D.F, received preliminary treatment on the spot, and were evacuated for continued medical treatment in the hospital.

Moreover, in the course of the day the I.D.F. transferred food to the monks staying in the area of the Church

### Attack on I.D.F. positions on Har Dov front.

The Hezbollah organization launched another attack with anti-tank missiles and mortar shells on I.D.F positions in the Har Dov sector. As a result of the shooting, an I.D.F soldier was lightly wounded, 2 soldiers were lightly to moderately wounded and another soldier was mildly wounded from the inhalation of smoke. The injured were evacuated to receive medical treatment in hospital
The I.D.F. Spokesperson reiterated and stressed that the governments  of Syria and Lebanon are directly responsible for the attempts to escalate the situation

### The activity of I.D.F forces in Samaria and Strike against Head of Popular Front in Qalqilya

Ground forces, tank and combat engineering corps are currently operating in the town of Qalqilya.
During the operations, 16 Palestinian activists have been detained so far, some of whom  are wanted by the Security Forces
In the course of the operations there were a number of exchanges of fire.



Thursday, August 29, 2013

There were no injuries to I.D.F forces

During the exchanges of fire, Raed Musa Ibrahim Nazal - the head of the Popular Front in Qalqilya -  was killed Raed Nazal, born 1969, was responsible for the planning and execution of a suicide bombing in Karnei Shomron on 16 February 2002, in which three youths were killed and over thirty were injured. In addition, he was responsible for the planning and execution of an explosive charge and shooting attack in the areas surrounding Qalqilya as well as for the depositing of charges against the I.D.F. forces during previous entries into the town. In the searches conducted, a bomb preparation laboratory of the Popular Front was discovered containing grenades, explosive belts for suicide terrorists, explosive material for the preparation of explosive charges and weapons, All of the detainees were brought for further interrogation by the Security Forces. As a result of the I.D.F operations in the area a large bombing attack in Israel was prevented. At this stage the operations are continuing.

In addition, in the I.D.F operation in Silat al-Dhahr and Jaba in Samaria, 26 Palestinians were detained, including a number of Tanzim activists, who were responsible for shooting attacks and explosive charges. In the Jamail village, east of Qalqilya, a Palestinian who was wanted by the Security Forces was detained; in the Beita village, south of Nablus, three Hamas activists were detained and charges and ordnance were found.

SHATSKY 007994-T

Thursday, August 29, 2013

## Operations of I.D.F forces, last night, in Samaria

I.D.F forces last night attacked terrorist targets in the town of Qalqilya and the villages of Beita, Silat al-Dhahr and Jaba located in the Samaria region. As of now, thirteen Palestinians have been detained, suspected of carrying out acts of terrorism against Israeli citizens. The operations in the town of Qalqilya are still going on that this time, and will continue until the mission is completed. The I.D.F. will continue operations to frustrate attacks against Israeli citizens and I.D.F. soldiers

כל הזכויות שמורות. צבא ההגנה לישראל www.idf.il © 1996-2002

For enquiries regarding the site: I.D.F Spokesperson Unit, Assistance Department, 9 Itamar Ben-Avi Street - Tel-Aviv 03-6080215  Fax : 6080334 - Electronic Mail 03 0  Write to us

SHATSKY - 007995-T

Original

| נתונים | מבנה צה"ל | סמל צה"ל | היסטוריה | קישורים | פיקוד העורף | עמוד ראשי |

# הודעות דובר צה"ל

## 26 אפריל 2002

### סיכום אירועי היום בכנסיית המולד

במהלך היום הסגירו עצמם לידי צה"ל 4 פלשתינים, מתוך כנסיית המולד, והם נחקרים כעת על ידי כוחות הביטחון.

בנוסף, היום אחר הצהריים, זיהו כוחות צה"ל, 2 חמושים בכנסייה, ירו לעברם ופגעו בהם.
הפצועים הועברו לידי צה"ל, קיבלו טיפול ראשוני בשטח, ופונו לקבלת המשך טיפול רפואי בבית חולים.

כמו כן, במהלך היום, הועבר ע"י צה"ל מזון לנזירים במתחם הכנסייה.

### תקיפת מוצבי צה"ל בגזרת הר דב

ארגון החיזבאללה שב ותקף הערב בטילים נגד טנקים ובפצצות מרגמה את מוצבי צה"ל בגזרת הר דב. כתוצאה מן הירי נפצע חייל צה"ל באורח קל עד בינוני, 2 חיילים באורח קל וחייל נוסף נפגע קל משאיפת עשן.
הפצועים פונו לקבלת טיפול רפואי בבית חולים.
דובר צה"ל שב ומדגיש כי האחריות הישירה לנסיונות ההסלמה במצב מוטלות על ממשלות סוריה ולבנון.

SHATSKY-007993

**פעילות כוחות צה"ל בשומרון ופגיעה בראש החזית העממית בקלקיליה.**

כוחות חי"ר, שיריון והנדסה פועלים כעת בעיר קלקיליה.
במהלך הפעילות נעצרו עד כה 16 פלשתינים, ביניהם כאלה המבוקשים ע"י כוחות
הביטחון.
במהלך הפעילות התפתחו חילופי אש מספר פעמים.
לא היו נפגעים לכוחות צה"ל.

במהלך חילופי האש נהרג ראאד מוסא איבהים נזאל, ראש החזית העממית
בקלקיליה.
ראאד נזאל, יליד 1969, היה אחראי לתכנונו והוצאתו לפועל של פיגוע
ההתאבדות בקרני שומרון בתאריך 16/2/2002 בו נהרגו שלושה בני נוער ונפצעו
למעלה משלושים. בנוסף, היה אחראי לתכנון והוצאה לפועל של פיגועי מטען וירי
בצירים סביב קלקיליה וכן לפריסת מטענים כנגד כוחות צה"ל במהלך הכניסות
הקודמות לעיר. בסריקות שנתבצעו נתפסה מעבדת חבלה של תשתית החזית העממית
בה נמצאו רימונים, חגורות נפץ למתאבדים, חומר נפץ להכנת מטענים וכלי נשק.
כל העצורים הועברו להמשך חקירת כוחות הביטחון.
כתוצאה מפעילות כוחות הביטחון באזור, סוכל פיגוע תופת גדול בישראל.
בשלב זה הפעילות נמשכת.

בנוסף, בפעילות צה"ל בכפרים סילאת א-דאהר וג'בע שבשומרון, נעצרו 26
פלשתינים, בהם מספר פעלי תנזים האחראים לביצוע פיגועי ירי ומטען.
בכפר ג'אמל, מזרחית לקלקיליה, נעצר פלשתיני המבוקש ע"י כוחות הביטחון,
בכפר ביתא, דרומית לשכם, נעצרו שלושה פעילי חמאס ונמצאו מטענים ואמצעי
לחימה.

SHATSKY-007994

**פעילות כוחות צה"ל, הלילה, במרחב השומרון.**

כוחות צה"ל פשטו הלילה על יעדי מחבלים בעיר קלקיליה ובכפרים ביתא, סילת
א-דהאר וג'בע הנמצאים במרחב השומרון. עד כה נעצרו שלושה עשר פלשתינים
החשודים בביצוע פעילות טרור כנגד אזרחי ישראל. הפעילות בעיר קלקיליה נמשכת
גם בשעה זו ותימשך עד להשלמת המשימה.
צה"ל ימשיך לפעול לסיכול פיגועים כנגד אזרחי שראל וחיילי צה"ל.



כל הזכויות שמורות. צבא ההגנה לישראל © 1996-2002 www.idf.il

לפניות בנוגע לאתר: חטיבת דובר צה"ל, מדור סיוע
רח' איתמר בן אב"י 9 , תל-אביב
טל' 6080215 - 03 פקס: 6080334 - 03
דואר אלקטרוני ⊟ כתוב לנו

SHATSKY-007995