Exhibit 109

SHATSKY-002946-T

## The Founding Comrade Dr. George Habash Condoles the Al-Razaz Family for the Death of the Great Deceased

**Mother of the great deceased;**

**Wife of the great deceased;**

**Brothers and sons of the deceased's;**

**Dear Al-Razaz Family,**

With deep sorrow and grief we received the news concerning the premature death of Arab novelist and scholar Mu'anas al-Razaz, who dedicated his life, his literature and his pen for the sake of the national causes of our Arab nation and for the sake of Palestine, and who wrote about the tragedy of the Arab person. He serves as a genuine example while reflecting the political struggle as a novelist and a scholar who was committed to the Arab nation's causes by diagnosing the intellectual, political and social contradictions in our Arab society.

Our deceased scholar Mu'anas was a bright and influential novelist in the center of the Arab cultural stage. His literary products and his novels presented an illuminating picture which reflected the Arab life in their humane and national dimensions. Mu'anas, with his creative stature, entered the cultural stage and created for himself an honorable literary space, for the future and for the next generations. He was influenced by his father, who was the righteous son of my friend and my brother, the late Arab national intellectual Munif al-Razaz, may he rest in peace.

Mu'anas, the outstanding Arab writer, reached by his innovative cultural influence, the summits of the Arab cultural stage and presented his vision and his thoughts. His death occurred surprisingly and at an early age, while he was witnessing the siege imposed on our Palestinian people and while he, like other scholars, carried upon his shoulders the concerns of our people's Intifada in occupied Palestine and defended the historical truth. He was also a novelist, who witnessed in this era the Zionist cruel war of annihilation against our people.

With his death, the Arabic culture lost one of its cultural symbols and one of its innovative literary statures.

In my name and in the name of my wife, I offer my warm condolences to the family of the deceased. May mercy be upon him and may you live long after him. We pray to Allah to bestow on you patience and consolation

May you live long.

Al-Hadaf – Palestine – First Year – Eighth Issue, February 2002.

**SHATSKY-002946-T (continued)**

Your brother George Habash

Founder of the PFLP

and his wife Hilda Habash.

---------------------------------------

**The Founding Comrade Greets the Family of the *Shahid* [Martyr] Sadeq Ahed**

The founding comrade, Dr. George Habash, sent a telegram to the family of the heroic s*hahid* [martyr] Sadeq Ahed, in which he greeted the *shahid* and his family and wrote: "The heroic and quality operation, committed by the heroic *shahid,* came in defense of the rights and as a result of the destruction, death and assassination from which our people suffers".

Habash added: "The heroic *shahid* [martyr] gave a good and instructive example of the heroic resistance path, and an example of how to restore the Palestinian dignity. The heroic act executed by the *Shahid* Sadeq will remain eternal and will set an example for the forthcoming heroic actions in the path leading to liberation".

**And Greeted the Family of the *Shahida* [female martyr] Wafa Idris**

Habash also greeted the family of the *shahida* [female martyr] Wafa Idris and wrote: "I am sending you words of greeting and not words of condolences for the great honor that your daughter has received. The *shahida* gave us life and her name will remain eternal thanks to her heroic act of martyrdom. She was as she wanted to be – loyal to her homeland and to her people and she set an example for the fighting Palestinian woman, side by side with the *Shahidat* [female martyrs] Dalal al-Maghrabi, Raja Abu Amasha, Lina al-Nablusi, Taghrid al-Batma and Sanaa Muhidly

**The Comrade Secretary General Greets the Family of the *Istishhadi* – the Comrade Sadeq 'Ahed**

Comrade Ahmed Sa'adat sent a telegram to the family of the *istishhadi* [one who performs an act of martyrdom] Sadeq Ahed, the hero of the Karnei Shomrom operation, and wrote: "With all pride, I, my comrades in the bases and leadership of the PFLP and all the national Palestinians and Arabs, received the news, according to which your son, the knight, infiltrated into the Karnei Shomron settlement. In doing so, he implemented the values and the role of the vanguard comrade, who leads the columns and takes the initiative".

Al-Hadaf – Palestine – First Year – Eighth Issue, February 2002.

**SHATSKY-002946-T (continued)**

The comrade secretary general emphasized in his telegram how proud he was of the comrade *shahid* [martyr], and of his promise and of all the *shuhada* [martyrs] who were committed to the way of the resistance and the Intifada, and adhered to all the eternal values and meanings that his pure blood was spilled for".

The comrade concluded his telegram by saying: "I hold the hands of all of you. I express my condolences and I promise to the *shahid* [martyr] to continue in the path."

**And Greets the Family of the *Shahid* Majed Abu Sa'ada**

The comrade greeted also the family of the *Shahid* [martyr] Majed Abu Sa'ada and repeated his promise to continue marching for free Palestine, which requires many sacrifices.

Al-Hadaf – Palestine – First Year – Eighth Issue, February 2002.

# Original

## الرفيق المؤسس الدكتور جورج حبش يعزي آل الرزاز بالفقيد الكبير

السيدة والدة الفقيد الكبير
السيدة عقيلة الراحل الكبير
اخوة الفقيد وأبنائه
وآل الرزاز الكرام

ببالغ الأسى والحزن تلقينا نبأ الرحيل المبكر للروائي والأديب العربي مؤنس الرزاز، الذي نذر حياته وأدبه وقلمه في سبيل القضايا القومية لأمتنا العربية، وفي سبيل فلسطين، والذي كتب عن مأساة الإنسان العربي. وكون نموذجا صادقا في تصويره للنضال السياسي كروائي وأديب التزم بقضايا الأمة العربية، عبر تشخيصه التناقضات الفكرية والسياسية والاجتماعية في مجتمعنا العربي.

لقد كان فقيدنا الأديب مؤنس في قلب المشهد الثقافي العربي روائيا مؤثرا واضحا. وقدم نتاجه الأدبي الروائي صورة مضيئة تعكس الواقعية للحياة العربية ببعديها الإنساني والقومي. ومؤنس بقامته المبدعة وصل إلى تخوم المشهد الثقافي، وجعل له فضاءا روائيا مشرفا يتطلع إلى المستقبل وللأجيال القادمة متأثرا بوالده، وهو الابن البار لصديقي وأخي المفكر القومي العربي الراحل منيف الرزاز، طيب الله ثراه.

ومؤنس، الكاتب العربي المرموق، بلغ بآثاره الأدبية المبدعة إلى قمم المشهد الثقافي العربية، وقدم رؤيته وأفكاره. ويأتي الرحيل المفاجئ في سن مبكرة وفي ظروف بالغة الصعوبة، وهو الذي كان شاهدا على حصار شعبنا الفلسطيني، وحمل كغيره من الأدباء هموم انتفاضة شعبنا في فلسطين المحتلة،

مدافعا عن الحقيقة التاريخية، كما كان روائيا شاهدا في هذا العصر على حرب الإبادة الصهيونية الشرسة ضد شعبنا.

لقد خسرت الثقافة العربية برحيله واحدا من رموزها الأدبية وواحدا من قاماتها الروائية المبدعة.

باسمي واسم عقيلتي أقدم التعازي الحارة إلى عائلة الفقيد في هذا المصاب الجلل. وللفقيد الرحمة ولكم من بعده طول البقاء، ونرجو من الله أن يلهمكم الصبر والسلوان.

دمتم للحياة...

أخوكم د. جورج حبش
مؤسس الجبهة الشعبية لتحرير فلسطين
وعقيلته هيلدا حبش

---

## الرفيق المؤسس يحيي أسرة الشهيد صادق عاهد.

أرسل الرفيق المؤسس د. جورج حبش، برقية إلى أسرة الشهيد البطل صادق عاهد حيا فيها الشهيد وأسرته، قائلا: «إن العملية البطولية والتوعية التي نفذها الشهيد البطل تأتي في سياق الدفاع عن الحق، وما يتعرض له شعبنا من تدمير وقتل واغتيالات».

وقال الرفيق المؤسس:«لقد قدم الشهيد البطل مثالا صادقا وارئعا عن خيار المقاومة الباسلة، وكان نموذجا لاستعادة الكرامة الفلسطينية، وسيبقى الفعل البطولي الذي نفذ الشهيد صادق خالدا ونموذجا يحتذى به لبطولات قادمة في سبيل التحرر».

ويحيي أسرة الشهيدة وفاء إدريس.

كما حيا أسرة الشهيدة البطلة وفاء إدريس، قائلا: «أبعث إليكم بكلمات التهنئة وليس التعزية على الشرف العظيم الذي نالته ابنتكم. لقد منحتنا الشهيدة الحياة، وسيبقى اسمها خالدا بفعلها البطولي الاستشهادي. فقد كانت كما تريد وفية لوطنها ولشعبها، ونموذجا للمرأة الفلسطينية المناضلة إلى جانب الشهيدات دلال المغربي ورجاء أبو عماشة، ولينا النابلسي وتغريد البطمة وسناء محيدلي».

---

## الرفيق الأمين العام يحيي أسرة الرفيق الاستشهادي صادق عاهد

أبرق الرفيق أحمد سعدات إلى أسرة الاستشهادي صادق عاهد، بطل عملية (كارني شمرون) قائلا:«بكل الفخر والاعتزاز تلقيت ورفاقي في قواعد وقيادات الجبهة الشعبية لتحرير فلسطين وكل الوطنيين الفلسطينيين والعرب، نبأ إقدام ابنكم الفارس الشهيد على اقتحام مستوطنة كارني شمرون، مجسدا قيم ودور الرفيق الطليعي الذي يتقدم الصفوف مبادرا».

وأكد الرفيق الأمين العام في برقيته على اعتزازه بالرفيق الشهيد، وعهده وكل الشهداء، على الالتزام بنهج المقاومة والانتفاضة والتمسك بكل المعاني والقيم الخالدة التي جسدها دمه الطاهر.

واختتم الرفيق برقيته، لأسرة الشهيد بقوله:«أشد على أيدي الجميع فيكم، وأتقدم منكم بخالص العزاء وعهدا للشهيد على مواصلة الطريق»

### ويحيي أسرة الشهيد ماجد أبو سعدة

كما حيا الرفيق الأمين العام أسرة الشهيد ماجد أبو سعدة، مؤكدا عهده على مواصلة الدرب من أجل فلسطين الحرة التي تحتاج إلى كثير من التضحيات.

SHATSKY-002946