UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SHABTAI SCOTT SHATSKY, *et al.*,

                Plaintiffs,

      -against-                          Civil Action No. 02- 2280 (RJL)

THE SYRIAN ARAB REPUBLIC, *et al.*,

                Defendants.

## **ERRATA**

Plaintiffs hereby file, by Errata, Exhibits 27 and 31 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. (*See* Attachments A-B.) As set out in Plaintiffs' Unopposed Motion for Enlargement of Time, Plaintiffs' counsel's Senior Managing Clerk encountered technical difficulties when filing Plaintiffs' opposition papers to Defendants' motion for summary judgment. [DE 264] It has come to counsel's attention that in his haste to re-file the entire submission before midnight on November 12, 2013, counsel's Senior Managing Clerk inadvertently placed the documents that make up Exhibit 31, bates-stamped SHATSKY-009286-433, under the Exhibit 27 label and inadvertently omitted Exhibit 27, bates-stamped SHATSKY-007090-92. The exhibits are attached to this Errata in their correct form.

Dated:   November 22, 2013              Respectfully submitted,

                                                       /s/  Abbe David Lowell
                                                     Abbe David Lowell (#358651)
                                                     CHADBOURNE & PARKE LLP
                                                     1200 New Hampshire Avenue, N.W.
                                                     Washington, D.C. 20036
                                                     Tel 202-974-5605
                                                     Fax 202-974-6705
                                                     ADLowell@chadbourne.com

Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
RTolchin@berkmanlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2013, I caused a true and correct copy of the foregoing Errata and accompanying attachments to be filed and served electronically via CM/ECF upon the following:

Charles F. B. McAleer, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.,
Suite 900
Washington, D.C. 20005-5799
cmcaleer@milchev.com


Richard A. Hibey
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Suite 900
Washington, DC 20005-5799
rhibey@milchev.com


Mark J. Rochon
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W.
Suite 900
Washington, DC 20005-5799
mrochon@milchev.com

*Counsel for Defendants the PA and the PLO*


/s/ Abbe David Lowell
Abbe David Lowell

2