UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


SHABTAI SCOTT SHATSKY, ET AL.  :   Docket No. CV08-0496
                            :   (RJL)
           Plaintiffs,   :
                            :   November 13, 2013
                            :
v.                         :   11:30 a.m.
                            :
SYRIAN ARAB REPUBLIC,      :
                            :
          Defendant.    :
. . . . . . . . . . . . . . . . .


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:        ABBE LOWELL
                           Chadbourne & Parke, LLP
                           1200 New Hampshire Avenue, NW
                           Washington, DC 20036

For the Defendant:         CHARLES F.B. MCALEER, JR.
                           RICHARD HIBEY
                           TIMOTHY O'TOOLE
                           JOHN C. EUSTICE
                           Miller Chevalier
                           655 15th Street, NW
                           Washington, DC 20005


Court Reporter:            PATTY ARTRIP GELS, RMR
                           Official Court Reporter
                           Room 4700-A, U.S. Courthouse
                           Washington, D.C. 20001
                           (202) 962-0200

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

```
1              P R O C E E D I N G S
2              COURTROOM DEPUTY:  Calling civil case 08-0496 Shabtai
3    Scott Shatsky, et al.  versus Syrian Arab Republic.  Would
4    counsel please come forward and identify yourself for the
5    record?
6              MR. LOWELL:  Good morning, your Honor, Abbe Lowell of
7    Chadbourne & Parke, along with Joey Langford for the Plaintiffs.
8              THE COURT:  Welcome back.
9              MR. MCALEER, JR.: May it please the Court, good
10   morning, Charles McAleer for the Defendants appearing here today
11   along with my colleagues, Mr. Richard Hibey, Mr. Timothy O'Toole
12   and Mr. John Eustice.
13             THE COURT: Don't go away.  It is your Motion.  Motion
14   To Enforce the Court's Order of June 6.
15             MR. MCALEER, JR.:  Yes.  As the Court indicated, this
16   does come before the Court today on our Motion To Enforce the
17   Court's June 6th order.  I would be happy to address any
18   questions that the Court has regarding the Motion or the reply
19   which was filed yesterday.
20             THE COURT:  Make whatever argument you want.
21             MR. MCALEER, JR.: Thank you, your Honor.  Your Honor,
22   in may of this year, the Plaintiffs brought before this Court a
23   Motion, a discovery Motion concerning a very broad subpoena that
24   they had issued many months before to a nonparty, the Arab Bank
25   out of the United States District Court for the Eastern District
```

1    of New York.  That subpoena which bore no facial reference to

2    the issues in this case sought documents from the Arab Bank

3    concerning any alleged bank accounts that the PLO maintained at

4    the Arab Bank over an 18-year period.

5         That was a subpoena, your Honor, that the Plaintiffs

6    had never brought to the attention of this Court  in the time

7    since they had issued it.  Indeed, this Court will recall that

8    it held very extensive hearings in December of 2012 and January

9    of 2013 in which the Court asked Plaintiff's counsel, not the

10   counsel here today so I don't attribute it to this counsel here

11   today --

12        THE COURT:  I remember.  Believe me, I remember.

13        MR. MCALEER, JR.: And the Court will also remember that

14   Plaintiffs filed a litany of discovery Motions accusing the

15   Defendants of all manner of discovery violations.  The

16   Defendants meticulously and in detail briefed every one of those

17   issues and the Court decided those; but the Court in very

18   practical terms asked Plaintiffs' counsel to detail before the

19   Court on December 7th every single issue that they contend was

20   outstanding in discovery that needed to be resolved.

21        The Court took the proffer of Mr. Schoen that day, and

22   the Court took quite a lot of time, gave Mr. Schoen every

23   opportunity.  Indeed, the Court went even further and said, Mr.

24   Schoen, now what I am going to do? I am going to give you a week

25   to file another Motion, even though they had already filed many

1    Motions detailing what you contend is outstanding in discovery.

2    The Plaintiffs took the Court up on that opportunity and on

3    December 14th filed a Motion.

4          Absent from both the presentation on December 7th and

5    the Motion on December 14th was any reference to what the

6    Plaintiffs now contend is essential discovery that was

7    outstanding up in New York.

8          We opposed the Motion on December 21st.  The Court

9    decided that in an omnibus docket entry I believe on

10   January 2nd; but that wasn't even the end of it.  At the end of

11   January, the Court held another status conference in the case in

12   another effort by the Court to get things resolved; and the

13   Court gave the next counsel from the Plaintiffs, Mr. Tolchin, an

14   opportunity at that January, 2013 status conference, which I

15   need not remind the Court was occurring five months after the

16   close of fact discovery on September 19th, and said to Mr.

17   Tolchin, well, what are you contending is still wrong with the

18   discovery process? And gave Mr. Tolchin that opportunity.

19         Mr. Tolchin did not disclose to the Court this

20   supposedly critical central discovery that they were pursuing up

21   in New York even though there was a hearing scheduled in New

22   York.  Now, why that hearing didn't happen and what the

23   Plaintiffs did to seek a hearing before the Court up there

24   between the time that it filed its Motion To Compel against the

25   Arab Bank in the summer of 2012 and February of 2013, I am not

1    sure.

2           However, Mr. Tolchin decided he didn't want to advise

3    this Court, even though the discovery was being sought according

4    to the Plaintiffs in and for exclusively this case.

5           So what do the Plaintiffs do? Mr. Tolchin appears

6    before a District Court Judge up in New York, Judge Brodie.  I

7    have all sympathy in the world for Judge Brodie having to deal

8    with this, but what did Mr. Tolchin tell the Court up in New

9    York?

10          Well, contrary to the arguments that the Plaintiffs

11   have made since that the New York proceeding was some separate

12   proceeding untethered to anything going on down here, Mr.

13   Tolchin went up there and said Judge Brodie, who by the way

14   commented in detail on the inappropriate overbroad nature of the

15   subpoena, Mr. Tolchin said:  Your Honor, we are only here before

16   the Court -- I am really -- I don't want to pursue this

17   discovery except for the fact that the Defendants haven't been

18   forthcoming.  Where?  Down here.

19          Your Honor, we have sought documents from the

20   Defendants, and they just haven't been giving them to us.  And

21   moreover, your Honor, what the Defendants have said to us we

22   don't believe.  The Court may recall this.  We think we cited it

23   to the Court in our papers.  They  accused us of not being

24   truthful and they said:  No, Judge, we have to pursue this

25   overly broad subpoena against this nonparty that on its face not

1  even  directly related to the issues in this case because we

2  just can't trust defense counsel.

3        And Judge Brodie, who wasn't buying that necessarily

4  that day and after having indicated the problems with the

5  subpoena said to Mr. Tolchin:  Well, one of the issues the Arab

6  Bank has raised is that you are asking them to violate bank

7  secrecy laws.  That doesn't seem right to me, and it doesn't

8  seem that I can or should necessarily decide that issue without

9  some involvement by what, the Court in which the case is pending

10  and for which the discovery is being sought.

11        So he said to Mr. Tolchin:  Mr. Tolchin, I suggest that

12  you go out of respect for the Court that is -- in which the case

13  is pending, go to that Court and ask the Court if it will compel

14  the Defendants, in this case Defendant PLO, to the consent to

15  the release essentially to the waiver of the bank secrecy laws.

16  That was February 19th.

17        Did Mr. Tolchin do that? No.  He didn't do it in a

18  timely manner, and he waits and he waits and he sits on it and

19  now we are nine months past the close of the fact discovery

20  period and then new counsel for the Plaintiffs come in.  You

21  know, we have had Mr. Strachman, then we have Mr. Tolchin, we

22  have had Mr. Schoen and then new counsel comes in.

23        Again, I am not -- there is a lot of water under the

24  bridge and I am not blaming the new counsel for it -- but that's

25  no excuse for what went on and the Plaintiffs must be bound by

1   what went on.

2          So the Plaintiffs didn't proceed in the fashion that --

3   in the timely fashion that I am sure Judge Brodie contemplated

4   but finally they did.  We met and conferred with the Plaintiffs

5   about these issues.  I was very clear that in my view nine

6   months after the fact discovery period without having advised

7   this Court and given this Court the opportunity to rationally,

8   reasonably and in an orderly manner preside over and to direct

9   discovery in this case, I thought it was inappropriate at that

10  point for them to be coming down and seeking relief and pursuing

11  the process in New York.

12         THE COURT:  Wasn't there a Summary Judgment schedule

13  already set at that point?

14         MR. MCALEER, JR.: That's coming, your Honor. I told

15  them what our position on this was.  There was no issue over no

16  meet and confer, and then they ended up on May 3rd filing their

17  Motion To Compel regarding the processes up in New York.  We

18  opposed it.  We detailed exactly what our opposition was and the

19  many grounds on which we felt it was inappropriate.

20         Plaintiffs didn't agree.  The Court had this fully

21  briefed before it.  There was no issue.  There was no -- there

22  has been no suggestion now of uncertainty that needed the

23  clarification of oral argument before the Court.  The Court was

24  fully aware of what the issues were because, of course, the

25  Court, as did we all, had to live through that litany of

1    discovery Motions and the several status hearings and getting

2    this case to the point where it was.

3            The Court decided that Motion, denied Plaintiffs the

4    relief; and as far as we were concerned, that was it.  That was

5    over.  And how is that consistent with what we did? Because I

6    raised with the Plaintiffs that I thought it was appropriate now

7    given this Court's ruling that a schedule should be set for

8    Summary Judgment.

9            Now, as we have indicated to the Court, during that

10   process I wanted a more, you know, traditional Summary Judgment

11   briefing schedule; and during the course of a heavily negotiated

12   Joint Motion, the Plaintiffs asked for extended periods of time,

13   90 days ultimately for their opposition which was just -- has

14   been filed in parts yesterday and today.  We don't have all the

15   various parts.  Some of it was filed under seal, and we haven't

16   gotten formal service other than the opposition, but we had this

17   extended process.

18           The last thing I wanted to do was to belabor the Court

19   with yet another Motion.  So I agreed to the extended briefing

20   schedule and the parties on June 17th filed a Joint Motion to

21   this Court asking the Court to set a Summary Judgment briefing

22   schedule.

23           In my experience when counsel does that, it is a

24   representation to the Court that a case has been fully

25   discovered and is ready to be submitted to the Court through a

1    Summary Judgment briefing process.

2           THE COURT:  What other possible conclusion could a

3    Court reach?

4           MR. MCALEER, JR.: Well, certainly no other conclusion

5    was intended by us other than that the parties, both sides, came

6    to the Court and jointly asked the Court to set the Summary

7    Judgment briefing schedule.

8           THE COURT:  At that point, the present counsel was a

9    party to that Joint Motion, was he not?

10          MR. MCALEER, JR.: Yes, your Honor.  And then what has

11   happened -- what happened next was again more passage of time.

12   Judge Brodie assigns the matter that's still open up there to a

13   Magistrate Judge --

14          THE COURT:  A miscellaneous case up there?

15          MR. MCALEER, JR.: Yes, just a miscellaneous matter

16   opened up solely for the purpose of receiving the Plaintiffs'

17   Motion To Compel against the Arab Bank.  But -- and the

18   Plaintiffs now -- and I am not about to business -- the Court

19   speaks in the manner in which this Court chooses to speak,

20   whether in orders or in open proceedings in court.  The

21   Plaintiffs, however, believed that Judge Brodie's decision to

22   administratively assign the miscellaneous matter to Magistrate

23   Judge Orenstein means that she intended this matter to proceed

24   forward up in New York through an extended substantive process

25   irrespective of the fact that when she suggested to the

1    Plaintiffs that they come down to D.C. and get this Court's

2    position on the matter, they did; and the Court indicated that

3    it was denying the Plaintiffs' request for  relief.

4          And then Mr. Tolchin appears before Magistrate Judge

5    Orenstein who has only being able to take in what Mr. Tolchin is

6    saying about the process down here --

7          THE COURT:  When would that have been?

8          MR. MCALEER, JR.: The date of that I believe was in

9    September -- I will -- I am sorry, your Honor.  It is in

10   October.

11         THE COURT:  So let me make sure I got this right.

12   After Mr. Lowell has entered his appearance in this case,

13   Tolchin is doing this up in New York on a subpoena relating to

14   this case when Tolchin is not a counsel for record in this case?

15   Do I have that right?

16         MR. MCALEER, JR.: No.  Mr. Tolchin is still counsel in

17   this case.

18         THE COURT:  He still is? He is still counsel in this

19   case? We will have to have a hearing and find out about that.

20         MR. MCALEER, JR.: So I can make sure the record is

21   correct.

22         THE COURT:  Tolchin is still a counsel in this case?

23         MR. MCALEER, JR.: Yes, your Honor.

24         THE COURT:  That's curious.

25         MR. MCALEER, JR.: Mr. Schoen after appearing before

1    this Court at the December 7th hearing --

2              THE COURT:  He withdrew.

3              MR. MCALEER, JR.:  And he withdrew.

4              THE COURT:  Yes.  He is fellow from Alabama.

5              MR. MCALEER, JR.:  The Court will recall that there were

6    some issues that arose with Mr. Tolchin in January concerning

7    the Plaintiffs' compliance with one of the Court's rulings; but

8    as far as I know, Mr. Tolchin is still counsel in this case.

9              THE COURT:  Yes.

10             MR. MCALEER, JR.:  I believe and so the record is

11   clear, your Honor, the hearing before Magistrate Judge Orenstein

12   was I believe on October 7, 2013.  The transcript has been

13   attached as an Exhibit 1 to Motion To Enforce the Court's Order.

14             When Mr. Tolchin appears before Magistrate Judge

15   Orenstein in New York, and Magistrate Judge Orenstein rightly

16   questions him about this Court's June 6th order, Mr. --

17             THE COURT:  Did he bring to Judge Orenstein's attention

18   the fact that his co-counsel -- indeed I will have to look at

19   that pleading -- I don't know if you can remember off the top of

20   your head -- was his name on the pleading for the joint proposed

21   Summary Judgment schedule?

22             MR. MCALEER, JR.:  I do have a copy of that in front of

23   me.

24             THE COURT:  Let's just take a look out of curiosity to

25   see if Mr. Tolchin his name was on that pleading because he

1    appears on certainly this pleading here in Opposition to

2    Defendant's Motion To Enforce.  Let's take a look and see if Mr.

3    Tolchin  is on that pleading.

4              MR. MCALEER, JR.: May I give it to -- I will tender it

5    to counsel first if he wishes to look at it.  It is the Joint

6    Motion.  I just wanted to show you out of courtesy to the Court.

7              THE COURT:  What did you learn?

8              MR. MCALEER, JR.: Mr. Tolchin is in fact on that Motion

9    that was filed and I would note for the Court that --

10             THE COURT:  So my next question is:  Did he bring that

11   to the attention of the Magistrate Judge that he had been a

12   party to a Motion in this case seeking a Summary Judgment

13   briefing schedule? Did he tell the Magistrate Judge that?

14             MR. MCALEER, JR.: My recollection, your Honor, of the

15   transcript from that hearing is that he did not.

16             THE COURT:  Isn't that interesting? Was Mr. Lowell

17   present for that hearing; do you remember?

18             MR. MCALEER, JR.: I believe that one of Mr. Lowell's

19   colleagues, Ms. DePetris.  I may be mispronouncing that and I

20   don't want to speak for counsel, but I believe the transcript

21   reflects that she was present.

22             THE COURT:  Is she a counsel of record in this case?

23             MR. LOWELL:  Neither case, your Honor. Neither.  There

24   or here.  She was not of record and I wasn't there.

25             MR. MCALEER, JR.: She appears -- I am looking at

1    page two of the transcript.  This would be docket entry 248-1 at

2    page two, Ms. DePetris appeared.  She responded to the Court.

3    Melissa DePetris from Chadbourne Park. I also represent the

4    Plaintiff in the District of D.C. matter.

5         THE COURT:  Did she bring to the attention of the Court

6    this Joint Motion?

7         MR. MCALEER, JR.: I don't want to misrepresent the

8    transcript.  My recollection is that was not an issue that was

9    brought to the Magistrate Judge's attention, but I don't want

10   to --

11        THE COURT:  I am sure you would have recalled it if she

12   had.

13        MR. MCALEER, JR.: And Mr. Tolchin, when he appears on

14   October 7th before Magistrate Judge Orenstein and is questioned

15   by Magistrate Judge Orenstein about what went on down here

16   related to the Court's June 6th order, Mr. Tolchin starts

17   offering up any number of different theories saying, well,

18   really I don't know.  You know, the Judge had lots of reasons he

19   could have -- I don't really know what those were, but -- and

20   then Mr. Tolchin muses that perhaps this Court just didn't want

21   to get involved in bank secrecy law issues and thought that

22   Judge Brodie was putting the hard work of dealing with bank

23   secrecy laws --

24        THE COURT:  Didn't want to get involved, right? That's

25   an interesting argument.

1          MR. MCALEER, JR.: Again, Mr. Lowell wasn't up in the

2    Court there.  I am not attributing that comment to him.

3    However --

4          THE COURT:  Mr. Lowell's law firm was there in the

5    room.  Sit down, Mr. Lowell.  Your turn will come.  Sit down.

6          MR. LOWELL:  I didn't really get up yet.

7          THE COURT:  Mr. Lowell's law firm was present.  He will

8    be held accountable for what occurred in that room from this

9    Court's perspective.

10          MR. MCALEER, JR.: I do respectfully submit to the Court

11   that I think Mr. Tolchin's presentation to the Court up in New

12   York which didn't detail all of the discovery Motions that had

13   occurred down here, didn't talk about the December 7th hearing,

14   the January hearing that Mr. Tolchin attended, none of that

15   fully informed the Court up in New York about exactly what had

16   occurred here; and I think would have given the Court there a

17   fairer understanding of just how far this Court has gone to try

18   to deal with and manage the discovery process here.

19          Your Honor, for many of the reasons that we indicated

20   in our Opposition to the Plaintiff's Motion To Compel in May of

21   this year and for the reasons that we have indicated in our

22   pleadings on the Motion To Enforce Order, we think that the

23   process up there was flawed from the get-go given the overly

24   broad nature of the subpoena, but certainly what has occurred up

25   there should be terminated.  And we are seeking a direction from

1    the Court that it should enforce its order, its June 6th order.

2         To the extent Plaintiffs remain unclear about this

3    Court's intentions, we would respectfully request that the Court

4    convey that in a way, frankly, that can convey more fairly and

5    fully to your colleagues in New York this Court's wishes

6    regarding the case before here.

7         There are other arguments we have submitted.  I don't

8    want to go into all the detail.  We are prepared to comply with

9    the briefing schedule that the parties jointly asked this Court

10   to enter.  Our reply date under the schedule the Plaintiffs have

11   proposed is January 15th of 2013 I believe.

12        We will certainly if there is any way to get our

13   response in sooner to maintain as quick and active a docket as

14   the Plaintiffs seem to want, we will attempt in every way

15   reasonable and possible to do so; but that is the current

16   schedule and we believe that there ought to be nothing about

17   this miscellaneous proceeding up in New York that should

18   continue and that should interfere with the adjudication of the

19   Motion for Summary Judgment that is pending.

20        With that, your Honor, again I will answer any

21   questions the Court may have, but otherwise I will refer the

22   Court to our papers.

23        THE COURT:  Thank you very much.

24        MR. MCALEER, JR.: Thank you.

25        THE COURT:  Mr. Lowell.

1          MR. LOWELL:  I think one of the problems I am having

2    and maybe I need to be clarified from the question or the

3    comments you made to Defendant's counsel I think I do need to

4    start with this.

5          I am understanding that there is an impression that if

6    there is a Summary Judgment schedule that if either side gets a

7    piece of evidence subsequent, then that is a piece of evidence

8    that doesn't exist.  It may not exist for Summary Judgment, your

9    Honor, but it exists.

10         By that I mean today, somebody at the Arab Bank could

11   provide us voluntarily with some information about the

12   Defendant's bank accounts.  We have it.  Can't use it for

13   Summary Judgment.  If Summary Judgment is granted and the case

14   is over, we can't use it at all; but it doesn't mean that in

15   Israel and in the United States the parties aren't still seeking

16   to get evidence in any way they can.  The discovery period is a

17   discovery period --

18         THE COURT:  The discovery period in this case, Mr.

19   Lowell, is over.

20         MR. LOWELL: I understand that.

21         THE COURT: It has been over a long time.

22         MR. LOWELL:  I understand that too.

23         THE COURT:  The subpoena that you apparently have been

24   a party to the issuance of in New York as a result of your

25   relationship with Mr. Tolchin is a subpoena, for lack of a

```
 1    better way of putting it for the benefit of those sitting out in

 2    the audience who aren't lawyers, is flying under the flag of

 3    this litigation.  But for this litigation, there would be no

 4    legal basis for that subpoena.  That is the basis for that

 5    subpoena.

 6          The Judges in New York apparently are under a

 7    misimpression that this Court in some way, shape or form is

 8    blessing this subpoena going forward up there.

 9          MR. LOWELL:  I think that's wrong, your Honor.

10          THE COURT:  Good.  Can you point me to a reference in

11    the transcript where Mr. Tolchin informed the Court of this

12    Court's order in June?

13          MR. LOWELL:  I can't do it standing here.  I can tell

14    you this.  This is not -- go ahead.

15          THE COURT:  Did you discuss with Mr. Tolchin in advance

16    of that hearing the importance of him bringing to the attention

17    of that Court what this Court's decision was in June?

18          MR. LOWELL:  Yes, and he did.  Well, let's get the

19    timing straight please.

20          THE COURT:  Okay. Go ahead.

21          MR. LOWELL: Let's get the timing straight, at least i

22    will try. I will give you my understanding.

23          THE COURT:  Go for it.

24          MR. LOWELL:  Thank you.  So in October at the

25    hearing --
```

1           THE COURT:  October of this year?

2           MR. LOWELL:  Correct.  First of all, Mr. Tolchin wasn't

3    there by himself.  The Arab Bank had provided letters and

4    oppositions which mirror almost identically the pleading that

5    the Defendants in this case have put forward.  So it is pretty

6    clear that they are in fact talking to each other, and it is

7    pretty clear that the Arab Bank knows the arguments to make

8    because they made every one of them, i.e., discovery was over.

9    There was the case no longer at the point of which there is

10   formal discovery  going on, et cetera.

11          So the Judges in New York as far as I know had the

12   arguments that were put forward in the Plaintiffs' Motions to

13   seek enforcement of this order.

14          Secondly, they knew for sure that in June following

15   their requests that on the very specific issue to get expedition

16   on bank records, by that compelling the consent of a party whose

17   bank accounts exist at the bank to give that consent as a way to

18   obviate the Arab Bank having to put forward any argument on the

19   existence of secrecy laws, that that was moved for here, that it

20   was  briefed here, and that it was denied here; and that it was

21   denied here in the manner in which you denied it on the basis of

22   the pleadings that put forward all the arguments that both the

23   Defendants here and the bank in New York put forward almost

24   identically, and I am certain that in October both Judge Brodie

25   and/or the Magistrate Judge were aware of all of that including

1   that you had denied the Motion To Compel the consent.

2          THE COURT:  And did those papers also include a

3   representation to the Judge that you and Mr. Tolchin had

4   submitted a Joint Motion for scheduling Summary Judgment?

5          MR. LOWELL:  I don't know that the issue of the Summary

6   Judgment came up in October or in June and, again, your Honor, I

7   know you and I are going to disagree about this, but I don't

8   understand why that is the talisman for the decision.

9          That is to say as we sit here today, Judge, if I find a

10  piece of evidence responsive to a discovery request, I am under

11  your order and the rules to supplement discovery and give it to

12  them.  Discovery is not over.  If they find something, they have

13  an obligation to supplement.  Discovery is not over.

14         THE COURT:  There is a difference between finding

15  something and issuing a subpoena to try to get something.  Do

16  you understand that distinction, Mr. Lowell?

17         MR. LOWELL:  I not only understand it, but if you were

18  saying starting in June of 2013, seven months after -- sorry --

19  I think the discovery period in this case ended in September of

20  2012, not -- I am not sure.  If the subpoena was issued by one

21  of the parties in June of 2013 for the first time, I well

22  understand not only that there is a distinction, but then there

23  is something that is happening outside of the discovery period

24  but you know better than I because you lived with this case

25  longer than I, that this subpoena was issued well within the

1    period of discovery and was resisted by both the Arab Bank and

2    working with the Defendants as long as possible.

3          The Motion To Compel that subpoena was filed before the

4    discovery period ended in this case.  The Arab Bank knew that.

5    The Defendants knew that and the Court in New York knows that.

6          THE COURT:  Was the Court notified when this Court

7    ruled that discovery was closed?

8          MR. LOWELL:  Absolutely, that the issue that was

9    discovery was closed?  Not only that, Judge, but both Arab Bank

10   and Defendants working with Arab Bank put forward the argument

11   that the efforts to support and enforce the subpoena that was

12   issued  during the discovery period were untimely, untimely

13   because it was happening after  discovery was over; and both

14   Arab Bank conceded -- sorry, not both -- Arab Bank conceded that

15   it  was timely because the subpoena and Motion had been filed

16   before the discovery period was over but there was even case law

17   cited to the Courts in New York that said even if the request

18   had been made before the discovery period, but the efforts to

19   compel enforcement occurred afterwards, it sort of trails back

20   to when the request was made.

21          They were well told that that had happened.  Now, again

22   I agree that there is a distinction, but I did understand it to

23   be a distinction if the requests were made prior to and they

24   were and so was the Motion.

25          So the issue as you are asking me as I understand it is

1   back in June when the Court in New York said why don't you on,

2   not the issue of whether this is a timely subpoena, which Arab

3   Bank conceded it was, not if this was germane in some fashion as

4   you say under the flag of this litigation because the whole case

5   comes down to whether or not the Defendants are providing money

6   to the individual or individuals responsible for the bombing and

7   the deaths of the Plaintiffs or their relatives, but whether or

8   not there would be an expeditious way to get that resolved by

9   way of a consent to the accounts being released.  That's what

10  got here because the Judge in New York said it should.

11          Now, my opponent's counsel has pointed out what Judge

12  Brodie or the Magistrate Judge thought or said.  I don't

13  understand how he has the ability to do that when the transcript

14  speaks to it including, by the way, the Magistrate Judge to whom

15  the Federal Judge in New York provided the case upon hearing

16  that your Motion had been filed -- I am sorry -- our Motion had

17  been filed, your order had been issued when  Arab Bank saying

18  the arguments that Defendants are saying here said, well, then

19  there is nothing for you left to do and the Magistrate Judge

20  said, if Judge Brodie believed that this subpoena issue was done

21  solely because Arab Bank will not provide their consent to the

22  issue of releasing the accounts, then why did the Judge provide

23  this case to me to find out two issues?  One, are there any

24  records that would be responsive to the subpoena so otherwise it

25  will be moot and, second of all, when you allege that there are

1    banking secrecy laws, what are they and where do they exist and

2    they correspond to where the accounts are?  And that happened in

3    October.

4            So if you are asking did the New York Judges know that

5    discovery was over, they well did.  Did they know that this had

6    trailed into 2013, they well did.  Did they know that in June

7    there was litigation over whether their idea to compel

8    compliance had been done, they well did.  Did they know that you

9    issued an order denying that, they well did.  You are asking and

10   did they also know that there was a schedule for Summary

11   Judgment, I am not sure of the answer to that.

12           THE COURT:  A Joint Motion.

13           MR. LOWELL:  A Joint Motion, but I don't know that that

14   is dispositive.  And you feel it is important.  I see why

15   because you told me the distinction.  I get that.  I get the

16   idea between discovery and subpoenas, but if it was for a new

17   piece of discovery, I would understand that more.

18           If you don't dispose of this case, something --

19           THE COURT:  Mr. Lowell, let me ask you a question.  If

20   this situation were exactly the same except for one key fact,

21   the banks in question were not located in New York, they were

22   located here in Washington hypothetically --

23           MR. LOWELL:  Okay.

24           THE COURT:  -- and the subpoenas were issued like you

25   just said a minute ago during the time discovery was open, but

1    the circumstances were the same in that they weren't resolved

2    and complied with during that time and discovery had closed so

3    that you would have  been in front of this Court instead of the

4    Eastern District of New York seeking to compel a response to the

5    subpoena in light of everything else going on in this case, how

6    do you think this Court would handle that?

7            MR. LOWELL:  I don't know because I don't know which of

8    those variables would still be in place in your hypothetical.

9    So you are saying that your Honor had a subpoena to a third

10   party in the District of Columbia prior to the time that this

11   subpoena -- I am sorry -- discovery period had ended.

12           THE COURT:  The only thing that changes is that it is

13   in D.C. as opposed to New York.  You have been coming to this

14   Court to enforce the subpoena, right, after discovery closed?

15           MR. LOWELL:  If it was for something that was still

16   outstanding, I am not sure how it would have been; but now

17   Defendants come here and with a degree of outrage say that

18   nobody knew anything about all the moving parts, but that's not

19   true, Judge.

20           They on December 12th at the hearing that you told them

21   that you remember very well had every bit knowing that there was

22   a subpoena request outstanding.  They didn't bring it to your

23   Court's attention.  They would like to put on Mr. Tolchin and

24   Mr. Schoen or whomever else didn't get along with them or you in

25   this matter --

1          THE COURT:  Tolchin wasn't here that day.

2          MR. LOWELL:  I don't know who was.

3          THE COURT:  It has nothing to do with getting along.

4          MR. LOWELL:  No, with them.  If they want to say that

5     this item was so important, why wasn't it raised either at any

6     points along the way? They have been well aware of this and have

7     never raised it.  They didn't say to your Honor, on

8     December 12th: Your Honor, there is this one trailing matter.

9     It is the subpoena issued in the Eastern District of New York.

10    We should subsume that in however we go forward.

11          Today they look back and say why didn't the Plaintiffs

12    tell somebody that? They had the ability to if they thought it

13    was encompassed in the same discovery order.  They didn't.  They

14    are not shy, your Honor.  They are pretty quick to tell the

15    Plaintiffs or their counsel that you are not doing this

16    according to the  rules or to the law or to the orders of the

17    Court.

18          THE COURT:  Did Mr. Schoen raise that?

19          MR. LOWELL:  In December of 2012?

20          THE COURT:  Yes.

21          MR. LOWELL:  I will take the word of defense.

22          THE COURT:  I mean you weren't here obviously that day.

23          MR. LOWELL:  That I don't -- I will take it his word

24    that it wasn't brought up in December but they were here.  Mr.

25    Schoen is not here today.  They are.  They were here in December

1    of '12.  They knew about this matter.  They didn't raise it to

2    your Honor and --

3              THE COURT:  That's been part of the problem in this

4    case since is Jump Street.  When they finally write a book about

5    this case, probably a few chapters will be devoted to the way

6    counsel for the Plaintiffs have handled this case.

7              There have been so many generations of counsel in this

8    case, you are the most recent obviously, but we had Schoen, we

9    had Schoen and Tolchin.  We had Tolchin never coming to

10   proceedings in this Court or rarely coming to proceedings in

11   this Court.  We had Schoen showing up from Alabama and Schoen

12   not knowing what Tolchin was doing and Tolchin not knowing what

13   Schoen was doing.  Mother of God.  It is no way to run a

14   railroad to say the least.

15             Next time we have a hearing in this courtroom, I assure

16   you, Mr. Tolchin will be under Court's order to be here.  He

17   will be under Court Order to be here.  If he wants to be counsel

18   of record in this case and stay counsel of record in this case,

19   have him get on Amtrak and come down here.  Do you here hear me?

20             MR. LOWELL:  I am not --

21             THE COURT:  Next time there is a hearing --

22             MR. LOWELL: I understand that  --

23             THE COURT: -- pass the word back to Mr. Tolchin I want

24   him here.  I want to be able to ask him just like I am asking

25   you questions.  Obviously you are not his keeper, but you are

```
 1    co-counsel and I expect him to be in touch with you and vice

 2    versa as to things he is saying and doing in this case.

 3            This is supposed to be a coordinated effort.  I don't

 4    want to hear I don't know what the left hand doesn't know what

 5    the right hand is doing.  That's not acceptable  to me.  He is

 6    not in your firm, but you are co-counsel in this case; and if

 7    Mr. Tolchin is going to be arguing matters related to this case

 8    in an Eastern District of New York Court, I expect him to bring

 9    to their attention certain things, not the least of which is

10    that he was a party, as were you, to a joint proposed Summary

11    Judgment Motion schedule in this case.

12            MR. LOWELL:  I  --

13            THE COURT:  I expect that.

14            MR. LOWELL:  I understand both parts of what you just

15    said about you wanting Mr. Tolchin here.  I didn't respond

16    because it was pretty clear about what you were saying and I

17    couldn't say anything about it.

18            As to the issue of not -- or do telling, as I said,

19    your Honor, I will have to look at  all the correspondence that

20    the Arab Bank sent to the Eastern District of New York to see

21    how  --

22            THE COURT:  Who represents that Arab Bank?

23            MR. LOWELL:  DLA Piper I believe.  And they put forward

24    all kinds of arguments that mirror what was said. Now why they

25    didn't raise whatever else they should have -- I just want don't
```

1    want this Court to have a sense that in New York that day or any

2    day of pertinence you had Plaintiffs' counsel all by himself

3    telling the Eastern District Judges something without there

4    being an ability for whatever else had to be said.

5          As Mr. Tolchin said or whether Mr. Schoen said before

6    him, again I point out that this -- these counsels are not shy.

7    They have been very involved in the proceeding.  They have made

8    a lot of arguments today part of which was on the breadth of the

9    subpoena in New York.  That's Arab Bank's position to make that

10   and they have.  The Judge addressed it.  Plaintiffs -- I keep

11   saying Plaintiffs -- I am sorry -- Defendants in this case have

12   the ability to intervene in New York formally.  They didn't do

13   that.

14         So they are here telling you the arguments that they

15   would have made in front of the Judges in New York without

16   having ever made them or at least making them through their

17   surrogate of DLA Piper representing Arab Bank.  Their position

18   whether it was broad, outside the window of discovery, or

19   anything else was well within the grasp of the New York Judges.

20         Now, I am understanding your Honor's point which is, as

21   I get it, there were five things that you believe were pertinent

22   to the Eastern District of New York Judges knowing either in

23   June or on October before they did whatever they did.  You are

24   asking me did they have the fifth? I know they had one, two,

25   three and four.  You are saying, I think, I am intimating that

1    you are saying the fifth was the most important or as important

2    or something they should have known.  That I understand is your

3    position.

4         I don't know that they didn't know that and, if you are

5    saying then you should have known because Tolchin is on the

6    pleadings, I understand and accept that, but I do know they were

7    told one, two, three, and four, and I may have a fundamental

8    misunderstanding because I get that the defense counsel is

9    saying that if a new piece of evidence outside of their

10   supplemental discovery requirements come into my possession -- I

11   am not sure what they are saying about it.  I think they are

12   saying I should not be seeking -- Plaintiffs should not be

13   seeking any additional evidence by whatever means once there is

14   a Summary Judgment proceeding.  I disagree with that.

15        I agree that I can't use it.  I agree that if you

16   should deny Summary Judgment and this case goes to its next step

17   and there was a piece of pertinent information, we would have to

18   figure out what if anything could be done with it, but the idea

19   that everything ends, I just didn't ever understand before.

20        THE COURT:  Obvious, Mr. Lowell, is there anything that

21   you were to obtain if that Court were to issue that subpoena, I

22   should say enforce that subpoena, anything you were to gain

23   could not be used in Summary Judgment in this proceeding unless

24   and until this Court permitted it to be used.

25        MR. LOWELL:  I totally understand that.

```
 1              THE COURT:  Which means that would have to be litigated
 2   to say the least.  Now, having said that, the problem is, at
 3   least in part, is that the Court up in New York is apparently
 4   and, again, I use the word apparently because I haven't talked
 5   to any of the Judges in New York or whatever, are apparently
 6   operating under some belief that the enforcement of that
 7   subpoena could yield information that could be used in the
 8   Summary Judgment pleadings that this Court's ultimately going to
 9   see.  Not the case.  Not the case.
10              MR. LOWELL:  You put something in your sentence that I
11   don't understand the basis of.  You said that the Judges in New
12   York are under the impression as far as you can tell --
13              THE COURT:  Apparently.
14              MR. LOWELL:  -- apparently that they are ruling on
15   something that should it be granted and provide any evidence
16   quote "could be used in the Summary Judgment proceedings" end
17   quote or words to that effect.
18              THE COURT:  That seems --
19              MR. LOWELL:  I don't think that they have the Summary
20   Judgment in their mind, and I don't know that they need to have
21   the Summary Judgment in their mind.  If they have a subpoena
22   that was properly issued by the Court for evidence that was
23   sought during the discovery period and it has been litigated in
24   that period and it trails into the non litigation period, sorry,
25   the non discovery period, I don't know that they are pegging
```

1   whether it is relevant, whether or not the subpoena ought to be

2   enforced as it was properly issued with or without regard to

3   whether there is a Summary Judgment.

4        You are right, of course, if there should be the

5   smoking gun, if there is finally the proof that there is money

6   passing through the Arab Bank from the PA or PLO to the PFLP

7   that funded in a most direct way what is alleged to have

8   happened wrong here, then you would know that we would come

9   forward and ask the Court to be able to use it and whatever the

10  rules allow that to happen.

11       But I don't know that the Court in New York is saying

12  their decision of whether they enforce their subpoena pegs to

13  whether or not it could or could not be used in this Summary

14  Judgment.

15       THE COURT:  Well, let me put it to you this way.  Go

16  back to my hypothetical a few minutes ago.  If this issue was

17  being litigated in this Court where this case is located, it

18  would have been -- the posture procedurally would have been a

19  Motion To Quash the Subpoena, right? There would have been a

20  Motion To Quash the Subpoena.  It is as simple as that because

21  the subpoena although issued during the time period prior to

22  discovery closing, at that point when the Motion is filed,

23  discovery had closed and that which would be the -- that which

24  would have been produced pursuant to the subpoena would not be

25  usable in the Summary Judgment proceedings.

1                    It would have been a Motion To Quash the Subpoena if it

2      was in this Court, not up in New York.

3                    I am pretty confident, Mr. Lowell, it would have been

4      granted --

5                    MR. LOWELL:  Okay.

6                    THE COURT:  -- in this Court.

7                    MR. LOWELL:  I am following you.

8                    THE COURT:  -- in this Court in light of the procedural

9      framework and that's all developed and all that's transpired in

10     this case.  Now, the folks up in New York don't know that.

11                   MR. LOWELL:  Don't know which part, sir?

12                   THE COURT:  What I just said.  They don't know what I

13     just said, but in ruling on this Motion, they will find out what

14     this Court's thinking.  They will learn that in the next

15     48 hours.

16                   MR. LOWELL:  Okay.  May I further respond?

17                   THE COURT:  Sure.

18                   MR. LOWELL:  So I am going to take your hypothetical

19     and keep going with it.  So had there been a subpoena that was

20     filed in the timetable that we have just talked about and it was

21     brought to the Court's attention here and you decided to quash

22     it on the basis of a Motion that properly put the issue as to

23     why it should be quashed before you, then that would be the end

24     of that subpoena if you granted the Motion to Quash.

25                   In that exchange would be back and forth argument as to

1    whether it was timely as it was in New York because the

2    discovery period was over.  Whether or not it still should be

3    enforced.  This began before there was a Summary Judgment

4    schedule in this case.  The issue of whether this material was

5    pertinent relevant should be gotten not afterwards, that would

6    have been back and forth.

7         You might have decided in fact quash or not but it

8    would have been on the basis of all the arguments.

9         THE COURT:  It is a hypothetical.

10        MR. LOWELL:  It is.  The second thing that would have

11   happened in your analogy is that that same situation could have

12   happened both there or here, not in the Motion To Quash

13   hypothetical, but in the pleadings that actually occurred.  When

14   we, that is the Plaintiffs, brought the issue of compelling the

15   consent to voluntary release to the Court's attention, it was

16   opposed by the defense.  They did oppose it and say we don't

17   want you simply not to order us to voluntarily give up our bank

18   records so Arab Bank can provide the material.  They could have

19   said and, Judge, we want you to order the parties not to be

20   seeking this information any place in the world any time in the

21   future, and they didn't ask that relief from you.  They didn't

22   give you the option to do the same Motion To Quash you are

23   asking me about.

24        More importantly, when the Motion To Compel the

25   Subpoena was filed in New York by the Arab Bank or when the

1    proceedings occurred last October in New York, either the Arab

2    Bank as the party could have sought the same Motion To Quash and

3    asked the relief that you are saying that the Defendants could

4    have done in front of you or, more importantly, the third party

5    Arab Bank would have done before you because in your

6    hypothetical, that subpoena would have gone to the Arab Bank.

7         It would have been Arab Bank's possession to move to

8    quash.  They are the holder of the subpoena.  They could have

9    done that.  They could have made the same arguments.  They could

10   have done that in the Eastern District.  They didn't do that

11   either.

12        So that's why before when you asked me what do I think

13   would have happened, I told you that there were variabilities

14   that I wasn't able to address to know.  Now, I do understand I

15   would be, you know, dumber than I am dumb to understand the

16   intimation of what you are saying that you believe should not

17   have happened.  I understand by your questions and your comments

18   and your facial expressions that you think somehow that once the

19   Motion To Compel, the voluntary release of names was denied by

20   your minute order, that should have been the end of it.

21        I understand that now I think.  I mean I think that's

22   what I understand you are thinking, but that wasn't clear then

23   and it wasn't clear in the exchange between the Judges in the

24   Eastern District and the parties in front of the Eastern

25   District.  So I mean you can issue the order.  I know what you

 1   are saying, but it wasn't clear.

 2          THE COURT:  One of the most painfully difficult aspects

 3   of the Federal Rules of Civil Procedure for parties, litigants,

 4   counsel is the seeming illusiveness of finality, and it is up to

 5   Judges, it is up to Judges to be very clear about when finality

 6   due process is over, it is done, over.

 7          This is a case that cries out for the need for

 8   finality.  This is a case that long precedes you, Mr. Lowell.

 9   You are, as by your own admission, you are a babe in this woods.

10   You have been here since May.  Was it May you entered your

11   appearance?

12          MR. LOWELL: April or May.  I feel you are right about

13   that, Judge.

14          THE COURT:  Yes.  This is a case that goes back to '02.

15   This case has had so many iteration of counsel on both sides.

16   Mr. Hibey and his firm has been in this case I think since about

17   '07 or '08.

18          MR. HIBEY:  '07.

19          THE COURT:  '07.  This is a case that cries out for the

20   need for finality.  Lots of events that way preceded your ever

21   arriving on this scene.  When that order was issued in June, the

22   doors were closed.  Summary Judgment will be done in January.  I

23   don't know what I can do -- I am going to reflect on it -- with

24   regard to what's going on in New York, but at a minimum, I am

25   going to make it very clear to them as far as this Court is

1    concerned, it is over.  Discovery is over, and it has been over

2    for a long time.

3            So --

4            MR. LOWELL:  I understand, Judge.

5            THE COURT:  -- I will craft to the best of my ability

6    something a little more than a Minute Order.  It won't be some

7    full blown opinion because we have got a lot of other things

8    going on around this courthouse including the constitutionality

9    of the metadata harvesting program as of next Monday.  I have

10   got some very long briefs I have to read for that, but discovery

11   as far as I am concerned is over.  It has been since June.

12   Earlier really, but certainly by that order in June.

13           MR. LOWELL:  Judge, I hear you on that.  I will tell

14   you that whatever order -- I am understanding what you are

15   ordering even without you having put pen to paper and I get that

16   your point is that at least as to Court process and specifically

17   the Court process that's before you, which is the subpoena in

18   New York, as the Judge overseeing the parties, one party of

19   which has been involved in that Motion To Enforce, you are

20   saying that that party doesn't have the right and order to seek

21   evidence through that subpoena by any means whether it be the

22   voluntary disclosure of Arab Bank -- I am sorry --the Defendants

23   saying --

24           THE COURT:  Mr. Tolchin is flying under this Court's

25   flag.

1          MR. LOWELL:  Thank you for your time, Judge.

2          THE COURT:  And that flag is no longer up on the yard

3    iron.  So Mr. Tolchin needs to sit down and reevaluate what he

4    is doing.  Hopefully the Eastern District of New York will get

5    the message.  Have a nice day, counsel.

6          (Whereupon, at 12:37 p.m., the proceedings were

7    concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATE OF REPORTER

2

3          I, Patty A. Gels, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                                   _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## '

**'02** [1] - 35:14
**'07** [3] - 35:17, 35:18, 35:19
**'08** [1] - 35:17
**'12** [1] - 26:1

## 0

**08-0496** [1] - 3:2

## 1

**1** [1] - 12:13
**11:30** [1] - 1:7
**1200** [1] - 1:17
**12:37** [1] - 37:6
**12th** [2] - 24:20, 25:8
**13** [1] - 1:6
**14th** [2] - 5:3, 5:5
**15th** [2] - 1:21, 16:11
**17th** [1] - 9:20
**18-year** [1] - 4:4
**19th** [2] - 5:16, 7:16

## 2

**20001** [1] - 1:24
**20005** [1] - 1:21
**20036** [1] - 1:17
**2012** [4] - 4:8, 5:25, 20:20, 25:19
**2013** [9] - 1:6, 4:9, 5:14, 5:25, 12:12, 16:11, 20:18, 20:21, 23:6
**202** [1] - 1:25
**21st** [1] - 5:8
**248-1** [1] - 14:1
**2nd** [1] - 5:10

## 3

**3rd** [1] - 8:16

## 4

**4700-A** [1] - 1:24
**48** [1] - 32:15

## 6

**6** [1] - 3:14
**655** [1] - 1:21
**6th** [4] - 3:17, 12:16, 14:16, 16:1

## 7

**7** [1] - 12:12
**7th** [5] - 4:19, 5:4, 12:1, 14:14, 15:13

## 9

**90** [1] - 9:13
**962-0200** [1] - 1:25

## A

**a.m** [1] - 1:7
**Abbe** [1] - 3:6
**ABBE** [1] - 1:16
**ability** [5] - 22:13, 25:12, 28:4, 28:12, 36:5
**able** [4] - 11:5, 26:24, 31:9, 34:14
**above-entitled** [1] - 38:5
**absent** [1] - 5:4
**absolutely** [1] - 21:8
**accept** [1] - 29:6
**acceptable** [1] - 27:5
**according** [2] - 6:3, 25:16
**accountable** [1] - 15:8
**accounts** [6] - 4:3, 17:12, 19:17, 22:9, 22:22, 23:2
**accused** [1] - 6:23
**accusing** [1] - 4:14
**active** [1] - 16:13
**additional** [1] - 29:13
**address** [2] - 3:17, 34:14
**addressed** [1] - 28:10
**adjudication** [1] - 16:18
**administratively** [1] - 10:22
**admission** [1] - 35:9
**advance** [1] - 18:15
**advise** [1] - 6:2
**advised** [1] - 8:6
**afterwards** [2] - 21:19, 33:5
**ago** [2] - 23:25, 31:16
**agree** [4] - 8:20, 21:22, 29:15
**agreed** [1] - 9:19
**ahead** [2] - 18:14, 18:20
**aided** [1] - 2:2
**AL** [1] - 1:4
**al** [1] - 3:3
**Alabama** [2] - 12:4, 26:11
**allege** [1] - 22:25
**alleged** [2] - 4:3, 31:7
**allow** [1] - 31:10
**almost** [2] - 19:4, 19:23
**Amtrak** [1] - 26:19
**analogy** [1] - 33:11
**answer** [2] - 16:20, 23:11
**appearance** [2] - 11:12, 35:11
**APPEARANCES** [1] - 1:14
**appeared** [1] - 14:2
**appearing** [2] - 3:10, 11:25
**appropriate** [1] - 9:6
**April** [1] - 35:12
**Arab** [32] - 3:3, 3:24, 4:2, 4:4, 5:25, 7:5, 10:17, 17:10, 19:3, 19:7, 19:18, 21:1, 21:4, 21:9, 21:10, 21:14, 22:2, 22:17, 22:21, 27:20, 27:22, 28:9, 28:17, 31:6, 33:18, 33:25, 34:1, 34:5, 34:6, 34:7, 36:22
**ARAB** [1] - 1:8
**arguing** [1] - 27:7

**argument** [6] - 3:20, 8:23, 14:25, 19:18, 21:10, 32:25
**arguments** [11] - 6:10, 16:7, 19:7, 19:12, 19:22, 22:18, 27:24, 28:8, 28:14, 33:8, 34:9
**arose** [1] - 12:6
**arriving** [1] - 35:21
**ARTRIP** [1] - 1:23
**aspects** [1] - 35:2
**assign** [1] - 10:22
**assigns** [1] - 10:12
**assure** [1] - 26:15
**attached** [1] - 12:13
**attempt** [1] - 16:14
**attended** [1] - 15:14
**attention** [10] - 4:6, 12:17, 13:11, 14:5, 14:9, 18:16, 24:23, 27:9, 32:21, 33:15
**attribute** [1] - 4:10
**attributing** [1] - 15:2
**audience** [1] - 18:2
**Avenue** [1] - 1:17
**aware** [3] - 8:24, 19:25, 25:6

## B

**babe** [1] - 35:9
**Bank** [28] - 3:24, 4:2, 4:4, 5:25, 7:6, 10:17, 17:10, 19:3, 19:7, 19:18, 21:1, 21:4, 21:10, 21:14, 22:3, 22:17, 22:21, 27:20, 27:22, 28:17, 31:6, 33:18, 33:25, 34:2, 34:5, 34:6, 36:22
**bank** [4] - 4:3, 7:6, 7:15, 14:21, 14:22, 17:12, 19:16, 19:17, 19:23, 21:9, 33:17
**Bank's** [2] - 28:9, 34:7
**banking** [1] - 23:1
**banks** [1] - 23:21
**basis** [6] - 18:4, 19:21, 30:11, 32:22, 33:8
**BEFORE** [1] - 1:12
**began** [1] - 33:3
**belabor** [1] - 9:18
**belief** [1] - 30:6
**benefit** [1] - 18:1
**best** [1] - 36:5
**better** [2] - 18:1, 20:24
**between** [4] - 5:24, 20:14, 23:16, 34:23
**bit** [1] - 24:21
**blaming** [1] - 7:24
**blessing** [1] - 18:8
**blown** [1] - 36:7
**bombing** [1] - 22:6
**book** [1] - 26:4
**bore** [1] - 4:1
**bound** [1] - 7:25
**breadth** [1] - 28:8
**bridge** [1] - 7:24
**briefed** [3] - 4:16, 8:21, 19:20
**briefing** [7] - 9:11, 9:19, 9:21, 10:1, 10:7, 13:13, 16:9
**briefs** [1] - 36:10

**bring** [5] - 12:17, 13:10, 14:5, 24:22, 27:8
**bringing** [1] - 18:16
**broad** [4] - 3:23, 6:25, 15:24, 28:18
**Brodie** [10] - 6:6, 6:7, 6:13, 7:3, 8:3, 10:12, 14:22, 19:24, 22:12, 22:20
**Brodie's** [1] - 10:21
**brought** [6] - 3:22, 4:6, 14:9, 25:24, 32:21, 33:14
**business** [1] - 10:18
**buying** [1] - 7:3

## C

**case** [59] - 3:2, 4:2, 5:11, 6:4, 7:1, 7:9, 7:12, 7:14, 8:9, 9:2, 9:24, 10:14, 11:12, 11:14, 11:17, 11:19, 11:22, 12:8, 13:12, 13:22, 13:23, 16:6, 17:13, 17:18, 19:5, 19:9, 20:19, 20:24, 21:4, 21:16, 22:4, 22:15, 22:23, 23:18, 24:5, 26:4, 26:5, 26:6, 26:8, 26:18, 27:2, 27:6, 27:7, 27:11, 28:11, 29:16, 30:9, 31:17, 32:10, 33:4, 35:7, 35:8, 35:14, 35:15, 35:16, 35:19
**central** [1] - 5:20
**certain** [2] - 19:24, 27:9
**certainly** [5] - 10:4, 13:1, 15:24, 16:12, 36:12
**CERTIFICATE** [1] - 38:1
**certify** [1] - 38:3
**cetera** [1] - 19:10
**Chadbourne** [3] - 1:16, 3:7, 14:3
**changes** [1] - 24:12
**chapters** [1] - 26:5
**CHARLES** [1] - 1:18
**Charles** [1] - 3:10
**Chevalier** [1] - 1:20
**chooses** [1] - 10:19
**circumstances** [1] - 24:1
**cited** [2] - 6:22, 21:17
**Civil** [1] - 35:3
**civil** [1] - 3:2
**clarification** [1] - 8:23
**clarified** [1] - 17:2
**clear** [10] - 8:5, 12:11, 19:6, 19:7, 27:16, 34:22, 34:23, 35:1, 35:5, 35:25
**close** [2] - 5:16, 7:19
**closed** [6] - 21:7, 21:9, 24:2, 24:14, 31:23, 35:22
**closing** [1] - 31:22
**co** [3] - 12:18, 27:1, 27:6
**co-counsel** [3] - 12:18, 27:1, 27:6
**colleagues** [3] - 3:11, 13:19, 16:5
**COLUMBIA** [1] - 1:2
**Columbia** [1] - 24:10
**coming** [5] - 8:10, 8:14, 24:13, 26:9, 26:10
**comment** [1] - 15:2
**commented** [1] - 6:14
**comments** [2] - 17:3, 34:17

**compel** [4] - 7:13, 21:19, 23:7, 24:4
**Compel** [8] - 5:24, 8:17, 10:17, 15:20, 20:1, 21:3, 33:24, 34:19
**compelling** [2] - 19:16, 33:14
**compliance** [2] - 12:7, 23:8
**complied** [1] - 24:2
**comply** [1] - 16:8
**computer** [1] - 2:2
**computer-aided** [1] - 2:2
**conceded** [3] - 21:14, 22:3
**concerned** [3] - 9:4, 36:1, 36:11
**concerning** [3] - 3:23, 4:3, 12:6
**concluded** [1] - 37:7
**conclusion** [2] - 10:2, 10:4
**confer** [1] - 8:16
**conference** [2] - 5:11, 5:14
**CONFERENCE** [1] - 1:11
**conferred** [1] - 8:4
**confident** [1] - 32:3
**consent** [7] - 7:14, 19:16, 19:17, 20:1, 22:9, 22:21, 33:15
**consistent** [1] - 9:5
**constitutionality** [1] - 36:8
**contemplated** [1] - 8:3
**contend** [3] - 4:19, 5:1, 5:6
**contending** [1] - 5:17
**continue** [1] - 16:18
**contrary** [1] - 6:10
**convey** [1] - 16:4
**coordinated** [1] - 27:3
**copy** [1] - 12:22
**correct** [3] - 11:21, 19:2, 38:4
**correspond** [1] - 23:2
**correspondence** [1] - 27:19
**counsel** [35] - 3:4, 4:9, 4:10, 4:18, 5:13, 7:2, 7:20, 7:22, 7:24, 9:23, 10:8, 11:14, 11:16, 11:18, 11:22, 12:8, 12:18, 13:5, 13:20, 13:22, 17:3, 22:11, 25:15, 26:6, 26:7, 26:17, 26:18, 27:1, 27:6, 28:2, 29:8, 35:4, 35:15, 37:5
**counsels** [1] - 28:6
**course** [3] - 8:24, 9:11, 31:4
**court** [1] - 10:20
**COURT** [71] - 1:1, 3:8, 3:13, 3:20, 4:12, 8:12, 10:2, 10:8, 10:14, 11:7, 11:11, 11:18, 11:22, 11:24, 12:2, 12:4, 12:9, 12:17, 12:24, 13:7, 13:10, 13:16, 13:22, 14:5, 14:11, 14:24, 15:4, 15:7, 16:23, 16:25, 17:18, 17:21, 17:23, 18:10, 18:15, 18:20, 18:23, 19:1, 20:2, 20:14, 21:6, 23:12, 23:19, 23:24, 24:12, 25:1, 25:3, 25:18, 25:20, 25:22, 26:3, 26:21, 26:23, 27:13, 27:22, 29:20, 30:1, 30:13, 30:18, 31:15, 32:6, 32:8, 32:12, 32:17, 33:9, 35:2, 35:14, 35:19, 36:5, 36:24, 37:2
**Court** [102] - 1:23, 1:23, 3:9, 3:15, 3:16, 3:18, 3:22, 3:25, 4:6, 4:7, 4:9, 4:13, 4:17, 4:19, 4:21, 4:22, 4:23, 5:2, 5:8, 5:11, 5:12, 5:13, 5:15, 5:19, 5:23,

6:3, 6:6, 6:8, 6:16, 6:22, 6:23, 7:9, 7:12, 7:13, 8:7, 8:20, 8:23, 8:25, 9:3, 9:9, 9:18, 9:21, 9:24, 9:25, 10:3, 10:6, 10:18, 10:19, 11:2, 12:1, 12:5, 13:6, 13:9, 14:2, 14:5, 14:20, 15:2, 15:10, 15:11, 15:15, 15:16, 15:17, 16:1, 16:3, 16:9, 16:21, 16:22, 18:7, 18:11, 18:17, 21:5, 21:6, 22:1, 24:3, 24:6, 24:14, 25:17, 26:10, 26:11, 26:17, 27:8, 28:1, 29:21, 29:24, 30:3, 30:22, 31:9, 31:11, 31:17, 32:2, 32:6, 32:8, 35:25, 36:16, 36:17
**Court's** [20] - 3:14, 3:17, 9:7, 11:1, 12:7, 12:13, 12:16, 14:16, 15:9, 16:3, 16:5, 18:12, 18:17, 24:23, 26:16, 30:8, 32:14, 32:21, 33:1, 33:15, 36:24
**courtesy** [1] - 13:6
**Courthouse** [1] - 1:24
**courthouse** [1] - 36:8
**courtroom** [1] - 26:15
**COURTROOM** [1] - 3:2
**courts** [1] - 21:17
**craft** [1] - 36:5
**cries** [2] - 35:7, 35:19
**critical** [1] - 5:20
**curiosity** [1] - 12:24
**curious** [1] - 11:24
**current** [1] - 16:15
**CV08-0496** [1] - 1:4

## D

**D.C** [4] - 1:24, 11:1, 14:4, 24:13
**date** [2] - 11:8, 16:10
**days** [1] - 9:13
**DC** [2] - 1:17, 1:21
**deal** [2] - 6:7, 15:18
**dealing** [1] - 14:22
**deaths** [1] - 22:7
**December** [13] - 4:8, 4:19, 5:3, 5:4, 5:5, 5:8, 12:1, 15:13, 24:20, 25:8, 25:19, 25:24, 25:25
**decide** [1] - 7:8
**decided** [6] - 4:17, 5:9, 6:2, 9:3, 32:21, 33:7
**decision** [4] - 10:21, 18:17, 20:8, 31:12
**Defendant** [3] - 1:9, 1:18, 7:14
**Defendant's** [3] - 13:2, 17:3, 17:12
**Defendants** [18] - 3:10, 4:15, 4:16, 6:17, 6:20, 6:21, 7:14, 19:5, 19:23, 21:2, 21:5, 21:10, 22:5, 22:18, 24:17, 28:11, 34:3, 36:22
**defense** [4] - 7:2, 25:21, 29:8, 33:16
**degree** [1] - 24:17
**denied** [6] - 9:3, 19:20, 19:21, 20:1, 34:19
**deny** [1] - 29:16
**denying** [2] - 11:3, 23:9
**DePetris** [3] - 13:19, 14:2, 14:3

**DEPUTY** [1] - 3:2
**detail** [5] - 4:16, 4:18, 6:14, 15:12, 16:8
**detailed** [1] - 8:18
**detailing** [1] - 5:1
**developed** [1] - 32:9
**devoted** [1] - 26:5
**difference** [1] - 20:14
**different** [1] - 14:17
**difficult** [1] - 35:2
**direct** [2] - 8:8, 31:7
**direction** [1] - 15:25
**directly** [1] - 7:1
**disagree** [2] - 20:7, 29:14
**disclose** [1] - 5:19
**disclosure** [1] - 36:22
**discovered** [1] - 9:25
**discovery** [54] - 3:23, 4:14, 4:15, 4:20, 5:1, 5:6, 5:16, 5:18, 5:20, 6:3, 6:17, 7:10, 7:19, 8:6, 8:9, 9:1, 15:12, 15:18, 17:16, 17:17, 17:18, 19:8, 19:10, 20:10, 20:11, 20:12, 20:13, 20:23, 21:1, 21:4, 21:7, 21:9, 21:12, 21:13, 21:16, 21:18, 23:5, 23:16, 23:17, 23:25, 24:2, 24:11, 24:14, 25:13, 28:18, 29:10, 30:23, 30:25, 31:22, 31:23, 33:2, 36:1, 36:10
**discuss** [1] - 18:15
**dispose** [1] - 23:18
**dispositive** [1] - 23:14
**distinction** [5] - 20:16, 20:22, 21:22, 21:23, 23:15
**DISTRICT** [3] - 1:1, 1:2, 1:12
**District** [15] - 3:25, 6:6, 14:4, 24:4, 24:10, 25:9, 27:8, 27:20, 28:3, 28:22, 34:10, 34:24, 34:25, 37:4
**DLA** [2] - 27:23, 28:17
**Docket** [1] - 1:4
**docket** [5] - 5:9, 14:1, 16:13
**documents** [2] - 4:2, 6:19
**done** [9] - 22:20, 23:8, 29:18, 34:4, 34:5, 34:9, 34:10, 35:6, 35:22
**doors** [1] - 35:22
**down** [12] - 6:12, 6:18, 8:10, 11:1, 11:6, 14:15, 15:5, 15:13, 22:5, 26:19, 37:3
**due** [1] - 35:6
**dumb** [1] - 34:15
**dumber** [1] - 34:15
**during** [7] - 9:9, 9:11, 21:12, 23:25, 24:2, 30:23, 31:21

**E**

**Eastern** [11] - 3:25, 24:4, 25:9, 27:8, 27:20, 28:3, 28:22, 34:10, 34:24, 37:4
**effect** [1] - 30:17
**effort** [2] - 5:12, 27:3
**efforts** [2] - 21:11, 21:18
**either** [5] - 17:6, 25:5, 28:22, 34:1, 34:11

**encompassed** [1] - 25:13
**end** [5] - 5:10, 30:16, 32:23, 34:20
**ended** [4] - 8:16, 20:19, 21:4, 24:11
**ends** [1] - 29:19
**Enforce** [4] - 12:13, 13:2, 15:22, 36:19
**enforce** [7] - 3:14, 3:16, 16:1, 21:11, 24:14, 29:22, 31:12
**enforced** [2] - 31:2, 33:3
**enforcement** [3] - 19:13, 21:19, 30:6
**enter** [1] - 16:10
**entered** [2] - 11:12, 35:10
**entitled** [1] - 38:5
**entry** [2] - 5:9, 14:1
**essential** [1] - 5:6
**essentially** [1] - 7:15
**et** [2] - 3:3, 19:10
**ET** [1] - 1:4
**Eustice** [1] - 3:12
**EUSTICE** [1] - 1:20
**events** [1] - 35:20
**evidence** [9] - 17:7, 17:16, 20:10, 29:9, 29:13, 30:15, 30:22, 36:21
**exactly** [3] - 8:18, 15:15, 23:20
**except** [2] - 6:17, 23:20
**exchange** [2] - 32:25, 34:23
**exclusively** [1] - 6:4
**excuse** [1] - 7:25
**Exhibit** [1] - 12:13
**exist** [4] - 17:8, 19:17, 23:1
**existence** [1] - 19:19
**exists** [1] - 17:9
**expect** [3] - 27:1, 27:8, 27:13
**expedition** [1] - 19:15
**expeditious** [1] - 22:8
**experience** [1] - 9:23
**expressions** [1] - 34:18
**extended** [4] - 9:12, 9:17, 9:19, 10:24
**extensive** [1] - 4:8
**extent** [1] - 16:2

**F**

**F.B** [1] - 1:18
**face** [1] - 6:25
**facial** [2] - 4:1, 34:18
**fact** [8] - 5:16, 6:17, 7:19, 8:6, 10:25, 12:18, 13:8, 19:6, 23:20, 33:7
**fairer** [1] - 15:17
**fairly** [1] - 16:4
**far** [7] - 9:4, 12:8, 15:17, 19:11, 30:12, 35:25, 36:11
**fashion** [3] - 8:2, 8:3, 22:3
**February** [2] - 5:25, 7:16
**Federal** [2] - 22:15, 35:3
**fellow** [1] - 12:4
**felt** [1] - 8:19
**few** [2] - 26:5, 31:16
**fifth** [1] - 28:24, 29:1
**figure** [1] - 29:18

**file** [1] - 4:25
**filed** [16] - 3:19, 4:14, 4:25, 5:3, 5:24, 9:14, 9:15, 9:20, 13:9, 21:3, 21:15, 22:16, 22:17, 31:22, 32:20, 33:25
**filing** [1] - 8:16
**finality** [4] - 35:4, 35:5, 35:8, 35:20
**finally** [3] - 8:4, 26:4, 31:5
**firm** [4] - 15:4, 15:7, 27:6, 35:16
**first** [3] - 13:5, 19:2, 20:21
**five** [2] - 5:15, 28:21
**flag** [4] - 18:2, 22:4, 36:25, 37:2
**flawed** [1] - 15:23
**flying** [2] - 18:2, 36:24
**folks** [1] - 32:10
**following** [2] - 19:14, 32:7
**FOR** [1] - 1:2
**foregoing** [1] - 38:3
**form** [1] - 18:7
**formal** [2] - 9:16, 19:10
**formally** [1] - 28:12
**forth** [2] - 32:25, 33:6
**forthcoming** [1] - 6:18
**forward** [12] - 3:4, 10:24, 18:8, 19:5, 19:12, 19:18, 19:22, 19:23, 21:10, 25:10, 27:23, 31:9
**four** [2] - 28:25, 29:7
**framework** [1] - 32:9
**frankly** [1] - 16:4
**front** [5] - 12:22, 24:3, 28:15, 34:4, 34:24
**full** [1] - 36:7
**fully** [5] - 8:20, 8:24, 9:24, 15:15, 16:5
**fundamental** [1] - 29:7
**funded** [1] - 31:7
**future** [1] - 33:21

**G**

**gain** [1] - 29:22
**GELS** [1] - 1:23
**Gels** [1] - 38:3
**generations** [1] - 26:7
**germane** [1] - 22:3
**get-go** [1] - 15:23
**given** [4] - 8:7, 9:7, 15:16, 15:23
**God** [1] - 26:13
**granted** [4] - 17:13, 30:15, 32:4, 32:24
**grasp** [1] - 28:19
**grounds** [1] - 8:19
**gun** [1] - 31:5

**H**

**Hampshire** [1] - 1:17
**hand** [2] - 27:4, 27:5
**handle** [1] - 24:6
**handled** [1] - 26:6
**happy** [1] - 3:17
**hard** [1] - 14:22
**harvesting** [1] - 36:9

**head** [1] - 12:20
**hear** [3] - 26:19, 27:4, 36:13
**hearing** [16] - 5:21, 5:22, 5:23, 11:19, 12:1, 12:11, 13:15, 13:17, 15:13, 15:14, 18:16, 18:25, 22:15, 24:20, 26:15, 26:21
**hearings** [2] - 4:8, 9:1
**heavily** [1] - 9:11
**held** [3] - 4:8, 5:11, 15:8
**HIBEY** [2] - 1:19, 35:18
**Hibey** [2] - 3:11, 35:16
**himself** [2] - 19:3, 28:2
**holder** [1] - 34:8
**Honor** [25] - 3:6, 3:21, 4:5, 6:15, 6:19, 6:21, 8:14, 10:10, 11:9, 11:23, 12:11, 13:14, 13:23, 15:19, 16:20, 17:9, 18:9, 20:6, 24:9, 25:7, 25:8, 25:14, 26:2, 27:19
**Honor's** [1] - 28:20
**HONORABLE** [1] - 1:12
**hopefully** [1] - 37:4
**hours** [1] - 32:15
**hypothetical** [6] - 24:8, 31:16, 32:18, 33:9, 33:13, 34:6
**hypothetically** [1] - 23:22

## I

**i.e** [1] - 19:8
**idea** [3] - 23:7, 23:16, 29:18
**identically** [2] - 19:4, 19:24
**identify** [1] - 3:4
**illusiveness** [1] - 35:4
**importance** [1] - 18:16
**important** [4] - 23:14, 25:5, 29:1
**importantly** [2] - 33:24, 34:4
**impression** [2] - 17:5, 30:12
**inappropriate** [6] - 6:14, 8:9, 8:19
**include** [1] - 20:2
**including** [3] - 19:25, 22:14, 36:8
**indeed** [3] - 4:7, 4:23, 12:18
**indicated** [6] - 3:15, 7:4, 9:9, 11:2, 15:19, 15:21
**individual** [1] - 22:6
**individuals** [1] - 22:6
**information** [4] - 17:11, 29:17, 30:7, 33:20
**informed** [2] - 15:15, 18:11
**instead** [1] - 24:3
**intended** [2] - 10:5, 10:23
**intentions** [1] - 16:3
**interesting** [2] - 13:16, 14:25
**interfere** [1] - 16:18
**intervene** [1] - 28:12
**intimating** [1] - 28:25
**intimation** [1] - 34:16
**involved** [4] - 14:21, 14:24, 28:7, 36:19
**involvement** [1] - 7:9
**iron** [1] - 37:3

**irrespective** [1] - 10:25
**Israel** [1] - 17:15
**issuance** [1] - 17:24
**issue** [19] - 4:19, 7:8, 8:15, 8:21, 14:8, 19:15, 20:5, 21:8, 21:25, 22:2, 22:20, 22:22, 27:18, 29:21, 31:16, 32:22, 33:4, 33:14, 34:25
**issued** [13] - 3:24, 4:7, 20:20, 20:25, 21:12, 22:17, 23:9, 23:24, 25:9, 30:22, 31:2, 31:21, 35:21
**issues** [4] - 4:2, 4:17, 7:1, 7:5, 8:5, 8:24, 12:6, 14:21, 22:23
**issuing** [1] - 20:15
**item** [1] - 25:5
**iteration** [1] - 35:15

## J

**January** [8] - 4:8, 5:10, 5:11, 5:14, 12:6, 15:14, 16:11, 35:22
**Joey** [1] - 3:7
**JOHN** [1] - 1:20
**John** [1] - 3:12
**Joint** [8] - 9:12, 9:20, 10:9, 13:5, 14:6, 20:4, 23:12, 23:13
**joint** [2] - 12:20, 27:10
**jointly** [2] - 10:6, 16:9
**JR** [28] - 1:18, 3:9, 3:15, 3:21, 4:13, 8:14, 10:4, 10:10, 10:15, 11:8, 11:16, 11:20, 11:23, 11:25, 12:3, 12:5, 12:10, 12:22, 13:4, 13:8, 13:14, 13:18, 13:25, 14:7, 14:13, 15:1, 15:10, 16:24
**Judge** [42] - 6:6, 6:7, 6:13, 6:24, 7:3, 8:3, 10:12, 10:13, 10:21, 10:23, 11:4, 12:11, 12:14, 12:15, 13:11, 13:13, 14:14, 14:15, 14:18, 14:22, 19:24, 19:25, 20:3, 20:9, 21:9, 22:10, 22:11, 22:12, 22:14, 22:15, 22:19, 22:20, 22:22, 24:19, 28:10, 33:19, 35:13, 36:4, 36:13, 36:18, 37:1
**judge** [1] - 12:17
**JUDGE** [1] - 1:12
**Judge's** [1] - 14:9
**Judges** [8] - 28:15, 28:19, 28:22, 30:5, 30:11, 34:23, 35:5
**judges** [4] - 18:6, 19:11, 23:4, 28:3
**Judgment** [29] - 8:12, 9:8, 9:10, 9:21, 10:1, 10:7, 12:21, 13:12, 16:19, 17:6, 17:8, 17:13, 20:4, 20:6, 23:11, 27:11, 29:14, 29:16, 29:23, 30:8, 30:16, 30:20, 30:21, 31:3, 31:14, 31:25, 33:3, 35:22
**Jump** [1] - 26:4
**June** [18] - 3:14, 3:17, 9:20, 12:16, 14:16, 16:1, 18:12, 18:17, 19:14, 20:6, 20:18, 20:21, 22:1, 23:6, 28:23, 35:21, 36:11, 36:12

## K

**keep** [2] - 28:10, 32:19
**keeper** [1] - 26:25

**key** [1] - 23:20
**kinds** [1] - 27:24
**knowing** [4] - 24:21, 26:12, 28:22
**known** [2] - 29:2, 29:5
**knows** [2] - 19:7, 21:5

## L

**lack** [1] - 17:25
**Langford** [1] - 3:7
**last** [2] - 9:18, 34:1
**law** [14] - 15:4, 15:7, 21:16, 25:16
**laws** [5] - 7:7, 7:15, 14:23, 19:19, 23:1
**lawyers** [1] - 18:2
**learn** [2] - 13:7, 32:14
**least** [7] - 18:21, 26:14, 27:9, 28:16, 30:2, 30:3, 36:16
**left** [2] - 22:19, 27:4
**legal** [1] - 18:4
**LEON** [1] - 1:12
**letters** [1] - 19:3
**light** [2] - 24:5, 32:8
**litany** [2] - 4:14, 8:25
**litigants** [1] - 35:3
**litigated** [2] - 30:1, 30:23, 31:17
**litigation** [5] - 18:3, 22:4, 23:7, 30:24
**live** [1] - 8:25
**lived** [1] - 20:24
**LLP** [1] - 1:16
**located** [3] - 23:21, 23:22, 31:17
**look** [6] - 12:18, 12:24, 13:2, 13:5, 25:11, 27:19
**looking** [1] - 13:25
**Lowell** [12] - 3:6, 11:12, 13:16, 15:1, 15:5, 16:25, 17:19, 20:16, 23:19, 29:20, 32:3, 35:8
**LOWELL** [44] - 1:16, 3:6, 13:23, 15:6, 17:1, 17:20, 17:22, 18:9, 18:13, 18:18, 18:21, 18:24, 19:2, 20:5, 20:17, 21:8, 23:13, 23:23, 24:7, 24:15, 25:2, 25:4, 25:19, 25:21, 25:23, 26:20, 26:22, 27:12, 27:14, 27:23, 29:25, 30:10, 30:14, 30:19, 32:5, 32:7, 32:11, 32:16, 32:18, 33:10, 35:12, 36:4, 36:13, 37:1
**Lowell's** [3] - 13:18, 15:4, 15:7

## M

**machine** [1] - 2:2
**Magistrate** [15] - 10:13, 10:22, 11:4, 12:11, 12:14, 12:15, 13:11, 13:13, 14:9, 14:14, 14:15, 19:25, 22:12, 22:14, 22:19
**maintain** [1] - 16:13
**maintained** [1] - 4:3
**manage** [1] - 15:18
**manner** [5] - 4:15, 7:18, 8:8, 10:19, 19:21
**material** [2] - 33:4, 33:18

**matter** [10] - 10:12, 10:15, 10:22, 10:23, 11:2, 14:4, 24:25, 25:8, 26:1, 38:5
**matters** [1] - 27:7
**MCALEER** [28] - 1:18, 3:9, 3:15, 3:21, 4:13, 8:14, 10:4, 10:10, 10:15, 11:8, 11:16, 11:20, 11:23, 11:25, 12:3, 12:5, 12:10, 12:22, 13:4, 13:8, 13:14, 13:18, 13:25, 14:7, 14:13, 15:1, 15:10, 16:24
**McAleer** [1] - 3:10
**mean** [5] - 17:10, 17:14, 25:22, 34:21, 34:25
**means** [4] - 10:23, 29:13, 30:1, 36:21
**meet** [1] - 8:16
**Melissa** [1] - 14:3
**message** [1] - 37:5
**met** [1] - 8:4
**metadata** [1] - 36:9
**meticulously** [1] - 4:16
**might** [1] - 33:7
**Miller** [1] - 1:20
**mind** [2] - 30:20, 30:21
**minimum** [1] - 35:24
**minute** [2] - 23:25, 34:20
**Minute** [1] - 36:6
**minutes** [1] - 31:16
**mirror** [2] - 19:4, 27:24
**miscellaneous** [4] - 10:14, 10:15, 10:22, 16:17
**misimpression** [1] - 18:7
**mispronouncing** [1] - 13:19
**misrepresent** [1] - 14:7
**misunderstanding** [1] - 29:8
**Monday** [1] - 36:9
**money** [2] - 22:5, 31:5
**months** [5] - 3:24, 5:15, 7:19, 8:6, 20:18
**moot** [1] - 22:25
**moreover** [1] - 6:21
**morning** [2] - 3:6, 3:10
**most** [4] - 26:8, 29:1, 31:7, 35:2
**mother** [1] - 26:13
**Motion** [50] - 3:13, 3:16, 3:18, 3:23, 4:25, 5:3, 5:5, 5:8, 5:24, 8:17, 9:3, 9:12, 9:19, 9:20, 10:9, 10:17, 12:13, 13:2, 13:6, 13:8, 13:12, 14:6, 15:20, 15:22, 16:19, 20:1, 20:4, 21:3, 21:15, 21:24, 22:16, 23:12, 23:13, 27:11, 31:19, 31:20, 31:22, 32:1, 32:13, 32:22, 32:24, 33:12, 33:22, 33:24, 34:2, 34:19, 36:19
**Motions** [5] - 4:14, 5:1, 9:1, 15:12, 19:12
**move** [1] - 34:7
**moved** [1] - 19:19
**moving** [1] - 24:18
**MR** [71] - 3:6, 3:9, 3:15, 3:21, 4:13, 8:14, 10:4, 10:10, 10:15, 11:8, 11:16, 11:20, 11:23, 11:25, 12:3, 12:5, 12:10, 12:22, 13:4, 13:8, 13:14, 13:18, 13:23, 13:25, 14:7, 14:13, 15:1, 15:6, 15:10,

16:24, 17:1, 17:20, 17:22, 18:9, 18:13, 18:18, 18:21, 18:24, 19:2, 20:5, 20:17, 21:8, 23:13, 23:23, 24:7, 24:15, 25:2, 25:4, 25:19, 25:21, 25:23, 26:20, 26:22, 27:12, 27:14, 27:23, 29:25, 30:10, 30:14, 30:19, 32:5, 32:7, 32:11, 32:16, 32:18, 33:10, 35:12, 35:18, 36:4, 36:13, 37:1
**muses** [1] - 14:20
**must** [1] - 7:25

## N

**name** [2] - 12:20, 12:25
**names** [1] - 34:19
**nature** [2] - 6:14, 15:24
**necessarily** [2] - 7:3, 7:8
**need** [6] - 5:15, 17:2, 17:3, 30:20, 35:7, 35:20
**needed** [2] - 4:20, 8:22
**needs** [1] - 37:3
**negotiated** [1] - 9:11
**never** [3] - 4:6, 25:7, 26:9
**New** [51] - 1:17, 4:1, 5:7, 5:21, 6:6, 6:8, 6:11, 8:11, 8:17, 10:24, 11:13, 12:15, 15:11, 15:15, 16:5, 16:17, 17:24, 18:6, 19:11, 19:23, 21:5, 21:17, 22:1, 22:10, 22:15, 23:4, 23:21, 24:4, 24:13, 25:9, 27:8, 27:20, 28:1, 28:9, 28:12, 28:15, 28:19, 28:22, 30:3, 30:5, 30:11, 31:11, 32:2, 32:10, 33:1, 33:25, 34:1, 35:24, 36:18, 37:4
**new** [5] - 7:20, 7:22, 7:24, 23:16, 29:9
**next** [8] - 5:13, 10:11, 13:10, 26:15, 26:21, 29:16, 32:14, 36:9
**nice** [1] - 37:5
**nine** [2] - 7:19, 8:5
**nobody** [1] - 24:18
**non** [2] - 30:24, 30:25
**none** [1] - 15:14
**nonparty** [2] - 3:24, 6:25
**note** [1] - 13:9
**nothing** [3] - 16:16, 22:19, 25:3
**notified** [1] - 21:6
**November** [1] - 1:6
**number** [1] - 14:17
**NW** [2] - 1:17, 1:21

## O

**O'Toole** [1] - 3:11
**O'TOOLE** [1] - 1:19
**obligation** [1] - 20:13
**obtain** [1] - 29:21
**obviate** [1] - 19:18
**obvious** [1] - 29:20
**obviously** [5] - 25:22, 26:8, 26:25
**occurred** [7] - 15:8, 15:13, 15:16, 15:24, 21:19, 33:13, 34:1
**occurring** [1] - 5:15

**October** [10] - 11:10, 12:12, 14:14, 18:24, 19:1, 19:24, 20:6, 23:3, 28:23, 34:1
**OF** [3] - 1:2, 1:11, 38:1
**offering** [1] - 14:17
**Official** [1] - 1:23
**omnibus** [1] - 5:9
**once** [2] - 29:13, 34:18
**one** [14] - 4:16, 7:5, 12:7, 13:18, 17:1, 19:8, 20:20, 22:23, 23:20, 25:8, 28:24, 29:7, 35:2, 36:18
**open** [3] - 10:12, 10:20, 23:25
**opened** [1] - 10:16
**operating** [1] - 30:6
**opinion** [1] - 36:7
**opponent's** [1] - 22:11
**opportunity** [5] - 4:23, 5:2, 5:14, 5:18, 8:7
**oppose** [1] - 33:16
**opposed** [4] - 5:8, 8:18, 24:13, 33:16
**opposition** [5] - 8:18, 9:13, 9:16, 13:1, 15:20
**oppositions** [1] - 19:4
**option** [1] - 33:22
**oral** [1] - 8:23
**Order** [24] - 3:14, 12:13, 26:17, 36:6
**order** [21] - 3:17, 12:16, 14:16, 15:22, 16:1, 18:12, 19:13, 20:11, 22:17, 23:9, 25:13, 26:16, 33:17, 33:19, 34:20, 34:25, 35:21, 36:12, 36:14, 36:20
**ordering** [1] - 36:15
**orderly** [1] - 8:8
**orders** [2] - 10:20, 25:16
**Orenstein** [7] - 10:23, 11:5, 12:11, 12:15, 14:14, 14:15
**Orenstein's** [1] - 12:17
**otherwise** [2] - 16:21, 22:24
**ought** [2] - 16:16, 31:1
**outrage** [1] - 24:17
**outside** [3] - 20:23, 28:18, 29:9
**outstanding** [5] - 4:20, 5:1, 5:7, 24:16, 24:22
**overboard** [1] - 6:14
**overly** [2] - 6:25, 15:23
**overseeing** [1] - 36:18
**own** [1] - 35:9

## P

**p.m** [1] - 37:6
**PA** [1] - 31:6
**page** [2] - 14:1, 14:2
**painfully** [1] - 35:2
**paper** [1] - 36:15
**papers** [3] - 6:23, 16:22, 20:2
**Park** [1] - 14:3
**Parke** [2] - 1:16, 3:7
**part** [4] - 26:3, 28:8, 30:3, 32:11
**parties** [9] - 9:20, 10:5, 16:9, 17:15, 20:21, 33:19, 34:24, 35:3, 36:18

**parts** [4] - 9:14, 9:15, 24:18, 27:14
**party** [10] - 10:9, 13:12, 17:24, 19:16, 24:10, 27:10, 34:2, 34:4, 36:18, 36:20
**pass** [1] - 26:23
**passage** [1] - 10:11
**passing** [1] - 31:6
**past** [1] - 7:19
**PATTY** [1] - 1:23
**Patty** [1] - 38:3
**pegging** [1] - 30:25
**pegs** [1] - 31:12
**pen** [1] - 36:15
**pending** [3] - 7:9, 7:13, 16:19
**perhaps** [1] - 14:20
**period** [20] - 4:4, 7:20, 8:6, 17:16, 17:17, 17:18, 20:19, 20:23, 21:1, 21:4, 21:12, 21:16, 21:18, 24:11, 30:23, 30:24, 30:25, 31:21, 33:2
**periods** [1] - 9:12
**permitted** [1] - 29:24
**perspective** [1] - 15:9
**pertinence** [1] - 28:2
**pertinent** [3] - 28:21, 29:17, 33:5
**PFLP** [1] - 31:6
**piece** [6] - 17:7, 20:10, 23:17, 29:9, 29:17
**Piper** [2] - 27:23, 28:17
**place** [2] - 24:8, 33:20
**Plaintiff** [1] - 14:4
**Plaintiff's** [2] - 4:9, 15:20
**Plaintiffs** [35] - 1:5, 1:16, 3:7, 3:22, 4:5, 4:14, 5:2, 5:6, 5:13, 5:23, 6:4, 6:5, 6:10, 7:20, 7:25, 8:2, 8:4, 8:20, 9:3, 9:6, 9:12, 10:18, 10:21, 11:1, 16:2, 16:10, 16:14, 22:7, 25:11, 25:15, 26:6, 28:10, 28:11, 29:12, 33:14
**Plaintiffs'** [6] - 4:18, 10:16, 11:3, 12:7, 19:12, 28:2
**pleading** [6] - 12:19, 12:20, 12:25, 13:1, 13:3, 19:4
**pleadings** [5] - 15:22, 19:22, 29:6, 30:8, 33:13
**PLO** [3] - 4:3, 7:14, 31:6
**point** [10] - 8:10, 8:13, 9:2, 10:8, 18:10, 19:9, 28:6, 28:20, 31:22, 36:16
**pointed** [1] - 22:11
**points** [1] - 25:6
**position** [5] - 8:15, 11:2, 28:9, 28:17, 29:3
**possession** [2] - 29:10, 34:7
**possible** [3] - 10:2, 16:15, 21:2
**posture** [1] - 31:18
**practical** [1] - 4:18
**preceded** [1] - 35:20
**precedes** [1] - 35:8
**prepared** [1] - 16:8
**present** [4] - 10:8, 13:17, 13:21, 15:7
**presentation** [2] - 5:4, 15:11
**preside** [1] - 8:8

**pretty** [5] - 19:5, 19:7, 25:14, 27:16, 32:3
**problem** [2] - 26:3, 30:2
**problems** [2] - 7:4, 17:1
**procedural** [1] - 32:8
**procedurally** [1] - 31:18
**Procedure** [1] - 35:3
**proceed** [2] - 8:2, 10:23
**proceeding** [6] - 6:11, 6:12, 16:17, 28:7, 29:14, 29:23
**proceedings** [8] - 10:20, 26:10, 30:16, 31:25, 34:1, 37:6, 38:4
**Proceedings** [1] - 2:2
**process** [12] - 5:18, 8:11, 9:10, 9:17, 10:1, 10:24, 11:6, 15:18, 15:23, 35:6, 36:16, 36:17
**processes** [1] - 8:17
**produced** [2] - 2:2, 31:24
**proffer** [1] - 4:21
**program** [1] - 36:9
**proof** [1] - 31:5
**properly** [3] - 30:22, 31:2, 32:22
**proposed** [3] - 12:20, 16:11, 27:10
**provide** [5] - 17:11, 22:21, 22:22, 30:15, 33:18
**provided** [2] - 19:3, 22:15
**providing** [1] - 22:5
**purpose** [1] - 10:16
**pursuant** [1] - 31:24
**pursue** [2] - 6:16, 6:24
**pursuing** [2] - 5:20, 8:10
**put** [12] - 19:5, 19:12, 19:18, 19:22, 19:23, 21:10, 24:23, 27:23, 30:10, 31:15, 32:22, 36:15
**putting** [2] - 14:22, 18:1

# Q

**Quash** [7] - 31:19, 31:20, 32:1, 32:24, 33:12, 33:22, 34:2
**quash** [3] - 32:21, 33:7, 34:8
**quashed** [1] - 32:23
**questioned** [1] - 14:14
**questions** [5] - 3:18, 12:16, 16:21, 26:25, 34:17
**quick** [2] - 16:13, 25:14
**quite** [1] - 4:22
**quote** [2] - 30:16, 30:17

# R

**railroad** [1] - 26:14
**raise** [3] - 25:18, 26:1, 27:25
**raised** [4] - 7:6, 9:6, 25:5, 25:7
**rarely** [1] - 26:10
**rationally** [1] - 8:7
**reach** [1] - 10:3
**read** [1] - 36:10
**ready** [1] - 9:25
**really** [5] - 6:16, 14:18, 14:19, 15:6,

36:12

**reasonable** [1] - 16:15
**reasonably** [1] - 8:8
**reasons** [3] - 14:18, 15:19, 15:21
**recalled** [1] - 14:11
**receiving** [1] - 10:16
**recent** [1] - 26:8
**recollection** [2] - 13:14, 14:8
**record** [9] - 3:5, 11:14, 11:20, 12:10, 13:22, 13:24, 26:18, 38:4
**records** [3] - 19:16, 22:24, 33:18
**reevaluate** [1] - 37:3
**refer** [1] - 16:21
**reference** [3] - 4:1, 5:5, 18:10
**reflect** [1] - 35:23
**reflects** [1] - 13:21
**regard** [2] - 31:2, 35:24
**regarding** [3] - 3:18, 8:17, 16:6
**related** [3] - 7:1, 14:16, 27:7
**relating** [1] - 11:13
**relationship** [1] - 17:25
**relatives** [1] - 22:7
**release** [3] - 7:15, 33:15, 34:19
**released** [1] - 22:9
**releasing** [1] - 22:22
**relevant** [2] - 31:1, 33:5
**relief** [5] - 8:10, 9:4, 11:3, 33:21, 34:3
**remain** [1] - 16:2
**remember** [4] - 4:12, 4:13, 12:19, 13:17, 24:21
**remind** [1] - 5:15
**reply** [2] - 3:18, 16:10
**reported** [1] - 2:2
**REPORTER** [1] - 38:1
**Reporter** [2] - 1:23, 1:23
**represent** [1] - 14:3
**representation** [2] - 9:24, 20:3
**representing** [1] - 28:17
**represents** [1] - 27:22
**Republic** [1] - 3:3
**REPUBLIC** [1] - 1:8
**request** [6] - 11:3, 16:3, 20:10, 21:17, 21:20, 24:22
**requests** [2] - 19:15, 21:23
**requirements** [1] - 29:10
**resisted** [1] - 21:1
**resolved** [4] - 4:20, 5:12, 22:8, 24:1
**respect** [1] - 7:12
**respectfully** [2] - 15:10, 16:3
**respond** [2] - 27:15, 32:16
**responded** [1] - 14:2
**response** [2] - 16:13, 24:4
**responsible** [1] - 22:6
**responsive** [2] - 20:10, 22:24
**result** [1] - 17:24
**Richard** [1] - 3:11
**RICHARD** [2] - 1:12, 1:19
**rightly** [1] - 12:15
**RJL** [1] - 1:5

**RMR** [1] - 1:23
**room** [2] - 15:5, 15:8
**Room** [1] - 1:24
**ruled** [1] - 21:7
**Rules** [1] - 35:3
**rules** [3] - 20:11, 25:16, 31:10
**ruling** [3] - 9:7, 30:14, 32:13
**rulings** [1] - 12:7
**run** [1] - 26:13

## S

**scene** [1] - 35:21
**schedule** [15] - 8:12, 9:7, 9:11, 9:20, 9:22, 10:7, 12:21, 13:13, 16:9, 16:10, 16:16, 17:6, 23:10, 27:11, 33:4
**scheduled** [1] - 5:21
**scheduling** [1] - 20:4
**Schoen** [14] - 4:21, 4:22, 4:24, 7:22, 11:25, 24:24, 25:18, 25:25, 26:8, 26:9, 26:11, 26:13, 28:5
**SCOTT** [1] - 1:4
**Scott** [1] - 3:3
**seal** [1] - 9:15
**second** [2] - 22:25, 33:10
**secondly** [1] - 19:14
**secrecy** [6] - 7:7, 7:15, 14:21, 14:23, 19:19, 23:1
**see** [5] - 12:25, 13:2, 23:14, 27:20, 30:9
**seek** [1] - 5:23, 19:13, 36:20
**seeking** [8] - 8:10, 13:12, 15:25, 17:15, 24:4, 29:12, 29:13, 33:20
**seem** [3] - 7:7, 7:8, 16:14
**seeming** [1] - 35:4
**sense** [1] - 28:1
**sent** [1] - 27:20
**sentence** [1] - 30:10
**separate** [1] - 6:11
**September** [3] - 5:16, 11:9, 20:19
**service** [1] - 9:16
**set** [4] - 8:13, 9:7, 9:21, 10:6
**seven** [1] - 20:18
**several** [1] - 9:1
**Shabtai** [1] - 3:2
**SHABTAI** [1] - 1:4
**shape** [1] - 18:7
**SHATSKY** [1] - 1:4
**Shatsky** [1] - 3:3
**shorthand** [1] - 2:2
**show** [1] - 13:6
**showing** [1] - 26:11
**shy** [2] - 25:14, 28:6
**side** [1] - 17:6
**sides** [2] - 10:5, 35:15
**simple** [1] - 31:20
**simply** [1] - 33:17
**single** [1] - 4:19
**sit** [4] - 15:5, 20:9, 37:3
**sits** [1] - 7:18

**sitting** [1] - 18:1
**situation** [2] - 23:20, 33:11
**smoking** [1] - 31:5
**solely** [2] - 10:16, 22:21
**sooner** [1] - 16:13
**sorry** [8] - 11:9, 20:18, 21:14, 22:16, 24:11, 28:11, 30:24, 36:22
**sort** [1] - 21:19
**sought** [6] - 4:2, 6:3, 6:19, 7:10, 30:23, 34:2
**speaks** [2] - 10:19, 22:14
**specific** [1] - 19:15
**specifically** [1] - 36:16
**standing** [1] - 18:13
**start** [1] - 17:4
**starting** [1] - 20:18
**starts** [1] - 14:16
**States** [2] - 3:25, 17:15
**STATES** [2] - 1:1, 1:12
**status** [3] - 5:11, 5:14, 9:1
**STATUS** [1] - 1:11
**stay** [1] - 26:18
**step** [1] - 29:16
**still** [11] - 5:17, 10:12, 11:16, 11:18, 11:22, 12:8, 17:15, 24:8, 24:15, 33:2
**Strachman** [1] - 7:21
**straight** [2] - 18:19, 18:21
**Street** [2] - 1:21, 26:4
**submit** [1] - 15:10
**submitted** [3] - 9:25, 16:7, 20:4
**Subpoena** [2] - 31:20, 32:1
**subpoena** [45] - 3:23, 4:1, 4:5, 6:15, 6:25, 7:5, 11:13, 15:24, 17:23, 17:25, 18:4, 18:5, 18:8, 20:15, 20:20, 20:25, 21:3, 21:11, 21:15, 22:2, 22:20, 22:24, 24:5, 24:9, 24:11, 24:14, 24:22, 25:9, 28:9, 29:21, 29:22, 30:7, 30:21, 31:1, 31:12, 31:19, 31:21, 31:24, 32:19, 32:24, 33:25, 34:6, 34:8, 36:17, 36:21
**subpoenas** [2] - 23:16, 23:24
**subsequent** [1] - 17:7
**substantive** [1] - 10:24
**subsume** [1] - 25:10
**suggest** [1] - 7:11
**suggested** [1] - 10:25
**suggestion** [1] - 8:22
**Summary** [29] - 8:12, 9:8, 9:10, 9:21, 10:1, 10:6, 12:21, 13:12, 16:19, 17:6, 17:8, 17:13, 20:4, 20:5, 23:10, 27:10, 29:14, 29:16, 29:23, 30:8, 30:16, 30:19, 30:21, 31:3, 31:13, 31:25, 33:3, 35:22
**summer** [1] - 5:25
**supplement** [2] - 20:11, 20:13
**supplemental** [1] - 29:10
**support** [1] - 21:11
**supposed** [1] - 27:3
**supposedly** [1] - 5:20
**surrogate** [1] - 28:17
**sympathy** [1] - 6:7

**Syrian** [1] - 3:3
**SYRIAN** [1] - 1:8

## T

**talisman** [1] - 20:8
**tender** [1] - 13:4
**terminated** [1] - 15:25
**terms** [1] - 4:18
**THE** [72] - 1:2, 1:12, 3:8, 3:13, 3:20, 4:12, 8:12, 10:2, 10:8, 10:14, 11:7, 11:11, 11:18, 11:22, 11:24, 12:2, 12:4, 12:9, 12:17, 12:24, 13:7, 13:10, 13:16, 13:22, 14:5, 14:11, 14:24, 15:4, 15:7, 16:23, 16:25, 17:18, 17:21, 17:23, 18:10, 18:15, 18:20, 18:23, 19:1, 20:2, 20:14, 21:6, 23:12, 23:19, 23:24, 24:12, 25:1, 25:3, 25:18, 25:20, 25:22, 26:3, 26:21, 26:23, 27:13, 27:22, 29:20, 30:1, 30:13, 30:18, 31:15, 32:6, 32:8, 32:12, 32:17, 33:9, 35:2, 35:14, 35:19, 36:5, 36:24, 37:2
**theories** [1] - 14:17
**thinking** [2] - 32:14, 34:22
**third** [2] - 24:9, 34:4
**three** [2] - 28:25, 29:7
**timely** [5] - 7:18, 8:3, 21:15, 22:2, 33:1
**timetable** [1] - 32:20
**timing** [2] - 18:19, 18:21
**TIMOTHY** [1] - 1:19
**Timothy** [1] - 3:11
**today** [10] - 3:10, 3:16, 4:10, 4:11, 9:14, 17:10, 20:9, 25:11, 25:25, 28:8
**Tolchin** [49] - 5:13, 5:17, 5:18, 5:19, 6:2, 6:5, 6:8, 6:13, 6:15, 7:5, 7:11, 7:17, 7:21, 11:4, 11:5, 11:13, 11:14, 11:16, 11:22, 12:6, 12:8, 12:14, 12:25, 13:3, 13:8, 14:13, 14:16, 14:20, 15:14, 17:25, 18:11, 18:15, 19:2, 20:3, 24:23, 25:1, 26:9, 26:12, 26:16, 26:23, 27:7, 27:15, 28:5, 29:5, 36:24, 37:3
**Tolchin's** [1] - 15:11
**took** [3] - 4:21, 4:22, 5:2
**top** [1] - 12:19
**totally** [1] - 29:25
**touch** [1] - 27:1
**traditional** [1] - 9:10
**trailed** [1] - 23:6
**trailing** [1] - 25:8
**trails** [2] - 21:19, 30:24
**TRANSCRIPT** [1] - 1:11
**transcript** [9] - 2:2, 12:12, 13:15, 13:20, 14:1, 14:8, 18:11, 22:13, 38:4
**transcription** [1] - 2:2
**transpired** [1] - 32:9
**true** [1] - 24:19
**trust** [1] - 7:2
**truthful** [1] - 6:24
**try** [3] - 15:17, 18:22, 20:15
**turn** [1] - 15:5

**two** [5] - 14:1, 14:2, 22:23, 28:24, 29:7

## U

**U.S** [1] - 1:24
**ultimately** [2] - 9:13, 30:8
**uncertainty** [1] - 8:22
**unclear** [1] - 16:2
**under** [12] - 7:23, 9:15, 16:10, 18:2, 18:6, 20:10, 22:4, 26:16, 26:17, 30:6, 30:12, 36:24
**United** [2] - 3:25, 17:15
**UNITED** [2] - 1:1, 1:12
**unless** [1] - 29:23
**untethered** [1] - 6:12
**untimely** [2] - 21:12
**up** [33] - 5:2, 5:7, 5:20, 5:23, 6:6, 6:8, 6:13, 8:16, 8:17, 10:12, 10:14, 10:16, 10:24, 11:13, 14:17, 15:1, 15:6, 15:11, 15:15, 15:23, 15:24, 16:17, 18:8, 20:6, 25:24, 26:11, 30:3, 32:2, 32:10, 33:17, 35:4, 35:5, 37:2
**usable** [1] - 31:25

## V

**variabilities** [1] - 34:13
**variables** [1] - 24:8
**various** [1] - 9:15
**versa** [1] - 27:2
**versus** [1] - 3:3
**vice** [1] - 27:1
**view** [1] - 8:5
**violate** [1] - 7:6
**violations** [1] - 4:15
**voluntarily** [2] - 17:11, 33:17
**voluntary** [3] - 33:15, 34:19, 36:22

## W

**waits** [2] - 7:18
**waiver** [1] - 7:15
**wants** [1] - 26:17
**Washington** [4] - 1:17, 1:21, 1:24, 23:22
**water** [1] - 7:23
**week** [1] - 4:24
**welcome** [1] - 3:8
**whole** [1] - 22:4
**window** [1] - 28:18
**wishes** [2] - 13:5, 16:5
**withdrew** [2] - 12:2, 12:3
**woods** [1] - 35:9
**word** [4] - 25:21, 25:23, 26:23, 30:4
**words** [1] - 30:17
**world** [2] - 6:7, 33:20
**write** [1] - 26:4

## Y

**yard** [1] - 37:2

**year** [3] - 3:22, 15:21, 19:1
**yesterday** [2] - 3:19, 9:14
**yield** [1] - 30:7
**York** [50] - 4:1, 5:7, 5:21, 5:22, 6:6, 6:9, 6:11, 8:11, 8:17, 10:24, 11:13, 12:15, 15:12, 15:15, 16:5, 16:17, 17:24, 18:6, 19:11, 19:23, 21:5, 21:17, 22:1, 22:10, 22:15, 23:4, 23:21, 24:4, 24:13, 25:9, 27:8, 27:20, 28:1, 28:9, 28:12, 28:15, 28:19, 28:22, 30:3, 30:5, 30:12, 31:11, 32:2, 32:10, 33:1, 33:25, 34:1, 35:24, 36:18, 37:4
**yourself** [1] - 3:4