IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:02cv02280 (RJL) |
| ) | |
| THE SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SANCTIONS**

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") (collectively, "Defendants"), by counsel, and pursuant to as Rules 16(f)(1)(C), 37(c) and Rule 37(d)(1)(A)(ii) of the Federal Rules of Civil Procedure, as well as the Court's inherent authority, move for entry of an order imposing sanctions upon Plaintiffs arising from Plaintiffs' recently-filed Opposition to Defendants' Motion for Summary Judgment. That opposition is replete with numerous violations of the rules set forth above, evidencing Plaintiffs on-going and flagrant abuse of the litigation process, all in substantial prejudice to Defendants and meriting the sanctions requested herein. Specifically, Defendants request that the Court sanction Plaintiffs in the form of an order, under Rule 37(b)(2)(A), preventing Plaintiffs from using in this case, including on summary judgment, the Declaration of Robert J. Tolchin dated November 12, 2013 (DE 253) ("Tolchin Declaration"), as well as various exhibits to or identified in the Tolchin Declaration, Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Opposition") (DE 252) and Plaintiffs' "Statement of Material Facts As To Which There Is A Genuine Issue To Be Tried" ("Counter-Statement of Facts") (DE 252-1), which are listed below.

1

The multitude of ways in which Plaintiffs have violated the above-referenced rules and the Court's orders governing this case is chronicled in the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

WHEREFORE, Defendants request that the Court grant this motion and enter an order sanctioning Plaintiffs by striking, and preventing Plaintiffs from using on summary judgment or for any other purpose in this case, including trial, the Tolchin Declaration, as well as the following exhibits to or identified in Plaintiffs' Opposition, Counter-Statement of Facts and the Tolchin Declaration: Exhibit Nos. 15, 16, 19, 20, 26, 27, 31, 35, 37, 42, 43, 45, 50, 51, 52, 53, 54, 55, 56, 57, 59, 62, 63, 64, 65, 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 79, 81, 87, 89, 91, 92, 100, 106, 109, 111, 112, 113, 115, 116, 117, 118, 119, 131, 132, 133, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168 and 169.

Defendants also request that the Court award Defendants such other and further relief as the Court deems just and proper under the rules and in the exercise of the Court's inherent authority. A proposed Order is being filed with this motion.

Dated: December 26, 2013                    Respectfully submitted,

/s/Richard A. Hibey
Richard A. Hibey (No. 74823)
Mark J. Rochon (No. 376042)
Charles F. B. McAleer, Jr. (No. 388681)
Timothy P. O'Toole (No. 469800)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W., Suite 900
Washington D.C. 20005-6701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for Defendants The Palestinian Authority and The Palestine Liberation Organization*

1364029.1

## CERTIFICATION PURSUANT TO LOCAL RULE 7(m)

As reflected in Section II of the accompanying Memorandum of Points and Authorities entitled "Relevant Background," Defendants have communicated extensively with Plaintiffs regarding the underlying discovery issues that are the subject of the present motion. Most recently, Defendants sent letters to Plaintiffs dated October 28, October 29, November 12 and November 19, 2013 regarding issues relating to this motion. Plaintiffs sent a letter to Defendants dated December 12, 2013 to which Defendants responded by letter dated December 17, 2013. The parties have had subsequent email communications but have been unable to reach agreement on the matters which are the subject of this motion. Defendants respectfully submit that they have complied with their meet and confer obligations under Local Rule 7(m), as well as Rule 37 of the Federal Rules of Civil Procedure.

/s/Charles F. B. McAleer, Jr.
Charles F.B. McAleer, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 26, 2013, a true and genuine copy of the foregoing was served via ECF on the following:

>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street – Suite 1928
>Brooklyn, NY 11201
>rjt@tolchinlaw.com
>
>Norman Steiner
>233 Broadway, Suite 900
>New York, NY 10279
>nsteineresq@gmail.com
>
>Abbe David Lowell
>Chadbourne & Parke LLP
>Suite 300
>1200 New Hampshire Ave., N.W.,
>Washington, D.C. 20036
>adlowell@chadbourne.com
>
>*Attorneys for Plaintiffs*

/s/Richard A. Hibey
Richard A. Hibey

1364029.1