# Index of Exhibits to Defendants' Memorandum of Points and Authorities in <u>Support of Defendants' Motion for Sanctions</u>

| Exhibit No. | Description |
|---|---|
| 1 | December 26, 2013 Print-Out from Shurat-Ha'Din Website |
| 2 | WikiLeaks Ref. No. 07TELAVIV2636, August 30, 2007 DOS Cable |
| 3 | A. Winstanley, The Electronic Intifada, "Israeli Lawyers Group Shurat HaDin Unmasked As Mossad Proxy" (Oct. 24, 2013) |
| 4 | Email and letter from Joy L. Langford to Charles F.B. McAleer, Jr., (Dec. 12, 2013) |
| 5 | Letter from Robert J. Tolchin and Nitsana Darshan-Leitner to Verizon (Jan. 23, 2012) |
| 6 | Letter from Robert J. Tolchin and Nitsana Darshan-Leitner to Endeka Enterprises LLC (Jan. 23, 2012) |
| 7 | December 26, 2013 Print-out from Shurat Ha'Din Website |
| 8 | Email from Robert J. Tolchin to Charles F. B. McAleer, Jr. (July 22, 2011, 9:53 a.m.) |
| 9 | Email from Robert J. Tolchin to Charles F. B. McAleer, Jr. (Aug. 17, 2011, 4:06 p.m.) |
| 10 | Plaintiffs' Initial Rule 26(a)(1) Disclosures (Oct. 31, 2011) |
| 11 | Defendant PLO's First Set of Interrogatories to Plaintiffs (Aug. 3, 2012); Defendant PA' First Set of Interrogatories to Plaintiffs (Aug. 3, 2012) |
| 12 | Email from Charles F.B. McAleer, Jr. to Robert J. Tolchin (Sept. 7, 2012, 6:08 p.m. EST) |
| 13 | Email from Charles F.B. McAleer, Jr. to Robert J. Tolchin (Sept. 9, 2012, 8:25 a.m. EST) |
| 14 | Email from Mordechai Haller to Charles F. B. McAleer, Jr. (Sept. 9, 2012, 8:37 a.m.) |

| Exhibit No. | Description |
|---|---|
| 15 | Email from Charles F. B. McAleer, Jr. to Mordechai Haller (Sept. 9, 2012, 9:00 a.m.) |
| 16 | Email from Robert J. Tolchin to Charles F. B. McAleer, Jr. (Sept. 10, 2012, 2:07 p.m., EST) |
| 17 | Email from Charles F. B. McAleer, Jr. to Robert J. Tolchin (Sept. 14, 2012, 12:27 p.m.) |
| 18 | Plaintiffs' Objections and Responses to Defendants' Interrogatories (received via fax on Sept. 16, 2012) |
| 19 | Plaintiffs' Objections and Responses to Defendants' Requests for Production of Documents (received via fax on Sept. 16, 2012) |
| 20 | Email from Robert J. Tolchin to Charles F. B. McAleer, Jr. (Aug. 17, 2012, 8:55 a.m.) |
| 21 | Letter from Joy L. Langford to Charles F.B. McAleer, Jr. (June 17, 2013) |
| 22 | Letter from Charles F. B. McAleer, Jr. to Joy L. Langford (June 24, 2013) |
| 23 | Letter from Plaintiffs dated July 2, 2013 enclosing a pleading entitled "Rule 26(a) and 26(e) Disclosures," and index entitled "Plaintiffs' Rule 26(a) and Rule 26(e) Disclosure Index" |
| 24 | Plaintiffs' Rule 26(a) and 26(e) Disclosures (Aug. 26, 2013) |
| 25 | Plaintiffs' Purported Supplemental Rule 26(a) and 26(e) Disclosures dated August 28, September 4, October 22, November 4, November 6, November 8 and November 15, 2013, respectively |
| 26 | Defendants' letters to Plaintiffs dated October 28, October 29, November 12 and November 19, 2013 addressing late disclosures by Plaintiffs |
| 27 | Letter from Charles F. B. McAleer, Jr. to Abbe David Lowell (Nov. 19, 2013) |
| 28 | Summary of Exhibit Categories in the Declaration of Robert J. Tolchin, by category |
| 29 | Defendants' First Request for Production of Documents and Things to Plaintiffs (Aug. 3, 2012) |