# EXHIBIT #1




- Bankrupting Terrorism
- Defending Human Rights
- Lawfare: Fighting Back
- Missions to Israel
- BDS Updates
- Internship Program
- In the News
- Contact Us

**Receive Newsletter**

Subscribe



October 21-28, 2013
The Ultimate Mission to Israel ▶



Announcements Before the Prayer for the State of Israel

## Lawfare: Fighting Back

Print   E-mail   Share

While anti-Jewish and anti-Israeli individuals and organizations around the world seek to harm Israel and its people using warfare, terrorism, and other illegal or deceitful tactics, Shurat HaDin believes in using existing laws to attain its objectives.

Thus, we have been involved in court actions ranging from a lawsuit against Jimmy Carter for misrepresentation, to forcing the trial of Hamas terrorists as war criminals. We also engage the media and public at large to clarify important issues, like designating the Gaza flotilla a violation of US law under the US Neutrality Act, and notifying maritime insurance carriers about the illegality of providing insurance to future flotilla vessels.

**Some of Our Cases:**



### Shurat HaDin Wins $338M Judgment Against Syria Over Kidnapping of Americans by Kurdish Terrorists

**Washington, DC, December 17, 2012:** A Tel-Aviv based law center has represented two families of American citizens in their successful $338 million lawsuit against the government of Syria. The decision, handed down today in the United States district court for Washington D.C., found that the government of Syria was responsible for providing material support and resources to the Kurdish Workers Party ("PKK"), a terrorist organization designated by the United States State Department.
Read more...



### Families Of Slain Students File Suit Against Bank of China
**October 23, 2012:** The families of eight Israeli high school students killed in a March 2008 shooting in Jerusalem filed a $1 billion lawsuit against Bank of China (3988.HK), alleging it "intentionally and recklessly" provided banking services to terrorist groups through its New York branch.
Read more...



### Suicide bombing victim sues hotel to get money from Iranian president
**September 14, 2012** -- A U.S. citizen injured in a 1997 suicide bombing in Jerusalem is claiming money from the Warwick New York Hotel, which will host Iranian President Mahmoud Ahmadinejad for the upcoming annual U.N. assembly, the man's lawyer says.
Read more...

### Inmarsat, Israeli Group Spar over Iranian Oil Tanker Links
**PARIS, July 27, 2012:** Allegations by an Israeli legal group that mobile satellite services provider Inmarsat is selling prohibited communications to Iranian government-controlled oil tankers and other ships has once again raised the issue of the liability limits of a satellite operator with a global customer base whose identity is often not disclosed.
Read more...

### Israeli Group Wins Terror Suit Against Syria, Iran
**May 16, 2012:** An Israeli advocacy group won a $323 million judgment in a U.S. court against Iran and Syria for supporting Palestinian militants that killed an American teenager and ten others in a 2006 bombing, the group's director said Tuesday.
Read more...



### Twitter lawsuit threatened over alleged Hezbollah aid
**December 30, 2011:** The director of an Israeli legal outfit says yes, and is threatening to sue the micro-blogging site if it doesn't change its policies.
Nitsana Darshan-Leitner, director of the Shurat HaDin Israel Law Center, sent a letter to Twitter on Thursday asserting that the company is violating U.S. law by allowing groups such as Hezbollah and al Qaeda affiliate al-Shabaab to use its popular online network.
Read more...



### Israeli NGO targets Columbia over Ahmadinejad visit
**September 17, 2011:** Shurat HaDin sends letter to NYC University warning that inviting Iranian president to banquet would be illegal; Columbia denies invitation exists.
Read more...

### Israeli Advocacy Group Helps Delay Departure of Gaza-Bound Flotilla
**June 28, 2011, The New York Times**
ATHENS — The departure of a pro-Palestinian flotilla of international ships planning to break Israel's naval blockade of Gaza has been delayed, largely because of the efforts of an Israeli advocacy group, both sides said Tuesday.
Read more...


**Americans living in Israel sue Clinton, State Dept. over claimed terror group funding**
**Nov. 27, 2012:** The Shurat HaDin—Israel Law Center, representing 24 Americans living in Israel, filed a civil action lawsuit against the State Department on Tuesday claiming that the U.S. government is funding Palestinian terrorism in the West Bank and Gaza.
Read more...


**Class Action Suit Filed Against Jimmy Carter for Deliberate Misrepresentations in Anti-Israel Book**
**February 12, 2011**: An historic class action suit has been filed against the former President and the Simon & Schuster publishing company alleging that Carter's book, Palestine: Peace Not Apartheid, contained numerous false and knowingly misleading statements intended to promote the author's agenda of anti-Israel propaganda and to deceive the reading public instead of presenting accurate information as advertised.
Read more...


**Shurat HaDin explores legal action against FACEBOOK**
**march 17, 2011:** As you might be aware, some FACEBOOK pages established by Palestinian extremists calling for a "Third Intifada" against Israel. The first page, established on March 6th, has designated May 15, 2011, as the day of the Third Intifada and is actively calling on Muslim states and Palestinians to invade Israel on that date and "liberate" it. The extremists have asked that all sympathetic FACEBOOK users help disseminate the page and spread its call to destroy Israel. The page boldly states: "After the Tunisian Intifada, the Egyptian Intifada and the Libyan Intifada, it's now time for the Palestinian Intifada."
Read more...


**Palestinian Media Figures Guilty of Advocating Mass Murder**
NITSANA DARSHAN-LEITNER
**The Jerusalem Post Feb. 2, 2004:**
While many around the world seem focused on the upcoming legal confrontation in the International Court of Justice involving the legitimacy of the security fence, another important decision in a different international forum seems to have passed by unnoticed.
In early December 2003, the International Criminal Tribunal in Rwanda (ICTR) found three African media executives guilty of genocide, incitement to commit genocide and crimes against humanity for the hateful reports and editorials they had published and broadcast nine years before.
Read more...


**Captured Hamas Terrorists Must Be Tried as War Criminals**
**December 21, 2009:** Shurat HaDin - Israel Law Center filed a petition to the High Court of Justice (BAGATZ) in Jerusalem demanding that Hamas terrorists arrested by Israel be tried for war crimes and crimes against humanity, not just murder as is the current practice.
Read more...


**High court rejects Shurat HaDin's Emergency Petition to Block Release of Flotilla Detainees**
**June 3, 2010:** Shurat HaDin - Israel Law Center brought an emergency petition in Israel's High Court of Justice, demanding that the State's Attorney be barred from releasing the foreign nationals who had been arrested aboard the Turkish ship, Mavi Marmara, instead of bringing them to trial. Information had surfaced in Israel that the militants on the boat had ties to Hamas and the Muslim Brotherhood.
Read more...


**Israeli Civil Rights Center Warns: Gaza Boat Organizers Have Violated the Neutrality Act**
**Thursday, July 31, 2008, SunHerald:**
The Israeli civil rights group, Shurat HaDin, has sent an urgent letter to United States Attorney General Michael Mukasey, warning him that the International Solidarity Movement (ISM), and others, have conspired to violate the U.S. Neutrality Act, 18 U.S.C. § 960, in their efforts to organize a boatlift to the Hamas controlled Gaza Strip.
Read more...


**An End to Terror's Reign in Spain?**
**July 19, 2009:** In 2008, a Spanish court in Madrid opened a criminal investigation against Israeli military and political leaders for their role in the 2002 IDF missile attack that killed Salah Shehadeh, a Hamas terror mastermind, as well as 14 others who had refused to evacuate the building in which he was hiding.
Read more...

**Israel needs to invade The Hague - Op-Ed by Nitsana Darshan-Leitner**
**January 31, 2009, Jerusalem Post:** While the government and IDF strenuously strove to implement lessons learned from the last war and provide the troops in Gaza with every possible means to shield themselves against enemy fire, they negligently allowed our soldiers' flanks to be exposed to danger from a different quarter.
Read more...

LUCH web design