# EXHIBIT #4

## McAleer, Chas

| | |
|---|---|
| **From:** | Francis, Noelle <NFrancis@chadbourne.com> |
| **Sent:** | Thursday, December 12, 2013 9:14 PM |
| **To:** | McAleer, Chas |
| **Cc:** | Hibey, Richard; Rochon, Mark; O'Toole, Timothy; Eustice, John; Lowell, Abbe D.; Langford, Joy; Gold, Allison |
| **Subject:** | Shatsky Litigation |
| **Attachments:** | 2013-12-12 Ltr. from J. Langford to C. McAleer.pdf |

Dear Chas:

Please see the attached letter from Joy Langford.

**Noelle Francis**
**Chadbourne & Parke LLP**
1200 New Hampshire Ave N.W., Washington, DC 20036
**tel** 202-974-5617 | **fax** 202-974-6717
nfrancis@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/nfrancis.vcf

Please consider the environment before printing this email.

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke (London) LLP, including a list of attorneys, please see our website at http://www.chadbourne.com

1200 New Hampshire Avenue NW, Washington, DC 20036
tel (202) 974-5600 fax (202) 974-5602

# CHADBOURNE
## & PARKE LLP

direct tel 202 974 5647
jlangford@chadbourne.com

December 12, 2013

**VIA ELECTRONIC MAIL**

Charles F. B. McAleer, Jr., Esq.
Member
Miller & Chevalier Chartered
655 Fifteenth Street, N.W.
Suite 900
Washington, DC 20005-5701
cmcaleer@milchev.com

Re: _Shatsky et al. v. Syrian Arab Republic, et al._, No. 02-cv-2280 (RJL) (D.D.C.)

Dear Chas:

We write in response to your letters dated October 28, October 29, November 12 and November 19, 2013, which appear to be objections to the timeliness of supplemental productions made by Plaintiffs since July of this year.

As you may recall, during a conference call on April 16, 2013, we asked you to explain your oft-repeated recitation of "objection to the timing, form and substance of Plaintiffs' Rule 26 disclosures." At that time, you chose to stand on the position that your statement was self-evident as to what your objections were. At no time did you ask that we provide you with information regarding the source of the material we had produced or the date on which the material came into Plaintiffs' possession, custody or control. Had you explained your objections at that time, whether required or not, we would have endeavored to gather that information for you then. Nevertheless, without conceding that Plaintiffs are required to provide you with any of the information you have requested at this late date, for those supplemental disclosures cited in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, we have – to the extent possible – gathered the information regarding the source of the documents and the date on which such material came into Plaintiffs' possession, custody or control.

As to your demand for information regarding the purpose for which Plaintiffs intend to use the material provided in supplemental disclosures, again without conceding that Plaintiffs are obligated to provide such information and without limiting the use of the material for the below stated reasons, Plaintiffs represent that the vast majority of the documents produced support Plaintiffs' claim that the Defendants have a policy and practice of supporting terrorists, terrorist organizations and terrorist activities. Other documents establish the Defendants' provision of support for the Popular Front for the Liberation of Palestine and the

New York   Washington   Los Angeles   Mexico City   São Paulo   London   Moscow   Warsaw   Kyiv   Istanbul   Dubai   Beijing

CHADBOURNE
  & PARKE LLP

Charles F. B. McAleer, Jr., Esq.                -2-                December 12, 2013

facts of the Karnei Shomron bombing.  The category into which each document falls is
evident from a plain reading of the documents.

Regarding your complaint that Plaintiffs have failed to provide translations of
documents disclosed, please be advised that, to the extent Plaintiffs are relying upon foreign
language documents for purposes of their Opposition to Defendants' Motion for Summary
Judgment, we provided translations for such documents either in whole or at least as respects
the relevant part of the documents when we filed the Opposition.  Without conceding that
Plaintiffs have an obligation to provide translations of any of the other material produced, we
will agree to provide translations we have obtained, so long as Defendants agree to pay half of
the cost of those translations.  We note that this position stands in stark contrast to the position
Defendants have taken as respects their own production of foreign language documents, *i.e.,*
Defendants have refused to provide translations of materials they have produced even when
the production of documents has taken place belatedly, including on the eve of depositions of
witnesses purported to have knowledge as respects the information contained in the
documents belatedly produced.

With respect to documents you allege were not disclosed prior to July 2, 2013,
Plaintiffs state as follows:

- SHATSKY-000786-797 was disclosed in an April 2, 2012 email from R. Tolchin to C. McAleer;

- SHATSKY-002886-2892 was disclosed in an August 24, 2012 email from R. Tolchin to C. McAleer, L. Ferguson and B. Hill;

- SHATSKY-003382-3392 was disclosed on February 14, 2013 as Exhibit 3 to the expert report of Ronni Shaked;

- SHATSKY-005892 was disclosed on February 14, 2013 as Footnote 84 to the expert report of Matthew Levitt;

- SHATSKY-006696 was filed with the District Court on March 11, 2013 as Exhibit 41 to the expert report of Itamar Marcus;

- SHATSKY-006984-6991 was disclosed in an April 7, 2013 email from R. Weiser to C. McAleer; and

- SHATSKY-007123-7129 was disclosed on April 15, 2013 as footnote 8 to the expert report of Arieh Dan Spitzen.

CHADBOURNE
& PARKE LLP

Charles F. B. McAleer, Jr., Esq.                -3-                December 12, 2013

In your October 28, 2013 letter, you allege that 22 videos bates stamped SHATSKY-006676 and SHATSK Y-007007 were not disclosed to Defendants prior to July 2, 2013.  The videos included within SHATSKY-006676 and SHATSKY-007007 in fact exceed in number the 22 videos you mention.  If you are able to specify the particular videos as to which you have timeliness concerns, we will, without conceding that Plaintiffs are required to respond to your allegation, make reasonable efforts to provide you with the dates on which the videos were disclosed.  On a final note with respect to the videos, Plaintiffs hereby withdraw the video bates stamped SHATSKY-000830-32, which was inadvertently disclosed in the *Shatsky* case in a July 4, 2012 email from R. Tolchin to B. Hill, M. Rochon and R. Hibey.

The above information, as well as the attached chart regarding the source of material and the date on which it was obtained, has been provided as a courtesy, again without regard to whether such an effort is required at all, let alone at this particular juncture given the late nature of your requests.  If it is your intent that your October and November correspondence be read as Defendants asserting, or in some way attempting to reserve, the right to raise your objections to Plaintiffs' use of the supplemental disclosures in Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Reply"), we write to advise that Plaintiffs will object to such argument as being outside the bounds of what is allowed in a proper Reply.  Certainly, you were aware of your concerns regarding the manner in which Plaintiffs were making (and continued to make) supplemental disclosures well before and at the time that Defendants filed their Motion for Summary Judgment, but you chose not to raise that issue in the Motion for Summary Judgment (perhaps intending to deny Plaintiffs the ability to address any objection in their Opposition papers).  The fact that you articulated those concerns in a letter on October 28, 2013, two weeks prior to the filing of Plaintiffs' Opposition to the Motion for Summary Judgment, in no way preserved the argument for Defendants' use in the Reply; correspondence to counsel was not the proper procedure for raising objections to the supplemental disclosures when there was a summary judgment pleading schedule in place and Defendants' Motion for Summary Judgment could have addressed the issue.  To the extent that Defendants pursue the argument in their Reply, we would request that, at a minimum, you inform the Court of Plaintiffs' position by attaching this letter (and accompanying attachment) as an exhibit to the Reply, and then we will further address the issue in subsequent court filings as necessary (*e.g.* motion to strike for waiver).

Further, while the letter campaign embarked upon on Defendants' behalf since October 28, 2013 provides more detail than your earlier repeated recitation of "objection to the timing, form and substance of Plaintiffs' Rule 26 disclosures," you still do not provide explanation sufficient to allow Plaintiffs to address your objections fully on the merits.  We note, however, that the information you have requested (source and date of receipt) can only partially address whether any potential disclosure is timely.  The fact that material is in a party's custody does not necessarily make it subject to Rule 26(a) disclosure.  Under Rule 26(a)(1)(A)(ii), a party is obligated to disclose only material that it "*may use* to support its

CHADBOURNE
& PARKE LLP

Charles F. B. McAleer, Jr., Esq.                -4-                December 12, 2013

claims or defenses." Fed. R. Civ. P. 26(a)(1)(A)(ii) (emphasis added). "Indeed, the Advisory Committee Notes specifically state that, under the 2000 amendments to Rule 26(a), '[a] party is no longer obligated to disclose witnesses or documents, whether favorable or unfavorable, that it does not intend to use.'" *Gomas v. City of New York*, No. 07-CV-4179 (ARR), 2009 WL 962701, at *2 (E.D.N.Y. Apr. 8, 2009) (quoting Fed. R. Civ. P. 26(a)(1) Advisory Committee's Note, 2000 Amendment); *see also Yaccarino v. Motor Coach Indus., Inc.,* No. 03-CV-4527 (CPS), 2006 WL 5230033, at *6 (E.D.N.Y. Sept. 29, 2006) ("That [certain documents] might be useful to *plaintiffs* in proving *their* claims does not trigger [defendant's] obligation of automatic disclosure under Rule 26." (emphasis in original)); *Ruddell v. Weakley Cnty. Sheriff's Dep't,* No. 1:07-cv-01159-JDB-egb, 2009 WL 7355081, at *1 (W.D. Tenn. May 22, 2009) ("The plain language of [Rule 26(a)(1)(A)(ii)] makes clear that the disclosing party must only disclose materials if *that party* intends to use the materials to support its claims or defenses." (emphasis in original)). Accordingly, even if a party possesses evidence relevant to its claims or defenses, the party is not required to disclose it under Rule 26 until that party decides that use of the material is likely to occur. That is why the materials have been provided to you on a continuing basis. In the case at hand, the material disclosed in the supplemental disclosures is comprised exclusively of third party material. Plaintiffs' determination as to whether they would likely rely on such information evolved (and continues to evolve) as positions taken by Defendants have evolved and have been disclosed by Defendants. Moreover, in many instances, Plaintiffs' decision to even seek out such information was not triggered until Plaintiffs received Defendants' production of documents, ninety percent of which was disclosed after the close of fact discovery. Upon translating that material (which Defendants provided in Arabic without any English translations), Plaintiffs embarked upon various investigations deemed necessary based upon information contained in Defendants' document production. In all instances, Plaintiffs have endeavored in good faith to disclose material obtained subsequent to its initial disclosures upon determination that such material may be relied upon by Plaintiffs in this litigation.

        If you have additional questions or comments, please do not hesitate to call.

                                        Very truly yours,

                                        *Joy L. Langford*

                                        Joy L. Langford

Enclosures

cc:  All Counsel of Record

INDEX OF RULE 26 DISCLOSURES THAT ARE CITED AS EXHIBITS TO

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [1,2]

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 14 | Defendants' Objections and Response to the [Fifth] Set of Interrogatories From All Plaintiffs (To The Sokolow Plaintiffs) (December 21, 2012). | Defendants' own pleading served by them in Sokolow v. Palestine Liberation Org., No. 04-cv-397 (GBD) (RLE) (S.D.N.Y.) | Dec. 21, 2012 |
| Exhibit 15 | SHATSKY-002952-53, Transport and Indication Report, Military Court of Appeals (Judea & Samaria) (Aug. 23, 1990) (Isr.). | Israeli Military Court | In or about October 2012 |
| Exhibit 16 | SHATSKY-003272-76, Israel Police, Order of Photography / Stamping Works (Aug. 23, 1990). | Israeli Military Court | In or about December 2012 |
| Exhibit 19 | SHATSKY-003277-80, Israel Ministry of Health Institution of Forensic Medicine, Autopsy Report. | Israeli Military Court | In or about November 2012. |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 20 | SHATSKY-002947-51, Judgment, Mil. Appeal 288,294/91 Military Court of Appeals (Judea & Samaria), Military Prosecutor v. Raed Mousa Ibrahim Nazal (Isr.). | Israeli Military Court | In or about October 2012 |
| Exhibit 26 | SHATSKY-007053-54, Amended Indictment, Military Court (Samaria) 5904/02 Military Prosecutor v. Mohamed Shawqi Sa'idi Nazal (Mar. 26, 2003) (Isr.). | Israeli Military Court | In or about late March or early April 2013 |
| Exhibit 27 | SHATSKY-007090-92, Amended Indictment, Military Court (Samaria) 5898/02 Military Prosecutor v. Mohamed Wasif Abdel Rahman Nazal (May 13, 2003) (Isr.). | Israeli Military Court | In or about late March or early April 2013 |
| Exhibit 31 | SHATSKY-009286-433, Verdict, DC (TA) 1158/02 State of Israel v. Marwan Bin Khatib Barghouti (May 20, 2004) (Isr.). | Tel Aviv District Court | Plaintiffs' counsel do not recall the date on which they received this document. |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 35 | SHATSKY-007481-88, Amended Indictment and Verdict, Military Court (Samaria) 6358/03 Military Prosecutor v. Nuraddin Said Daoud (Titan) (Aug. 8, 2004) (Isr.). | Israeli Military Court | In or about May 2013 |
| Exhibit 37 | SHATSKY-007582-658, Verdict, DC (Jer) 7027/06 State of Israel v. Ahad Gholmeh (Dec. 1, 2008) (Isr.). | Uncertified version obtained from Nevo in or about February 2013; official version obtained from the Jerusalem District Court in or about June 2013. | In or about February 2013 |
| Exhibit 42 | SHATSKY-007132-38, Transcript of testimony of PA witness Mohamed Mustafa Jabarini, DC (TA) 1137-05 Goldman v. the Palestinian Authority (Dec. 22, 2010) (Isr.). | Counsel for Goldman plaintiffs. Note that this is Defendants' own document submitted in another case. | In or about November 2012. |
| Exhibit 43 | SHATSKY-007753-59, Transcript of testimony of PA witness Yousef Ahmed Jubran, DC (TA) 1137-05 Goldman v. the Palestinian Authority (Dec. 22, 2010) (Isr.). | Counsel for Goldman plaintiffs.  Note that this is Defendants' own document submitted in another case. | In or about November 2012. |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 45 | SHATSKY-006723-812, DC (TA) 1047-04 Estate of Mentin v. Bezeq Israel Telecomm. Ltd. (Feb. 26, 2013) (Isr.). | Uncertified version obtained from Nevo in or about March 2013; official version obtained from the Tel Aviv District Court in or about August 2013. | In or about March 2013 |
| Exhibit 50 | SHATSKY-009449-59, U.S. Department of State, Report Pursuant to Title VIII of Public Law 101-246 Foreign Relations Authorization Act for Fiscal Year 1990-1991 As Amended (for the Period from December 15, 2000 to June 15, 2001). | Printed from http://web.archive.org/web/20021019042721/http://www.aipac.org/plocca.pdf | On or about Sept. 22, 2013 |
| Exhibit 51 | SHATSKY-008468-546, Excerpt, S. Comm. on Foreign Relations & H. Comm. on Int'l Relations, 107th Cong., Country Reports on Human Rights Practices for 2001 Vol. II (Joint Comm. Print Apr. 2002). | Obtained by counsel of record from the ProQuest Congressional database | On or about Sept. 26, 2013 |
| Exhibit 52 | SHATSKY-008186-389, U.S. Department of State, Patterns of Global Terrorism 2001 (May 2002). | Printed by counsel of record from http://www.state.gov/documents/organization/10319.pdf | On or about Aug. 1, 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 53 | SHATSKY-005036-43, U.S. Department of State, Report Pursuant to Title VIII of Public Law 101-246 Foreign Relations Authorization Act for Fiscal Year 1990-1991 As Amended (for the Period from June 16, 2001 to December 15, 2001). | Dr. Matthew Levitt, Senior Fellow and Director of the Stein Program on Counterterrorism and Intelligence at the Washington Institute for Near East Policy | In or about February 2013 |
| Exhibit 54 | SHATSKY-009434-46, U.S. Department of State, Report Pursuant to Title VIII of Public Law 101-246 Foreign Relations Authorization Act for Fiscal Year 1990-1991 As Amended (for the Period from December 16, 2001 to June 15, 2002). | Third Party (an employee of the U.S. Congress) | On or about Nov. 5, 2013 |
| Exhibit 55 | SHATSKY-008146-85, Middle East Peace Commitments Act and the Arafat Accountability Act: Hearing Before the Subcomm. on the Middle East and South Asia of the H. Comm. on International Relations, 107th Cong. (2002). | Obtained by counsel of record from the ProQuest Congressional database | Relevant excerpt of hearing received from Matthew Levitt in or about February 2013. Full hearing received on or about Oct. 2, 2013. |
| Exhibit 56 | SHATSKY-006037-227, U.S. Department of State, Patterns of Global Terrorism 2002 (Apr. 2003), available at http://www.state.gov/documents/organization/20177.pdf. | Dr. Matthew Levitt, Senior Fellow and Director of the Stein Program on Counterterrorism and Intelligence at the Washington Institute for Near East Policy | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 57 | SHATSKY-008390-467, Excerpt, S. Comm. on Foreign Relations & H. Comm. on Int'l Relations, 108th Cong., Country Reports on Human Rights Practices for 2002 Vol. II (Joint Comm. Print Jul. 2003). | Printed by counsel of record from http://www.gpo.gov/fdsys/pkg/CPRT-108JPRT88454/pdf/CPRT-108JPRT88454.pdf | On or about Aug. 2, 2013 |
| Exhibit 59 | SHATSKY-007980-82, Israel Defense Forces, Ramallah as a Center of Terror-Background Information. | Printed from http://mfa.gov.il/MFA/MFA-Archive/2001/Pages/Ramallah%20as%20a%20Center%20of%20Terror-%20Background%20Informa.aspx | On or about Aug. 27, 2013 |
| Exhibit 62 | SHATSKY-007993-95, Israel Defense Forces, Raed Nazal Planned the Bombing (Apr. 26, 2002). | Printed from http://web.archive.org/web/20020811094720/http:/www.idf.il/hebrew/announcements/2002/april/26.stm | On or about Aug. 27, 2013 |
| Exhibit 63 | SHATSKY-005538-85, Dani Naveh, Minister of Parliamentary Affairs, The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel: Corruption and Crime (May 6, 2002). | Dr. Matthew Levitt, Senior Fellow and Director of the Stein Program on Counterterrorism and Intelligence at the Washington Institute for Near East Policy | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 64 | SHATSKY-005906-15, Israel Defense Forces/Military Intelligence, International Financial Aid to the Palestinian Authority Redirected to Terrorist Elements (Jun. 5, 2002), available at http://mfa.gov.il/MFA/MFA-Archive/2002/Pages/International%20Financial%20Aid%20to%20the%20Palestinian%20Aut.aspx. | Dr. Matthew Levitt, Senior Fellow and Director of the Stein Program on Counterterrorism and Intelligence at the Washington Institute for Near East Policy | In or about February 2013 |
| Exhibit 65 | SHATSKY-007983, Israeli Security Sources, Background information on the Popular Front for the Liberation of Palestine (Nov. 1, 2004). | Printed from http://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Background%20information%20on%20the%20PFLP%201-Nov-2004.aspx | On or about Aug. 27, 2013 |
| Exhibit 66 | SHATSKY-007965-66, Palestinian National Authority, Ministry of Detainees & Ex-Detainees Affairs, Al-Ajrami: Our Prisoners Are Political and Security Prisoners and They Are Victims of Israeli Violations (Sept. 9, 2008). | Printed from www.freedom.ps/showRep.php?tbl=activities&id=8 | In or about August 2013 |
| Exhibit 67 | SHATSKY-007975, Palestinian National Authority, Ministry of Detainees & Ex-Detainees Affairs, Qaraq'i : We Must Take Action to Generate Solidarity with the prisoners' families (Sept. 18, 2009). | Printed from www.freedom.ps/showRep.php?tbl=news&id=206 | In or about August 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 68 | SHATSKY-007967-74, Palestinian National Authority, Ministry of Detainees & Ex-Detainees Affairs, Courses of Action and Strategies of the Ministry of Detainees and Ex-Detainees Affairs. | Printed from www.freedom.ps/showRep.php?tbl=aboutus &id=1 | In or about August 2013 |
| Exhibit 69 | SHATSKY-007763-64, Palestinian National Authority, Ministry of Detainees & Ex-Detainees Affairs, Qaraq'i: 700 Military Prisoners Are Held Hostage In the Israeli Occupation's Jails (Jan. 21, 2012). | Printed from www.freedom.ps/showRep.php?tbl=activitie s&id=166 | In or about August 2013 |
| Exhibit 71 | SHATSKY-007978-79, Palestinian National Authority, Ministry of Detainees & Ex-Detainees Affairs, Qaraq'i: We Request the Inclusion of the Prisoners of 1948, Jerusalem and the Occupied Golan in the Exchange Deal. | Printed from www.freedom.ps/showRep.php?tbl=news&i d=192 | In or about August 2013 |
| Exhibit 72 | SHATSKY-008111-112, Sheikh Mohamed Mohamed Abdel Hadi Lafi, in the Fifty Third Anniversary of the Nakba: Victory and Conquest are Coming; Security and Relief are Coming, too. Verily with every Difficulty there is Relief, Al-Hayat Al-Jadida (May 18, 2001). | Palestine Media Watch (PMW) | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 73 | SHATSKY-008102 and SHATSKY-008104, Interview with Marwan Barghouti, Al-Sharq Al-Awsat, London, reprinted in Al-Hayat Al-Jadida (2001). | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 74 | SHATSKY-006694, Thousands Participate in a Symbolic Funeral in Tulkarm for Shahid [Martyr] Mahmoud Marmash, who Carried Out the Netanya Attack, Al-Hayat Al-Jadida (May 19, 2001). | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 75 | SHATSKY-006691, Shahida [Female Martyr] Dalal Mughrabi… Memories that Renew the Pledge to Continue the Struggle, Al-Hayat Al-Jadida (Mar. 11, 2002). | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 76 | SHATSKY-006709-10, Editorial, Unheeded Calls, Al-Hayat Al-Jadida (Jun. 23, 2002). | Palestine Media Watch (PMW) | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 77 | SHATSKY-008142, Abdel Badi Iraq, A Shahid's [Martyr's] Letter to his Mother, Al-Hayat Al-Jadida (Feb. 27, 2003). | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 78 | SHATSKY-006682, Honoring the Shuhada [martyrs] of Qalqilya in the Second Anniversary of the Istishhad [Death as a Martyr] of a Leader in the Abu Ali Mustafa Brigades, Al-Hayat Al-Jadida. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 79 | SHATSKY-006683, Mazen Baghadi, Al-Hayat Al-Jadida. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 81 | SHATSKY-006715, Adli Sadeq, Serious About the Reconciliation: Some Things, Which are Unavoidable, Al-Hayat Al-Jadida (May 11, 2011). | Palestine Media Watch (PMW) | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 87 | SHATSKY-006842-53, 38 Al Shurta 27-30, 34-37 (Nov. 2000). | National Library - Jerusalem | On or about Mar. 28, 2013 |
| Exhibit 89 | SHATSKY-006878-92, 41 Al-Shuhada 2-4, 7-9, 13-14, 24-28 (Sept. 2001). | National Library - Jerusalem | On or about Mar. 29, 2013 |
| Exhibit 91 | SHATSKY-007700-04, 44 Al-Shuhada 11-13 (Nov. 2001 -Dec. 2001). | National Library - Jerusalem | On or about Mar. 29, 2013 |
| Exhibit 92 | SHATSKY-006909-14, 45 Al-Shuhada 17-20 (Jan. 2002). | National Library - Jerusalem | On or about Mar. 29, 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 100 | SHATSKY-006976-79, 80 Humat Al-Areen 58. | National Library - Jerusalem | On or about Apr. 7, 2013 |
| Exhibit 104 | SHATSKY-002911-25, 1308 Al-Hadaf / Palestine (Jul. 31, 2000). | Harvard University Library | On or about Sept. 1, 2012 |
| Exhibit 106 | SHATSKY-002931-32, Al-Hadaf / Palestine, 1st Year, 1st Issue 32-33 (Jul. 2001). | National Library - Jerusalem | On or about Sept. 21, 2012 |
| Exhibit 109 | SHATSKY-002946, The Founding Comrade Dr. George Habash Condoles the Al-Razaz Family for the Death of the Great Deceased, 1327 Al-Hadaf / Palestine, 1st Year, 8th Issue (Feb. 2002). | National Library - Jerusalem | On or about Sept. 21, 2012 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 110 | SHATSKY-000931, They Open the Gate of the Sun With Their Blood, Al-Hadaf / Palestine, 8th Year, 8th Issue (2002). | National Library - Jerusalem | On or about Jul. 17, 2012 |
| Exhibit 111 | SHATSKY-003325-26, A Liberated Prisoner / Tulkarm, Once there was... Raed Nazzal "Abu al-Asir," 1450 Al-Hadaf / Palestine 40-41 (May 15, 2012). | Printed from http://www.alhadafmagazine.com/ | On or about Jan. 15, 2013 |
| Exhibit 112 | SHATSKY-008012-14, Article, Al-Jazeera (Feb. 17, 2002). | Printed from http://www.aljazeera.net/news/pages/40e40 ffe-9937-4780-a50b-9ff9bbc62a53 | In or about February 2013 |
| Exhibit 113 | SHATSKY-009095-109, Israel Police, Statement of Ahmed Barghouti (Apr. 16, 2002). | Israeli Military Court | On or about Nov. 19, 2012 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 114 | SHATSKY-002828-39, Israel Police, Statement of Mohamed Wasif Nazal (Apr. 24, 2002). | Israeli Police Station in Ariel | On or about Aug. 10, 2012 |
| Exhibit 115 | SHATSKY-007492-95, Israel Police, Statement of Mohamed Shawqi Nazal (May 2, 2002). | Israeli Police Station in Ariel | On or about Nov. 30, 2012 |
| Exhibit 116 | SHATSKY-008015-18, Israel Police, Statement of Lafi Nasura (May 5, 2002). | Israeli Police Station in Ariel | In or about December 2012 |
| Exhibit 117 | SHATSKY-007490-91, Israel Police, Statement of Mohamed Shawqi Nazal (June 5, 2002). | Israeli Police Station in Ariel | On or about Dec. 12, 2012 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 118 | SHATSKY-003294-305, Israel Police, Statement of Jamal Hindi Zaid (Sept. 23, 2002). | Israeli Police Station in Ariel | In or about December 2012 |
| Exhibit 119 | SHATSKY-006662-72, Israel Police, Statement of Mohamed Fahmi Jaber (Dec. 22, 2002). | Israeli Police Station in Ariel or Israeli Military Court | In or about February 2013 |
| Exhibit 120 | SHATSKY-000902-06, PFLP, Announcement regarding Sadeq Ahed Abdel Hafez. | Printed from http://pflp.ps/khaldeen.php?id=1058 | On or about Jul. 17, 2012 |
| Exhibit 121 | SHATSKY-000907-11, PFLP, Announcement regarding Shadi Nassar. | Printed from http://www.pflp.ps/khaldeen.php?id=1060 | On or about Jul. 17, 2012 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 122 | SHATSKY-000912-16, PFLP, Announcement regarding Sa'id al-Majdalawi. | Printed from http://www.pflp.ps/khaldeen.php?id=1044 | On or about Jul. 17, 2012 |
| Exhibit 123 | SHATSKY-002812-20, PFLP, Announcement regarding Abu Ali Moustafa Brigades in Qalqilya and Raed Nazal. | Printed from http://www.pflp.ps/note.php?id=110 | On or about Jul. 25, 2012 |
| Exhibit 124 | SHATSKY-002821-26, Liberated Prisoner / Tulkarm, Once there was… Raed Nazal "Abu al-Asir" (Apr. 26, 2012). | Printed from http://www.pflp.ps/news.php?id=1949 | On or about Jul. 25, 2012 |
| Exhibit 125 | SHATSKY-002808-11, Rasem Ubeidat, Shahid [martyr] Raed Nazal, a Man of Convictions and of Overflowing Revolutionary Faith (May 13, 2012). | Printed from http://www.pflp.ps/news.php?id=2236 | On or about Jul. 25, 2012 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 131 | SHATSKY-009124-126, Palestinian Authority General Security Organization and Administration Department, Full Evaluation Report (Apr. 27, 2010), which was produced by Defendants to the plaintiffs in Gilmore et al. v. Palestinian Interim Self-Gov't Auth. et al., No. 01-cv-853 (D.D.C.) (GK) in response to the plaintiffs' discovery requests. | Defendants' own document produced in the Gilmore case. | Produced by defendants in Gilmore in September 2010. |
| Exhibit 132 | SHATSKY-003288-90, PASSIA Directory 2001. | Passia Offices East Jerusalem | On or about Jan. 8, 2013 |
| Exhibit 133 | SHATSKY-003291-93, PASSIA Directory 2002. | Passia Offices East Jerusalem | On or about Jan. 8, 2013 |
| Exhibit 135 | SHATSKY-006676 at 1B, Dr. Ahmed Yousuf Abu Halabiah Speech (Oct. 13, 2000), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 136 | SHATSKY-006676 at 1C, Dr. Muhammad Ibrahim Madi Speech (Aug. 3, 2001), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 137 | SHATSKY-006676 at 1J, Wafa Idris Song (May 2002), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 138 | SHATSKY-006676 at 1L, Mazen Izz Al-Din Speech (May 28, 2002), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 139 | SHATSKY-006676 at 1G, Khaibar Song (Oct. 13, 2002), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 140 | SHATSKY-006676 at 1F, Nablus Song (2003-2007), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 141 | SHATSKY-006676 at 1N, Mohammed Dahlan Interview (July 22, 2009), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 142 | SHATSKY-006676 at 1T, Mohammed Dahlan Interview (Jun. 16, 2007),as broadcast on Al-Arabiya Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 143 | SHATSKY-006676 at 1O, Ashraf Al-Ajrami Interview (Jun. 29, 2009), as broadcast on PA Television. | Palestine Media Watch (PMW) | In or about February 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 144 | SHATSKY-006676 at 1R, Suha Arafat (Dec. 16, 2012), as broadcast on Dubai Television. | YouTube | On or about Dec. 27, 2012 |
| Exhibit 145 | SHATSKY-006676 at 1S, Ziyad Abu Ein (July 4, 2006), as broadcast on Al Alam Television. | Palestine Media Watch (PMW) | In or about February 2013 |
| Exhibit 146 | SHATSKY-007734, Marwan Barghouti Interview, as broadcast on Al Jazeera. | www.youtube.com/watch?v=Xw-3NyicqGU | On or about Aug. 13, 2013 |
| Exhibit 150 | SHATSKY-009276, Dr. Mutawakkil Taha Speech (Sept. 27, 2013), as broadcast on Al Jazeera. | MEMRI | On or about Oct. 23, 2013 |

| Exhibit Number | Description | Exhibit Source | Date Received by Plaintiffs' Counsel |
|---|---|---|---|
| Exhibit 167 | SHATSKY-009447, Mohammed Dahlan Interview. | www.youtube.com/watch?v=F0U3AMvn9A8 | On or about Aug. 18, 2013 |
| Exhibit 168 | SHATSKY-009448, Mohammed Dahlan Interview. | www.youtube.com/watch?v=Mlz2KFx89g4 | On or about Aug. 18, 2013 |
| Exhibit 169 | SHATSKY-002968-3164, World Bank, West Bank and Gaza Public Expenditure Review Vol. 2 (Feb. 2007). | Plaintiffs do not recall the exact website from which this document was downloaded, but it is available at several websites, including http://siteresources.worldbank.org/INTWEST BANKGAZA/Resources/PERVol2Feb07.pdf | On or about Oct. 30, 2012 |

[1] Unless otherwise noted, in all instances, the material provided as a Rule 26 disclosure was originally obtained by Shurat HaDin and subsequently provided to counsel of record; hence, counsel of record is relying upon the records and/or representations of Shurat HaDin for purposes of compiling this Index.

[2] To the extent that the information provided in this Index contradicts information provided in Plaintiffs' Rule 26(A) & (E) Disclosure Notice(s), the information provided in the Index is intended to correct the disclosure notice(s).