# EXHIBIT #28

# SUMMARY OF EXHIBIT CATEGORIES IN DECLARATION
# OF ROBERT J. TOLCHIN (DATED NOVEMBER 12, 2013) ("TOLCHIN DECL.")[1]

Category 1 – Copies of "Israeli court and police records that were made at [Mr. Tolchin's] direction" and as to which Plaintiffs allegedly "will obtain the certifications required under [Fed. R. Evid. 44(a)(2) and Fed. R. Evid. 902(3)] and the Hague Convention Abolishing The Requirement for Legalization for Foreign Public Documents (Oct. 5, 1961) ('Apostille Convention') prior to trial." Tolchin Decl. ¶ 8. Mr. Tolchin refers to certain requests by Plaintiffs to the Government of Israel for production of those documents but no such communications have ever been disclosed to Defendants in response to their discovery requests seeking any such communications. According to Mr. Tolchin, the twelve (12) exhibits falling in this category are Ex. Nos. 15, 16, 19, 20, 26, 27, 31, 35, 37, 42, 43 and 45. *Id.*

Category 2 – Copies of "U.S. and Israeli government publications that were made at [Mr. Tolchin's] direction" and that Mr. Tolchin claims are "self-authenticating official publications pursuant to Fed. R. Evid. 902(5)." Tolchin Decl. ¶ 9. According to Mr. Tolchin, the thirteen (13) exhibits falling in this category are Ex. Nos. 50, 51, 52, 53, 54, 55, 56, 57, 59, 62, 63, 64 and 65. *Id.*

Category 3 – Copies of "Palestinian Authority publications that were made at [Mr. Tolchin's] direction," as to which Mr. Tolchin makes various averments regarding the alleged affiliation of the sources to the PA and their availability "at the National Library in Jerusalem." Tolchin Decl. ¶ 10. Mr. Tolchin claims these documents are "self-authenticating official publications and/or newspapers and periodicals pursuant to Fed. R. Evid. 902(5) and (6)." Tolchin Decl. ¶ 10. According to Mr. Tolchin, the nineteen (19) exhibits falling in this category are Ex. Nos. 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 79, 81, 87, 89, 91, 92 and 100. *Id.*

Category 4 – Copies of "articles from Al-Hadaf" which Mr. Tolchin avers is "a PFLP publication." Tolchin Decl. ¶ 11. According to Mr. Tolchin, the copies "were made at [Mr. Tolchin's] direction" and are "self-authenticating periodicals under Fed. R. Evid. 902(6)." Tolchin Decl. ¶ 11. According to Mr. Tolchin, the five (5) exhibits falling in this category are Ex. Nos. 104, 106, 109, 110 and 111. *Id.*

Category 5 – A copy of a "webpage printed at [Mr. Tolchin's] direction from www.aljazeera.net" which, according to Mr. Tolchin, is "self-authenticating news article under Fed. R. Evid. 902(6)." Tolchin Decl. ¶ 12. This document is marked as Exhibit 112.

Category 6 – Copies of "records kept by the Israel Police in the ordinary course of regularly conducted investigations" that "were obtained from the police station in Ariel, Israel and/or from the Israeli Military Court case files at [Mr. Tolchin's direction]." Tolchin Decl. ¶ 13. Mr. Tolchin avers that he has "notified Defendants of [Plaintiffs'] intent to obtain Fed. R. Evid. 902(12) business records affidavits from the police interrogators who took the respective

---

[1] Plaintiffs filed Mr. Tolchin's Declaration with and in support of their Opposition to Defendants' Motion for Summary Judgment. This summary begins with Exhibit 15 to Mr. Tolchin's Declaration and ends with Exhibit 169.

statements," and he refers to a request Plaintiffs have allegedly submitted "to the Israeli police for such affidavits which request is pending approval." *Id.* However, no such affidavits were produced by Plaintiffs, and no communications with the Government of Israel relating to such affidavits were disclosed to Defendants in response to their discovery requests seeking any such communications. According to Mr. Tolchin, the four (4) exhibits falling in this category are Ex. Nos. 114, 115, 118 and 119. *Id.*

Category 7 – Copies of "pages printed at [Mr. Tolchin's] direction from www.pflp.ps." Tolchin Decl. ¶ 14. Acknowledging that he is not competent to authenticate but that an unnamed "competent witness will authenticate at trial as the official website of the Popular Front for the Liberation of Palestine ('PFLP')," Mr. Tolchin does not make an averment in his Declaration regarding the proffered basis for their alleged admissibility. *Id.* According to Mr. Tolchin, the six (6) exhibits falling in this category are Ex. Nos. 120, 121, 122, 123, 124 and 125. *Id.*

Category 8 – Copies of five documents attached as exhibits to Defendants' Motion to Vacate Default (DE 77) and a document that Mr. Tolchin avers was produced at some unspecified time by the PA to the parties whom Mr. Tolchin represents in another case in this Court, i.e., the *Gilmore* case. Tolchin Decl. ¶ 15. According to Mr. Tolchin, the six (6) exhibits falling in this category are Ex. Nos. 126, 127, 128, 129, 130 and 131. *Id.*

Category 9 – Copies of pages from "the PASSIA directory" Mr. Tolchin avers was "published by PASSIA – the Palestinian Academic Society for the Study of International Affairs." Tolchin Decl. ¶ 16. Mr. Tolchin also avers that the copies were "obtained at [his] direction from the PASSIA offices located in East Jerusalem" and that they will be authenticated at trial by an unidentified witness "competent to testify regarding their authenticity." *Id.* According to Mr. Tolchin, the two (2) exhibits falling in this category are Ex. Nos. 132 and 133. *Id.*

Category 10 – Copies of fifteen (15) "videos" which Mr. Tolchin avers are "authentic copies" of certain "broadcasts obtained from the sources indicated below at [Mr. Tolchin's] direction." Tolchin Decl. ¶ 17. There are sources listed for thirteen (13) of the videos, i.e., "PA Television" (nine videos), "Al-Arabiya Television" (one video), "Al Alam Television" (one video) and "Al Jazerra" (two videos) and, with one exception, all of the alleged underlying "broadcasts" of those videos occurred on or before November 12, 2011, i.e., at least two years before Mr. Tolchin's Declaration. *Id.* There is no source or date listed in Mr. Tolchin's Declaration regarding two of the videos. *Id.* Mr. Tolchin makes no averment regarding the authenticity or completeness of the alleged underlying "broadcasts" or the "videos" allegedly made from the broadcasts. According to Mr. Tolchin, the fifteen (15) exhibits falling into this category are Ex. Nos. 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 150, 167 and 168. *Id.*

Category 11 – Copies of documents that Mr. Tolchin avers were produced in this case by the PA "from its files." Tolchin Decl. ¶ 18. Mr. Tolchin avers that these documents, which he does not describe in his Declaration except by Bates number, "are presumptively authentic and admissible because they were produced by [the PA] in response to Plaintiffs' discovery requests." *Id.* According to Mr. Tolchin, the thirteen (13) exhibits falling into this category are Ex. Nos. 151, 152, 154, 155, 156, 158, 159, 160, 161, 162, 163, 164 and 165. *Id.*

2

Category 12 – A copy of a document Mr. Tolchin describes simply as a "World Bank Report" but as to which he makes no other averment. This document is marked as Exhibit 169.