# Exhibit 7



**Robert Tolchin <rjt.berkman@gmail.com>**

## Re: Shatsky
1 message

**Robert Tolchin** <rjt.berkman@gmail.com>                                             Wed, May 9, 2012 at 11:56 AM
To: "McAleer, Chas" <CMcAleer@milchev.com>
Cc: hallermm@gmail.com, "Hibey, Richard" <rhibey@milchev.com>, "Rochon, Mark" <mrochon@milchev.com>, "O'Toole, Timothy" <TOtoole@milchev.com>, "Eustice, John" <jeustice@milchev.com>

Chas -

I write further to yesterday's meet and confer, during which counsel discussed, *inter alia*, defendants' responses to plaintiffs' RPDs.

On March 26, 2012, plaintiffs in the *Sokolow* matter served defendants PA and PLO with an RPD seeking documents reflecting payments made by the PA to the family of Sa'id Awada, who carried out one of the suicide bomings attacks at issue in that case. (Copy attached). That RPD was substantively identical to some of the RPDs served by the instant plaintiffs on March 9, 2012, regarding payments made by the PA to the family of suicide bomber Sadek Abdel Hafez, who (like Awada) has been designated as a martyr by the PA. On April 30, 2012, the defendants responded to the *Sokolow* RPD by producing a document reflecting payments to Awada's family. (Copy attached).

Since the defendants were able to produce such a payment document on April 30 in respect to Awada in response to an RPD served on March 26, it is clear that defendants could have already produced an analogous document regarding payments to Abdel Hafez's family, in response to the RPD that was served in this case much earlier (on March 9). Without derogating from any remedies available to the plaintiffs, please explain why the defendants have failed to make such a production, and if and when they intend to do so.

Also, as you know, the PA maintains a formal paper file for each person (such as Abdel Hafez) it designates as a "martyr," which includes an official, standard paper form generated by the PA. That form includes the circumstances of the "martyr's" death and the terrorist organization to which he belonged, which are obviously extremely relevant facts in this case. (So that there is no doubt about the nature of the file and form to which I am referring, I attach the PA's "martry" file and form for deceased terrorist Fawzi Murar).

Therefore, the PA's document production should include the official PA "martyr" file and form for Sadek Abdel Hafez. Please advise immediately if you disagree.

Given the size of the attachments, please confirm that you received this email.

   - Bob Tolchin

**3 attachments**

Case 1:02-cv-02280-RJL   Document 272-7   Filed 01/21/14   Page 3 of 5

**Mandelkorn Plaintiffs' First RPD.pdf**
191K

**Fawzi Murar.pdf**
12948K

**Said Awada (6145).pdf**
109K



**Robert Tolchin <rjt.berkman@gmail.com>**

## Re: Shatsky
1 message

**Robert Tolchin** <rjt.berkman@gmail.com>                                      Wed, May 9, 2012 at 2:48 PM
To: "McAleer, Chas" <CMcAleer@milchev.com>
Cc: hallermm@gmail.com, "Hibey, Richard" <rhibey@milchev.com>, "Rochon, Mark" <mrochon@milchev.com>, "O'Toole, Timothy" <TOtoole@milchev.com>, "Eustice, John" <jeustice@milchev.com>

> Chas -
>
> Further to the below:
>
> Another search has turned up the following 8 civil suits filed by the PA in the Jerusalem Magistrates Court alone in the past 4 years alone:
>
> > Civil Action 36733-07-11, Palestinian Authority v. Abu Farha
> > Civil Action 3704-09-10 Palestinian Authority v. Kalimi
> > Civil Action 8074-05-11 Palestinian Authority v. R.Z. Elbar
> > Civil Action 36741-07-11 Palestinian Authority v. Iyad Zin
> > Civil Action 37039-02-11 Palestinian Authority v. Yamin
> > Civil Action 16035-08 Palestinian Authority v. M.S. Moving
> > Civil Action 17269-09-11 Palestinian Authority v. Shlomo Transportation
> > Civil Action 21984/08 M.T.M. Machines and Baking and Food Equipment
>
> Again, we have to assume that this is just the tip of the iceberg, and that there are many more such suits brought by defendants in Israel and other jurisdictions. We hope that you will take the necessary steps so that we do not need to bring all this to the attention of the Court.
>
>   - Bob Tolchin
>
>
> On Wed, May 9, 2012 at 2:11 PM, Robert Tolchin <rjt.berkman@gmail.com> wrote:
>
> > Chas -
> >
> > Plaintiffs' RPDs seek documents relating to defendants' claim to be unincorporated associations, including documents that evidence the capacity of the PA to sue or be sued, and documents filed by the PA in legal proceedings initiated by it. The defendants have failed to produce any documents in response to that request. Yet, a quick search of just a single Israeli legal database shows that the PA initiated legal proceedings in the Israeli Supreme Court in the following seven cases the past few years alone:
> >
> > > H.C.J. 3368/10
> > > H.C.J. 4531/09
> > > H.C.J. 3713/08
> > > H.C.J. 1103/10
> > > H.C.J. 1104/10
> > > H.C.J. 1465/10
> > > H.C.J. 1958/10
> >
> > Since we found these cases through a single search in a single Israeli database, it is reasonable to assume that they are just the

tip of the iceberg.

Obviously, then, the defendants have made no real effort to respond to our RPDs. We ask again that you remedy this situation immediately.

    - Bob Tolchin