UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SHABTAI SCOTT SHATSKY, *et al*.,

                Plaintiffs,

    -against-

THE SYRIAN ARAB REPUBLIC, *et al*.,

                Defendants.

Civil Action No. 02-cv-02280 (RJL)

## NOTICE OF RELEVANT AUTHORITY

      Plaintiffs, Shabtai Scott Shatsky *et al*. ("Plaintiffs"), respectfully submit this Notice of Relevant Authority to bring to the Court's attention the recent order entered by U.S. District Judge George B. Daniels in the Southern District of New York in *Sokolow v. Palestinian Liberation Organization*, 1:04-cv-00397 (D.E. 958, attached hereto as Exhibit A). Defendants, who are also the Defendants in the instant matter before this Court, renewed their motion to dismiss for lack of personal jurisdiction (as they have done in this case) post-jury verdict, and in the alternative, moved for judgment as a matter of law, or for a new trial under Federal Rules of Civil Procedure 50(b) and 59. Judge Daniels' August 24, 2015 order denied Defendants' motion in its entirety and directed that judgment be entered in Plaintiffs' favor against Defendants.

Dated: August 26, 2015

Respectfully submitted,

By     /s/ Abbe David Lowell

Abbe David Lowell (#358651)
Joy L. Langford (#451728)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: 202-974-5605
Fax: 202-974-6705
adlowell@chadbourne.com
*Counsel for Plaintiffs*

Robert J. Tolchin (NY 0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Tel: 718-855-3627
rjtberkman@gmail.com
*Counsel for Plaintiffs*