IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:02-cv-02280 (RJL) |
| THE SYRIAN ARAB REPUBLIC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' NOTICE OF RELEVANT AUTHORITY**

Defendants, the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), by their undersigned counsel, respond to the Notice of Relevant Authority ("Notice") filed by Plaintiffs on August 26, 2015 [D.E. 322]. Plaintiffs' Notice addresses the August 24, 2015 Order on Fed. R. Civ. P. 50 and 59 post-trial motions in *Sokolow v. Palestinian Liberation Organization,* Case No. 1:04-cv-00397 (S.D.N.Y.) (Daniels, J.).

Plaintiffs' Notice should be considered by this Court in the context of several noteworthy developments in the *Sokolow* case and in three appeals pending in the U.S. Court of Appeals for the District of Columbia Circuit, *Livnat v. Palestinian Authority,* No. 15-7024 (D.C. Cir.) and *Gilmore v. Palestinian Interim Self-Government Authority*, No. 14-7129 (D.C. Cir.).[1]

In *Sokolow*, most notably, contemporaneous with its decision on post-trial motions, the district court on August 24, 2015 stayed execution of judgment pending appeal, and denied plaintiffs' request for prejudgment interest. [*Sokolow,* D.E. 957 and 977 (8/24/15 Hr'g Tr.) at 29-31]. Plaintiffs' Notice neglects to mention these developments. Indeed, to stay execution on

---

[1] As we previously informed the Court [D.E. 315], the appeal in *Safra v. Palestinian Authority,* Case No. 15-7025 (D.C. Cir.) was consolidated with the appeal in *Livnat*.

the judgment, the district court had to consider, among other factors, whether the PA and PLO had a substantial likelihood of success on appeal, or had raised serious questions for appellate review. [*Sokolow*, D.E. 977 (8/24/15 Hr'g Tr.) at 29-30].  The PA and PLO argued that they were likely to prevail on appeal because the district court improperly exercised personal jurisdiction over them. [*Sokolow*, D.E. 898 at 3-6.]  This is the same personal jurisdiction issue raised in the *Livnat* and *Safra* appeals to the D.C. Circuit, in which another judge of this Court expressly disagreed with *Sokolow* and declined to exercise either general or specific personal jurisdiction over the PA.[2]

Moreover, the United States Government submitted a Statement of Interest in support of the PA and PLO's motion to stay the execution of the *Sokolow* judgment. The United States emphatically affirmed its commitment to the continued viability of the PA because it "is essential to key U.S. security and diplomatic interests, including advancing peace between Israel and the Palestinians, supporting the security of U.S. allies such as Israel, Jordan, and Egypt, combatting extremism and terrorism, and promoting good governance." [*Sokolow,* D.E. 953, 953-1 at ¶ 11].

The *Sokolow* plaintiffs took an immediate appeal from the district court's order staying the execution of the judgment, and sought an "emergency" modification of the stay order that would have substantially increased its financial requirements. *See Sokolow v. Palestine Liberation Organization,* Case Nos. 15-2739, 15-3135, 15-3151 (2d Cir. Oct. 14, 2015).  The Second Circuit denied the *Sokolow* plaintiffs' motion on October 14, 2015 [D.E. 100], finding that the district court had not abused its discretion in applying the factors governing a stay of

---

[2]   In the related *Klieman* case, *Klieman v. Palestinian Auth.*, No. 15-7034 (D.C. Cir.), another judge of this Court likewise disagreed with *Sokolow* and declined to exercise either general or specific jurisdiction over the PLO as well.  We previously informed the Court that the *Klieman* appeal was being held in abeyance pending the D.C. Circuit's decision in *Livnat* and *Gilmore.* [D.E. 315].

execution, which as noted included the issue of likelihood of success on appeal of the personal jurisdiction issue [D.E. 60-1 at 4, 8-10]. The Second Circuit also expedited the briefing and argument of the *Sokolow* merits appeal, which will center on the personal jurisdiction issue, with briefing to be completed by January 25, 2016, and oral argument to be held as early as the week of March 11, 2016. *Sokolow v. Palestine Liberation Organization,* Case Nos. 15-2739, 15-3135, 15-3151 (2d Cir. Oct. 14, 2015) [D.E. 100].

At the same time, the D.C. Circuit has set a new briefing schedule in the *Livnat*, *Safra* and *Gilmore* appeals that avoids a conflict with the expedited *Sokolow* appeal schedule. As noted, the *Livnat/Safra* appeal exclusively involves the question of whether another judge of this Court correctly rejected *Sokolow* and held that the PA and PLO are not subject to either general or specific personal jurisdiction. By order of October 26, 2015, the D.C. Circuit required the completion of briefing in the *Livnat*, *Safra* and *Gilmore* appeals by April 8, 2016. *Gilmore,* Case No. 14-7129; *Livnat,* Case No. 15-7024 [D.E. 1580073].

As we previously informed this Court at the July 8, 2015 hearing, the PA and the PLO respectfully submit that the interests of judicial efficiency would be served by deferring any merits ruling in this case until after the D.C. Circuit rules on the personal jurisdiction issue presented in the *Livnat* and *Safra* appeals. *See* Tr. (July 8, 2015) at 68-70. This is the same personal jurisdiction issued raised by the PA and PLO in their pending Motion for Reconsideration of this Court's February 7, 2005 and October 29, 2014 Interlocutory Orders on Personal Jurisdiction, or alternatively, Request for Certification Pursuant to 28 U.S.C. § 1292(b). [D.E. 309].

Dated: October 28, 2015

Respectfully submitted,

/s/Mitchell R. Berger
Mitchell R. Berger, DC Bar No. 385467
John A. Burlingame, DC Bar No. 455876
Amy L. Brown, DC Bar No. 451090
Alexandra E. Chopin, DC Bar No. 490736
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
mitchell.berger@squirepb.com
john.burlingame@squirepb.com
amy.brown@squirepb.com
alexandra.chopin@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*