UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE SYRIAN ARAB REPUBLIC, et al., <br><br> Defendants. | 1:02-cv-02280 (RJL) |

### DECLARATION OF ABBE DAVID LOWELL

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a member of the Bar of this Court and a member of Chadbourne & Parke LLP, attorneys for Plaintiffs. Unless otherwise indicated, whether expressly or by context, I have personal knowledge of the facts set forth below.

2. This Declaration is submitted in support of Plaintiffs' Opposition to the August 2013 Motion for Summary Judgment filed by Defendants (D.E. 247), the Palestinian Authority (the "PA") and the Palestine Liberation Organization (the "PLO"). The principal purpose of this declaration is to place before the Court documents germane to the issues raised by Defendants' motion and Plaintiffs' opposition thereto.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of excerpts of the transcript of PA Rule 30(b)(6) deponent Jawad Amawi's deposition, taken in this matter on September 6, 2012.

4. Attached as Exhibit 2 to this declaration is a true and correct copy of excerpts of the transcript of PA Rule 30(b)(6) deponent Raed Taha Mahmud Amayra's deposition, taken in this matter on September 10, 2012.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts of the transcript of PA Rule 30(b)(6) deponent Nadime Al-Barahme's deposition, taken in this matter on September 11, 2012.

6. Attached as Exhibit 4 to this declaration is a true and correct copy of the redacted transcript of PA Rule 30(b)(6) deponent Ibrahim Dahbour's deposition, taken in this matter on September 12, 2012.

7. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts of the transcript of PLO Executive Committee member Abdel Rahim Malouh's deposition, taken in this matter on September 5, 2012.

8. Attached as Exhibit 6 to this declaration is a true and correct copy of excerpts of the transcript of PLO Rule 30(b)(6) deponent Yasser Shaqbu'a's deposition, taken in this matter on September 12, 2012.

9. Attached as Exhibit 7 to this declaration is a true and correct copy of excerpts of the transcript of a January 12, 2015 hearing in *Sokolow v. Palestine Liberation Org.*, No. 04 CIV. 397(GBD) (S.D.N.Y.) (DE 831).

10. Attached as Exhibit 8 to this declaration is a true and correct copy of Plaintiffs' Second Amended Notice to the PLO of Taking Depositions Pursuant to Fed.R.CIV.P.30 (b)(6) in this matter.

11. Attached as Exhibit 9 to this declaration is a true and correct copy of Plaintiffs' Second Amended Notice to the PA of Taking Depositions Pursuant to Fed.R.CIV.P.30(b)(6) in this matter.

12. Attached as Exhibit 10 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-002911 – 002925, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

13. Attached as Exhibit 11 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-002787 – 002789, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

14. Attached as Exhibit 12 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-000931, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

15. Attached as Exhibit 13 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-002828 – 002832, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

16. Attached as Exhibit 14 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-000902 – 000906, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

17. Attached as Exhibit 15 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-000907 – 000911, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

18. Attached as Exhibit 16 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-000912 – 000916, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

19. Attached as Exhibit 17 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-002812 – 002820, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

20. Attached as Exhibit 18 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-002821 – 002826, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

21. Attached as Exhibit 19 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-002808 – 002811, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

22. Attached as Exhibit 20 to this declaration is a true and correct copy of Exhibit J to Defendants' Motion to Vacate Clerk's Entry of Default. DE 77-10.

23. Attached as Exhibit 21 to this declaration is a true and correct copy of Exhibit M to Defendants' Motion to Vacate Clerk's Entry of Default, which is a CNN.com article titled "Suicide bombing kills 2 Israelis." DE 77-13.

24. Attached as Exhibit 22 to this declaration is a true and correct copy of Exhibit N to Defendants' Motion to Vacate Clerk's Entry of Default, which is a *New York Times* article from that publication's website titled "West Bank Suicide Bombing Kills 2 Israelis and Hurts 30." DE 77-14.

25. Attached as Exhibit 23 to this declaration is a true and correct copy of Exhibit O to Defendants' Motion to Vacate Clerk's Entry of Default, which was published on the U.S. Department of State website and is titled "Significant Terrorist Incidents, 1961-2003: A Brief Chronology." DE 77-15.

26. Attached as Exhibit 24 to this declaration is a true and correct copy of Exhibit P to Defendants' Motion to Vacate Clerk's Entry of Default, which was published on the website of the Israel Ministry of Foreign Affairs website and is titled "Background Information on the Popular Front for the Liberation of Palestine." DE 77-16.

27. Attached as Exhibit 25 to this declaration is a true and correct copy of the pages Bates-stamped 07:000012 – 07:000015, produced by Defendants in this matter from Defendants' files.

28. Attached as Exhibit 26 to this declaration is a true and correct copy of the pages Bates-stamped 07:000017 – 07:000020, produced by Defendants in this matter from Defendants' files.

29. Attached as Exhibit 27 to this declaration is a true and correct copy of the pages Bates-stamped 07:000023 – 07:000025, produced by Defendants in this matter from Defendants' files.

30. Attached as Exhibit 28 to this declaration is a true and correct copy of the pages Bates-stamped 07:000031 – 07:000050, produced by Defendants in this matter from Defendants' files.

31. Attached as Exhibit 29 to this declaration is a true and correct copy of the pages Bates-stamped 07:000055 – 07:000062, produced by Defendants in this matter from Defendants' files.

32. Attached as Exhibit 30 to this declaration is a true and correct copy of the pages Bates-stamped 07:000110 – 07:000114, produced by Defendants in this matter from Defendants' files.

33. Attached as Exhibit 31 to this declaration is a true and correct copy of the pages Bates-stamped 07:000175 – 07:000177, produced by Defendants in this matter from Defendants' files.

34. Attached as Exhibit 32 to this declaration is a true and correct copy of the pages Bates-stamped 07:000178 – 07: 000209, produced by Defendants in this matter from Defendants' files.

35. Attached as Exhibit 33 to this declaration is a true and correct copy of the pages Bates-stamped 07:000220 – 07:000223, produced by Defendants in this matter from Defendants' files.

36. Attached as Exhibit 34 to this declaration is a true and correct copy of the pages Bates-stamped 07:000234 – 07:000235, produced by Defendants in this matter from Defendants' files.

37. Attached as Exhibit 35 to this declaration is a true and correct copy of the page Bates-stamped 07:000245, produced by Defendants in this matter from Defendants' files.

38. Attached as Exhibit 36 to this declaration is a true and correct copy of the pages Bates-stamped 07:000258 – 07:000263, produced by Defendants in this matter from Defendants' files.

39. Attached as Exhibit 37 to this declaration is a true and correct copy of the page Bates-stamped 07:000272, produced by Defendants in this matter from Defendants' files.

40. Attached as Exhibit 38 to this declaration is a true and correct copy of the pages Bates-stamped 07:000279 – 07:000282, produced by Defendants in this matter from Defendants' files.

41. Attached as Exhibit 39 to this declaration is a true and correct copy of the page Bates-stamped 07:000283, produced by Defendants in this matter from Defendants' files.

42. Attached as Exhibit 40 to this declaration is a true and correct copy of the pages Bates-stamped 07:001081 – 07:001082, produced by Defendants in this matter from Defendants' files.

43. Attached as Exhibit 41 to this declaration is a true and correct copy of the page Bates-stamped 07:001083, produced by Defendants in this matter from Defendants' files.

44. Attached as Exhibit 42 to this declaration is a true and correct copy of the September 1, 2014 Order in *Linde v. Arab Bank, PLC*, Case No. 04-cv-2799 (E.D.N.Y Sept. 1, 2014) (DE 1118).

45. Attached as Exhibit 43 to this declaration is a true and correct copy of excerpts of the transcript of the February 5, 2013 deposition of Plaintiff Steven Braun in this matter.

46. Attached as Exhibit 44 to this declaration is a true and correct copy of excerpts of the transcript of the February 11, 2013 deposition of Plaintiff Chana ("Chani") Edri f/k/a Chana Friedman in this matter.

47. Attached as Exhibit 45 to this declaration is a true and correct copy of excerpts of the transcript of the February 11, 2013 deposition of Plaintiff Bella Friedman in this matter.

48. Attached as Exhibit 46 to this declaration is a true and correct copy of excerpts of the transcript of the January 29, 2013 deposition of Plaintiff Joanne Shatsky in this matter.

49. Attached as Exhibit 47 to this declaration is a true and correct copy of excerpts of the transcript of the January 28, 2013 deposition of Plaintiff Shabtai Scott Shatsky in this matter.

50. Attached as Exhibit 48 to this declaration is a true and correct copy of excerpts of the transcript of the February 5, 2013 deposition of Plaintiff Ginette Lando Thaler in this matter.

51. Attached as Exhibit 49 to this declaration is a true and correct copy of excerpts of the transcript of the February 6, 2013 deposition of Plaintiff Leor Thaler in this matter.

52. Attached as Exhibit 50 to this declaration is a true and correct copy of excerpts of the transcript of the February 6, 2013 deposition of Plaintiff Michael Thaler in this matter.

53. Attached as Exhibit 51 to this declaration is a true and correct copy of excerpts of the transcript of the February 12, 2013 deposition of Plaintiff Hillel Trattner in this matter.

54. Attached as Exhibit 52 to this declaration is a true and correct copy of excerpts of the transcript of the February 12, 2013 deposition of Plaintiff Ronit Trattner in this matter.

55. Attached as Exhibit 53 to this declaration is a true and correct copy of the Oslo II Accords signed in Washington, D.C. on September 28, 1995.

56. Attached as Exhibit 54 to this declaration is a true and correct copy of Defendants' Objections and Answers to Plaintiffs' Second Set of Interrogatories (Nos. 2-12) in this matter, dated September 19, 2012.

57. Attached as Exhibit 55 to this declaration is a true and correct copy of excerpts of the transcript of the June 21, 2005 deposition of Plaintiff Chana Friedman in this matter.

58. Attached as Exhibit 56 to this declaration is a true and correct copy of excerpts of the transcript of the June 22, 2005 deposition of Leor Thaler in this matter.

59. Attached as Exhibit 57 to this declaration is a true and correct copy of excerpts of the transcript of a December 16, 2014 hearing in *Sokolow v. Palestine Liberation Org.*, No. 04 CIV. 397(GBD) (S.D.N.Y.) (DE 687).

60. Attached as Exhibit 58 to this declaration is a true and correct copy of the September 30, 2008 decision in *Estate of Parsons v. The Palestinian Auth.*, No. 1:07-cv-01847-BJR (D.D.C. Sept. 30, 2008) (DE14).

61. There is no Exhibit 59 attached hereto.

62. Attached as Exhibit 60 to this declaration is a true and correct copy of a February 11, 2013 Order in *Klieman v. Palestinian Authority*, Civil Action No. 04-1173 (PLF/JMF) (D.D.C. Feb. 11, 2013) (DE 190).

63. Attached as Exhibit 61 to this declaration is a true and correct copy of excerpts of the transcript of the June 23, 2005 deposition of Plaintiff Shabtai Scott Shatsky in this matter.

64. Attached as Exhibit 62 to this declaration is a true and correct copy of the document Bates-stamped SHATSKY-000798-SHATSKY-000825, produced and disclosed in this matter by Plaintiffs prior to the close of discovery.

65. Attached as Exhibit 63 to this declaration is a true and correct copy of excerpts of the transcript of the June 21, 2005 deposition of Plaintiff Hillel Trattner in this matter.

66. Attached as Exhibit 64 to this declaration is a true and correct copy of the July 31, 2014 Order in *Linde v. Arab Bank, PLC*, Case No. 04-cv-2799 (E.D.N.Y Sept. 1, 2014) (DE 1049).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of January, 2016.

_____
Abbe David Lowell