# Exhibit 44

In the U.S. District Court
District of Columbia

```
------------------------------x
                              :
Shabtai Scott Shatsky, et     :
al                            :
                              :
                v.            :NO. 1:02cv02280
                              :
The Syrian Arab Republic,     :
et al                         :
                              :
------------------------------x
```

February 11, 2013

DEPOSITION OF:

Chani Edri,

a witness, called by counsel pursuant to notice, commencing at 2:10 p.m., which was taken at Miller and Chevalier, 655 15th Street, NW, Washington, DC 20005-5701

parenting classes that you are attending?
**A. To be patient with your kids, to know how to listen to your child and make your child listen to you.**
Q. Have they been helpful for you?
MR. STEINER: Objection.
THE WITNESS: Yes.
BY MR. HILL:
Q. Do you believe that the need to take parenting classes is related in any way to the bombing in February 2002?
**A. Ask the question again.**
Q. Do you believe that you needed to take those parenting classes because of the bombing in February 2002?
**A. Yes.**
Q. Why?
**A. Because I'm impatient with my children.**
Q. Do you believe that the impatience with your children is related to the bombing?
**A. Yes.**



Q. In what way?
**A. Since then I'm impatient and I'm very nervous and upset very quickly.**
Q. Since 2002 you are saying?
**A. Since February 16, 2002.**
Q. Apart from taking parenting classes have you done anything else since 2007 to address the nervousness or impatience you just described?
**A. No.**
Q. Apart from completing the parenting classes that you are currently enrolled in, do you expect to have any other training or treatment or coaching or anything like that related to your children?
MR. STEINER: Objection.
THE WITNESS: I don't know.
BY MR. HILL:
Q. You are not presently anticipating anything else, is that fair to say?
**A. Right now. Let me finish with what I'm doing and then I'll see.**



Q. Do you expect to take additional parenting classes after these conclude?
**A. I don't know.**
Q. Are you asking to be paid money in the lawsuit for the cost of the parenting classes?
**A. I'm sorry?**
Q. Are you asking to be paid money in this lawsuit for the cost of the parenting classes?
MR. STEINER: Objection.
THE WITNESS: I don't understand the question. Are they paying me?
BY MR. HILL:
Q. You understand that you are here because you are a plaintiff in a lawsuit, right?
**A. Yes.**
Q. Do you understand that means you are asking people to pay you money?
**A. Yes.**
Q. Is part of the money that you want to be paid the cost of the parenting classes you described?



MR. STEINER: Objection.
THE WITNESS: I don't know.
BY MR. HILL:
Q. You don't know if you are asking for that?
**A. No.**
Q. Did they cost you anything?
**A. Yes.**
Q. How much did they cost you?
**A. 300 and something shekels.**
Q. For each class?
**A. No.**
Q. For all of them together?
**A. Yes.**
Q. Apart from the 300 and something shekels that you spent on the parenting classes, have you incurred any cost for any treatment that you believe is related to the February 16, 2002 bombing?
**A. What?**
Q. Apart from the cost of the parenting classes, have you spent any money for any treatment that you believe is related to the injuries you

received in February 2002?
**A. No.**
Q. I'd like to ask you now about the events of February 16, 2002.
I understand you were present at an explosion that occurred that day in Karnei Shomron, is that right?
**A. Yes.**
Q. Did you lose consciousness after that explosion?
**A. No.**
MR. STEINER: Objection. I ask you to be more specific about the timeframe after the explosion.
BY MR. HILL:
Q. You eventually went to the hospital that night, right?
**A. Yes.**
Q. Do you believe you were conscious between the time of the explosion and the time that you got to the hospital?



**A. Yes.**
Q. Were you sedated at some point that evening?
**A. Sorry?**
Q. Were you sedated at --
**A. What's "sedated"?**
Q. Were you given medicine that caused you to pass out or fall asleep?
**A. Yes.**
Q. When did that happen?
**A. I don't know.**
Q. Was it at the hospital?
**A. Yes.**
Q. Did you see the person or persons who caused the explosion before the explosion took place?
**A. Yes.**
Q. How many persons were involved in causing the explosion?
**A. I don't know how many persons were involved. I saw the person, one person that I saw.**



Q. Had you ever seen this person before?
**A. No.**
Q. Are you able to tell me the name of the person you saw who caused the explosion?
**A. No.**
Q. Has anyone ever asked you to identify the person who caused the explosion?
**A. No.**
Q. Can you describe the person who caused the explosion?
**A. A dark man, dark colored man I guess you could say, wearing dark clothing and he had a dark jacket, he had a backpack.**
Q. Can you tell me how tall this man was?
**A. No.**
Q. Can you tell me his approximate weight?
**A. No.**
Q. Can you tell me his hair color?
**A. Dark.**
Q. Can you tell me if he had any facial hair?
**A. No.**



Q. Can you tell me if he was wearing glasses?
**A. No.**
Q. Have you now told me everything you can about the physical description of this individual?
**A. That I remember, yes.**
Q. Did the person say anything?
**A. No, not that I heard.**
Q. You cannot recollect this person who caused the explosion saying anything, correct?
**A. Yes.**
Q. How far were you from the person at the time of the explosion?
**A. I don't know.**
Q. Was anyone near you at the time of the explosion?
**A. Yes. What does "near" mean?**
Q. Within five feet of you.
**A. What's five feet? Can you show me?**
Q. Within two meters of you. Do you know what two meters is?
**A. I'm really bad at that stuff.**

Q. Was anyone sitting as close to you as you and I are sitting now?
**A. Yes.**
Q. Who was within the radius that you and I are currently?
**A. Rachel Thaler.**
Q. Anyone else?
**A. Maya something.**
MR. STEINER: Perhaps we should give some sort of mention of how wide the table is.
MR. HILL: I'll do the examination. That's fine.
BY MR. HILL:
Q. You were sitting at a table at the time the explosion went off?
**A. Yes.**
Q. You mentioned that Rachel Thaler and Maya were at the table with you?
**A. Yes.**
Q. Were they also seated?
**A. Yes.**



Q. From which direction did the explosion come?
**A. The left.**
Q. Ms. Thaler, was she seated on your left or your right or across from you?
**A. I think across. I'm not sure.**
Q. You were sitting at a square table?
**A. Yes.**
Q. How many chairs were around the square table?
**A. Four.**
Q. Your best recollection is that Ms. Thaler was sitting across the table from you?
**A. Yes, or across like that.**
MR. STEINER: Diagonally.
THE WITNESS: It was four chairs. I was sitting here. He came in from here and she was here or here.
I don't remember. I think. Maybe she was here. I don't remember.
MR. STEINER: Indicating he came from



her left and she was in front of where the witness was sitting.
BY MR. HILL:
Q. Is it fair to say that you cannot recollect whether Ms. Thaler was sitting across the table from you or beside you at the table?
**A. I think she wasn't beside me.**
Q. She was across from you?
**A. Across or like that.**
Q. You believe Ms. Thaler was either sitting on your left or directly across from you?
**A. I don't think she was on my left.**
Q. You believe she was sitting on your right?
**A. No. I don't know how you say it in English. Like that. There's across --**
Q. Let's do this. I'm going to hand you a blank sheet of paper. Would you draw a square representing the table?
**A. Yes.**
Q. Would you draw four other squares representing seats around the table?



**A. Yes.**
Q. Would you draw a C where you believe you were sitting?
**A. I think here. I think here or maybe here.**
Q. Maybe you can put a C in both chairs where you think you may have been seated.
**A. Yes.**
Q. You were seated in one or the other, you just can't remember which one?
**A. Yes.**
Q. Can you draw an R in the chair that you believe Rachel Thaler was seated in?
**A. Yes.**
Q. Can you draw an M where you think Maya was seated?
**A. Here, maybe here or here.**
Q. Could you draw an X in the direction where the blast came from?
**A. I know that now. I didn't know that then.**
Q. Are you saying that at the time of the explosion you did not know from which direction the

Page 110

explosion came?
**A. It came somewhere from here because I saw him going here.**
**He came in from here. He went this direction. I heard just boom, a big one.**
Q. The table that you were sitting in was at a restaurant, right?
**A. Pizzeria.**
Q. Were you closest to the exit or were you closest to the back of the restaurant?
**A. It's not a restaurant. It's not a closed restaurant.**
**It's an open mall where there's a pizzeria and there are nine tables. I was where you go out to the street but there's different ways to go out to the street because it's an open area.**
Q. The table you were seated at was the closest to the street, right?
**A. Yes.**
Q. When the bomb was detonated was the bomb behind you in the pizzeria or was it out toward the

Page 111

street?
**A. It was where I was sitting, the area of the tables.**
Q. The explosion occurred within the nine tables that you've described?
**A. Yes.**
Q. Was the person sitting down at a table?
**A. Which person?**
Q. The person who caused the explosion.
**A. I don't know.**
Q. The explosion occurred --
**A. I didn't see anything. I wasn't full conscious.**
**I don't know what to tell you where he blew himself up. I don't know.**
Q. Do you know where the explosion took place that night?
**A. Somewhere where I was sitting. I saw black.**
Q. You said earlier that you believe it came from your left.

Page 112

**A. I saw him coming from my left.**
Q. Were you injured more severely on your left side than your right side?
**A. What?**
Q. I understand you had some hearing loss as a result of this?
**A. Yes.**
Q. Which ear did you have the hearing loss in?
**A. My left.**
Q. Are you able to say whether Rachel Thaler was to the right of you or to the left of you?
**A. I don't know.**
Q. She was sitting across the table from you?
**A. What I remember.**
Q. She wasn't sitting beside you as Mr. Steiner is sitting beside you now, right?
**A. No, I don't think so. I don't remember.**
Q. I understand that after the explosion there was a period when it was silent, is that right?

Page 113

**A. What's that?**
Q. How long did the period of silence last?
**A. I don't know.**
Q. But you do remember there being a silence after the blast?
**A. Yes.**
Q. Then after the blast there was a lot of yelling and screaming?
**A. I don't remember hearing that.**
**I first remember hearing Rachel screaming. I heard her screaming very, very loud and as I ran out to the street I remember seeing a big mess and I don't remember hearing things.**
**I don't know.**
Q. There was a period of silence and then you believe you heard Rachel Thaler screaming?
**A. Yes.**
Q. Were you able to see Rachel Thaler while she was screaming?
**A. No.**
Q. From what direction was the screaming you

were hearing coming from?
**A. I don't remember.**
Q. Maya was also sitting across the table from you next to Rachel?
**A. I don't remember. I don't know.**
Q. Maya was also injured in this blast, right?
**A. Yes.**
Q. What were the nature of her injuries?
**A. I don't know.**
Q. Do you know was Maya able to scream after the blast?
**A. I don't know.**
Q. Do you know if you heard Maya screaming after the blast?
**A. I just remember hearing Rachel screaming. I don't remember anything else.**
Q. What makes you think it was Rachel that you heard screaming as opposed to Maya or someone else?
**A. Because I know her voice. I've known her**



**for a while.**
Q. Was she saying words that you could recognize?
**A. Not that I remember.**
Q. Had you heard her scream on prior occasions?
**A. Screaming maybe in laughter. I don't know if in pain, no.**
Q. Apart from your belief that it was her voice because you were friends, is there anything else that makes you think it was her as opposed to someone else?
MR. STEINER: Objection.
THE WITNESS: I know my friend. I know her voice.
BY MR. HILL:
Q. Is there anything else that makes you think it was her as opposed to someone else that you heard screaming that night?
MR. STEINER: Objection.
THE WITNESS: I don't remember



hearing anyone else screaming.
BY MR. HILL:
Q. Are you saying that you only heard one person scream after the --
**A. That's what I remember.**
MR. STEINER: Objection.
THE WITNESS: I believe there was more screaming but then I tried talking to her to tell her to come with me but I don't remember anything.
BY MR. HILL:
Q. After the blast when you heard screaming you tried speaking to Rachel, right?
**A. Yes. I wasn't able to. I tried talking. It didn't come out.**
Q. You remember trying to speak but you were unable to speak?
**A. Yes.**
Q. Were you injured in your throat or mouth in any fashion?
**A. No.**



Q. Do you know why you were unable to speak at that time?
**A. No.**
Q. Were you able to speak later that evening?
**A. Yes.**
Q. After the bomb went off did you see anyone in the pizzeria?
**A. No, I couldn't see anything.**
Q. When do you recall being able to see after the explosion the next time?
MR. STEINER: Objection.
THE WITNESS: When I ran out.
BY MR. HILL:
Q. Where did you run to?
**A. I was trying to run home and cross the street and the bus almost ran me over.**
**The bus driver came out and asked me what happened. I pointed to him and told him there was an attack and he told me to come up to the bus and I asked him to please take me home to my address and I was screaming because I started feeling very, very**

**hot.**
**He took me to the ambulance station.**
Q. Approximately how far did you walk or run from the pizzeria to the point where you encountered the bus as you've described it?
**A. I don't know how to tell you meters, feet, I don't know.**
Q. Was it on the road in front of the pizzeria where you encountered the bus?
**A. No. The bus was one road and another road.**
Q. Were you approximately two blocks from the pizzeria?
**A. Not blocks, no. I don't know.**
Q. You had walked or run some distance by the time you --
**A. It's not that far.**
Q. Is it longer than the length of this room?
**A. Yes.**
Q. Approximately twice the length of this room?



**A. I don't know.**
Q. When you encountered the bus and the driver stopped were you able to speak to the driver?
**A. Yes.**
Q. Did the driver give you aid?
**A. What?**
Q. Did he give you aid?
**A. What is that?**
Q. Did he help you?
**A. I don't remember.**
Q. You got on the bus?
**A. Yes.**
Q. Where did he take you?
**A. The ambulance station.**
Q. How far was that?
**A. In ride?**
Q. Yes.
**A. I don't know. Three, four minutes.**
Q. Once you got to the ambulance station were there medical personnel there?
**A. Yes.**



Q. Did they put you in an ambulance?
**A. I think I went alone to the ambulance.**
Q. Did the ambulance take you to a hospital?
**A. Yes.**
Q. Which hospital?
**A. Schneider.**
Q. Did you go to the emergency room at Schneider?
**A. I don't know.**
Q. Do you have any gaps in your memory anywhere between the time of the blast and the time of your arrival at Schneider?
**A. What?**
Q. Are there any parts that you can't remember between the time of the blast and the time of your arrival at the Schneider Hospital?
**A. I remember being in an ambulance and I remember hearing them talking, asking me questions. I don't remember getting into the hospital. I remember being in the hospital. I don't remember getting in.**



Q. It's possible you may have lost consciousness at some point in the ambulance?
**A. I don't remember, I just can't remember.**
Q. At some point you got to the hospital and at that point they put you under and that sort of thing?
MR. STEINER: Objection.
THE WITNESS: At some point. I don't know.
BY MR. HILL:
Q. Can you describe generally the sort of injuries you received in the bombing, from the blast?
**A. That now I know? Then I didn't know anything.**
Q. That you know now, yes, ma'am.
**A. Burned, shrapnel and my eardrum.**
Q. Where were you --
**A. The hole in my hand.**
Q. Where were you burned?
**A. On my feet, face -- foot, face, hand,**

Page 122

**lower back.**
Q. Where did you receive shrapnel?
**A. I don't know all of them. I know I had it in my breast, eye, top of my head, I think in my stomach.**
**I don't know. I don't remember. I think in my foot maybe.**
Q. You mentioned you had an injury to your eardrum?
**A. It popped. I don't know how to say it in English.**
Q. The left?
**A. Yes.**
Q. Was the right eardrum injured?
**A. I don't know.**
Q. You mentioned you had a hole in your hand?
**A. Not a hole. I had a shrapnel. I had a hole in my hand.**
Q. Did you have a hole in some part of your body?
**A. I had here like a hole.**

Page 123

MR. HILL: Let's take a short break.
(Whereupon, a recess was taken from 4:07 p.m. to 4:23 p.m.)
BY MR. HILL:
Q. Ma'am, before we broke you mentioned that you had a hole in your hand where a piece of shrapnel came in?
**A. I don't know. I just had a hole there.**
Q. It was your left hand that had the hole in it?
**A. Yes.**
Q. In the palm of your hand?
**A. Yes.**
Q. Has it healed?
**A. I don't know what's healed. I have a scar.**
Q. Does that injury to your hand affect your ability to use your hand in any way?
**A. Sometimes when I need to open bottles it's hard for me.**
Q. To open a twist-off with that hand?

Page 124

**A. Yes.**
Q. Are you right or left-handed?
**A. Right-handed.**
Q. This is an injury to your left hand?
**A. Yes.**
Q. Do the injuries you received that day, the physical injuries you received that day affect your daily living in any way?
**A. I'm sorry?**
Q. Do the physical injuries you received in February of 2002 affect your daily living today?
**A. Yes.**
Q. In what way?
**A. I don't go swimming any more --**
Q. Any other --
**A. -- in a bathing suit.**
Q. Any other way that they affect your daily living?
**A. Physical?**
Q. Yes, ma'am.
**A. I have sometimes in my ear a noise. It comes and goes.**

Page 125

Q. Are you hearing it now?
**A. No.**
Q. Any other way that the physical injuries you received affect your daily living today?
**A. My eye.**
Q. How is your eye affected?
**A. My left eye constantly burns me and it hurts me.**
Q. Your left eye burns?
**A. It hurts. I don't know. It bothers me a lot.**
Q. You said the noise in your ear comes and goes?
**A. Yes.**
Q. The left ear?
**A. Yes.**
Q. Do you have any difficulty hearing in the left ear?
**A. I don't know. I don't think so.**
Q. How frequently does the noise that you've

described come?
Does the noise in your ear prevent you from doing anything?
**A. Yes, I just wait for it -- I stop what I'm doing. I wait for it to pass.**
Q. How long does it typically last when it comes?
**A. I don't know. Maybe a minute. I don't know.**
Q. How many times a week would you say you have the sensation of the noise in your ear?
**A. It's not something steady.**
Q. When was the last time you think you had that condition?
**A. Maybe a week and a half ago.**
Q. How many times a month do you think you have this noise in your ear?
**A. I don't know.**
Q. Can you remember the time you had it before a week and a half ago?
**A. No.**



Q. Is it caused by anything that you are doing?
**A. No.**
Q. Has anyone ever told you whether you can be treated for that condition?
**A. No.**
Q. Have you ever asked anyone whether there's anything that can be done to stop the noise in your ear?
**A. I don't know.**
Q. You mentioned that your left eye occasionally hurts?
**A. Yes.**
Q. How frequently does your eye hurt?
**A. I don't know.**
Q. When was the last time you had discomfort in your eye?
**A. A few weeks ago.**
Q. How long did the discomfort last?
**A. A few days, maybe a day. I don't know.**
Q. Did you do anything to treat it?



**A. No.**
Q. Have you seen a doctor about whether anything could be done to reduce the discomfort in your eye?
**A. I went to an eye doctor. I don't remember what was over there.**
Q. Did that doctor --
**A. I'm going to an eye doctor.**
Q. When are you next going to the eye doctor?
**A. Couple of weeks after I get back.**
Q. Do you have an appointment?
**A. Yes.**
Q. When you had the sensation in your eye a few weeks ago did you go see the doctor then?
**A. No.**
Q. You've recently found one?
**A. Yes.**
Q. You made an appointment for a couple of weeks from now?
**A. Yes.**
Q. You are wearing glasses today, right?



**A. Yes.**
Q. Do the glasses enable you to see?
**A. Can you ask that again?**
MR. STEINER: Objection.
BY MR. HILL:
Q. Do the glasses enable you to see well enough for your daily living?
**A. Not well enough.**
Q. Do the glasses enable you to drive?
**A. Yes.**
MR. STEINER: Objection.
THE WITNESS: Not at night.
BY MR. HILL:
Q. What do you mean not at night?
**A. At night it's a little bit harder for me.**
Q. For you to see at night?
**A. It's easier for me to see daytime than after night.**
Q. Do you have any restrictions on your ability to drive?
**A. I'm sorry?**

Page 130

Q. Do you have any restrictions on your ability to drive?
**A. What does that mean?**
Q. Does your driver's license say can't drive at night or something like that?
**A. No.**
Q. You are allowed to drive at night?
**A. Yes.**
Q. You just prefer not to?
**A. Yes.**
Q. Do you have any trouble driving in the daytime?
**A. No.**
Q. Do you have any difficulty reading?
**A. If it's for a long time.**
Q. How long can you read without it being difficult?
**A. I don't know. I need to take a break.**
Q. How long of a period do you need between breaks?
**A. I don't know.**

Page 131

Q. Hours, three minutes, how long?
**A. I don't know.**
Q. Occasionally you'll notice that your eyes are tired and you'll take a break?
**A. They burn me.**
Q. Do you ever put drops in your eyes to help with the burning?
**A. No.**
Q. Has anyone ever suggested you do that?
**A. I don't know.**
Q. When was the last time you had your eyeglass prescription checked?
**A. Last year.**
Q. Did it change from the prior year?
**A. I don't think so. I don't know.**
Q. Do you have any other problems with your eyes other than the injuries you sustained in February 2002?
**A. Yes.**
Q. What other problems do you have?
**A. Keratoconus.**

Page 132

Q. What is that?
**A. Problem in the eye.**
Q. Do you believe the keratoconus is related to the bombing on February 16, 2002?
MR. STEINER: Objection.
THE WITNESS: I don't know.
BY MR. HILL:
Q. Has a doctor ever told you it's related to the bombing from February 2002?
**A. The doctor said it could be but he can't know.**
Q. Tell me what you mean by that.
MR. STEINER: Objection.
THE WITNESS: Or that it's from a trauma or that it's from birth.
BY MR. HILL:
Q. Some people develop keratoconus even if they are not injured, right?
**A. Yes. It's something that goes around the family.**
Q. As far as you know, no one else in your

Page 133

family has this condition?
**A. Not that I know of.**
Q. Is the burning in your eye related to the keratoconus?
**A. I think in one eye it's more than the other. I don't know. I don't think so.**
Q. So you don't know whether the burning might be related to the keratoconus as opposed to the injuries you received in February 2002?
**A. Yes.**
Q. You mentioned that your eardrum had popped?
**A. At the attack.**
Q. Did you have any surgery on your eardrum to repair it?
**A. I don't think so.**
Q. Was your eardrum torn?
**A. I don't know.**
Q. In any event, you are not having any trouble hearing out of that left ear now, is that right?

**A. Yes.**
Q. You mentioned that you had shrapnel in a number of places in your body. Was any of that removed?
**A. Some has been removed.**
Q. Do you still have some shrapnel in your body today?
**A. I have in my eye and in my face.**
Q. Apart from your eye and your face, are you aware of any other shrapnel that remains in your body today?
**A. Not that I could remember.**
Q. Has anyone ever suggested removing the shrapnel from your eye?
**A. No.**
Q. Has anyone ever suggested removing the shrapnel from your face?
**A. No.**
Q. Where in your face is the shrapnel located?
**A. Under my eye here and here and I have on**



**my forehead.**
Q. You also have shrapnel in your left eye, is that correct?
**A. Yes.**
Q. Has the shrapnel affected your vision in any way?
**A. I don't know.**
Q. Has anyone ever told you that the shrapnel has affected your vision?
**A. I don't know.**
Q. When did you first start wearing glasses?
**A. Couple of years ago.**
Q. Does anyone else in your family wear glasses or use contact lenses?
**A. Yes.**
Q. Does anyone in your family not use --
**A. Yes.**
Q. Who doesn't wear glasses?
**A. My brother.**
Q. Everyone else has them?
**A. Yes.**



Q. At the time the explosion occurred in February of 2002 approximately how many people were in the pizzeria?
**A. I don't know.**
Q. You mentioned that there were three people at your table.
What's your best estimate for how many people were at the other tables in the restaurant that night?
**A. The other tables? I don't know.**
Q. At the time of the explosion do you remember what you and your friends were talking about?
**A. No.**
Q. Do you know what language you were speaking?
**A. We spoke in both, but I don't know, Hebrew, English.**
Q. Do you remember on this occasion whether you were speaking Hebrew, English or both?
**A. No.**



Q. You don't remember?
**A. No.**
Q. After the attack did you see Keren Shatsky?
**A. No.**
Q. Did you see Leor Thaler?
**A. No.**
Q. Did you see Ronit Trattner?
**A. No.**
Q. Did you see Hillel Trattner?
**A. No.**
Q. Did you see Steven Braun?
**A. Yes.**
Q. When did you see Mr. Braun?
**A. When I ran out.**
Q. As you were leaving the pizzeria you saw Mr. Braun?
**A. Yes.**
Q. Did you speak to him?
**A. I don't remember.**
Q. Did he say anything to you?

Page 138

**A. I don't remember.**
Q. Did you observe anything about Mr. Braun's condition?
**A. What does "observe" mean?**
Q. Did you notice whether he had been injured in any fashion?
**A. No.**
Q. How did he appear when you saw him?
**A. In what sense?**
Q. Was he standing, sitting, running, talking, what was he doing?
**A. I don't remember.**
Q. You just remember seeing him?
**A. Yes.**
Q. Do you believe you saw anyone else before you left the scene that night other than Mr. Braun after the explosion had occurred?
**A. The bus driver.**
Q. The only people you remember seeing after the explosion were Mr. Braun and the bus driver, is that correct?

Page 139

**A. Yes.**
Q. Have you now told me about all the physical injuries you believe you received as a result of the explosion on February 16, 2002?
**A. Whatever I remember.**
Q. Can you think of any other injuries you received on February 16, 2002 you have not yet told me about?
**A. No.**
Q. Do you believe that you have a mental illness as a result of the events of February 16, 2002?
**A. I don't know.**
Q. Do you believe that you are mentally ill?
**A. I don't know.**
Q. It's a belief question. Ma'am, do you think you are mentally ill?
MR. STEINER: Objection.
THE WITNESS: I don't know. I don't know if I'm mentally ill or not.
I don't know. I don't know what

Page 140

mentally ill means. I'm not a doctor. I don't know.
BY MR. HILL:
Q. Have you ever had anyone tell you you had a mental illness?
**A. Yes.**
Q. Who has told you that?
**A. Somebody said I had PTSD. I don't remember.**
Q. Did more than one person tell you you had PTSD?
**A. I don't remember.**
Q. When did someone tell you you had PTSD?
**A. I don't know.**
Q. Do you believe you have PTSD?
**A. I don't know.**
MR. STEINER: Objection.
BY MR. HILL:
Q. Have you had any treatment for PTSD?
**A. I don't know. I don't know what the treatment for that is.**

Page 141

Q. Have you ever sought any treatment for PTSD?
**A. I don't know what the treatment is. I don't know.**
Q. Do you believe you will need treatment for PTSD in the future?
**A. I don't know.**
Q. Is anyone else in your family mentally ill?
MR. STEINER: Objection.
THE WITNESS: I don't know.
BY MR. HILL:
Q. Does your aunt Esther have a mental illness?
**A. I don't know.**
Q. Has anyone ever told you that?
MR. STEINER: Objection.
THE WITNESS: I was told that she is sick. I don't know what she has. She was sick.
BY MR. HILL:
Q. What kind of sickness did she have?

Apart from your belief that you heard her screaming, are you aware of any evidence that Rachel Thaler may have experienced conscious pain and suffering that night?
**A. I don't know.**
Q. You are not aware of anything other than your belief that you heard her screaming, right?
**A. Right.**
Q. Ma'am, do you believe that you will earn less money over your working career than you would have earned had you not been injured in February of 2002?
MR. STEINER: Objection.
THE WITNESS: I don't know.
BY MR. HILL:
Q. Prior to February of 2002 had you ever expressed a desire to pursue a particular career?
**A. Please say your question again.**
Q. Prior to February 2002 had you ever told anyone what kind of job you wanted to have when you grew up?



**A. I don't remember.**
Q. Do you remember as of February 2002 having plans for a career?
**A. I don't remember.**
Q. I believe your mother stayed at home with you and your siblings for a significant period of your life, right?
**A. Yes.**
Q. Had you come to any views about whether you would like to stay home and raise children after you were married as of February 2002?
**A. Can you say the question again?**
Q. Had you come to any views, any opinion in your own mind, about whether when you grew up you wanted to be a stay at home mother as your mother had been for you?
MR. STEINER: Objection.
THE WITNESS: She wasn't a stay at home mother. At the beginning of my life? She was working. I'm sorry.
BY MR. HILL:



Q. We'll start again.
As of February of 2002 do you believe you had formed a view about whether you, when you grew up and got married, would prefer to not work and stay home with children?
**A. I don't know.**
Q. Is it fair to say as of February 2002 you didn't know what you wanted to do when you grew up, right?
**A. I don't remember if I knew what I wanted to do and what I didn't want to do.**
Q. It's fair to say that you cannot remember whether as of February 2002 you had a particular career aspiration, right?
**A. Yes.**
Q. Can you think of any way that we might attempt to calculate how much more money you would have earned had you not been injured in February of 2002 than the amount of money that you will earn over your working life?
MR. STEINER: Objection.



THE WITNESS: No.
BY MR. HILL:
Q. Can you think of any way that we might attempt to calculate -- try. Can you think of any way that we might try to calculate how much more money you would have earned had you not been injured in February 2002 than you will actually earn for the rest of your working life?
**A. I don't know.**
Q. Do you know if anyone has ever attempted to make such a calculation?
**A. No.**
Q. Is there anything about the injuries you sustained in February of 2002 that prevent you from working?
**A. No.**
Q. Do you believe you've ever received -- strike that.
Do you think that the injuries you received in February 2002 have ever negatively affected your work?

**A. Yes.**
Q. In what way?
**A. I'm impatient.**
Q. Has your impatience at work ever resulted in you losing a job?
**A. No.**
Q. Has it ever resulted in you not getting a promotion?
**A. I don't know.**
Q. Have you ever asked for a promotion and not received one?
**A. No.**
Q. Has your impatience ever prevented you from getting a job?
**A. I don't know.**
Q. How many lawsuits have you filed?
**A. I don't know.**
Q. Have you ever authorized a lawsuit to be brought on your behalf?
MR. STEINER: Objection.
THE WITNESS: Like this?



BY MR. HILL:
Q. Like this or any other lawsuit.
**A. I don't know.**
Q. Do you know who the defendants are in this lawsuit?
**A. What's the defendants? The other side?**
Q. Yes, the other side.
**A. The Palestinian something.**
Q. Do you know which Palestinian something is on the other side of this lawsuit?
**A. I'm not sure.**
Q. Are you aware of any evidence that the Palestinian something -- are you aware of any evidence that the Palestinians who are on the other side of this lawsuit had something to do with the February 2002 bombing?
**A. Say it again.**
Q. Are you aware of any evidence that the PLO had something to do with the bombing in which you were injured?
MR. STEINER: Objection.



THE WITNESS: I don't know.
BY MR. HILL:
Q. Are you aware of any evidence that the Palestinian Authority had something to do with the bombing in which you were injured?
**A. No.**
Q. Are you aware of any evidence that the Syrian Arab Republic had something to do with the bombing in which you were injured?
**A. No.**
Q. Are you aware of any evidence that the Arab Bank had something to do with the bombing in which you were injured?
**A. No.**
Q. Do you know if you brought a lawsuit against the Arab Bank?
**A. Say again?**
MR. STEINER: Objection.
BY MR. HILL:
Q. Do you know if you are a plaintiff in a lawsuit against the Arab Bank?



**A. I don't know.**
Q. Have you ever been deposed before?
**A. What we're doing now?**
Q. Yes.
**A. Yes.**
Q. On how many occasions?
**A. Once.**
Q. Where was that?
**A. I don't remember.**
Q. Was it in the United States?
**A. No.**
Q. Was it in Israel?
**A. Yes.**
Q. Apart from that one occasion have you ever testified before?
**A. I don't know. What's "testify"?**
Q. Have you ever been to court?
**A. No.**
Q. Have you ever sworn or affirmed to tell the truth and answered questions?
**A. Yes.**

Q. When was that?
**A. I don't remember.**
Q. Was that the deposition we were just talking about?
**A. I think so.**
Q. Just that one occasion that you did that?
**A. That I could remember, yes.**
Q. Would you say Rachel Thaler was your closest friend?
**A. No.**
Q. Did you have a closest friend as of February 2002?
**A. What does that mean?**
Q. As of February 2002 who was your closest friend?
**A. Keren Shatsky.**
Q. How would you describe your relationship with Rachel Thaler?
**A. A good friend.**
Q. She was not your closest friend?
**A. She wasn't my best friend.**



MR. HILL: Let's mark this as exhibit 20.
(Whereupon the proffered item was marked as exhibit 20.)
BY MR. HILL:
Q. Take a moment to review exhibit 20 and let me know when you've finished reviewing it.
You are welcome to read all of it or not, but let me just know when you are ready for a question.
(Pause)
THE WITNESS: Okay, I tried.
BY MR. HILL:
Q. The first page --
**A. I didn't see the second page.**
Q. Feel free to look at both if you would like.
(Pause)
THE WITNESS: Okay.
BY MR. HILL:
Q. This appears to be a clipping from a newspaper called the Jewish Press. Do you see that?



**A. Yes.**
Q. The date on the top of the page is Friday, July 26, 2002. Do you see that?
**A. Yes.**
Q. At the bottom there's a handwritten note.
**A. Yes.**
Q. Your mother told me that that was her handwriting.
**A. Yes.**
Q. Does that look like her writing?
**A. Yes.**
MR. STEINER: Objection.
BY MR. HILL:
Q. In the middle of the -- in the second column on this first page there is a reprint of what purports to be a letter from someone named Shandi Wolf.
Do you know Shandi Wolf?
**A. Yes.**
Q. Who is Shandi Wolf?



**A. She was with me in camp.**
Q. Which camp were you at?
**A. Sternberg.**
Q. This is the camp in the Catskills you described earlier?
**A. I didn't describe earlier.**
Q. You didn't describe it earlier?
**A. No.**
Q. When were you at this camp?
**A. In the summer of 2002.**
Q. How long were you at the camp?
**A. I don't know. A few weeks.**
Q. Did you know Ms. Wolf before the camp?
**A. No.**
Q. The letter quotes someone who spoke at the camp.
Are you the person who is quoted as having spoken at the camp?
**A. Yes.**
Q. I want to ask you about some of the quotes that Ms. Wolf attributes to you. In the fifth

Page 198

Q. You are married, right?
**A. Yes.**
Q. You have two children?
**A. Yes.**
Q. Do you plan to have additional children?
**A. I hope.**
Q. Do you believe the fact that you were injured in a bombing on February 16, 2002 has affected your sex life with your husband?
**A. I don't know.**
Q. Are you able to tell me any way in which the quality of your sex life has been affected by the bombing of February 16, 2002?
**A. No.**
Q. Are you able to tell me in any way in which the frequency of sexual relations with your husband has been affected by the events of February 16, 2002?
**A. No.**
Q. Sitting here today you cannot tell me any way in which your sex life has been impacted by the

Page 199

events of February 16, 2002, is that correct?
**A. No.**
Q. Have you ever been arrested?
**A. No.**
Q. Have you ever been convicted of a crime?
**A. No.**
Q. Has anyone in your family ever been arrested?
**A. No.**
Q. You are not aware of any arrests of any of your family members, is that right?
**A. Right.**
Q. Has anyone in your family ever been convicted of a crime?
**A. I do not know.**
Q. You are not aware of any criminal convictions of any of your family members, is that right?
**A. Yes.**
Q. You are agreeing with me? As far as you know, no one in your family has ever been convicted

Page 200

of a crime?
**A. Yes.**
Q. Let me show you what we marked as exhibit 22.
Is this the drawing you made earlier today when we were discussing where people were sitting around the table?
**A. Yes.**
MR. HILL: Subject to our request for additional documents I do not have any further questions for Ms. Edri at this time.
MR. STEINER: We reserve the right to review and to sign.
Can I get a copy of 22?
MR. HILL: Yes.
MR. STEINER: Thank you.
MR. HILL: We're off the record.
(Deposition adjourned at 5:41 p.m.)

Page 201

Reporter's Certificate

I, the undersigned, Certified Court Reporter, do hereby certify that the foregoing transcript of testimony was taken by me in stenotype and thereafter reduced to print under my direction, that said transcript is a full, true and substantially accurate record of the proceedings, to the best of my ability.

I do further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

/s/ Michael Feuer

____________________________

Certified Realtime Reporter