# Exhibit 50

In the U.S. District Court
District of Columbia

-------------------------------x
:
Shabtai Scott Shatsky, et al :
:
:
v. :NO. 1:02cv02280
:
The Syrian Arab Republic, et al :
:
-------------------------------x

February 6, 2013

DEPOSITION OF:

Michael Thaler,

a witness, called by counsel pursuant to notice, commencing at 2:56 p.m., which was taken at Miller and Chevalier, 655 15th Street, NW, Washington, DC 20005-5701

**we moved down to Baltimore.**
Q. When did you move to Baltimore? 1991?
**A. 1991.**
Q. Did you get a job when you moved to Baltimore?
**A. I had several part time jobs but then -- then in 1993 I got a job working in the insurance field, Beneficial Life Insurance.**
Q. What were you doing?
**A. Collecting life insurance. It was debit insurance. I had a regular route picking up money and selling insurance.**
Q. How long did you do that?
**A. Almost five years.**
Q. That takes us up to --
**A. About 1997. I moved back to Israel.**
Q. What did you do when you moved to Israel in 1997?
**A. I went to work for someone I worked for at Trans Clal who had been my direct boss.**
**I worked for him but I can't remember the**



**name of the company right now, another freight forwarding company, worked there a year and a half and I worked in another one another year and the second one was call Haifa Marine. The first one was called Amit.**
Q. How about after Haifa Marine?
**A. After that I wound up going -- that's when I got divorced and my mother died and I went back to the States. I wound up in Jacksonville.**
Q. That was the end of --
**A. The end of 2000. I wound up in Jacksonville in November of 2000.**
Q. Were you working in Jacksonville when you were living there?
**A. No, I wasn't.**
Q. How did you support yourself?
**A. I had some money, plus my parents left me some. My mother had just died.**
Q. You inherited some money from your mother and you also saved money from your prior work?
**A. Yes.**



Q. Have you had work since moving to Jacksonville?
**A. I worked in Israel for one year after I moved back to Israel but I haven't been working consistently.**
Q. What was the job that you had in Israel that you worked at for a year that you just mentioned?
**A. I worked at Kever Rachel.**
Q. What kind of business was that?
**A. It's not a business. It's a place where people go and pray.**
Q. What were you doing there?
**A. I was taking care of it. It's Rachel's Tomb.**
**People go there to pray and I was just making sure everything was going okay over there, putting the books away, answering questions to people coming to visit.**
Q. You worked there for about a year?
**A. Yes.**



Q. You were living in Jerusalem and traveling to Hebron to work?
**A. No, not in Hebron. It's in Bethlehem. It's outside of Bethlehem. It's on the Israeli side.**
MR. STEINER: What year are we talking about at Kever Rachel?
THE WITNESS: About 1987, 1988, something like that. No, 2008, 2009.
BY MR. HILL:
Q. Apart from that work at Rachel's Tomb, any other work since --
**A. I've done things part time but nothing seriously.**
Q. Do you consider yourself to be retired?
**A. Yes.**
Q. When do you think -- in your own mind when did you retire?
**A. When did I retire? When I look back, after my mother died I went to the States.**
Q. Approximately the year 2000?

**A. I was doing other things, yes. I was teaching about Israel.**
Q. Tell me about that. What do you mean?
**A. Well, I met by chance this group of Christians who wanted to know about Israel so I was teaching them about Israel. Some of them converted to Judaism.**
Q. Where were you engaged in the teaching that you described?
**A. In my house, just as friends, nothing official.**
Q. While you were living in Jacksonville?
**A. Yes.**
Q. Were you associated with an institution of any kind?
**A. No.**
Q. Were you charging fees for these classes?
**A. No, no classes. Just being with me.**
Q. Apart from that teaching in Jacksonville, any other work for pay or not for pay since 2000?
**A. Not really.**



Q. We're here today obviously because your daughter was killed and your son was injured in a bombing that took place on February 16, 2002.
I need to ask you some questions about that. You were not, in fact, present in Karnei Shomron on that date, right?
**A. Correct.**
Q. Where were you on that day?
**A. It was a Sabbath. I was in Jacksonville.**
Q. Did you eventually travel to Karnei Shomron after the bombing had taken place?
**A. Yes, I did.**
Q. Did you arrive before your daughter passed away?
**A. Yes, I did. She was unconscious the nine days I was there.**
Q. Are you aware of any evidence that your daughter experienced any conscious pain or suffering between the time of the blast and the time of her death?
**A. From what I hear, at the beginning when**



**the blast was she spoke. This is what I heard from others. But other than that, she was unconscious. Who knows?**
Q. Who told you that she spoke after the blast?
**A. Some of the girls. Some of the girls said she said something right away.**
Q. Do you remember which girl told you this?
**A. No, I don't remember.**
Q. Did they tell you what your daughter said?
**A. I don't remember.**
Q. Have you now told me everything you know about your daughter speaking after the blast?
**A. There's very little to know. She spoke something, "I'm hurting" or something like that. That's all I know.**
Q. But you can't recollect who may have told you this?
**A. No.**
Q. Has any doctor or other medical professional ever told you whether your daughter



experienced any conscious pain or suffering?
**A. I don't remember.**
Q. Do you know was an autopsy or a postmortem performed on your daughter?
**A. I don't think so. We donated the organs.**
Q. As far as you know, there was no autopsy performed?
**A. I don't think it was necessary.**
Q. You've never seen a report or anything like that?
**A. No.**
Q. Are you an administrator of your daughter Rachel's estate?
**A. With Ginette.**
Q. What did do you to administer her estate?
**A. I didn't do anything. Everything was done through Nitsana Darshon Leitner.**
Q. Ms. Leitner was the attorney for your daughter's estate?
**A. Right.**
Q. Did she do the filings associated --

Page 38

**A. I wasn't even -- I wasn't in Israel most of the time so Ginette took care of most of the things.**
Q. Were there any assets in your daughter's estate that you are aware of?
**A. I don't think she could have had too much. She was 16 years old.**
Q. Did she have any bank accounts or anything like that?
**A. I had a small savings account for her, maybe a thousand shekels. Who knows? Not too much in there.**
Q. Who received the monies that were in the bank account that you described?
**A. I think it was split between my two other sons, Leor and Zvi.**
Q. Was there any life insurance associated with your daughter's death?
**A. No.**
Q. Have you received any money as a result of your daughter's death from any source?

Page 39

**A. I haven't received any money. I get National Insurance, Bituach Leumi.**
Q. Do you receive any benefits from the Israeli government?
**A. It's not a benefit. I do receive a stipend every month from the government. It's not a benefit.**
Q. How much of the stipend are you receiving on a monthly basis?
**A. 5800 shekels.**
Q. How long have you been receiving that amount of money?
**A. Since 2002, since March 2002 I think.**
Q. Has that amount varied over time?
**A. I don't know because at the beginning I gave it to Ginette so only when Zvi was 18 years old did I get the full amount but it's been 5500, might have been small increases throughout the years but basically the same thing, might have been 5200, 5300.**
Q. You said you were originally giving the

Page 40

money to your ex-wife Ginette?
**A. Yes.**
Q. For what period of time was the stipend being paid? Were you getting it and wiring it to --
**A. I was in the States. I just assigned it to her.**
Q. For what period of time were these stipends assigned to your ex-wife?
**A. First of all, until Leor turned 18 and then a year after that Zvi turned 18 and then I started receiving them.**
**I don't know the exact amounts because I wasn't receiving them directly.**
Q. What year would Zvi have turned 18?
**A. 2006, September 2006.**
Q. It's your testimony that between approximately March 2002 and September 2006 the stipend that you were entitled to receive was being paid to your ex-wife and then beginning in September of 2006 it's been paid to you?
**A. Right.**

Page 41

Q. How long do you --
MR. STEINER: Objection. I don't think that was the testimony. It wasn't paid to her. It was paid to him and --
THE WITNESS: I gave her my card so she could take it directly from my account.
BY MR. HILL:
Q. It was paid to your bank account but you gave your wife access to that account?
**A. Right. Because I wasn't in Israel.**
Q. It's been continuously paid to the same account?
**A. Right.**
Q. But since your youngest son has turned 18 you've taken your card back?
**A. Yes.**
Q. How long do you expect to receive those monthly stipends?
**A. I think as long as you live. I'm not exactly sure. I'm almost positive that it continues.**

Page 50

**A. Generally we didn't agree on the same things.**
Q. Were there regular sources of disagreement? Was it money, was it sex, was it -- what was it?
MR. STEINER: Objection.
THE WITNESS: We just had disagreements.
I don't remember exactly what it was. A little bit financial. Regular marital disagreements.
BY MR. HILL:
Q. You mentioned that there were problems with Leor. What did you mean by that?
MR. STEINER: Objection.
THE WITNESS: Leor at that time was getting to be 11, 12 years old and getting very difficult.
BY MR. HILL:
Q. What do you mean when you say he was getting very difficult?

Page 51

**A. There would be scenes on Friday night, especially at the table.**
Q. What kind of scenes?
**A. He wouldn't listen to me.**
Q. Would that result in arguments?
**A. More or less.**
Q. Was there ever an occasion where Leor was violent that you witnessed?
MR. STEINER: Objection.
THE WITNESS: No, Leor wasn't violent.
BY MR. HILL:
Q. Did you ever witness Leor striking one of his siblings?
**A. Kids argue among themselves but nothing that sticks out in my mind.**
Q. Did you ever witness Leor striking or pushing your wife?
**A. No.**
Q. Did Leor ever strike or push you?
**A. I don't think so.**

Page 52

Q. Did you ever strike Leor?
**A. I gave him a smack in the tushy.**
Q. Apart from spanking him did you ever strike your son?
MR. STEINER: Objection.
THE WITNESS: No.
BY MR. HILL:
Q. Was there ever an occasion where Leor was vandalizing the home?
**A. Not when I was there.**
Q. Did you hear about such an occasion?
**A. I don't know what happened when I wasn't there. You have to ask Ginette.**
Q. Were you present on the occasion when Leor was tearing tiles off the roof?
**A. No.**
Q. That was after --
MR. STEINER: Objection.
BY MR. HILL:
Q. That was after --
**A. That was after I had left.**

Page 53

Q. Did there come a point where Leor was evaluated by a psychologist or psychiatrist at a local hospital?
MR. STEINER: Objection.
THE WITNESS: I wasn't in Israel.
BY MR. HILL:
Q. That happened after you left Israel?
**A. After I left.**
Q. Had Leor had any psychological or psychiatric treatment before you left?
**A. No. He was under care but not really anything that serious.**
**It turned out he was ADHD so he had certain developmental problems and he was a little bit wild but nothing special.**
Q. You said he was under care. What do you mean by that?
**A. Rachel had a learning disorder. She was born premature so her development was a little bit slow. We had Leor checked out just in case.**
Q. Do you recall approximately how old Leor

Page 54

was when you had him checked out?
**A. About four years old probably.**
Q. Who did you have him checked out by?
**A. Some hospital which was recommended by our family doctor.**
Q. What kind of testing or evaluation did they perform?
**A. I don't know exactly. You have to ask Ginette. She would know better than I do.**
Q. You mentioned that he had ADHD.
**A. It turned out that.**
Q. Was that a diagnosis he received when he was four years old?
**A. No, when he was a teenager.**
Q. Did he receive that diagnosis while you were still living at home or still living in his home?
**A. No, afterwards.**
Q. Have you ever heard whether Leor has received any other diagnoses of mental illness?
**A. No, Leor has no mental illness. He's got**

Page 55

**certain disorders.**
**His problem was the bombing. He might have had certain things like ADHD but the bombing is what caused his disabilities. He didn't want to live after the bombing.**
Q. You say he didn't want to live after the bombing. How do you know that?
**A. Ginette told me.**
**I wasn't there but he used to go into Jerusalem in the middle of the night, hitch back through the territories 3:00 in the morning by himself, a 16, 17 year old.**
**He didn't care what was happening. He was tremendously affected by the bombing.**
**Only recently has he really started to recover, I think.**
Q. Do you know when Leor first received any psychological or psychiatric care?
MR. STEINER: Objection.
THE WITNESS: No, I don't know. After I left the house probably.

Page 56

BY MR. HILL:
Q. Did you ever offer to help your wife get Leor appropriate care?
MR. STEINER: Objection.
THE WITNESS: There's nothing I can do. I was far away. I didn't know exactly what was going on.
BY MR. HILL:
Q. Are you saying that you did not offer to help Leor?
**A. I didn't --**
MR. STEINER: Objection. He testified that he gave his wife his card to get all that money to help.
THE WITNESS: I gave her my support, whatever she needed.
I would ask her "anything I could do?" She would say no.
Nothing much I can do from the United States. I didn't know how bad it was.
BY MR. HILL:

Page 57

Q. Between the time you saw him in 2002 -- after you saw Leor in 2002 when was the next time you saw him?
**A. I'd come back every year.**
Q. Did you see him on those occasions?
**A. I'd see him from a distance. He wouldn't talk to me. I'd see him from a distance.**
Q. When did you first become aware that Leor was using illegal drugs?
MR. STEINER: Objection.
THE WITNESS: When his mother told me.
BY MR. HILL:
Q. Approximately when was the first time that you learned that Leor was using illegal drugs?
MR. STEINER: Objection.
THE WITNESS: Probably when he was about 18, 19.
BY MR. HILL:
Q. Did you do anything to assist him with his illegal drug use when you learned of it?

**Arab Republic was dropped, so I'm not sure.**
Q. Are you aware of any evidence that the Syrian Arab Republic had something to do with the bombing on February 16, 2002?
MR. STEINER: Objection.
THE WITNESS: The bomber was from the PFLP which has been taken care of by Syria. Their headquarters are in Syria, I think.
Q. You said you believe that the bomber was from the PFLP. Do you know the identity of the bomber?
**A. I don't remember his name.**
Q. Why do you think he was from the PFLP?
**A. That's what the newspaper said afterwards.**
Q. Are you aware of any evidence other than from the newspaper that the bomber was associated with the PFLP?
MR. STEINER: Objection.
THE WITNESS: No.
BY MR. HILL:
Q. You said you believed the PFLP



headquarters are in Syria?
**A. I believe.**
Q. What's the basis of that belief?
**A. I think I read that.**
Q. Do you know where you read it?
**A. In the newspaper.**
Q. Apart from what you read in the newspaper, are you aware of any evidence that the PFLP headquarters were in Syria?
**A. I'm not 100 percent sure of that but I think most of the terrorist organizations had headquarters in Syria or several of them.**
**I'm not sure the PFLP but I believe they were.**
Q. I understand that you believe, sir. Do you have a basis for that belief other than something you read in the newspaper?
**A. No.**
Q. You haven't spoken to anyone from the PFLP, for example?
**A. No.**



Q. Have you spoken to anyone from Syria about this issue?
**A. No.**
Q. You said something about your understanding was Syria had taken care of the PFLP, is that right?
**A. They take care of most of the terrorist organizations.**
Q. What's the basis for your belief that Syria has taken care of the PFLP?
**A. From the newspapers. I see that the terrorist organizations are headquartered in Damascus, most of them.**
Q. Apart from what you've read in the newspapers are you aware of any evidence that the Syrians have taken care of the PFLP?
**A. No, only from the newspapers.**
Q. Other terrorist organizations have headquarters in Syria, is that something you read in the newspapers?
**A. Yes.**



Q. Are you aware of any evidence of other terrorist organizations having headquarters in Syria?
**A. I don't go into all the details so I don't know.**
Q. Apart from what you've read in the newspapers you --
**A. Only from the newspapers.**
Q. For the record, apart from what you've read in the newspapers you are not aware of any evidence of terrorist organizations being assisted by Syria, right?
MR. STEINER: Objection.
THE WITNESS: Yes.
BY MR. HILL:
Q. You mentioned you had also sued the Arab Bank, is that right?
**A. That's right.**
Q. Are you aware of any evidence that the Arab Bank had something to do with the bombing on February 16, 2002?

MR. STEINER: Objection.
THE WITNESS: The Arab Bank supports the terrorists and their families, transferred money payments.
BY MR. HILL:
Q. You said that the Arab Bank supports terrorists and their families and transferred money payments.
What is the basis for that belief?
**A. Again, that's what the news said.**
Q. Apart from something that you read or saw in the news, are you aware of any evidence that the Arab Bank supports terrorists and their families and transfers money payments?
**A. No, that's the only source.**
Q. Are you aware of any evidence that the Arab Bank supported the terrorists or families of the terrorists that committed the bombing on February 16, 2002?
**A. I'm not sure.**
Q. What do you mean?



**A. I'm not sure if him directly. I would imagine so but I don't have any evidence which is what you asked me.**
Q. You are not aware of any evidence that the Arab Bank had anything to do with the particular attack on February 16, 2002?
MR. STEINER: Objection.
THE WITNESS: No, I'm not.
BY MR. HILL:
Q. You mentioned that you've sued the PLO. Are you aware of any evidence that the PLO had something to do with the bombing on February 16, 2002?
MR. STEINER: Objection.
THE WITNESS: PLO supports all terrorist organizations.
The PLO name streets, schools, holidays, makes a big deal about committing suicide, teaching little children, three year olds, to be martyrs.
The PLO supports terrorism. As a



matter of fact, from their name, Palestine Liberation Organization, which was set up in 1964, way before the 1967 war, so what were they trying to liberate?
They were trying to liberate Israel. They weren't trying to liberate the West Bank from Jordan. They were trying to liberate Israel. Their only objective is terrorism.
BY MR. HILL:
Q. Did you finish your answer?
**A. Yes, I did.**
Q. Are you aware of any evidence other than news accounts or other media sources that the PLO supports all terrorist organizations?
MR. STEINER: Objection.
THE WITNESS: It's in the news all the time.
BY MR. HILL:
Q. I meant to exclude news reports. Are you aware of any evidence other than news reports that the PLO supports all terrorist organizations?



**A. No. The main source is the news reports.**
Q. You say it's the main source. Is there another source that you are aware of?
**A. No. I don't deal with it on a daily basis.**
**What I get is from the news coming out, the newspapers, the television.**
Q. No one from the PLO has ever told you this, right?
**A. No, they are not exactly my friends.**
**They don't come into my house and talk to me. They don't even apologize for killing my daughter.**
Q. What makes you think the PLO had something to do with your daughter's death?
MR. STEINER: Objection.
THE WITNESS: Of course they did.
BY MR. HILL:
Q. Why do you say that?
**A. Because they support all the terrorist organizations.**

**All the terrorist organizations are part of the PLO, the PA.**
Q. Why do you say that, sir?
**A. Because if you look at their charter, that's what their charter is.**
**All the terrorist organizations belong to the PA and to the PLO.**
Q. You say that the PLO charter says what you've just said?
MR. STEINER: Objection.
THE WITNESS: I believe it does.
BY MR. HILL:
Q. Have you ever seen it?
**A. I haven't checked it out.**
Q. Your belief about what the PLO charter says is based on something you read in the news or some other source like that?
**A. Right.**
Q. You mentioned something about streets being named.
**A. Named after terrorists that committed**



**suicide. Schools, holidays, yes.**
Q. Are you aware of any streets being named after a person or persons who were involved in the February 16, 2002 bombing?
**A. I haven't paid attention to that. I'm not aware.**
Q. Are you aware of any schools being named after the person or persons who committed the February 16, 2002 bombing?
**A. No.**
Q. Are you aware of any holidays being named or proclaimed in connection with anyone who was responsible for the February 16, 2002 bombing?
**A. No, but they've done it with other terrorist bombings so I don't know which ones are which.**
**It has been done in the past numerous times.**
Q. Your belief that this has been done in the past numerous times, is that also based on news accounts or other media reports?
**A. That's where it comes from.**



Q. Have you ever attended a school that was named for a terrorist?
**A. I'm not allowed into the PA area.**
Q. It's also true that the PA was not allowed into Karnei Shomron, right?
**A. They come all the time. They work. The PA work in Karnei Shomron.**
Q. What do you mean by that, sir?
**A. They did the building. They worked in the restaurant, in the pizza parlor. Someone from the Arab villages were working there.**
Q. You say the PA works in Karnei Shomron. Do you mean Palestinians?
**A. They were allowed to work there.**
Q. Are they currently allowed to work there?
**A. I don't believe they are now but they were at that time. Let's not go into that.**
**I was going to say, what I was going to say is the PA does not produce enough jobs for their population so they come to work in Israeli settlements and Israeli cities. If it wasn't for**



**the Jewish population they wouldn't have anything to eat.**
Q. You are saying that you believe Jewish settlements in the West Bank are good for Palestinians?
MR. STEINER: Objection.
THE WITNESS: Definitely good for the Palestinians.
BY MR. HILL:
Q. Did any Palestinians ask you to build a settlement in the West Bank that you are aware of?
**A. Not that I'm aware of.**
Q. In fact, the Palestinians objected to --
**A. But they come to work in all the settlements.**
Q. In fact, the Palestinians objected to the --
**A. That's the politicians, not the population.**
Q. Are you saying you believe that Palestinians who live in the West Bank are in favor

of settlements in the West Bank?
**A. They are in favor of eating so they work for the Jewish population.**
Q. Does the Palestinian Authority have any jurisdiction in Karnei Shomron?
**A. I don't think so.**
Q. In fact, Karnei Shomron, being a settlement, is under the jurisdiction of Israel, right?
MR. STEINER: Objection.
THE WITNESS: Right.
BY MR. HILL:
Q. It was Israel that had responsibility for providing security in Karnei Shomron on February 16, 2002?
**A. Right.**
MR. STEINER: Objection.
BY MR. HILL:
Q. The PA did not have any responsibility for providing security in Karnei Shomron on February 16, 2002?



**A. But they support --**
MR. STEINER: Objection.
THE WITNESS: But they supported the terrorists.
BY MR. HILL:
Q. You say the PA supported the terrorist. Why do you say that, sir?
**A. Because the Intifada was supported by the PA.**
Q. Why do you say the Intifada was supported by the PA?
**A. If they didn't support it it wouldn't have continued for so many years.**
**We had so many casualties, over a thousand casualties.**
Q. Palestinians had over 5000 casualties, right?
MR. STEINER: Objection. Is that a question?
BY MR. HILL:
Q. Is that right, sir?



**A. They went after civilians. We didn't.**
Q. Are you saying the IDF never killed any Palestinians?
**A. I didn't say they didn't kill any civilians, but they didn't do it intentionally. They intentionally went after the civilian population.**
Q. Who did?
**A. The Arabs, the terrorist organizations.**
Q. Is this something you've read in news accounts or media reports?
MR. STEINER: Objection.
THE WITNESS: Yes.
BY MR. HILL:
Q. Has anyone from the Palestinian Authority ever told you the things you've just told me?
**A. Have told me? No.**
Q. You said something about teaching three year olds to be martyrs.
**A. Yes.**
Q. Is that something you read about in news



accounts or media?
**A. It's in the media all the time.**
Q. Do you have any evidence of that apart from what you've read in the media?
**A. They also have documents on that.**
**You can see film with three year old kids with rifles telling them we're going to be martyrs. This is film reports, aren't just reading about it. It comes on Israeli TV.**
Q. This is something that you've only seen on television or read about?
**A. Yes.**
Q. You have not witnessed any children holding guns?
**A. I'm not allowed into their territories.**
Q. I believe you said something earlier like the only objective of the PLO is terrorism, is that right?
MR. STEINER: Objection.
THE WITNESS: That's why they exist.
BY MR. HILL:

Q. That is based on things you've read in the media or seen in the news?

MR. STEINER: Their charter as well.

BY MR. HILL:

Q. Is that right?

**A. They also have a charter for the destruction of Israel.**

Q. You've never seen the charter, right?

**A. No.**

Q. Your belief about what the charter says is based on news or media reports, right?

**A. Correct.**

Q. You said the only objective of the PLO is terrorism.

**A. From their name. Their name is Palestinian Liberation Organization.**

**What are they liberating? They are liberating Israel.**

**It was started in 1964, way before the 1967 war. What was their objective to liberate? The West Bank from Jordan? No. Their objective was to**



**liberate Israel and to make it into an Arab country. That's their purpose.**

Q. Are you aware of whether the PLO has entered into any agreements with the state of Israel?

MR. STEINER: Objection.

THE WITNESS: They have never lived up to anything in these agreements.

BY MR. HILL:

Q. There have been agreements between the PLO and Israel?

**A. There have been.**

**They were supposed to have revoked the charter of violence but they never really did revoke it.**

Q. Your belief that the charter was never altered is based on media reports or things --

**A. Media reports, people who have done studies of what the other side, what the PLO is doing. It's based on that.**

Q. You mentioned some studies. What studies



are you referring to?

**A. There's organizations that check what the Arab side is doing.**

**You can read about it. I don't do my own research. I take the word of people who make it their life studies.**

Q. Apart from what you've read in the media or what you've read in some other report, are you aware of any evidence that the PLO had something to do with the specific bombing that occurred on February 16, 2002?

**A. As a matter of fact, there was a -- again, I'll say no. I don't know personally.**

Q. The purpose of the deposition is to discover what your knowledge is.

**A. I can't say the lawyer's knowledge.**

Q. Let me try the question again.

**A. Yes.**

Q. Apart from what a lawyer may have told you or what you may have read in a news account or in some other place, are you aware of any evidence that



the PLO had something to do with the bombing on February 16, 2002?

**A. No.**

Q. Apart from what a lawyer may have told you or what you may have read in the news or some other place, are you aware of any evidence that the Palestinian Authority had something to do with the bombing on February 16, 2002?

**A. No.**

Q. Have you ever spoken publicly about the events of February 16, 2002?

**A. I think I told you I gave two interviews, two newspaper interviews.**

Q. Which newspapers did you give interviews to?

**A. One in Richmond and one in Jacksonville, the main newspapers for those two cities.**

Q. Apart from the interviews with the newspapers from Richmond and Jacksonville, have you made any other public remarks about the events of February 16, 2002?

**A. I spent some time trying to collect some money for Israel and my two kids' school.**
**I didn't speak so much about what happened. I just, I used that as a way to collect money for the schools.**
Q. You said that you were trying to collect money for Israel and your kids' schools?
**A. Yes.**
Q. Where did you speak when you were engaged in this fundraising?
**A. In synagogue, in a few churches.**
Q. Which synagogues do you recollect speaking in?
**A. I spoke in Florida, I spoke in New York and New Jersey. I don't remember the names of the synagogues.**
Q. Do you believe you spoke with more than one synagogue in Florida?
**A. Yes.**
Q. Approximately how many times do you think you spoke in a synagogue in Florida?



**A. About four or five times.**
Q. How many synagogues in New York do you think you spoke to?
**A. About four or five times.**
Q. How many synagogues in New Jersey do you recollect speaking about this subject?
**A. Two, three. I didn't do it for such a long time.**
Q. What period of time were you doing this fundraising?
**A. Mainly in 2003.**
Q. You mentioned that you also spoke in a few churches, is that right?
**A. I had some messianic friends so I spoke in their places to collect some money.**
Q. Do you remember in what states you addressed these churches?
**A. Florida and Virginia, Richmond.**
Q. Do you know how many churches in Florida you believe you spoke at?
**A. I think I spoke in one and one in**



**Virginia.**
Q. Do you remember the names of either of the churches you spoke at?
**A. No.**
Q. Do you remember the names of any of the synagogues you spoke in?
**A. No.**
Q. Were your remarks ever recorded in any fashion?
**A. No.**
Q. Did you prepare in advance what you were going to say on these occasions?
**A. No. My main thing was to collect money for the schools.**
**I would say the schools were in need and can you help the schools? It was done for the teenagers.**
**It wasn't done for myself, wasn't done for anything else.**
Q. When you would spoke in these synagogues and churches were you invited to speak for a few



minutes as part of a preexisting service or was this a special --
**A. It was usually before the evening service, before the last service, and they would say there's a guest from Israel and I'd get up and say "my name is Michael Thaler, I'm collecting for the school for this reason, can you help?"**
Q. Did you say about the same thing on each of these occasions?
**A. More or less.**
Q. Could you tell me to the best of your recollection basically what you would say on an occasion like this?
**A. "I'm the father of two kids who were in a bombing and they went to two special schools and the schools need your help right now. Rachel went to a school for girls who had learning problems or came from broken homes, and Leor went to a school for kids with ADHD and now is the time, government funding has been cut and I'm trying to help the schools out."**

right?

MR. STEINER: Objection.

THE WITNESS: Right.

BY MR. HILL:

Q. You were not present at the time the amendments were adopted?

**A. No.**

MR. HILL: I don't have anything further.

RECROSS-EXAMINATION:

BY MR. STEINER:

Q. Is your belief that the charter was never amended also based on terrorist acts that have occurred in the State of Israel?

**A. Without end.**

Q. It's your belief that the charter was never properly amended and that amendments were lived up to based on the murder of your daughter?

**A. Yes.**

Q. Are you aware of statements made by president Arafat about the supposed amendments that



were made as Mr. Hill asked you about supposedly in the presence of Mr. Clinton and Mr. Arafat explained what he describes as his nation, that those amendments were only agreed upon to get the best deal possible and shouldn't be taken too seriously?

**A. I have read that.**

Q. The portions of the charter that I have just read to you, was that the first time you had heard those?

**A. No. I've heard them many times.**

MR. STEINER: Thank you.

RE-DIRECT EXAMINATION:

BY MR. HILL:

Q. Were you present when Mr. Arafat made the statements you just described?

**A. No, I wasn't present, but he has made those statements.**

Q. Your belief that the statements Mr. Steiner has just attributed to president Arafat is based on things you read in the media, right?

**A. Yes.**



MR. HILL: I don't have anything further.

(Deposition adjourned at 5:40 p.m.)



Reporter's Certificate

I, the undersigned, Certified Court Reporter, do hereby certify that the foregoing transcript of testimony was taken by me in stenotype and thereafter reduced to print under my direction, that said transcript is a full, true and substantially accurate record of the proceedings, to the best of my ability.

I do further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

/s/ Michael Feuer

______________________________

Certified Realtime Reporter