# Exhibit 51

In the U.S. District Court
District of Columbia

------------------------------x
:
Shabtai Scott Shatsky, et :
al :
:
v. :NO. 1:02cv02280
:
The Syrian Arab Republic, :
et al :
:
------------------------------x

February 12, 2013

DEPOSITION OF:

Hillel Trattner,

a witness, called by counsel pursuant to notice, commencing at 9:07 a.m., which was taken at Miller and Chevalier, 655 15th Street, NW, Washington, DC 20005-5701

Q. Have you ever paid taxes to the United States?
**A. No.**
Q. Since you moved to Israel in 1982 on approximately how many occasions have you traveled to the United States?
**A. Three, apart from this one.**
Q. A total of four you think?
**A. Yes.**
Q. One of them you came here to be deposed and examined, right?
**A. Yes.**
Q. Prior to this trip when was the last time you were in the United States?
**A. 1998.**
Q. What was the purpose of that visit?
**A. Visiting family.**
Q. How long were you here?
**A. I don't remember. It was a few weeks.**
Q. Prior to the family visit in 1998 when was the time before that you were in the United States?



**A. 1990.**
Q. What was the purpose of that visit?
**A. My uncle's wedding.**
Q. How long were you in the States?
**A. One week.**
Q. Prior to the visit in 1990 when was the next previous time you were in the U.S.?
**A. Also 1990.**
Q. What was the purpose of that trip?
**A. Visiting family.**
Q. How long was that?
**A. I think it was six weeks.**
Q. Apart from the trip that you are on now, had your wife previously been to the United States?
**A. She has never been here before.**
Q. This is her first time in the United States?
**A. Yes.**
Q. Do you have any children?
**A. Yes.**
Q. How many?



**A. Four.**
Q. What are their names?
**A. Natan, Hodea, Avishai and Hagai.**
Q. What are their dates of birth?
**A. Natan is August 12, 2003, Hodea is May 29, 2005, Avishai is July 2, 2007 and Hagai is December 17, 2009.**
Q. Of what country or countries are your children citizens?
**A. Israel.**
Q. Have you done anything to obtain American citizenship for your children?
**A. No.**
MR. STEINER: Objection.
BY MR. HILL:
Q. Where do your parents currently reside?
**A. Ginot Shomron, Israel.**
Q. Have they resided there since you moved there as a child?
**A. Yes.**
Q. How old are your parents today?



**A. My father is 60 and my mother is 59.**
Q. Do you have any siblings?
**A. Yes.**
Q. What are their names?
**A. Yael, Hadassah and Efrat.**
Q. Where do they reside?
**A. Yael lives in Petach Tikva, Hadassah lives in Michmash and Efrat also in Michmash.**
Q. Do any of your siblings' children live in the United States?
**A. No.**
MR. STEINER: Objection.
BY MR. HILL:
Q. Does any of your wife's family live in the United States?
**A. No.**
Q. Sir, I understand you and your wife were injured in a bombing that took place on February 16, 2002, is that correct?
**A. Yes.**
Q. Prior to that explosion did you see the

Page 22

person or persons who caused -- the person or persons who caused the explosion?
**A. No.**
Q. Do you know if your wife saw the person or persons who caused the explosion?
MR. STEINER: Objection.
THE WITNESS: She didn't.
BY MR. HILL:
Q. I understand that at the time you were injured you lost consciousness, is that right?
MR. STEINER: Objection.
THE WITNESS: Not as far as I know.
BY MR. HILL:
Q. Tell me what you recollect happening after the explosion.
**A. Nothing. I remember only for a few seconds.**
**I remember sitting in the chair and not being able to move. I didn't understand what happened.**
**I couldn't hear anything. I couldn't speak.**

Page 23

**I saw my wife on the phone. That's the last thing I remember for three days.**
Q. You say that's what you remember. Has someone told you that you were awake even though you don't have a memory after what you've just described?
MR. STEINER: Objection.
THE WITNESS: As far as -- yes. As far as I know, I did not lose consciousness.
BY MR. HILL:
Q. So you believe you were conscious but you just don't remember what happened after the events you just described?
**A. Yes.**
Q. The reason you believe you were conscious is because someone has told you that you were conscious?
**A. Yes.**
Q. Who has told you that you remained conscious after the period you described?
**A. I don't remember. Probably my parents.**

Page 24

Q. You mentioned that you were unable to speak.
Has anyone told you whether you said anything on the occasion of the explosion?
**A. No one told me that I tried to say anything.**
Q. You mentioned that you do have a memory of three days later, is that right?
**A. The first thing I remember is from Tuesday morning. This happened on Saturday night.**
**I remember waking up in the hospital and I remember my father was sitting next to the bed. Even after that, the next few days after that, I don't remember everything.**
Q. You remember waking up in the hospital but not much more beyond that, is that right?
MR. STEINER: Objection.
THE WITNESS: I remember waking up in the hospital and for the next week I was in the hospital after that for a week and a half and specific things are there that I do not remember

Page 25

happening but I know that they happened because I was told later.
BY MR. HILL:
Q. People told you something happened but you don't remember?
**A. Yes.**
Q. When do you believe you -- do you believe that at some point in time you have a complete memory after the events?
**A. Yes.**
Q. When do you think the first time is that you have a complete memory going forward?
**A. I for sure remember what happened after I got out of the hospital which is ten days afterwards.**
Q. Recognizing that there are some gaps in your memory, sir, can you describe for me the nature of the injuries that you received on February 16, 2002?
MR. STEINER: Objection.
THE WITNESS: Yes.

Page 26

I cannot see out of my left eye at all. I have shrapnel in my brain. The hearing in my left ear is decreased. I cannot hear high frequency sounds almost at all, like an alarm clock.

If I'm lying down on my right on the pillow, then I can't hear the alarm clock at all out of my left ear.

Normal speaking volume, frequencies, I hear -- it sounds much softer. You have to talk louder to me if you are talking to me when you are sitting on my left.

If someone were to speak softly to me sitting on my left, I have a very hard time hearing them. Also I have a constant ringing in my left ear. Sometimes it goes up to be high pitched sounds.

Going back to my eye, I have a lot of infections in my left eye. It happens a lot, every few months.

The eye is very dry and it's more prone to infection. The fact that I cannot see out of my

Page 27

left eye causes many, many problems in day to day life.

For example, bumping into people that are on my left because I don't know that they are there.

I cannot -- I have only 120 degrees of view so I have to always turn my head in order to be able to see what's around me.

Another thing that has to do with my eye is the fact that the way that it looks, it doesn't look normal, and people, as far as I'm concerned at least, people always are looking at me and trying to figure out what's wrong, trying to -- don't know why it happened. Maybe they think I was born like that. That's something that really bothers me.

What else? On my right hand, I have shrapnel in my right hand which caused nerve damage on three of my fingers which causes a reduced sensation and also hypersensitivity, meaning on one hand if I put my fingers on something that's hot it

Page 28

will take me two seconds to understand that it's hot and I won't automatically move my hand which means I can burn myself easier.

Another time everything that happens hurts a lot more. For example, if I -- any force that I have to exert, especially with my middle finger on my right hand, it can hurt.

Something that happened just last week at the gas station and pressing on the gas pump and it wasn't moving. I had to do it a little bit harder and it really, really hurt, something that does not happen on my other hand.

Because of this feeling, it's not so easy to understand -- I can't identify exactly what I'm touching. It's harder to understand what I'm touching.

Occasionally, when it's cold out, my hand also hurts, especially where the scars are, where the shrapnel is.

My right ankle I also had shrapnel which severed a tendon and the nerve which currently

Page 29

causes -- at the beginning I had a cast on. They did surgery to connect the tendon and the nerve.

For around two months I had a cast on. I could not walk. I was in a wheelchair. My foot was hurting constantly. I couldn't sleep for many, many weeks because of that.

At one point we went back to the hospital because it was hurting so much, we thought there was something wrong with the cast. It turned out it was just because of the injury itself.

We went through three or four months of physical therapy in order to regain use of my right foot.

To this day I have reduced feeling on most of the sole of my right foot which means that I have to be very careful what I step on because I won't be able to feel it.

If I'm working at home and one of the kids leaves a tiny toy on the floor, if I step on it with my right foot it really, really hurts, much more than the normal, than my left foot, which is

Page 30

something that -- actually day to day I have to pay attention a lot more than normal to what I'm stepping on when I'm walking.

One more thing I remembered. Due to the hearing loss in my left ear, it means that -- something that happens almost every day. I try to not have people sit to my left.

For example, if at work we're going to eat, sitting down at the table in the dining room, I always try to take the leftmost seat in the table because otherwise it's very hard to talk with people.

Right now I cannot see that my lawyer is sitting here. If he was talking to me it would be harder to hear him. Something that actually -- every day it's something that I cope with.

BY MR. HILL:

Q. Have you finished your answer?

**A. I'm trying to remember if there's anything else that I didn't say. On my thigh, there's a nail**

Page 31

**here under the skin. You can actually feel it.**

**I also have a scar on my left leg somewhere.**

**If I go back to my eye, the fact that I only have one eye means that I have no spare parts, so to speak, and I have to be very careful with anything that can happen to my right eye.**

**A medical condition which I don't remember its name which means that, it means that an injury in one eye can affect the other eye which means I have to, every half year I have to have a checkup to make sure my right eye is okay.**

**This is something that's always constantly at the back of my head all the time, what will happen if something happens to my right eye, then I won't be able to see at all.**

**I think that's it.**

MR. STEINER: The record should indicate I'm seated to the witness' immediate left.

BY MR. HILL:

Q. Are you having trouble hearing Mr. Steiner?

Page 32

**A. No, if he's speaking loudly.**

MR. STEINER: The reason why I stated that was for reference because he said "my lawyer sitting next to me."

BY MR. HILL:

Q. You mentioned that you are currently unable to see with your left eye, is that correct?

**A. Yes.**

Q. Has anyone ever told you whether anything could be done to restore vision to your left eye?

**A. Nothing can be done.**

Q. You mentioned that you have some shrapnel in your brain.

**A. Correct.**

Q. Does the shrapnel in your brain affect your daily living?

MR. STEINER: Objection.

THE WITNESS: It doesn't affect me in daily living but it means if I ever have to have an MRI for any future medical condition I won't be able to do it.

Page 33

BY MR. HILL:

Q. Apart from preventing you from having an MRI in the future do you believe the shrapnel in your brain has any other continuing effect on you today?

**A. I'm not a doctor so I don't know what will happen in the future. So far it had no effect.**

Q. No one has ever told you that your brain is functioning differently as a result of the shrapnel being there, is that right?

**A. No.**

Q. You are agreeing with me?

**A. Yes.**

Q. You mentioned that your hearing is decreased in your left ear, right?

**A. Yes.**

Q. Has anyone ever told you whether your hearing could be improved with surgery or any other procedure?

**A. The decrease in hearing is for two reasons. One was because of the rupture of the**

Page 54

**gas station but it can happen with anything. To hold something very tight, it's very hard to do, especially with my middle finger.**
Q. Your daily work involves working on a computer, right?
**A. Yes.**
Q. Does the condition of your right hand prevent you from doing anything on the computer you need to do at work?
**A. It hasn't so far.**
Q. Has there been an occasion where you were unable to grip something with your right hand and injured yourself or someone else as a result?
**A. No.**
Q. Have you ever dropped something with your right hand?
**A. I don't remember such an occurrence.**
Q. You mentioned that you've had some shrapnel in your right ankle and that you had a surgery as a result.
**A. Yes, surgery was done the same night.**

Page 55

Q. I think you mentioned that you have some reduced sensation on the bottom of your foot, is that right?
**A. Yes.**
Q. Has anyone ever told you whether additional surgeries or treatment could improve the lack of sensation on the bottom of your foot?
**A. I was told by a few doctors that it cannot.**
Q. You mentioned that you had done some physical therapy after you were released from the hospital, correct?
**A. Yes.**
Q. Did you complete all the physical therapy that was recommended for you?
**A. Yes.**
Q. Since the completion of that physical therapy after you were released from the hospital has anyone recommended any other physical therapy or treatment for you?
**A. No.**

Page 56

Q. You mentioned that you had a nail in your leg, is that right?
**A. Yes.**
Q. Has anyone ever told you whether that could be removed?
**A. It could be removed but there was no reason to because it wasn't bothering me.**
Q. Does it bother you today?
**A. Apart from the fact that it's there and you can actually feel it, then no.**
Q. It doesn't cause you any discomfort?
**A. No.**
Q. Doesn't prevent you from walking or running or anything like that?
**A. No.**
Q. You mentioned that you had a scar on one of your legs, is that right?
**A. Yes.**
Q. Does that cause you any difficulty day to day?
**A. No.**

Page 57

Q. Does the scar prevent you from doing anything you would otherwise want to do?
**A. No, not until now.**
Q. Have you ever considered whether the scar could be repaired or lessened with plastic surgery?
**A. No.**
Q. You mentioned that you get an annual checkup on your right eye, is that correct?
**A. At least twice a year.**
Q. So far no difficulties with the right eye?
**A. No.**
MR. STEINER: Objection.
MR. HILL: Do you want to take a break?
THE WITNESS: Fine with me.
BY MR. HILL:
Q. What were the nature of the injuries that your wife sustained on February 16, 2002?
MR. STEINER: Objection.
THE WITNESS: She had burns on her face, on her arms and her legs, first and second

degree burns, and she had shrapnel in both of her legs as far as I remember and also other places too, I don't remember the exact places. Those are the physical injuries.

From an emotional point of view, first of all she saw it happen. She remembers everything from there.

She said my condition was very serious. She went with me in the ambulance to the hospital. Then she was taken to be treated by herself.

She didn't know what was happening with me. She didn't see me for three days, also until Tuesday.

Then when she did come to see me and I saw her face which was all burned, the first thing that I said, and I actually remember this, is "I want a mirror and" I looked at myself and then I looked out the room because I thought I looked the same.

I also had burns on my face. They weren't that bad but they didn't look nice. Until



this day she remembers it as a very, very bad experience.

After that I was in the hospital on and off for four months. She was home by herself for four months.

After I got out of the hospital after ten days I went to a place called Beit Livingston which is a hospital.

When I was there, the purpose of going there was to do -- two reasons. One to do a physical therapy on my hand and then my foot because I could not -- because of the shrapnel in my hand I couldn't close my hand, couldn't move my thumb. The second thing is whether it caused any cognitive brain damage.

I was there for two weeks and during those two weeks my fever went up and I had no appetite. I didn't eat at all. Within -- we'll get to that in a minute.

My blood test had shown that my liver enzymes had gone up into the thousands which is like



a hundred times too high.

Then I went to the hospital intensive care. After a few days and all sorts of tests it was determined I had a side effect of one of the medications they were giving me which caused that.

I was in intensive care for a week and actually it was a life threatening condition I was in.

This whole time my wife, being injured herself, had to go through watching me being in a life threatening condition again a few weeks after the original time, something that was very hard for her. Also my parents, they were also there with her together.

During the three weeks since I, three or four weeks since it happened I lost twelve kilos. I didn't weigh that much before that.

I came to the point that I couldn't go more than two hours -- after I got out of the hospital and went back after the liver issue was resolved to the point I could not go more than two



hours without eating because I lost so much weight.

I was still in the wheelchair at the time. I always had a bottle of water next to me.

After I got out of the wheelchair it was very hard for me not knowing that I had the bottle of water next to me in case I have to drink. I was so afraid what will happen if I don't have food.

The whole process of recovering, doing the physical therapy, not being able to walk, not being able to do anything around the house after I got back to the house, the feeling of a total loss of control, I couldn't do anything, I did not want to do anything.

All I wanted to do was concentrate on myself and how much it hurt, what could be done.

This is something that is the total opposite of my normal personality.

This meant that all of the -- talking about making doctor's appointments, figuring out which doctor to go to, all of these things actually

Page 62

my wife had to do which is something -- things that she didn't normally do before that.

This is also something that was very hard for me. Also the fact that I wasn't home for four months, that was also something that was very hard for her.

The whole process of the recovery of not knowing what would heal itself, what would not heal itself, it's a very disconcerting thing, to not know what the future, what lies in the future, not in the far future but only in the next two or three weeks.

Will I be able to walk normal again, will I not, how much of the hearing can be -- will return, very, very worried about myself because I did not know how much of what I had done before would still, would I still be able to have after the initial recovery.

My wife -- we were only married for six months at the time.

My wife was very worried about how it

Page 63

would affect our marriage, the fact that there was a big change, big thing that has happened right after we got married.

BY MR. HILL:

Q. Did you finish your answer?

**A. Yes.**

Q. You mentioned that your wife had received some burns and some shrapnel.

Do those burns or shrapnel affect her daily living now?

MR. STEINER: Objection.

THE WITNESS: As far as the burns go, she is not supposed to go out into the sun at all without putting on protective lotion. The shrapnel apart from it looks bad, that's the effect it has now, the way it looks.

BY MR. HILL:

Q. You mentioned she needs to wear sun screen when she goes outside?

**A. Yes.**

Q. Was she a person who would lay out and tan

Page 64

before?

**A. No, but her skin is not so light and she never burned easily in the sun.**

Q. Has the need to wear sun screen when she is out in the sun for a prolonged period affected any activities that the two of you would otherwise like to do?

**A. Not that I can think of.**

Q. You mentioned that the shrapnel looks bad. Has that prevented her from doing anything she would like to do?

MR. STEINER: Objection.

THE WITNESS: I don't know.

BY MR. HILL:

Q. Has it prevented the two of you from doing something you wanted to do?

**A. I don't think so.**

Q. You mentioned that after the bombing you became ill and had to go back to the intensive care unit at the hospital?

**A. Yes.**

Page 65

Q. The reason you had to go back to intensive care was because you had some sort of infection?

**A. No, it wasn't an infection.**

**One of the medicines that they give to people who had a brain injury, the medication is supposed to prevent seizures in your brain and it has -- it could have side effects and one of them can be increased liver enzymes activity. I had that side effect.**

Q. The reason you had to go back to the hospital was because of the medication you were taking?

MR. STEINER: Objection.

THE WITNESS: Yes.

BY MR. HILL:

Q. Has anyone ever told you whether the doctors who prescribed that medication for you had made a mistake?

**A. As far as I know, there's no other option. Not taking the medication could have caused further, caused brain damage. There wasn't really any**

Page 110

scene?
**A. No.**
Q. Do you know someone named Keren Shatsky?
**A. I know who she was.**
Q. Are you aware of any evidence that Keren Shatsky may have experienced any conscious pain or suffering after the blast on February 16, 2002?
**A. No. As I said, I don't remember anything that happened afterwards.**
Q. Do you know someone named Rachel Thaler?
**A. I only heard about her afterwards. I did not know her before.**
Q. I take it you are not aware of any evidence that Rachel Thaler experienced any conscious pain or suffering after the blast on February 16, 2002, is that correct?
MR. STEINER: Objection.
THE WITNESS: Yes.
BY MR. HILL:
Q. Do you remember seeing Steve Braun that night?

Page 111

**A. No.**
Q. Do you know Mr. Braun?
**A. I know who he is.**
Q. Have you ever talked to him about the events of that night?
**A. Not that I remember.**
Q. Have you ever spoken to anyone from the Shatsky family about the events of that night?
**A. I have spoken to them. I don't remember talking specifically about that. We're neighbors.**
Q. Do you remember anything they said about the events of that night?
**A. No.**
Q. Have you ever spoken to anyone from the Thaler family about the events of February 16, 2002?
**A. No.**
Q. Mr. Trattner, how many lawsuits have you filed in connection with the events of February 16, 2002?
**A. I'm aware of two.**
Q. Do you know who you've sued?

Page 112

**A. The Arab Bank is one of them. The other one is the Palestinian Authority and the PLO.**
Q. Are you aware of any evidence that the Arab Bank had something to do with the bombing in which you were injured?
**A. Yes.**
Q. What evidence are you aware of that the Arab Bank had something to do with the bombing in which you were injured?
**A. The family of the terrorist who blew himself up was paid with money that went through the Arab Bank.**
Q. Apart from what you just described are you aware of any other evidence that the Arab Bank had something to do with the bombing in which you were injured?
**A. No.**
Q. What's the basis for your belief that the family of the terrorist was paid with money that went through the Arab Bank?
**A. Families of terrorists are paid -- it's**

Page 113

**common knowledge in Israel. It's in newspapers, TV and the radio that the families of terrorists are paid, families are paid afterwards in order to encourage people to perform such attacks so they can kill themselves and not worry about the families, what will happen with their families afterwards.**
Q. What you just described, are you aware of any source of the information you just described other than newspapers, television or radio?
**A. In this specific case?**
Q. Yes, sir.
**A. No.**
Q. Has anyone from the Arab Bank ever told you what you just told me?
**A. No.**
Q. Has any person ever told you what you just told me?
MR. STEINER: Objection.
THE WITNESS: Could be my lawyers told me but I don't remember specifically.
BY MR. HILL:

Q. Apart from your lawyers and what you may have seen on TV or in newspapers or heard on the radio, are you aware of any other evidence that the Arab Bank had some connection to the bombing in which you were injured?

**A. No.**

Q. Are you aware of any evidence that the PLO had something to do with the bombing in which you were injured?

**A. Yes.**

Q. What is that?

**A. The school curriculum of the Palestinian Authority, they teach the children that suicide bombers are martyrs and they should be looked up at.**

**They have the kids parade in the streets dressed up as -- in a green uniform with bombs on them. They have them yelling "kill all the Jews."**

**I know that the Palestinian Authority also paid suicide bombers' families after they committed suicide and blew up and killed people.**

**You can read in a lot of Arab newspapers**



**that are published in the Palestinian Authority the general atmosphere that exists in the culture, in the street, is that this is something that's positive and it should be done, that they should commit, carry out terror attacks.**

Q. Have you concluded your answer?

**A. Yes.**

Q. What languages do you speak other than English?

**A. Hebrew.**

Q. Can you speak or read Arabic?

**A. No.**

Q. Has anyone from the Palestinian Authority or the PLO told you any of the things you just told me?

**A. No.**

Q. What is the source for the information that you've just provided to me?

**A. The media.**

Q. Apart from the media, are you aware of any evidence of the things that you just told me?



**A. No.**

Q. Are you aware of any evidence that the Palestinian Authority had anything to do with the bombing in which you were injured other than what you may have seen or read in the media?

MR. STEINER: Objection.

THE WITNESS: The PLO and the Palestinian Authority are the same thing, as far as I'm concerned, is the same answer.

BY MR. HILL:

Q. You are not aware of any evidence that the Palestinian Authority had anything to do with the bombing in which you were injured apart from what you may have read or seen in the media?

MR. STEINER: Objection.

THE WITNESS: Yes.

BY MR. HILL:

Q. Are you aware of any evidence that the Syrian Arab Republic had something to do with the bombing in which you were injured?

**A. I know that -- not related specifically to**



**this case.**

Q. Sitting here today you are not aware of any evidence that the Syrian Arab Republic had anything to do with the bombing in which you were injured, correct?

**A. I have read in the media that there are banks that are located in Syria that also funneled money that was used later on to pay the families of the suicide bombers.**

**I've also heard that on TV or read it in the newspapers.**

Q. Apart from what you may have seen or read in the media, are you aware of any evidence that the Syrian Arab Republic had something to do with the bombing in which you were injured?

**A. No.**

Q. Have you ever spoken publicly about the events of February 16, 2002 or the injuries you or your wife received that day?

**A. No.**

Q. Have you ever been interviewed or appeared

in any press or media about those events?
**A. There was one interview in 2002 in a newspaper.**
Q. Which newspaper was that?
**A. I think it was HaModia, if I'm not mistaken.**
MR. HILL: Mark that as exhibit 23, please.
(Whereupon the proffered item was marked as exhibit 23.)
BY MR. HILL:
Q. We've handed you what we've marked as exhibit 23. Is this the article that you are referring to?
**A. Yes.**
Q. This was published in something called HaModia?
**A. It might have a different name in English.**
Q. What kind of a publication is this?
**A. I'm not even sure. I never heard of the specific newspaper before that.**



Q. Who was interviewed for this story?
**A. Myself and Ronit.**
Q. Were your parents interviewed, do you know?
**A. I think they were. I think they were.**
Q. Were the four of you together in a single interview or were you interviewed separately?
**A. They weren't there with us. I think it says in here they were interviewed but I don't remember for sure.**
Q. Do you remember the name of the reporter who interviewed you for this article?
**A. It says it here but I don't remember.**
Q. For the record, what's the name?
**A. Gavriel Meir.**
Q. Do you believe that is the name of the person that interviewed you?
**A. Yes.**
Q. Apart from this one interview that we've marked as exhibit 23, any other occasions when you were interviewed for -- or appeared in a press or



media report about the bombing?
**A. No, not that I can remember.**
MR. HILL: Mark this as exhibit 24.
(Whereupon the proffered item was marked as exhibit 24.)
BY MR. HILL:
Q. I'm handing you what we've marked as exhibit 24, Mr. Trattner. This appears to be a photocopy of a photograph.
Are you able to identify any of the persons depicted in exhibit 24?
**A. Yes. Ronit was there, myself and the nurse.**
Q. It's a little difficult to make out the detail on this copy, is that right?
**A. This copy, yes. The picture was originally smaller, I think.**
Q. Do you have the original picture?
**A. I only have this one. This was enlarged.**
Q. Do you have a color version of this picture?



**A. A very small one.**
Q. Where is that color version that you are referring to?
**A. On my computer at home.**
MR. HILL: Mr. Steiner, I would request that if the plaintiffs wish to use a photograph other than this copy of exhibit 24, that the original or a better copy be produced as this one is difficult to make out the detail on.
BY MR. HILL:
Q. Who took the picture?
**A. I have no idea. It was in the newspaper in England, I think.**
Q. Do you know the name of the third person in the photograph?
**A. No.**
Q. For the record, which of the two female faces on the picture is your wife?
**A. The one on the left.**
**(A discussion takes place which is held off the record)**

Page 142

**A. No.**

MR. HILL: Subject to our request for additional documents I don't have any further questions for Mr. Trattner at this time.

MR. STEINER: I might have a few if I can just have a minute.

(Whereupon, a recess was taken from 11:26 a.m. to 11:27 a.m.)

MR. STEINER: I have no questions. I reserve the right to review and sign.

MR. HILL: You can close the record.

(Deposition adjourned at 11:30 a.m.)

Page 143

Reporter's Certificate

I, the undersigned, Certified Court Reporter, do hereby certify that the foregoing transcript of testimony was taken by me in stenotype and thereafter reduced to print under my direction, that said transcript is a full, true and substantially accurate record of the proceedings, to the best of my ability.

I do further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

/s/ Michael Feuer

______________________________

Certified Realtime Reporter

Page 144

Certificate of Deponent

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

Any additions or corrections that I feel are necessary I will attach on a separate sheet of paper to the original transcript.

________________________________

Signature of witness

I hereby certify that the individual representing him/herself to be the above named individual, appeared before me this __________ day of ______________ and executed the above certificate in my presence.

_______________________

Notary Public

Page 145

Errata Page of Deponent

Please note any errors on this sheet. The reasons may be general, such as "to correct stenographic error" or "to clarify the record." When completed, send this page to the attorney who took your deposition, NOT the court reporter.

Page Line Correction Reason For Change