UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SHABTAI SCOTT SHATSKY, *et al.*,

                        Plaintiffs,

                -against-

THE SYRIAN ARAB REPUBLIC, *et al.*,

                        Defendants.

Civil Action No. 1:02-cv-02280 (RJL)

---

**PLAINTIFFS' NOTICE REGARDING PROPOSED PROCEEDINGS IN LIGHT OF THE JUSTICE AGAINST SPONSORS OF TERRORISM ACT**

On October 3, 2016, Plaintiffs submitted a notice of superseding statutory authority (DE 339) to bring to the Court's attention the fact that on September 28, 2016, Congress overrode President Obama's veto, and the Justice Against Sponsors of Terrorism Act ("JASTA") became law.  At footnote 1 of the Notice, Plaintiffs stated that, at the time they received notice of Congress's override, Plaintiffs had been preparing to file a motion to strike portions of Defendants' 2016 amended supplemental brief in support of summary judgment and for leave to supplement Plaintiffs' summary judgment opposition papers.  Plaintiffs further stated: "Plaintiffs will file the referenced motion to strike and for leave to supplement no later than October 7, 2016, and to the extent necessary will address JASTA further at that time."  DE 339 at 1 n.1.

Upon further reflection, it is Plaintiffs' view that additional briefing is warranted in light of JASTA because, under the Act, there can be no question that Plaintiffs are entitled to pursue their secondary civil liability claims under the Anti-Terrorism Act.  It is Plaintiffs' position that both parties have an interest in further briefing how the evidence does or does not support secondary liability as a basis for recovery in this case.  Plaintiffs' counsel therefore is in the

process of conferring with defense counsel regarding Defendants' position on whether Defendants would like to file supplemental briefing, as well as on the timing of the parties' proposed supplemental briefing. Once Plaintiffs are advised of Defendants' position, Plaintiffs, or perhaps the parties jointly, will seek appropriate leave from the Court.

Dated:   October 7, 2016               Respectfully submitted,

By     /s/ Abbe David Lowell
Abbe David Lowell (#358651)
Joy L. Langford (#451728)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Suite 300
Washington, D.C. 20036
Tel: 202-974-5605
Fax: 202-974-6705
adlowell@chadbourne.com
jlangford@chadbourne.com
*Counsel for Plaintiffs*

Robert J. Tolchin (NY 0088)
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Tel: 718-855-3627
rjt.berkman@gmail.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October 2016, I caused a true and correct copy of the foregoing *Notice Regarding Proposed Proceedings in Light of The Justice Against Sponsors of Terrorism Act* to be filed and served electronically via CM/ECF to:

Mitchell R. Berger
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
mitchell.berger@squirepb.com

John A. Burlingame
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
John.burlingame@squirepb.com

Amy L. Brown
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
amy.brown@squirepb.com

Alexandra E. Chopin
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
alexandra.chopin@squirepb.com

Gassan A. Baloul
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
gassan.baloul@squirepb.com

*Counsel for Defendants, the PA and the PLO*
and all Counsel of Record.

/s/ Abbe David Lowell
Abbe David Lowell