UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*,<br><br>         Plaintiffs,<br><br>-against-<br><br>THE SYRIAN ARAB REPUBLIC, *et al.*,<br><br>         Defendants. | Civil Action No. 1:02-cv-02280 (RJL) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

  Plaintiffs respectfully move for leave to file a supplemental memorandum in opposition to Defendants' motion for summary judgment to address the implications for this case of the Justice Against Sponsors of Terrorism Act ("JASTA") which went into effect on September 28, 2016 when Congress overrode President Obama's veto. Pub. L. 114-222, 130 Stat. 854, attached hereto as Exhibit A. JASTA amended the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, so as to recognize federal statutory civil liability not only as to persons who commit an act of international terrorism, but also as to defendants who aid and abet, or conspire with, persons who commit acts of international terrorism in which Americans were murdered or injured. 18 U.S.C. § 2333(d)(2). The text of JASTA clarifies that the elements for this aiding and abetting and civil conspiracy liability are established by *Halberstam v. Welch*, 705 F.2d 472 (D.C. Cir. 1983), *see* JASTA, § 2(a)(5), and further provides that it applies "to any civil action—(1) pending…on the date of enactment of this Act; and (2) arising out of an injury to a person, property, or business on or after September 11, 2001," JASTA § 7.

Congress passed JASTA because it was "necessary to recognize the substantive causes of action for aiding and abetting and conspiracy liability under" the ATA for attacks carried out, planned, or authorized by designated Foreign Terrorist Organizations ("FTOs") because, among other reasons, defendants who "knowingly or recklessly contribute material support or resources, directly or indirectly, to persons or organizations that pose a significant risk of committing acts of terrorism that threaten the security of nationals of the United States or the national security, foreign policy, or economy of the United States, necessarily direct their conduct at the United States, and should reasonably anticipate being brought to court in the United States to answer for such activities." JASTA § 2(a).

Although Plaintiffs pled and have argued secondary liability throughout these proceedings, JASTA clarified the standard for such liability.  Plaintiffs conferred with Defendants about the need for additional briefing in light of JASTA.  Defendants' counsel stated no additional briefing was warranted—but interestingly, Defendants filed more than <u>four</u> pages of analysis in response to Plaintiffs' brief notice to the Court regarding the Congressional veto override.  Plaintiffs respectfully ask that the Court permit them to file a supplemental opposition addressing the effect of JASTA on the parties' summary judgment positions.  Plaintiffs' proposed supplemental brief is attached hereto as Exhibit B.

### **LCvR7(m) Certification**

Plaintiffs' counsel conferred with Defendants' counsel in accordance with Local Rule 7(m) in good faith in an effort to determine if the areas of disagreement could be narrowed in advance of making this motion.  Defendants' counsel advised that Defendants do not consent to the relief sought herein.

Dated: December 21, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By　　　/s/ Abbe David Lowell　　
　　　　　　　　　　　　　　　　Abbe David Lowell (#358651)
　　　　　　　　　　　　　　　　Joy L. Langford (#451728)
　　　　　　　　　　　　　　　　CHADBOURNE & PARKE LLP
　　　　　　　　　　　　　　　　1200 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Tel: 202-974-5605
　　　　　　　　　　　　　　　　Fax: 202-974-6705
　　　　　　　　　　　　　　　　adlowell@chadbourne.com
　　　　　　　　　　　　　　　　jlangford@chadbourne.com
　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　Robert J. Tolchin (NY 0088)
　　　　　　　　　　　　　　　　111 Livingston Street, Suite 1928
　　　　　　　　　　　　　　　　Brooklyn, New York 11201
　　　　　　　　　　　　　　　　Tel: 718-855-3627
　　　　　　　　　　　　　　　　rjt.berkman@gmail.com
　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify, that on the 21st day of December 2016, I caused a true and correct copy of the foregoing Plaintiffs' motion for leave to file a supplemental memorandum in opposition to Defendants' motion for summary judgment and exhibits thereto to be filed and served electronically via CM/ECF and by hand-delivery to:

Alexandra E. Chopin
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
alexandra.chopin@squirepb.com

Mitchell R. Berger
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
mitchell.berger@squirepb.com

John A. Burlingame
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
john.burlingame@squirepb.com

Gassan A. Baloul
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
gassan.baloul@squirepb.com

Amy L. Brown
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
amy.brown@squirepb.com

*Counsel for Defendants, the PA and the PLO and all Counsel of Record.*

/s/ Abbe David Lowell
Abbe David Lowell