UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 02-2280 (RJL) |
| | ) | |
| PALESTINE LIBERATION ORGANIZATION | ) | |
| and PALESTINIAN AUTHORITY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

(June **20**, 2017) [Dkts. ##247, 340]

**FILED**
JUN 2 0 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For all the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that plaintiffs' Motion to Strike Defendants' Personal Jurisdiction Argument from Defendants' Supplemental Brief in Support of Summary Judgment and for Leave to File Supplemental Summary Judgment Briefing [Dkt. #340] is **DENIED**; and it is further

**ORDERED** that defendants' Motion for Summary Judgment [Dkt. #247] is **GRANTED**; and it is further

**ORDERED** that judgment is entered for the defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge