UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 02-2280 (RJL) |
| ) | |
| PALESTINE LIBERATION ORGANIZATION ) | |
| and PALESTINIAN AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

(November 16, 2017) [Dkt. #354]

**FILED**
**NOV 17 2017**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For all the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that plaintiffs' Motion to Alter or Amend Judgment [Dkt. #354] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge